**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Zachair, Ltd. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 52-1908488 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10275A Piscataway Road** **Clinton, MD 20735** Number, Street, City, State & ZIP Code | **2726 Chain Bridge Road** **Washington, DC 20016** P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince George's** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**    **www.hydefield.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Zachair, Ltd.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>4812</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

| Debtor | Zachair, Ltd. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

  - ☐ It needs to be physically secured or protected from the weather.

  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

  - ☐ Other _____

  **Where is the property?** _____

  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Zachair, Ltd.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01 / 17 / 2020
MM / DD / YYYY

X _____   **Nabil J. Asterbadi**
Signature of authorized representative of debtor   Printed name

Title   **President**

**18. Signature of attorney**

X _____   Date 1 / 17 / 2020
Signature of attorney for debtor   MM / DD / YYYY

**Bradford F. Englander 11951**
Printed name

**Whiteford, Taylor & Preston LLP**
Firm name

**3190 Fairview Park Drive
Suite 800
Falls Church, VA 22042**
Number, Street, City, State & ZIP Code

Contact phone   **703-280-9081**   Email address   **benglander@wtplaw.com**

**11951 MD**
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

| Fill in this information to identify the case: |
|---|

Debtor name **Zachair, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/17/2020          X _____
                                  Signature of individual signing on behalf of debtor

                               **Nabil J. Asterbadi**
                               Printed name

                               **President**
                               Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Zachair, Ltd.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>DISTRICT OF MARYLAND</b></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** PO Box 1270 Newark, NJ 07101-1270 | | **Trade debt** | | | | **$42,208.43** |
| **Arlyn Construction Co** **Robert Fry** 1005 Dumfries St. Oxon Hill, MD 20745 | | **Trade debt** | | | | **$1,753.00** |
| **Beaty, Christina T.** 127 Pierce St NW Washington, DC 20001 | | **Security deposit** | **Contingent** | | | **$325.00** |
| **Callan, Brian P.** 1727 Crestwood Dr Alexandria, VA 22302 | | **Security deposit** | **Contingent** | | | **$300.00** |
| **Clinton Fence** 2630 Old Washington Rd Waldorf, MD 20601 | | **Trade debt** | | | | **$1,054.00** |
| **Comptroller of Maryland Revenue Administration Division** 110 Carroll Street Annapolis, MD 21411-0001 | | **Taxes** | | | | **$30,639.52** |
| **Dewberry Consultants LLC** PO Box 821824 Philadelphia, PA 19182-1824 | | **Engineering fees** | | | | **$47,466.60** |
| **ECS Mid-Atlantic** 14026 Thunderbolt Pl Suite 100 Chantilly, VA 20151 | | **Engineering fees** | **Disputed** | | | **$7,372.50** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Zachair, Ltd.**                  Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fry, Michael C. 327 L St. NE (Rear) Washington, DC 20002 | | Security deposit | Contingent | | | $400.00 |
| G. S. Proctor & Associates, Inc. 14408 Old Mill Rd Suite 201 Upper Marlboro, MD 20772 | | Consulting fees | Disputed | | | $8,000.00 |
| Keithley, Terrance C. 8600 Fort Hunt Rd Alexandria, VA 22308 | | Security deposit | Contingent | | | $400.00 |
| Maryland Department of the Environment PO Box 1417 Baltimore, MD 21203-1417 | | Mining Permit | | | | $1,000.00 |
| Meyers Rodbell & Rosenbaum 6801 Kenilworth Ave Suite 400 Riverdale, MD 20737-1385 | | Legal Fees | | | | $95,810.41 |
| PD Hyde Field, LLC 13501 Cavanaugh Drive Rockville, MD 20850 | | Real Estate Sale Contract | Contingent Unliquidated Disputed | | | Unknown |
| Riggins, David / P and R Aviation 8610 Cyrus Pl. Alexandria, VA 22308 | | Security deposit | Contingent | | | $475.00 |
| Stoner, Brendon 829 Wyth Street Alexandria, VA 22314 | | Security deposit | Contingent | | | $500.00 |
| Strittmatter Corp 6400 Van Dusen Road Laurel, MD 20707 | | Trade debt | Disputed | | | $9,570.00 |
| Telford Capital, LLC 4920 Elm Street Bethesda, MD 20814 | | Asserted legal fees | Disputed | | | $17,172.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Zachair, Ltd. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Verizon Wireless Verizon Wireless Correspondence Team PO Box 408 Newark, NJ 07101-0408** | | **Trade debt** | | | | $635.57 |
| **Womble Bond Dickinson (US) LLP Attn: Opel Benoit 1200 Nineteenth St, NW Suite 500 Washington, DC 20036** | | **Legal Fees** | | | | $168,849.47 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Maryland

In re   **Zachair, Ltd.**                            Case No. _____

                                Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

☑   **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ **$125,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ **$300 - $730** |

     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

     Whiteford, Taylor & Preston, LLP's ('WTP's') representation of the Debtor does not include the provision of advice or representation regarding tax matters. The Debtor will rely on its tax professionals with respect to tax matters. WTP's services also do not include accounting services, valuation services, investment banking services, or brokerage services.

In re    **Zachair, Ltd.**                                          Case No. _____
_____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date   *1/17/2020*

_Signature of Attorney_
**Bradford F. Englander 11951**
**Whiteford, Taylor & Preston LLP**
**3190 Fairview Park Drive**
**Suite 800**
**Falls Church, VA 22042**
**703-280-9081**
**benglander@wtplaw.com**
_Name of law firm_

---

# United States Bankruptcy Court
## District of Maryland

In re  **Zachair, Ltd.**

Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Maureen Asterbadi<br>2726 Chain Bridge Road<br>Washington, DC 20016 | | 1000 | 100% ownership as tenant by the entirety |
| Nabil J. Asterbadi<br>2726 Chain Bridge Road<br>Washington, DC 20016 | | 1000 | 100% ownership as tenant by the entirety |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  01/17/2020

Signature  _Nabil J. Asterbadi_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **Zachair, Ltd.** _____          Case No. _____
                                        _____          Chapter    **11** _____
                                        Debtor(s)

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Zachair, Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_1/17/2020_____          _____
Date                                **Bradford F. Englander 11951**
                                    Signature of Attorney or Litigant
                                    Counsel for   **Zachair, Ltd.**
                                    **Whiteford, Taylor & Preston LLP**
                                    **3190 Fairview Park Drive**
                                    **Suite 800**
                                    **Falls Church, VA 22042**
                                    **703-280-9081**
                                    **benglander@wtplaw.com**

**United States Bankruptcy Court**
**District of Maryland**

In re    __Zachair, Ltd._____

                                    Debtor(s)

Case No. _____
Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   _01/17/2020_____

                                 **Nabil J. Asterbadi/President**
                                 Signer/Title

American Express
PO Box 1270
Newark, NJ 07101-1270


Arlyn Construction Co
Robert Fry
1005 Dumfries St.
Oxon Hill, MD 20745


ATEC Musical Instrument Service
 7349 Old Alexandria Ferry Rd
Clinton, MD 20735


Beaty, Christina T.
127 Pierce St NW
Washington, DC 20001


Biesiadecki, Jan S.
14421 Captain John Smith Dr
Accokeek, MD 20607-9745


Bond Safeguard Insurance Co
Old Hickory Insurance Agency
PO Box 1864
Indianapolis, IN 46206-1864


Bradley, James
7900 Old Falls Rd
Mc Lean, VA 22102-2415


Bristow, S. Michael
1600 S Eads St #1102 N
Arlington, VA 22202


Buchner, Mark
5358 Ravensworth Rd
Springfield, VA 22151

Callan, Brian P.
1727 Crestwood Dr
Alexandria, VA 22302


Clinton Aero Maintenance
10501 Piscataway Rd.
Clinton, MD 20735


Clinton Fence
2630 Old Washington Rd
Waldorf, MD 20601


Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001


Dewberry Consultants LLC
PO Box 821824
Philadelphia, PA 19182-1824


Dewberry Engineers Inc.
2101 Gaither Road, Suite 340
Rockville, MD 20850


ECS Mid-Atlantic
14026 Thunderbolt Pl Suite 100
Chantilly, VA 20151


Fetter Aviation Co
c/o Stan Fetter
14908 W Auburn Rd
Accokeek, MD 20607-9616


Fornshell, John A.
6911 Quander Rd
Alexandria, VA 22304

Fry, Michael C.
327 L St. NE (Rear)
Washington, DC 20002


G. S. Proctor & Associates, Inc.
14408 Old Mill Rd Suite 201
Upper Marlboro, MD 20772


Goldfarb, Alice
639 M St NE
Washington, DC 20002


Gorecki, Greg
8218 Bock Road
Fort Washington, MD 20744


Grayhound Trash Removal, Inc.
8301 Grey Eagle Drive
Upper Marlboro, MD 20772


Howards, Mark
32 N Prospect St
Amherst, MA 01002


Isherwood, Raymond
337 SW Lockheed Lane
Lake City, FL 32025


Jackson, Gary
13000 Katie St
Clinton, MD 20735


Jeffrey Tarkenton, Esq.
Womble Bond Dickinson (US) LLP
1200 Nineteenth Street, N.W., Suite 500
Washington, DC 20036

Jettmar, R. Uwe
3744 Jenifer Street
Washington, DC 20015


Joseph Chazen, Esq.
Meyers, Rodbell & Rosenbaum
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737


Keithley, Terrance C.
8600 Fort Hunt Rd
Alexandria, VA 22308


King, Jerry
J. K. Tuff, Inc.
601 Pennsylvania Ave NW #504
Washington, DC 20004


Kravit, Richard
100 Luna Park Drive #233
Alexandria, VA 22305


Maltenfort, Andrew J.
5613 Mt. Burnside Way
Burke, VA 22015


Maryland Aviation Administration
Office of Regional Aviation Assistance
PO Box 8766
Baltimore, MD 21240-0766


Maryland Department of the Environment
PO Box 1417
Baltimore, MD 21203-1417


Maureen Asterbadi
2726 Chain Bridge Road
Washington, DC 20016

Mencia, M. Lucia
PO Box 5732
Washington, DC 20016


Mercedes Benz Financial Services
c/o Peter Henn, CEO
36455 Corporate Drive
Farmington Hills, MI 48331


Metro Earthworks
8435 Backlick Rd
Lorton, VA 22079


Meyers Rodbell & Rosenbaum
6801 Kenilworth Ave Suite 400
Riverdale, MD 20737-1385


Nabil J. Asterbadi
2726 Chain Bridge Road
Washington, DC 20016


Naylor, Lisa J.
10651 Piscataway Rd
Clinton, MD 20735


Parsons, Fred
415 S Lee St
Alexandria, VA 22314


PD Hyde Field, LLC
13501 Cavanaugh Drive
Rockville, MD 20850


PD Hyde Field, LLC
c/o William F. Gibson, II, Esq.
12505 Park Potomac Avenue
Potomac, MD 20854

Richard Reed, Esq.
c/o Lerch, Early & Brewer
7600 Wisconsin Ave, Suite 700
Bethesda, MD 20814


Riggins, David / P and R Aviation
8610 Cyrus Pl.
Alexandria, VA 22308


Roberts, Roy
1337 A St. NE
Washington, DC 20002


Roesler, Robert D.
1371 Forest Hill Rd
Gordonsville, VA 22942


Sandy Spring Bank
6831 Benjamin Franklin Drive
Columbia, MD 21046


Sandy Spring Bank
Attn: Bruce Henry, Esq.
300 N. Washington Street
Suite 204
Alexandria, VA 22314


Sandy Spring Bank
c/o Daniel J. Schrider, CEO
17801 Georgia Avenue
Olney, MD 20832


Shannon, Ken
P. O. Box 655
Bryantown, MD 20617


Shapiro, Philip A.
412 S Lee St
Alexandria, VA 22314

Snyder, Gene
5903 Pontiac Street
College Park, MD 20740


Stoner, Brendon
829 Wyth Street
Alexandria, VA 22314


Strittmatter Corp
6400 Van Dusen Road
Laurel, MD 20707


TD Auto Finance
Attn: Andrew Stuart, CEO
PO Box 9223
Farmington Hills, MI 48333-9223


Telford Capital LLC
c/o Patrick John Kearney, Esq.
4416 E. West Highway, 4th Floor
Bethesda, MD 20814


Telford Capital, LLC
4920 Elm Street
Bethesda, MD 20814


Tri-State Ventilation LLC
Attn: Leroy Wooten
7001 Buchanan Rd.
Camp Springs, MD 20748


Verizon Wireless
Verizon Wireless Correspondence Team
PO Box 408
Newark, NJ 07101-0408


Viteri, Melinda Benson
1443 Rock Creek Ford Rd.
Washington, DC 20011

```
William C. Harvey & Associates, Inc.
1146 Walker Road, Suite H
Great Falls, VA 22066-1838


Womble Bond Dickinson (US) LLP
Attn: Opel Benoit
1200 Nineteenth St, NW
Suite 500
Washington, DC 20036
```

CERTIFICATE OF CORPORATE RESOLUTION

Resolution of the Board of Directors of
ZACHAIR, LTD.
(hereinafter the "Company")

On January 13, 2020, at a meeting of the Board of Directors of the Company, a corporation chartered under the laws of the State of Maryland, and with a principal place of business and address being 2726 Chain Bridge Road, N.W., Washington, D.C. 20016, or by unanimous written consent of the Board of Directors, in accordance with the law and the bylaws of the Company, the following resolutions were duly and legally passed and have not been revoked, altered or amended:

WHEREAS, the Board of Directors of the Company have unanimously determined that it is desirable and in the best interest of the Company, its creditors, stockholders, and/or members and other interested parties, that the Company file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that the filing of the Company of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, or such other appropriate venue (the "Bankruptcy Court"), be, and hereby is, authorized and approved, and it is further

RESOLVED, that Nabil Asterbadi (the "Designated Representative") be, and hereby is, authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the Designated Representative shall determine; and it is further

RESOLVED, that the Designated Representative, and such other agent(s) as the Designated Representative and/or the Board of Directors of the Company shall from time to time designate (each a "Representative"), be, and each of them hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy case of the Company; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to retain the law firm Whiteford, Taylor & Preston L.L.P. to render legal services to and to represent the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Representative or agent shall approve; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to retain Streamline Advisors LLC to render financial services to the Company in connection with such bankruptcy case and other related matters in connection therewith, upon such terms and conditions as such Representative or agent shall approve; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case; and it is further

RESOLVED, that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 13th day of January 2020, the Directors of the Company have set their hand adopting the foregoing resolutions.

| NAME | TITLE | SIGNATURE |
|------|-------|-----------|
| Nabil Asterbadi | Director and President | |
| Maureen Asterbadi | Director | |