**Fill in this information to identify the case:**

Debtor name    **Zachair, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **20-10691**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 29, 2020**     X _____
                                          Signature of individual signing on behalf of debtor

                                          **Nabil J. Asterbadi**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Zachair, Ltd., | ) | Case No.:  20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "SOFA" and, together with the Schedules, the "Schedules and Statements") filed by Zachair, Ltd. (the "Debtor"), as chapter 11 debtor and debtor in possession, were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor with the assistance of the Debtor's advisors, and are unaudited.

Although the Debtor's management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to Claim (as defined in section 101(5) of the Bankruptcy Code) description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor made all reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.

1

The Schedules and Statements have been signed by Dr. Nabil Asterbadi, President of the Debtor. In reviewing and signing the Schedules and Statements, Dr. Asterbadi necessarily relied upon the records of the Debtor and the efforts, statements, and representations of the Debtor's other personnel and professionals. Dr. Asterbadi has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules and Statements* (the "Global Notes") are incorporated by reference in and comprise an integral part of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

## General Notes Applicable to Schedules and Statements

1. <u>Causes of Action</u>. Despite the Debtor's reasonable efforts to identify all known assets, it may not have listed all of its causes of action or potential causes of action against third parties as assets in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

2. <u>Recharacterization</u>. The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. In the event that any item is improperly characterized, classified, categorized, designated or omitted, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3. <u>Claim Designations</u>. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statements on any grounds, including, but not limited to, amount, liability,

priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves all of its rights to amend its Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtor.

4.    Unliquidated Claim Amounts. Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated."

5.    Undetermined and Unknown Amounts. The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

6.    Valuation. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Where possible, the Debtor used published valuation guides (such as the NADA Blue Book for automobiles) to provide values for its assets. Operating cash is presented at bank balance as of the Petition Date. Certain other assets are valued using the Debtor's best estimate of the asset's valuation based upon the business experience of its management, employees, and professionals. Where no valuation can be reasonably estimated, assets may be listed at undetermined or unknown amounts. The Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total assets and total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate total amounts may differ from those stated in the Schedules and Statements. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

7.    Liabilities. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtor reserves the right to amend the Schedules and Statements as it deems appropriate in this regard.

8.    Contingent Assets. The Debtor may possess certain claims and causes of action against various parties. The Debtor has made all reasonable efforts to identify in the Schedules and Statements all known causes of action against third parties. Notwithstanding this effort, the Debtor may not have set forth all of its causes of action against third parties as assets in the Schedules and Statements. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions it may have, and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

9.      Liens.  While the Debtor is not aware of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to its property or equipment, it is unable to determine with certainty whether any such liens exist.

10.      Co-Debtors.  The Debtor has identified and listed on Schedule H certain individuals who have or are alleged to have guaranteed certain executory contracts, unexpired leases, and other such agreements of the Debtor, or are or are alleged to be also liable on claims listed in Schedules D – F.  The inclusion of any party on Schedule H is not an admission or assertion by the Debtor that such party owes or is liable on any debt, or has guaranteed any contract, lease or other agreement of the Debtor.  The Debtor reserves all rights to amend the Schedules and Statements to the extent that further information becomes available.

11.      Executory Contracts and Unexpired Leases.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor reserves all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

12.      S Corporation.  The Debtor elected to be taxed pursuant to Subchapter S of the Internal Revenue Code.  As a corporation under Subchapter S, the Debtor's income, losses, deductions, and credits flow through to its shareholders for federal tax purposes and are reported on its shareholders' personal tax returns.

### **Specific Notes with Respect to the Debtor's Schedules and Statements**

Summary of Assets and Liabilities 1 – The total value of the Debtor's property does not include the value of the Debtor's real property or its causes of action against PD Hyde Field, LLC, which values presently are unknown.

Schedule A/B 3.1 – The listed bank account balance reflects the bank balance as of the Petition Date.  Prior to the Petition Date, the Debtor procured a cashier's check in the amount of the $10,239.50 bank balance, which was deposited into the Debtor's DIP account following the Petition Date.

Schedule A/B 55.1 – The Debtor owns 423.45 acres of real property located in Prince George's County, Maryland, which is suitable for development.  While the value of the property presently is unknown, the Debtor asserts that the value is substantial and well in excess of all claims asserted by the Debtor's creditors.

Schedule A/B 71 – In its tax returns, the Debtor historically has booked certain distributions made to Nabil and Maureen Asterbadi (the "Shareholders") as shareholder loans.  The Debtor's 2018 tax return reflects, as of December 31, 2018, that the balance of such shareholder loans was $636,597.  Historically, the Shareholders have contributed funds to the Debtor and made payments to third parties on the Debtor's behalf.  The shareholder distributions and contributions

have not been reconciled since 2015. The Debtor's tax accountant is working to reconcile the shareholder distributions and contributions. The Debtor will update the total outstanding loan to shareholders amount upon completion of the reconciliation.

<u>Schedule A/B 92</u> – The total value of the Debtor's property does not include the value of the Debtor's real property or its causes of action against PD Hyde Field, LLC, which values presently are unknown.

<u>Statement of Financial Affairs 3 and 4</u> – The dates listed in the attachments to items 3 and 4 of the Statement of Financial Affairs reflect the issue date for checks, and the date funds were debited from the Debtor's account for ACH payments.

<u>Statement of Financial Affairs 13</u> –

    a. <u>Michael Fry</u> – Michael Fry leases hangar space from the Debtor. For several years, Mr. Fry has performed plumbing services for the Debtor. Beginning in 2011, the Debtor has set off amounts owed by Mr. Fry to the Debtor for hangar lease payments and reimbursements for utilities against amounts owed to Mr. Fry for plumbing services. In the two years prior to the Petition Date, the Debtor set off rent and utilities reimbursements totaling approximately $10,409.23 against amounts owed to Mr. Fry.

    b. <u>Stan Fetter, dba Fetter Aviation Co.</u> – Clinton Aero Maintenance ("Clinton Aero") is an aircraft service and maintenance company that leases a commercial hangar from the Debtor. In 2018, Clinton Aero performed $27,179.21 of repair work on an airplane owned by Stan Fetter, who manages airport operations for the Debtor. Mr. Fetter has reported that as payment for the work performed on his personal airplane, Mr. Fetter provided Clinton Aero with a total of seventeen months of credits against its $1,215 per month lease payments. The credits reportedly provided to Clinton Aero by Mr. Fetter total $20,655. Mr. Fetter has reported that, to compensate the Debtor for the loss of Clinton Aero's lease payments, Mr. Fetter reduced his monthly management fee charged to the Debtor by $1,215 for any months in which a rent credit was provided to Clinton Aero. Accordingly, it is Mr. Fetter's position that the total management fee payments withheld from Mr. Fetter in exchange for the lease credits provided to Clinton Aero total approximately $20,655.

    c. The Debtor presently is reviewing further payments outside of the ordinary course of business within the scope of item 13 of the Statement of Financial Affairs. The Debtor will supplement the Statement of Financial Affairs with a schedule of any such payments.

<u>Statement of Financial Affairs 28</u> – The Debtor is owned by Nabil and Maureen Asterbadi, with each owning 100% of the Debtor as tenants by the entirety.

**Fill in this information to identify the case:**

Debtor name   **Zachair, Ltd.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **20-10691**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................................   $     **Unknown**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.........................................................................................   $     **268,707.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...........................................................................................   $     **268,707.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **2,520,107.76**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **76,696.32**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **438,490.82**

4.    **Total liabilities** .....................................................................................................................
    Lines 2 + 3a + 3b        $     **3,035,294.90**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Zachair, Ltd.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) **20-10691**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$0.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Citibank** | **Checking** | **1251** | **$10,239.50** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$10,239.50** |

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **71,267.50** | - | **0.00** | = .... | **$71,267.50** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Zachair, Ltd.** | | Case number *(if known)* | **20-10691** |
| | Name | | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$71,267.50** |
| --- | --- |

---

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>**Office furniture** | **$0.00** | **Debtor estimate** | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office equipment** | **$0.00** | **Debtor estimate** | **$5,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | **$5,500.00** |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Zachair, Ltd.**
_____    Case number *(If known)*  **20-10691**
Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Mercedes Benz GL SUV**<br>      **Valuation: NADA Guide (Mid-Range**<br>      **Valuation)** | $0.00 | NADA Guide | $35,075.00 |
| 47.2.  **2015 Mercedes Benz SL Coupe**<br>      **Valuation: NADA Guide (Mid-Range**<br>      **Valuation)** | $0.00 | NADA Guide | $112,500.00 |
| 47.3.  **1980 Ford F350 Truck** | $0.00 | Debtor estimate | $2,500.00 |
| 47.4.  **Storage/Office Trailer** | $0.00 | | Unknown |
| 47.5.  **Marine Container #1** | $0.00 | | Unknown |
| 47.6.  **Marine Container #2** | $0.00 | | Unknown |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| 49.1.  **Aircraft Preheater** | $0.00 | Debtor estimate | $700.00 |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Lawn mowers and trimmers:**<br>**Walk-Behind, Cub Cadet  $100**<br>**Walk-Behind String Trimmer, Cub Cadet  $100**<br>**Walk-Behind, Troy-Built  $50**<br>**String Trimmer, Stihl  $150** | $0.00 | Debtor estimate | $400.00 |
|     **4000 Gal. Fuel Tank w/Dispenser** | $0.00 | Debtor estimate | $10,000.00 |
|     **10000 Gal. Fuel Tank w/Dispenser & Credit**<br>    **Card Terminal** | $0.00 | Debtor estimate | $20,000.00 |
|     **Air Compressor, Porter-Cable 24 Gal.** | $0.00 | Debtor estimate | $175.00 |
|     **Bush Hog, Land Pride  $300**<br>    **Bush Hogs, Various, Parts Only $50** | $0.00 | Debtor estimate | $350.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Zachair, Ltd.**
Name

Case number *(If known)*  **20-10691**

51. **Total of Part 8.**                                              | **$181,700.00** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:     Real property**

54. Does the debtor own or lease any real property?

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **See Attachment to Schedule A/B, Part 9, Question 55** | Fee simple | Unknown | | Unknown |

56. **Total of Part 9.**                                              | **Unknown** |

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No
    ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites**<br>**Debtor owns and maintains 'www.hydefield.com'.** | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor  **Zachair, Ltd.**                                          Case number *(If known)*  **20-10691**
        Name

62.     **Licenses, franchises, and royalties**
        **Surface Mining License Number SL-0725**
        **issued to the debtor for 2020 by State of**
        **Maryland, Department of the Environment,**
        **Land and Materials Administration.**                    **Unknown**                              **Unknown**

        **Airport Operating License issued to the debtor**
        **by the Maryland Aviation Administration for**
        **the period 10/1/2019 through 9/30/2020.**               **Unknown**                              **Unknown**

63.     **Customer lists, mailing lists, or other compilations**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                                                    | $0.00 |
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
        ☐ No
        ☑ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ☑ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 11: | **All other assets** |

70.     **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ☐ No.  Go to Part 12.
        ☑ Yes Fill in the information below.

                                                                                        **Current value of**
                                                                                        **debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)
        **Shareholder Loans.  *See Global**          **Unknown**  -     **Unknown**     =      **Unknown**
        **Notes at page 4.***                        Total face amount    doubtful or uncollectible amount

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit**
        **has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of**
        **every nature, including counterclaims of the debtor and rights to**
        **set off claims**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **Zachair, Ltd.**        Case number *(If known)*   **20-10691**
Name

**PD Hyde Field, LLC**                                                  **Unknown**

| Nature of claim | Fraud in the Inducement; Breach of Contract    Amount requested: Undetermined |
|---|---|
| Amount requested | $0.00 |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

                                                               **Unknown**

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Zachair, Ltd.**
_____
Name

Case number *(If known)*  **20-10691**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,239.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $71,267.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $181,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | **Unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $268,707.00 | + 91b. **Unknown** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $268,707.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Attachment to Schedule A/B, Part 9, Question 55

EXHIBIT A

Parcel I - containing 285.101 acres of land, more or less. Saving and excepting property conveyed by Deed recorded in Liber 3562, Folio 941. Tax Account No. 05-0328708 - 4401 Steed Road.

Parcel II - containing 16.180 acres of land, more or less. Tax Account No. 05-0327833 - Piscataway Road

Parcel B - containing 64.153 acres of land, more or less. Saving and excepting therefrom all that portion of the within property that lies in the land now known as Piscataway Road.  Tax Account No. 05-0360651 - 10651 Piscataway Road

Parcel C - containing 58.0204 acres of land, more or less. Tax Account No. 09-0865121 - Piscataway Road

All Four (4) Parcels lying and being in the Piscataway District of Prince George's County, Maryland.   Said Four (4) Parcels being described in the Deed recorded in Liber 10110, folio 106 as follows:

Parcel I

Being part of the land conveyed by Arthur C. Hyde, unmarried to Hyde Field, Incorporated by deed dated September 4, 1941 and recorded in Liber 620 at folio 276 among the Land Records of Prince George's County, Maryland and being more particularly described as follows:

BEGINNING for the same at an iron pipe set at a point where the Northwesterly right of way line of 40 foot wide Piscataway Road (Maryland State Route No. 223) intersects the 2nd or North 58°37' West 219-1/5 perch line of the 145 3/4 acre tract described as Tract 2 in Liber 620 at folio 276, thence leaving Piscataway Road and running with part of said 2nd line.

1. North 61°42'20" West 3575.76 feet to a corner fence post found at the end thereof, said corner fence post also being the end of the 2nd line of the 82 1/4 acre tract described in a Deed from Gussie B. Sansbury, Widow to Hency C. Padgett et ux. dated July 14, 1939 and recorded in Liber 532 at folio 275, thence running with the 3rd line of Tract 2 as described in Liber 620 at folio 276, as now surveyed,

2. North 45°40'00" East 1143.18 feet to an iron pipe set at the end thereof, thence running with the 4th line of Tract 2 as described in Liber 620 at folio 276 and also running with part of the 5th line of Tract 1 as described therein

3. North 47°40'00" East 2359.87 feet to an iron pipe set at a point where said 5[th] line is intersected by the Southwesterly right of way line of 50 foot wide Steed Road as shown on

Prince George's County R/W Plat No. 398, passing through the centerline of a 18 inch diameter cedar tree found at 2345.17 feet on line, said pipe set being opposite Centerline Station 32+26:95 and distant South 29°18'37" West 25.00 feet measured radially therefrom, thence running with the Southwesterly right of way line of 50 foot wide Steed Road per R/W Plat Nos. 398 and 397 by a curve to the left whose radius and central angle are 1457.40 feet and 08°38'24" respectively, whose long chord is

4. South 65°00'35" East 219.56 feet for an arc distance of 219.77 feet to a concrete monument found at a point of tangency opposite Centerline State 30+10.95. thence running with the Southwesterly right of way line of 50 foot wide Steed Road as per R/W Plat Nos. 397 and 396, the following four courses and distances:

5. South 69°19'47" East 624.07 feet to a point of curve, thence running by a curve to the right whose radius and central angle are 1407.40 feet and 10°36'50" respectively, whose long chord is

6. South 64°01'22" East 260.34 feet for an arc distance of 260.71 feet to a point of tangency, thence running

7. South 58°57' East 1849.03 feet to an iron pipe set at a point of curve opposite Centerline Station 2+73.29, thence running by a curve to the right whose radius and central angle are 1248.24 feet and 09°11'40" respectively, whose long chord is

8. South 54°07'07" East 200.09 feet for an arc distance of 200.31 feet to a point in the Northwesterly right of way line of Piscataway Road, as said Road was widened by virtue of Maryland State Roads Commission R/W Plat No. 33848, thence running with the said side of Piscataway Road, as widened by R/W Plat 33848, the following four courses and distances:

9. South 40°45'10" West 5.62 feet to an iron pipe set, thence running

10. South 04°17'51" East 40.31 feet to an iron pipe set, thence running

11. South 41°42'27" West 114.00 feet to an iron pipe set, thence running

12. South 20°54'03" West 53.49 feet to an iron pipe set in the Northwesterly right of way line of 40 foot wide Piscataway Road, as said Road is now being used, thence running with the Northwesterly right of way line of Piscataway Road (40 feet wide) as now being used, the following eight courses and distances:

13. South 41°32'53" West 769.87 feet to a point, thence running

14. South 40°55'14" West 455.15 feet to a point, thence running

15. South 41°23'14" West 321.88 feet to a point, thence running

16. South 41°38'13" West 136.33 feet to a point, thence running

17. South 41°18'21" West 408.52 feet to a point, thence running

18. South 40°52'31" West 309.66 feet to a point, thence running

19. South 41°15'00" West 433.06 feet to a point, thence running

20. South 41°24'18" West 838.32 feet to the beginning, containing 285.101 acres, more or less.

(Tax Account No. 05-0328708 - 4401 Steed Road)

PARCEL II

Being part of the land conveyed as Parcel No. 2 in a Deed from Helen R. Houser, et al, to Nora C. Thorne dated February 25, 1948 and recorded in Liber 1016 at folio 413 among the Land Records of Prince George's County, Maryland and being more particularly described as follows:

BEGINNING for the same at an iron pipe set at a point where the Northwesterly side of 40 foot wide Piscataway Road (Maryland State Route No. 223) intersects the 6th or South 55°15' East 1581 foot line of the 16.52 acre tract conveyed as Parcel No. 2 in Liber 1016 at folio 413, thence running with the Northwesterly side of 40 foot wide Piscataway Road, parallel to and 20 feet from the existing centerline thereof

1. South 41°23'53" West 483.82 feet to an iron pipe set at a point where said right of way line intersects the 2nd line of said 16.52 acre tract, thence leaving Piscataway Road and running with part of said 2nd line

2. North 54°55'00" West 375.35 feet to an iron pipe set, thence running with the 3rd, 4th and 5th lines of the 16.52 acre tract conveyed as Parcel No. 2 in Liber 1016 at folio 413, the following three courses and distances:

3. South 35°05'00" West 100.00 feet to an iron pipe set, thence running

4. North 55°15'00" West 1120.00 feet to an iron pipe set, thence running

5. North 35°05'00" East 403.05 feet to an iron pipe set in the 2nd or North 58°37' West 219-1/5 perch line of the 145 3/4 acre tract conveyed as Tract 2 in a Deed to Arthur C. Hyde dated December 19, 1940 and recorded in Liber 609 at folio 42, thence running reversely with part of said 2nd line

6. South 61°42'20" East 1559.48 feet to the beginning, containing 16.180 acres of land more or less.

(Tax Account No. 05-0327833 - Piscataway Road)

Parcel B

BEING all of the land conveyed by Henry C. Padgett et ux. to Henry Cecil Padgett, Jr. et ux. by Deed dated November 14, 1955 and recorded in Liber 1929 at folio 146 and intended to be all of the land conveyed by Henry C. Padgett, Jr. personal representative of the estate of Henry C. Padgett To Henry C. Padgett, Jr. and Robert H. Padgett by Deed dated September 5, 1985 and recorded in Liber 6189 at folio 286 among the Land Records of Prince George's County, Maryland; both tracts being more particularly described as one tract as follows:

BEGINNING for the same at an iron pipe set in the North Westerly right of way line of 40 foot wide Piscataway Road at the end of the 1st line of a 16.18 acre tract conveyed by Arthur C. Hyde to W. A. Albright Investments, Inc. by Deed dated November 13, 1985 and recorded in Liber 6215 at folio 538, thence running with Piscataway Road (1) South 41°19'43" West 619.11' to a pipe set at the beginning point of the 82.25 acre tract described in Liber 6189 at folio 286, thence leaving Piscataway Road and running reversely with the 6th, 5th, 4th and 3rd lines of said 82.25 acre tract, the following four courses and distances: (2) North 50°59'08" West 682.45' to a pipe set, thence running (3) North 63°38'20" West 2335.56' to a fence post at an angle point in an existing fence, thence running (4) North 27°42'10" West 653.40' to a flint stone found, then running (5) North 46°42'27" East 696.48' to an iron pipe found at the end of the 1st line of the 285.101 acre tract conveyed as Parcel 1 in Liber 6215 at folio 538, thence running reversely with part of said 1st line (6) South 61°42'20" East 2016.38' to a pipe found at the end of the 5th line of the 16.180 acre tract conveyed as Parcel 2 in Liber 6215 at folio 538, thence running reversely with the 5th, 4th, 3rd and 2nd lines of said 16.180' acre tract, the following four courses and distances: (7) South 35°03'00" West 403.05' to a pipe found, thence running (8) South 55°15'00" East 1120.00" to a pipe found, thence running (9) North 35°05'00' East 100.00' to an iron pipe found, thence running (10) South 54°55'00" East 375.35' to the beginning.

Contaning 64.153 acres of land more or less. Saving and excepting therefrom however, all that portion of the within property that lies in the land now known as Piscataway Road.

(Tax Account No. 05-0360651 - 10651 Piscataway Road)

Parcel C

Being part of the 59.673 acre tract described as Parcel No. 2 in a Deed dated January 25, 1965 from Griffith S. Oursler et ux. to Clinton Manor, Inc. and duly recorded in Liber 3093 at folio 94 among the Land Records of Prince George's County, Maryland; and being more particularly described as follows:

Beginning for the same at an iron pipe set on the Northerly side of Piscataway Road (MD Route 223) at a point where the Northerly right of way line of Piscataway Road (80 feet wide) intersects the 9th line of Parcel No. 2, Liber 3098 at folio 94, thence running with Piscataway Road per right of way Plat No. 33848, the following two courses and distances: (1) South 55°33'25" west 519.37' to a pipe set at an angle point opposite base line station No. 141+10.602 and distant 40' therefrom, thence running (2) South 55°14'09" West 105.51' to a pipe set at a flare connection leading to Steed. Road (50' wide), thence running with said flare connection (3) North 80°40'25" West 44.55' to a pipe set in the Westerly right of way line of 50 foot wide Steed Road, thence running with said side of Steed Road, the following three courses and distances: (4) South 53°19'34" West 4.41' to a pipe set, thence running by a curve to the left whose radius and central angle are 1298.24' and 09°09'46" respectively, whose long chord is (5) North 40°36'17" West 207.39' for an arc distance of 207.61' to a pipe set at a point of tangency, thence running (6) North 45°11'15" West 1715.96' to a pipe set opposite centerline station No. 19+89.25 as per Prince George's County R/W Plat #397, thence leaving Steed Road and running with the 6th line of Parcel No. 2 as per Liber 3098 at Plat 94 (7) North 42°06'20" East 551.58' to a pipe set at the end thereof, thence running with the 7th line of said Parcel No. 2 (8) North 12°23'40" West 900.30' to a "PK" nail set in a fence post at the end of said 7th line, thence running with part of the 8th line of Parcel No. 2 as per Liber 3098 at folio 94 (9) North 80°22'20" East 381.10' to a pipe set at the end of the 5th or North 64°19'28" West 278.52 foot line of the 1,298 acre tract conveyed to Potomac Electric Power Company by Deed dated March 25, 1965 and recorded in Liber 3122 at folio 122, the following two courses and distances: (10) South 50°46'51" East 278.54' to a pipe set and (11) South 61°17'31" East 242.47' to a pipe set in the 9th line of Parcel No. 2 as per Liber 3098 at plat 94, distant 372.11' from the beginning of said 9th line, thence running with part of the 9th line of Parcel No. 2 of Liber 3098 at folio 94, (12) South 24°12'40" East 2277.55' to the beginning of the land now conveyed. Containing 58.0204 acres of land, more or less.

Subject to the Right of Way Agreement between Barry B. Early, et ux. and Potomac Electric Power Company in Liber 1293 at folio 2550

And subject to the "Limit of Denial of Vehicular Access" as shown on state roads commission R/W Plat No. 33848.

(Tax Account No. 09-0865121 - Piscataway Road)

**Fill in this information to identify the case:**

Debtor name  **Zachair, Ltd.**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  **20-10691**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**   **Mercedes Benz Financial Services**
Creditor's Name

**c/o Peter Henn, CEO**
**36455 Corporate Drive**
**Farmington Hills, MI 48331**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2014 Mercedes Benz GL SUV**
**Valuation: NADA Guide (Mid-Range Valuation)**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$35,323.46** | **$35,075.00** |

**2.2**   **Sandy Spring Bank**
Creditor's Name

**6831 Benjamin Franklin Drive**
**Columbia, MD 21046**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/11/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets of the Debtor, including four parcels of real property located in Prince George's County, Maryland.**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| | |
|---|---|
| **$2,381,565.48** | **Unknown** |

Debtor **Zachair, Ltd.**
Name

Case number (if know) **20-10691**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | $103,218.82 | $112,500.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Attn: Andrew Stuart, CEO**
**PO Box 9223**
**Farmington Hills, MI**
**48333-9223**

Creditor's mailing address

**2015 Mercedes Benz SL Coupe**
**Valuation: NADA Guide (Mid-Range**
**Valuation)**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/16/2016**

**Last 4 digits of account number**
**6727**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,520,107.76 |
| --- | --- | --- |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Sandy Spring Bank**<br>**Attn: Bruce Henry, Esq.**<br>**300 N. Washington Street**<br>**Suite 204**<br>**Alexandria, VA 22314** | Line  **2.2** | |
| **Sandy Spring Bank**<br>**c/o Daniel J. Schrider, CEO**<br>**17801 Georgia Avenue**<br>**Olney, MD 20832** | Line  **2.2** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Zachair, Ltd.**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)     **20-10691**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74,818.32** | **$74,818.32** |
|---|---|---|---|---|
| | **Comptroller of Maryland Revenue Administration Division 110 Carroll Street Annapolis, MD 21411-0001** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2016 and 2018** | Basis for the claim:<br>**Taxes**<br>**2016  - $30,639.52**<br>**2018  - $44,178.80** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,878.00** | **$1,878.00** |
|---|---|---|---|---|
| | **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Zachair, Ltd.** | | Case number *(if known)* | **20-10691** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,208.43**

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1004**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,753.00**

**Arlyn Construction Co**
**Robert Fry**
**1005 Dumfries St.**
**Oxon Hill, MD 20745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

**Beaty, Christina T.**
**127 Pierce St NW**
**Washington, DC 20001**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/31/2019**

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bond Safeguard Insurance Co**
**Old Hickory Insurance Agency**
**PO Box 1864**
**Indianapolis, IN 46206-1864**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **$80,000 road use bond in favor of PG County**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bond Safeguard Insurance Co**
**Old Hickory Insurance Agency**
**PO Box 1864**
**Indianapolis, IN 46206-1864**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **$500,000 mining bond in favor of Maryland Department of the Environment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00**

**Buchner, Mark**
**5358 Ravensworth Road**
**Springfield, VA 22151**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Prepaid hangar rental**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Callan, Brian P.**
**1727 Crestwood Dr**
**Alexandria, VA 22302**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2015**

Last 4 digits of account number _

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Zachair, Ltd. | | Case number *(if known)* | 20-10691 |
|---|---|---|---|---|
| | Name | | | |

**3.8** | Nonpriority creditor's name and mailing address
**Clinton Fence**
2630 Old Washington Rd
Waldorf, MD 20601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,054.00

---

**3.9** | Nonpriority creditor's name and mailing address
**Comcast**
c/o Brian L. Roberts
Comcast Center
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone service**

Is the claim subject to offset? ■ No ☐ Yes

$528.43

---

**3.10** | Nonpriority creditor's name and mailing address
**Comptroller of Maryland**
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Date(s) debt was incurred  **2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

$19,116.07

---

**3.11** | Nonpriority creditor's name and mailing address
**Dewberry Consultants LLC**
PO Box 821824
Philadelphia, PA 19182-1824

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Engineering fees**

Is the claim subject to offset? ■ No ☐ Yes

$47,466.60

---

**3.12** | Nonpriority creditor's name and mailing address
**ECS Mid-Atlantic**
14026 Thunderbolt Pl Suite 100
Chantilly, VA 20151

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Engineering fees**

Is the claim subject to offset? ■ No ☐ Yes

$7,372.50

---

**3.13** | Nonpriority creditor's name and mailing address
**Fornshell, John A.**
6911 Quander Rd
Alexandria, VA 22304

Date(s) debt was incurred  **8/26/2007**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.14** | Nonpriority creditor's name and mailing address
**Fornshell, John A.**
6911 Quander Rd
Alexandria, VA 22304

Date(s) debt was incurred  **8/26/2007**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid hangar rental**

Is the claim subject to offset? ■ No ☐ Yes

$1,854.54

---

Debtor **Zachair, Ltd.**
_____
Name

Case number (if known) **20-10691**

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Fraser Forbes Real Estate Services**
**7811 Montrose Road, Suite 500**
**Potomac, MD 20854**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Real estate commissions**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Fry, Michael C.**
**327 L St. NE (Rear)**
**Washington, DC 20002**

Date(s) debt was incurred **12/23/2010**
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,687.24 |

**Fry, Michael C.**
**327 L St. NE (Rear)**
**Washington, DC 20002**

Date(s) debt was incurred **12/23/2010**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services rendered**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**G. S. Proctor & Associates, Inc.**
**14408 Old Mill Rd Suite 201**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Consulting fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Goldfarb, Alice**
**639 M St NE**
**Washington, DC 20002**

Date(s) debt was incurred **11/19/2014**
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $108.30 |

**Grayhound Trash Removal, Inc.**
**8301 Grey Eagle Drive**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trash removal service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Howards, Mark**
**32 N Prospect St**
**Amherst, MA 01002**

Date(s) debt was incurred **1/4/2017**
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Security deposit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Zachair, Ltd.** | | Case number *(if known)* | **20-10691** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Keithley, Terrance C.**<br>**8600 Fort Hunt Rd**<br>**Alexandria, VA 22308** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __10/1/2019__ | **Basis for the claim:**  __Security deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Maryland Aviation Administration**<br>**Office of Regional Aviation Assistance**<br>**PO Box 8766**<br>**Baltimore, MD 21240-0766** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Maryland Department of the Environment**<br>**PO Box 1417**<br>**Baltimore, MD 21203-1417** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  __Mining Permit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|
| | **Mencia, M. Lucia**<br>**PO Box 5732**<br>**Washington, DC 20016** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __9/25/2018__ | **Basis for the claim:**  __Security deposit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,810.41** |
|---|---|---|---|
| | **Meyers Rodbell & Rosenbaum**<br>**6801 Kenilworth Ave Suite 400**<br>**Riverdale, MD 20737-1385** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  __Legal Fees__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **PD Hyde Field, LLC**<br>**13501 Cavanaugh Drive**<br>**Rockville, MD 20850** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  __Real Estate Sale Contract__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$528.43** |
|---|---|---|---|
| | **Pepco**<br>**c/o David M. Velazquez**<br>**PO Box 97274**<br>**Washington, DC 20090-7274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:**  __Utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Zachair, Ltd.** | Case number *(if known)* | **20-10691** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Perry, White, Ross & Jacobson LLC**
**125 Cathedral Street**
**Annapolis, MD 21401**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Consultants

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Reed, Esq.**
**c/o Lerch, Early & Brewer**
**7600 Wisconsin Ave, Suite 700**
**Bethesda, MD 20814**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Exclusive Development Agency Agreement

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |
|---|---|---|---|

**Riggins, David / P and R Aviation**
**8610 Cyrus Pl.**
**Alexandria, VA 22308**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/1/2020

Last 4 digits of account number _

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stan Fetter**
**dba Fetter Aviation**
**14908 W Auburn Rd**
**Accokeek, MD 20607-9616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Stoner, Brendon**
**829 Wyth Street**
**Alexandria, VA 22314**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/28/2019

Last 4 digits of account number _

Basis for the claim:  Security deposit

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,570.00** |
|---|---|---|---|

**Strittmatter Corp**
**6400 Van Dusen Road**
**Laurel, MD 20707**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,172.00** |
|---|---|---|---|

**Telford Capital, LLC**
**4920 Elm Street**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Asserted legal fees

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Zachair, Ltd.**
_____    Case number (if known)    **20-10691**
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.57 |
|---|---|---|---|

**Verizon Wireless**
**Verizon Wireless Correspondence Team**
**PO Box 408**
**Newark, NJ 07101-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.26 |
|---|---|---|---|

**Washington Suburban Sanitary Commission**
**c/o Carla Reid, CEO**
**14501 Sweitzer Lane**
**Laurel, MD 20707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,414.47 |
|---|---|---|---|

**Womble Bond Dickinson (US) LLP**
**Attn: Opel Benoit**
**1200 Nineteenth St, NW**
**Suite 500**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jeffrey Tarkenton, Esq.** **Womble Bond Dickinson (US) LLP** **1200 Nineteenth Street, N.W., Suite 500** **Washington, DC 20036** | Line  **3.38** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Joseph Chazen, Esq.** **Meyers, Rodbell & Rosenbaum** **6801 Kenilworth Avenue, Suite 400** **Riverdale, MD 20737** | Line  **3.26** ☐ Not listed. Explain ____ | _ |
| 4.3 | **PD Hyde Field, LLC** **c/o William F. Gibson, II, Esq.** **Shulman Rogers** **12505 Park Potomac Avenue** **Potomac, MD 20854** | Line  **3.27** ☐ Not listed. Explain ____ | _ |
| 4.4 | **PD Hyde Field, LLC** **c/o Michael J. Lichtenstein, Esq.** **Shulman Rogers** **12505 Park Potomac Avenue** **Potomac, MD 20854** | Line  **3.27** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Telford Capital LLC** **c/o Patrick John Kearney, Esq.** **4416 E. West Highway, 4th Floor** **Bethesda, MD 20814** | Line  **3.35** ☐ Not listed. Explain ____ | _ |

Debtor  **Zachair, Ltd.**
_____     Case number (if known)  __20-10691__
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 76,696.32 |
| **5b. Total claims from Part 2** | 5b. + | $ 439,019.25 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 515,715.57 |

**Fill in this information to identify the case:**

Debtor name    **Zachair, Ltd.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **20-10691**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hangar 29** | |
| | State the term remaining | **Month-to-month since 1-1-1994** | **ATEC Musical Instrument Service 7349 Old Alexandria Ferry Rd Clinton, MD 20735** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar T49** | |
| | State the term remaining | **Month-to-month beginning 9-1-2019** | **Beaty, Christina T. 127 Pierce St NW Washington, DC 20001** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 53** | |
| | State the term remaining | **Month-to-month beginning 5-1-2011** | **Biesiadecki, Jan S. 14421 Captain John Smith Dr Accokeek, MD 20607-9745** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for parking space T67** | |
| | State the term remaining | **Month-to-month beginning 5-1-2011** | **Bradley, James 7900 Old Falls Rd Mc Lean, VA 22102-2415** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | Zachair, Ltd. | | | Case number (*if known*) | 20-10691 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 65; field access and gate card agreement** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 4-18-2012** | **Bristow, S. Michael** |
| | List the contract number of any government contract | | **1600 S Eads St #1102 N Arlington, VA 22202** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for parking space HP02** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 5-1-2011** | **Buchner, Mark** |
| | List the contract number of any government contract | | **5358 Ravensworth Rd Springfield, VA 22151** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for parking space T46** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 5-1-2015** | **Callan, Brian P.** |
| | List the contract number of any government contract | | **1727 Crestwood Dr Alexandria, VA 22302** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Storage Space** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Clinton Aero Maintenance** |
| | List the contract number of any government contract | | **10501 Piscataway Rd. Clinton, MD 20735** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Land Planning and Engineering Contract Signed 10/15/2019** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Dewberry Engineers Inc.** |
| | List the contract number of any government contract | | **2101 Gaither Road, Suite 340 Rockville, MD 20850** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 48** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 9-1-2007** | **Fornshell, John A.** |
| | List the contract number of any | | **6911 Quander Rd Alexandria, VA 22304** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Zachair, Ltd.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)　**20-10691**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 31** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 2-1-2010** | **Fry, Michael C.** |
| | List the contract number of any government contract | | **327 L St. NE (Rear)**<br>**Washington, DC 20002** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 54** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 11-15-2014** | **Goldfarb, Alice** |
| | List the contract number of any government contract | | **639 M St NE**<br>**Washington, DC 20002** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 2** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 5-1-2011** | **Gorecki, Greg** |
| | List the contract number of any government contract | | **8218 Bock Road**<br>**Fort Washington, MD 20744** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar T45** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 1-1-2017** | **Howards, Mark** |
| | List the contract number of any government contract | | **32 N Prospect St**<br>**Amherst, MA 01002** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 33** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 5-1-2011** | **Isherwood, Raymond** |
| | List the contract number of any government contract | | **337 SW Lockheed Lane**<br>**Lake City, FL 32025** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar T25 and Tie Down** | **Jackson, Gary**<br>**13000 Katie St**<br>**Clinton, MD 20735** |
|---|---|---|---|

Debtor 1    **Zachair, Ltd.**

First Name        Middle Name        Last Name

Case number *(if known)*    **20-10691**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **Month-to-month beginning 5-1-2011** | |
| | List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 46** | |
| | State the term remaining | **Month-to-month beginning 5-1-2011** | **Jettmar, R. Uwe** |
| | List the contract number of any government contract | _____ | **3744 Jenifer Street** |
| | | | **Washington, DC 20015** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 32** | |
| | State the term remaining | **Month-to-month beginning 9-9-2019** | **Keithley, Terrance C.** |
| | List the contract number of any government contract | _____ | **8600 Fort Hunt Rd** |
| | | | **Alexandria, VA 22308** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 1, Rear Storage** | |
| | State the term remaining | **Month-to-month beginning 8-31-2012** | **King, Jerry** |
| | List the contract number of any government contract | _____ | **J. K. Tuff, Inc.** |
| | | | **601 Pennsylvania Ave NW #504** |
| | | | **Washington, DC 20004** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Aircraft Parking Space** | |
| | State the term remaining | **Month-to-month beginning 6-1-2013** | **Kravit, Richard** |
| | List the contract number of any government contract | _____ | **100 Luna Park Drive #233** |
| | | | **Alexandria, VA 22305** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Aircraft Hangar 32** | |
| | State the term remaining | **Month-to-month beginning 11-9-2014** | **Maltenfort, Andrew J.** |
| | List the contract number of any government contract | _____ | **5613 Mt. Burnside Way** |
| | | | **Burke, VA 22015** |

| Debtor 1 | Zachair, Ltd. | | | Case number (*if known*) | 20-10691 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for parking space in T-Hangar 54, together with Melinda Benson Viteri** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 10-1-2018** | **Mencia, M. Lucia** |
| | List the contract number of any government contract | | **PO Box 5732** |
| | | | **Washington, DC 20016** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for surcharge services** | |
|---|---|---|---|
| | State the term remaining | **1/31/2020 (subject to extension)** | **Metro Earthworks, a division of Shirley Contracting Company, LLC** |
| | List the contract number of any government contract | | **8435 Backlick Rd** |
| | | | **Lorton, VA 22079** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for house rental** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Naylor, Lisa J.** |
| | List the contract number of any government contract | | **10651 Piscataway Rd** |
| | | | **Clinton, MD 20735** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for parking space in Main Hangar 1** | |
|---|---|---|---|
| | State the term remaining | **One year beginning 4-30-2016; month-to-month after 1 year.** | **Parsons, Fred** |
| | List the contract number of any government contract | | **415 S Lee St** |
| | | | **Alexandria, VA 22314** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Sale Contract** | |
|---|---|---|---|
| | State the term remaining | | **PD Hyde Field, LLC** |
| | List the contract number of any government contract | | **13501 Cavanaugh Drive** |
| | | | **Rockville, MD 20850** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1    **Zachair, Ltd.**

First Name          Middle Name          Last Name

Case number (*if known*)    **20-10691**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Development Agency Agreement by and among the Debtor, Nabil J. Asterbadi, and Richard K. Reed, dated February 13, 2007, as amended on October 4, 2011.** |
| State the term remaining | **Richard Reed, Esq.** |
| List the contract number of any government contract | **c/o Lerch, Early & Brewer**<br>**7600 Wisconsin Ave, Suite 700**<br>**Bethesda, MD 20814** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hangar T 66** |
| State the term remaining | **Month-to-month beginning 1-1-2020** |
| List the contract number of any government contract | **Riggins, David / P and R Aviation**<br>**8610 Cyrus Pl.**<br>**Alexandria, VA 22308** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for T Hangar 51** |
| State the term remaining | **Month-to-month beginning 11-8-2015** |
| List the contract number of any government contract | **Roberts, Roy**<br>**1337 A St. NE**<br>**Washington, DC 20002** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Airplane Tiedown** |
| State the term remaining | **Month-to-month** |
| List the contract number of any government contract | **Roesler, Robert D.**<br>**1371 Forest Hill Rd**<br>**Gordonsville, VA 22942** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for T55** |
| State the term remaining | **Month-to-month beginning 5-1-2011** |
| List the contract number of any government contract | **Shannon, Ken**<br>**P. O. Box 655**<br>**Bryantown, MD 20617** |

| Debtor 1 | **Zachair, Ltd.** | | | Case number *(if known)* | **20-10691** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for T Hangar 49** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 7-1-2019** | **Shapiro, Philip A.** |
| | List the contract number of any government contract | | **412 S Lee St**<br>**Alexandria, VA 22314** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Airplane Tiedown** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Snyder, Gene** |
| | List the contract number of any government contract | | **5903 Pontiac Street**<br>**College Park, MD 20740** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hangar T-68** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 5/27/2019** | **Stoner, Brendon** |
| | List the contract number of any government contract | | **829 Wyth Street**<br>**Alexandria, VA 22314** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for Hangar 23 and Hangar 24** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 5-1-2011** | **Tri-State Ventilation LLC**<br>**Attn: Leroy Wooten** |
| | List the contract number of any government contract | | **7001 Buchanan Rd.**<br>**Camp Springs, MD 20748** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for parking space in T-Hangar 54, together with M. Lucia Mencia** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month beginning 10-1-2018** | **Viteri, Melinda Benson** |
| | List the contract number of any government contract | | **1443 Rock Creek Ford Rd.**<br>**Washington, DC 20011** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement Signed 9/17/2019** | |
|---|---|---|---|
| | State the term remaining | | **William C. Harvey & Associates, Inc.** |
| | List the contract number of any | | **1146 Walker Road, Suite H**<br>**Great Falls, VA 22066-1838** |

Debtor 1 **Zachair, Ltd.**

First Name          Middle Name          Last Name

Case number (*if known*)  **20-10691**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name **Zachair, Ltd.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) **20-10691**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Maureen Asterbadi** | **2726 Chain Bridge Road Washington, DC 20016** | **Bond Safeguard Insurance Co** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.2 | **Maureen Asterbadi** | **2726 Chain Bridge Road Washington, DC 20016** | **Bond Safeguard Insurance Co** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.3 | **Nabil J. Asterbadi** | **2726 Chain Bridge Road Washington, DC 20016** | **Mercedes Benz Financial Services** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Nabil J. Asterbadi** | **2726 Chain Bridge Road Washington, DC 20016** | **TD Auto Finance** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Nabil J. Asterbadi** | **2726 Chain Bridge Road Washington, DC 20016** | **Bond Safeguard Insurance Co** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

| Debtor | **Zachair, Ltd.** | | Case number *(if known)* | **20-10691** |

---

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.6 | **Nabil J. Asterbadi** | 2726 Chain Bridge Road Washington, DC 20016 | **PD Hyde Field, LLC** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.7 | **Nabil J. Asterbadi** | 2726 Chain Bridge Road Washington, DC 20016 | **Sandy Spring Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Nabil J. Asterbadi** | 2726 Chain Bridge Road Washington, DC 20016 | **Bond Safeguard Insurance Co** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.9 | **Nabil J. Asterbadi** | 2726 Chain Bridge Road Washington, DC 20016 | **Telford Capital, LLC** | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.10 | **Nabil J. Asterbadi** | 2726 Chain Bridge Road Washington, DC 20016 | **Richard Reed, Esq.** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.11 | **Nabil J. Asterbadi** | 2726 Chain Bridge Road Washington, DC 20016 | **American Express** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Zachair, Ltd.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **20-10691**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**
From **1/01/2020** to **Filing Date** | ■ Operating a business
☐ Other _____ | **$73,611.00** |
| **For prior year:**
From **1/01/2019** to **12/31/2019** | ■ Operating a business
☐ Other _____ | **$824,329.78** |
| **For year before that:**
From **1/01/2018** to **12/31/2018** | ■ Operating a business
☐ Other _____ | **$784,125.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
| --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
| --- | --- | --- | --- |

Debtor  **Zachair, Ltd.**                                   Case number *(if known)*  **20-10691**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment to SOFA Question 3.** | | $314,875.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attachment to SOFA Question 4.** | | $802,813.32 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **PD Hyde Field LLC v. Zachair, Ltd. et al.**<br>**CAL18-42893** | Contract | **Circuit Court for Prince George's County**<br>**14735 Main Street**<br>**Upper Marlboro, MD** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Telford Capital, LLC v. Zachair, Ltd.**<br>**060100219392019** | Contract | **District Court for Montgomery Co., MD**<br>**191 E. Jefferson Street**<br>**Rockville, MD 20850** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    Zachair, Ltd.                                                    Case number *(if known)*    20-10691

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Whiteford, Taylor & Preston, LLP**<br>**3190 Fairview Park Drive**<br>**Falls Church, VA 22042** | | 6/26/2019<br>$20,000<br>9/21/2019<br>$  5,000<br>12/04/2019<br>$100,000 | $125,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Zachair, Ltd.                                                Case number *(if known)*   20-10691

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Streamline Advisors, LLC 2416 Watervale Road Fallston, MD 21047 | | Retainer: 12/17/2019 $15,000 1/2020 $10,000 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | William C. Harvey Assocs. 1146 Walker Rd Great Falls, VA 22066 | | 12/18/2019 $10,000 1/2020 $2,500 | $12,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Fry, Michael C. 327 L St. NE (Rear) Washington, DC 20002 | Unpaid rent and utilities charges. *See Global Notes at page 5.* | | $10,409.23 |
| | Relationship to debtor | | | |
| 13.2 . | Stan Fetter dba Fetter Aviation 14908 W Auburn Rd Accokeek, MD 20607-9616 | Setoff for Repair Services.   *See Global Notes at page 5.* | | $20,655.00 |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

Debtor    Zachair, Ltd. _____    Case number *(if known)*  20-10691

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**Customer credit cards are debited on a monthly basis relative to airport leases.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Zachair, Ltd.                                                                    Case number (if known)  20-10691

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See Attachment to SOFA Question 21. | | | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Maryland Department of the Environment v. Zachair, Ltd. MDE Case No.: C-O-MP-11-M-01** | **Land Management Administration** | **Environmental requirement to maintain erosion and sediment controls pursuant to surface mining regulations. Settlement and Consent order entered Dec. 18, 2012.** | ☐ Pending ☐ On appeal ■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

Debtor   Zachair, Ltd.                                          Case number *(if known)*  20-10691

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **10275A Piscataway Road Clinton, MD 20735** | **Maryland Department of the Environment 1800 Washington Blvd. Baltimore, MD 21230** | **Water pollution control, sediment control and non-coal surface mining laws and regulations.** | **2012** |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Stan Fetter 10275 Piscataway Road Clinton, MD 20735** | **1/1/2018 to 1/2020** |
| 26a.2. | **Carl Mosley, CPA 13321 New Hampshire Avenue Silver Spring, MD 20904** | **1/1/2018 to 1/2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Carl Mosley, CPA 13321 New Hampshire Avenue Silver Spring, MD 20904** | **1/1/2018 to 1/2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Carl Mosley, CPA 13321 New Hampshire Avenue Silver Spring, MD 20904** | |

Debtor    **Zachair, Ltd.**                                         Case number *(if known)*  **20-10691**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Stan Fetter**<br>**10275 Piscataway Road**<br>**Clinton, MD 20735** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Sandy Spring Bank**<br>**6831 Benjamin Franklin Drive**<br>**Columbia, MD 21046** |
| 26d.2.    **EagleBank**<br>**7830 Old Georgetown Road**<br>**3rd Floor**<br>**Bethesda, MD 20814-2432** |
| 26d.3.    **Telford Capital, LLC**<br>**4920 Elm Street**<br>**Bethesda, MD 20814** |
| 26d.4.    **Citibank, NA**<br>**c/o Mary McNiff, CEO**<br>**5800 S Corporate Place**<br>**Sioux Falls, SD 57108** |
| 26d.5.    **OceanFirst Bank, NA**<br>**c/o Christopher D. Maher**<br>**975 Hooper Avenue**<br>**Toms River, NJ 08753** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nabil J. Asterbadi | 2726 Chain Bridge Road<br>Washington, DC 20016 | President/Secretary | 100% Tenant by entirety shareholder |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Maureen Asterbadi | 2726 Chain Bridge Road<br>Washington, DC 20016 | Vice President | 100% Tenant by entirety shareholder |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    Zachair, Ltd.                                         Case number *(if known)*  20-10691

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Lane, Kathy | Unknown | Director | Jan. 6, 1994 to Jan. 13, 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | See Attachment to SOFA Question 4. | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                         Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                               Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 29, 2020

_____         Nabil J. Asterbadi
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Zachair, Ltd.**
**Attachment to SOFA Question 3**

| Type | Num | Date | Name | Memo | Amount |
|------|-----|------|------|------|-------:|
| Check | 2009 | 10/25/2019 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | $ 1,725.00 |
| Bill Pmt -Check | 2010 | 10/25/2019 | PG County Office of Finance | Supplier or Vendor | 20,367.79 |
| Check | 2013 | 10/30/2019 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 664.82 |
| Check | ACH | 11/4/2019 | American Express | Credit Card Repayment | 2,090.49 |
| Check | ACH | 11/4/2019 | American Express | Credit Card Repayment | 2,500.00 |
| Transfer | ACH | 11/4/2019 | American Express | Credit Card Repayment | 1,500.00 |
| Check | ACH | 11/4/2019 | Citi Mortgage | Mortgage/HELOC | 6,507.82 |
| Withdrawal | WDL | 11/4/2019 | N. Asterbadi | Owner Draw | 500.00 |
| Check | ACH | 11/5/2019 | TD Auto Finance | Supplier or Vendor | 2,820.76 |
| Check | ACH | 11/7/2019 | Citi Mortgage | Mortgage/HELOC | 3,435.70 |
| Check | 2018 | 11/7/2019 | Eagle Bank | Refinance costs | 9,926.47 |
| Check | 2015 | 11/7/2019 | M. Asterbadi | Owner Draw | 8,000.00 |
| Check | ACH | 11/8/2019 | Chase | Credit Card Repayment | 1,500.00 |
| Check | ACH | 11/8/2019 | Chase | Credit Card Repayment | 1,500.00 |
| Check | 2014 | 11/10/2019 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,656.00 |
| Check | 2019 | 11/12/2019 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 664.82 |
| Check | 2020 | 11/13/2019 | Prince George's County | Supplier or Vendor | 2,902.48 |
| Check | 2021 | 11/13/2019 | Prince George's County | Supplier or Vendor | 300.27 |
| Check | 2022 | 11/13/2019 | Prince George's County | Supplier or Vendor | 4,785.25 |
| Withdrawal | WDL | 11/19/2019 | N. Asterbadi | Owner Draw | 250.00 |
| Transfer | ACH | 11/21/2019 | American Express | Credit Card Repayment | 1,754.00 |
| Bill Pmt -Check | 2024 | 11/22/2019 | Meyers Rodbell Rosenbaum | Supplier or Vendor | 25,000.00 |
| Check | 2025 | 11/23/2019 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,749.00 |
| Withdrawal | WDL | 11/25/2019 | N. Asterbadi | Owner Draw | 500.00 |
| Withdrawal | WDL | 11/27/2019 | N. Asterbadi | Owner Draw | 200.00 |
| Check | ACH | 12/2/2019 | American Express | Credit Card Repayment | 1,687.00 |
| Check | ACH | 12/2/2019 | Citi Mortgage | Mortgage/HELOC | 6,507.82 |
| Check | ACH | 12/3/2019 | American Express | Credit Card Repayment | 2,743.58 |
| Check | ACH | 12/3/2019 | American Express | Credit Card Repayment | 4,391.32 |
| Check | ACH | 12/3/2019 | TD Auto Finance | Supplier or Vendor | 2,820.76 |
| Withdrawal | WDL | 12/4/2019 | N. Asterbadi | Owner Draw | 8,000.00 |
| WIRE | WIRE | 12/4/2019 | Whiteford, Taylor & Preston | Legal Retainer | 100,000.00 |
| Check | ACH | 12/6/2019 | Citi Mortgage | Mortgage/HELOC | 3,345.22 |
| Check | 2027 | 12/6/2019 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,475.00 |
| Bill Pmt -Check | 2032 | 12/6/2019 | Holston MacDonald | Refinance costs | 8,205.00 |
| Check | ACH | 12/9/2019 | Chase | Credit Card Repayment | 2,000.00 |
| Check | ACH | 12/11/2019 | Chase | Credit Card Repayment | 2,000.00 |
| Check | 2035 | 12/12/2019 | Streamline Advisors | Consulting Retainer | 15,000.00 |
| Withdrawal | WDL | 12/16/2019 | N. Asterbadi | Owner Draw | 250.00 |
| Check | 2036 | 12/18/2019 | William Harvey | Appraisal Retainer | 10,000.00 |
| Check | 2038 | 12/23/2019 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,237.00 |
| Check | ACH | 1/2/2020 | Citi Mortgage | Mortgage/HELOC | 6,507.82 |
| Check | ACH | 1/6/2020 | Citi Mortgage | Mortgage/HELOC | 3,349.46 |
| Withdrawal | WDL | 1/6/2020 | N. Asterbadi | Owner Draw | 10,000.00 |
| Check | ACH | 1/6/2020 | TD Auto Finance | Supplier or Vendor | 2,820.76 |
| Transfer | ACH | 1/8/2020 | American Express | Credit Card Repayment | 1,657.00 |
| Check | 2040 | 1/9/2020 | Streamline Advisors | Consulting Retainer | 10,000.00 |
| Cashier's Check | 230298795 | 1/15/2020 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 5,577.44 |
| Cashier's Check | 230298796 | 1/15/2020 | William Harvey | Appraisal Retainer | 2,500.00 |
| Total | | | | | $ 314,875.85 |

**Zachair, Ltd.**
**Attachment to SOFA Question 4**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 01/17/2019 | 1857 | Sandy Spring Bank | Mortgage - Guarantee | $ 8,417.36 |
| Check | 01/18/2019 | 1865 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,606.00 |
| Check | 01/18/2019 | 1843 | Fransesca Wong | Home Services | 1,000.00 |
| Check | 01/18/2019 | 1860 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 01/22/2019 | ACH | Barclaycard | Credit Card Repayment | 1,187.72 |
| Check | 01/25/2019 | 1869 | United States Treasury | Tax Payments | 42.00 |
| Check | 01/25/2019 | 1870 | United States Treasury | Tax Payments | 1,836.00 |
| Check | 01/27/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 01/30/2019 | 1874 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 01/30/2019 | 1873 | United States Treasury | Tax Payments | 10,000.00 |
| Check | 01/31/2019 | 1875 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,550.00 |
| Check | 02/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 02/02/2019 | 1878 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 02/03/2019 | 1879 | M. Asterbadi | Owner Draw | 8,000.00 |
| Check | 02/04/2019 | ACH | American Express | Credit Card Repayment | 1,996.65 |
| Check | 02/04/2019 | ACH | American Express | Credit Card Repayment | 2,000.00 |
| Check | 02/04/2019 | ACH | American Express | Credit Card Repayment | 3,000.00 |
| Check | 02/04/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,000.00 |
| Check | 02/04/2019 | ACH | Chase | Credit Card Repayment | 263.74 |
| Check | 02/04/2019 | ACH | Chase | Credit Card Repayment | 2,441.61 |
| Check | 02/04/2019 | ACH | Citi Mortgage | Mortage/HELOC | 6,464.50 |
| Check | 02/05/2019 | | N. Asterbadi | Withdrawal | 3,540.75 |
| Check | 02/05/2019 | 1880 | Sandy Spring Bank | Mortgage - Guarantee | 8,417.36 |
| Check | 02/06/2019 | ACH | Citi Mortgage | Mortage/HELOC | 2,335.29 |
| Check | 02/06/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Check | 02/12/2019 | ACH | Toyota Motor Credit | Automotive Payment | 691.78 |
| Check | 02/14/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 02/19/2019 | 1881 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,794.00 |
| Check | 02/22/2019 | ACH | Barclaycard | Credit Card Repayment | 967.80 |
| Check | 02/22/2019 | 1883 | Marc/Mary Doctors | Loan Repayment | 10,209.08 |
| Check | 02/28/2019 | 1884 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,138.00 |
| Check | 02/28/2019 | 1887 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 02/28/2019 | 1886 | United States Treasury | Tax Payments | 10,000.00 |
| Check | 03/01/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 03/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 03/04/2019 | ACH | American Express | Credit Card Repayment | 2,500.00 |
| Check | 03/04/2019 | ACH | American Express | Credit Card Repayment | 3,000.00 |
| Check | 03/04/2019 | ACH | Citi Mortgage | Mortgage/HELOC | 6,464.50 |
| Check | 03/04/2019 | 1888 | M. Asterbadi | Owner Draw | 8,000.00 |
| Check | 03/04/2019 | | N. Asterbadi | Withdrawal | 300.00 |
| Check | 03/04/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Check | 03/05/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,500.00 |
| Check | 03/05/2019 | ACH | Chase | Credit Card Repayment | 671.76 |
| Check | 03/05/2019 | ACH | Chase | Credit Card Repayment | 690.68 |
| Check | 03/06/2019 | ACH | Citi Mortgage | Mortgage/HELOC | 3,621.46 |
| Check | 03/06/2019 | 1890 | Sandy Spring Bank | Mortgage - Guarantee | 8,417.36 |
| Check | 03/10/2019 | 1891 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 03/11/2019 | | N. Asterbadi | Withdrawal | 2,500.00 |
| Check | 03/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |

**Zachair, Ltd.**
**Attachment to SOFA Question 4**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 03/14/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Bill Pmt -Check | 03/15/2019 | 1892 | Bond Safeguard Insurance Co | Bond - Guarantee | 7,500.00 |
| Check | 03/15/2019 | 1895 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,625.00 |
| Check | 03/22/2019 | ACH | Barclaycard | Credit Card Repayment | 991.54 |
| Check | 03/26/2019 | 1902 | Marc/Mary Doctors | Loan Repayment | 10,158.16 |
| Check | 03/26/2019 | 1903 | United States Treasury | Tax Payments | 10,000.00 |
| Check | 03/28/2019 | 1900 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,781.00 |
| Check | 03/29/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 04/01/2019 | ACH | American Express | Credit Card Repayment | 2,874.00 |
| Check | 04/01/2019 | 1904 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 04/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 04/02/2019 | ACH | American Express | Credit Card Repayment | 2,811.94 |
| Check | 04/02/2019 | ACH | American Express | Credit Card Repayment | 3,000.00 |
| Check | 04/02/2019 | ACH | American Express | Credit Card Repayment | 3,000.00 |
| Check | 04/02/2019 | ACH | Chase | Credit Card Repayment | 650.90 |
| Check | 04/02/2019 | ACH | Chase | Credit Card Repayment | 2,195.32 |
| Check | 04/03/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,500.00 |
| Check | 04/03/2019 | 1906 | Sandy Spring Bank | Mortgage - Guarantee | 11,500.00 |
| Check | 04/04/2019 | 1907 | M. Asterbadi | Owner Draw | 9,500.00 |
| Check | 04/05/2019 | ACH | Citi Mortgage | Mortage/HELOC | 3,620.80 |
| Check | 04/05/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Transfer | 04/08/2019 | | N. Asterbadi | Withdrawal | 600.00 |
| Check | 04/09/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Transfer | 04/09/2019 | | N. Asterbadi | Withdrawal | 3,211.72 |
| Check | 04/10/2019 | 1909 | Sandy Spring Bank | Mortgage - Guarantee | 1,837.45 |
| Check | 04/12/2019 | ACH | Citi Mortgage | Mortage/HELOC | 6,464.50 |
| Check | 04/12/2019 | 1911 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,781.00 |
| Check | 04/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 04/16/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Transfer | 04/18/2019 | | N. Asterbadi | Withdrawal | 200.00 |
| Check | 04/20/2019 | 1919 | Marc/Mary Doctors | Loan Repayment | 10,141.13 |
| Check | 04/22/2019 | ACH | Barclaycard | Credit Card Repayment | 720.84 |
| Check | 04/25/2019 | 1917 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,291.76 |
| Check | 04/25/2019 | 1918 | United States Treasury | Tax Payments | 10,000.00 |
| Check | 04/26/2019 | 1912 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,594.00 |
| Check | 04/30/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 04/30/2019 | 1920 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 05/01/2019 | ACH | American Express | Credit Card Repayment | 1,275.60 |
| Check | 05/01/2019 | ACH | American Express | Credit Card Repayment | 2,000.00 |
| Check | 05/01/2019 | ACH | American Express | Credit Card Repayment | 2,500.00 |
| Check | 05/01/2019 | 1921 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 05/01/2019 | ACH | Chase | Credit Card Repayment | 1,891.97 |
| Check | 05/01/2019 | ACH | Chase | Credit Card Repayment | 2,811.65 |
| Check | 05/01/2019 | 1922 | M. Asterbadi | Owner Draw | 8,000.00 |
| Check | 05/01/2019 | 1924 | M. Asterbadi | Owner Draw | 5,511.93 |
| Check | 05/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 05/01/2019 | 1923 | Sandy Spring Bank | Mortgage - Guarantee | 8,417.00 |
| Check | 05/02/2019 | ACH | Citi Mortgage | Mortage/HELOC | 6,464.50 |
| Check | 05/03/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |

**Zachair, Ltd.**
**Attachment to SOFA Question 4**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 05/06/2019 | ACH | Citi Mortgage | Mortage/HELOC | 3,619.38 |
| Check | 05/07/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,000.00 |
| Check | 05/10/2019 | 1925 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,706.00 |
| Transfer | 05/13/2019 | | N. Asterbadi | Withdrawal | 1,100.00 |
| Check | 05/13/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 05/14/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 05/22/2019 | ACH | Barclaycard | Credit Card Repayment | 143.18 |
| Check | 05/24/2019 | 1926 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,655.00 |
| Check | 05/28/2019 | 1927 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 05/28/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 05/28/2019 | 1928 | Marc/Mary Doctors | Loan Repayment | 10,103.70 |
| Check | 05/28/2019 | 1931 | United States Treasury | Tax Payments | 10,000.00 |
| Check | 06/03/2019 | ACH | Citi Mortgage | Mortgage/HELOC | 6,464.50 |
| Check | 06/03/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 06/05/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Check | 06/06/2019 | ACH | American Express | Credit Card Repayment | 1,001.59 |
| Check | 06/06/2019 | ACH | American Express | Credit Card Repayment | 1,486.00 |
| Check | 06/06/2019 | ACH | American Express | Credit Card Repayment | 3,504.17 |
| Check | 06/06/2019 | ACH | Citi Mortgage | Mortgage/HELOC | 3,619.75 |
| Check | 06/06/2019 | 1932 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 06/06/2019 | 1933 | M. Asterbadi | Owner Draw | 8,000.00 |
| Check | 06/07/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 1,500.00 |
| Check | 06/07/2019 | ACH | Care First Blue Cross Blue Shield | Health Insurance | 942.84 |
| Check | 06/07/2019 | ACH | Chase | Credit Card Repayment | 1,834.87 |
| Check | 06/07/2019 | ACH | Chase | Credit Card Repayment | 1,625.27 |
| Check | 06/09/2019 | 1935 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,862.00 |
| Check | 06/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 06/13/2019 | | N. Asterbadi | Withdrawal | 3,748.00 |
| Check | 06/14/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 06/19/2019 | 1938 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,705.00 |
| Check | 06/19/2019 | | N. Asterbadi | For Wells Fargo/CIT | 50,000.00 |
| Check | 06/24/2019 | ACH | Barclaycard | Credit Card Repayment | 1,460.67 |
| Check | 06/26/2019 | 1942 | Marc/Mary Doctors | Loan Repayment | 10,073.18 |
| Check | 06/27/2019 | 1944 | United States Treasury | Tax Payments | 10,000.00 |
| Check | 07/01/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 07/01/2019 | 1945 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 2,025.00 |
| Check | 07/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 07/02/2019 | ACH | Citi Mortgage | Mortgage/HELOC | 6,464.50 |
| Check | 07/02/2019 | 1947 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 07/02/2019 | 1946 | M. Asterbadi | Owner Draw | 8,000.00 |
| Check | 07/05/2019 | ACH | Barclaycard | Credit Card Repayment | 30.00 |
| Check | 07/05/2019 | ACH | Chase | Credit Card Repayment | 1,140.91 |
| Check | 07/05/2019 | ACH | Chase | Credit Card Repayment | 2,000.00 |
| Check | 07/05/2019 | ACH | Citi Mortgage | Mortgage/HELOC | 3,619.52 |
| Check | 07/05/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Check | 07/08/2019 | ACH | American Express | Credit Card Repayment | 25,770.47 |
| Check | 07/10/2019 | 1951 | AAA Services | Credit Card Repayment | 1,000.00 |
| Check | 07/10/2019 | ACH | American Express | Credit Card Repayment | 1,000.00 |
| Check | 07/10/2019 | ACH | American Express | Credit Card Repayment | 2,184.62 |

**Zachair, Ltd.**
**Attachment to SOFA Question 4**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|-------:|
| Transfer | 07/10/2019 | ACH | American Express | Credit Card Repayment | 1,525.00 |
| Check | 07/10/2019 | 1952 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 07/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 07/15/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 1,500.00 |
| Check | 07/15/2019 | 1955 | Discover | Credit Card Repayment | 1,000.00 |
| Check | 07/15/2019 | 1954 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 943.87 |
| Check | 07/16/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 07/23/2019 | ACH | American Express | Credit Card Repayment | 10,000.00 |
| Check | 07/23/2019 | 1957 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,556.25 |
| Check | 07/29/2019 | ACH | American Express | Credit Card Repayment | 15,718.62 |
| Check | 07/30/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Bill Pmt -Check | 07/31/2019 | 1960 | Bond Safeguard Insurance Co | Bond - Guarantee | 7,500.00 |
| Check | 07/31/2019 | 1965 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 460.00 |
| Check | 07/31/2019 | 1966 | Sarah Asterbadi | Owner Draw | 600.00 |
| Check | 08/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 08/02/2019 | ACH | American Express | Credit Card Repayment | 2,000.00 |
| Check | 08/02/2019 | ACH | American Express | Credit Card Repayment | 2,721.50 |
| Check | 08/02/2019 | ACH | American Express | Credit Card Repayment | 1,488.00 |
| Check | 08/02/2019 | 1969 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 08/02/2019 | ACH | Citi Mortgage | Mortage/HELOC | 6,464.50 |
| Check | 08/02/2019 | 1967 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 2,001.00 |
| Check | 08/02/2019 | 1968 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 08/05/2019 | 1970 | AAA Services | Credit Card Repayment | 1,000.00 |
| Check | 08/05/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 1,500.00 |
| Check | 08/05/2019 | ACH | Chase | Credit Card Repayment | 2,000.00 |
| Check | 08/05/2019 | ACH | Saks Card | Credit Card Repayment | 525.00 |
| Check | 08/05/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Check | 08/06/2019 | ACH | Citi Mortgage | Mortage/HELOC | 3,619.89 |
| Check | 08/08/2019 | 1971 | United States Treasury | Tax Payments | 4,913.88 |
| Transfer | 08/09/2019 |  | N. Asterbadi | Withdrawal | 9,291.97 |
| Check | 08/09/2019 | 1973 | Sarah Asterbadi | Owner Draw | 2,354.40 |
| Check | 08/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 08/14/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 08/16/2019 | 1974 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,980.00 |
| Check | 08/21/2019 | 1975 | Discover | Credit Card Repayment | 1,000.00 |
| Check | 08/22/2019 | ACH | Barclaycard | Credit Card Repayment | 2,000.00 |
| Transfer | 08/22/2019 |  | N. Asterbadi | Withdrawal | 200.00 |
| Transfer | 08/26/2019 |  | N. Asterbadi | Withdrawal | 380.00 |
| Check | 08/27/2019 | ACH | Chase | Credit Card Repayment | 386.00 |
| Check | 08/29/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 08/30/2019 | 1976 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,799.00 |
| Transfer | 09/02/2019 | ACH | American Express | Credit Card Repayment | 2,000.00 |
| Check | 09/03/2019 | ACH | American Express | Credit Card Repayment | 949.97 |
| Check | 09/03/2019 | ACH | American Express | Credit Card Repayment | 2,500.00 |
| Check | 09/03/2019 | ACH | Citi Mortgage | Mortage/HELOC | 6,464.50 |
| Check | 09/03/2019 | 1979 | M. Asterbadi | Owner Draw | 10,500.00 |
| Check | 09/03/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 09/04/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Check | 09/04/2019 | 1980 | United States Treasury | Tax Payments | 4,913.88 |

**Zachair, Ltd.**
**Attachment to SOFA Question 4**

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Check | 09/05/2019 | ACH | Chase | Credit Card Repayment | 2,000.00 |
| Check | 09/05/2019 | ACH | Chase | Credit Card Repayment | 2,500.00 |
| Check | 09/06/2019 | ACH | Citi Mortgage | Mortage/HELOC | 3,526.30 |
| Check | 09/09/2019 | 1983 | AAA Services | Credit Card Repayment | 1,000.00 |
| Check | 09/09/2019 | 1982 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 09/10/2019 | | N. Asterbadi | Withdrawal | 3,711.73 |
| Check | 09/11/2019 | 1984 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,775.00 |
| Check | 09/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 09/16/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 09/16/2019 | | N. Asterbadi | Withdrawal | 700.00 |
| Check | 09/16/2019 | ACH | Saks Card | Credit Card Repayment | 600.00 |
| Check | 09/17/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 09/17/2019 | ACH | Care First Blue Cross Blue Shield | Health Insurance | 942.84 |
| Check | 09/18/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,500.00 |
| Check | 09/21/2019 | 1991 | Discover | Credit Card Repayment | 1,000.00 |
| Check | 09/23/2019 | ACH | Barclaycard | Credit Card Repayment | 2,500.00 |
| Check | 09/26/2019 | | N. Asterbadi | Withdrawal | 825.00 |
| Check | 09/27/2019 | 1993 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,889.00 |
| Check | 09/27/2019 | 1994 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 250.00 |
| Check | 10/01/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 10/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 10/02/2019 | ACH | American Express | Credit Card Repayment | 780.79 |
| Check | 10/02/2019 | ACH | American Express | Credit Card Repayment | 3,977.46 |
| Check | 10/02/2019 | ACH | American Express | Credit Card Repayment | 1,500.00 |
| Check | 10/02/2019 | ACH | Chase | Credit Card Repayment | 1,500.00 |
| Check | 10/02/2019 | ACH | Chase | Credit Card Repayment | 1,500.00 |
| Check | 10/02/2019 | ACH | Citi Mortgage | Mortage/HELOC | 6,464.50 |
| Check | 10/04/2019 | ACH | Citi Mortgage | Mortage/HELOC | 3,527.27 |
| Check | 10/06/2019 | 2017 | AAA Services | Credit Card Repayment | 500.00 |
| Check | 10/06/2019 | 2016 | Bank of America Card Services | Credit Card Repayment | 750.00 |
| Check | 10/06/2019 | 1998 | United States Treasury | Tax Payments | 4,913.88 |
| Check | 10/07/2019 | 1996 | M. Asterbadi | Owner Draw | 8,000.00 |
| Check | 10/07/2019 | 1997 | M. Asterbadi | Owner Draw | 3,611.73 |
| Check | 10/07/2019 | ACH | TD Bank Auto Finance | Automotive Payment | 2,820.76 |
| Check | 10/11/2019 | 2001 | AAA Services | Credit Card Repayment | 1,000.00 |
| Check | 10/11/2019 | 2000 | Bank of America Card Services | Credit Card Repayment | 1,000.00 |
| Check | 10/11/2019 | 2002 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 1,788.00 |
| Check | 10/11/2019 | 2003 | Stan Fetter, dba Fetter Aviation Co. | Airport Management | 550.00 |
| Check | 10/11/2019 | | N. Asterbadi | Withdrawal | 200.00 |
| Check | 10/12/2019 | 2004 | M. Asterbadi | Owner Draw | 3,945.00 |
| Bill Pmt -Check | 10/12/2019 | 2007 | Meyers Rodbell Rosenbaum | Personal Litigation | 10,000.00 |
| Check | 10/15/2019 | 2005 | N. Asterbadi | Withdrawal | 500.00 |
| Check | 10/15/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 10/16/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,000.00 |
| Check | 10/16/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 10/22/2019 | ACH | Barclaycard | Credit Card Repayment | 3,000.00 |
| Check | 10/22/2019 | 1995 | Fransesca Wong | Home Services | 2,000.00 |
| Check | 10/23/2019 | 2008 | Discover | Credit Card Repayment | 220.00 |
| Check | 10/29/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |

**Zachair, Ltd.**
**Attachment to SOFA Question 4**

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Check | 11/01/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Check | 11/05/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,000.00 |
| Check | 11/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 11/14/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 11/17/2019 | 2023 | Discover | Credit Card Repayment | 500.00 |
| Check | 11/22/2019 | ACH | Barclaycard | Credit Card Repayment | 1,500.00 |
| Check | 12/02/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 12/02/2019 | 2039 | Discover | Credit Card Repayment | 300.00 |
| Check | 12/02/2019 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Bill Pmt -Check | 12/06/2019 | 2032 | Holston MacDonald | U-22725 | 8,205.00 |
| Check | 12/09/2019 | ACH | Bank of America Card Services | Credit Card Repayment | 2,000.00 |
| Check | 12/10/2019 | 2026 | Joseph, Greenwald & Lake | | 1,629.34 |
| Check | 12/12/2019 | 2033 | Bank of America Card Services | Credit Card Repayment | 600.00 |
| Check | 12/12/2019 | 2034 | Bank of America Card Services | Credit Card Repayment | 500.00 |
| Check | 12/12/2019 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 12/16/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Check | 12/19/2019 | ACH | Ocean Bank | | 20.00 |
| Check | 12/23/2019 | ACH | Barclaycard | Credit Card Repayment | 2,000.00 |
| Check | 12/31/2019 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 01/02/2020 | ACH | Mercedes-Benz Financial Services | Company Vehicle - Guarantee | 1,724.91 |
| Bill Pmt -Check | 01/09/2020 | 2041 | Bond Safeguard Insurance Co | Bond - Guarantee | 2,400.00 |
| Check | 01/13/2020 | 2043 | Bank of America Card Services | Credit Card Repayment | 369.20 |
| Check | 01/13/2020 | 2044 | Bank of America Card Services | Credit Card Repayment | 356.00 |
| Check | 01/13/2020 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 01/13/2020 | ACH | Cincinnati Life Insurance | Life Insurance | 1,350.36 |
| Check | 01/13/2020 | 2045 | Discover | Credit Card Repayment | 400.00 |
| Check | 01/13/2020 | ACH | Toyota Financial Services | Automotive Payment | 691.78 |
| Check | 01/14/2020 | ACH | Cincinnati Life Insurance | Life Insurance | 445.72 |
| Total | | | | | $ 802,813.32 |

**Attachment to SOFA Question 21**
**Property Held by Zachair Owned by Others**

| Owner Name/Address | Location | Description | Value |
|---|---|---|---|
| Clinton Aero Maintenance<br>10501 Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | Portable Hangar | Unknown |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | Soda Machines (2) | $2000 |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | Mowers (2) | $1050 |
| David Devnew<br>13205 Old Chapel Rd<br>Bowie, MD 20720 | 10275 Piscataway Rd<br>Clinton, MD 20735 | Pallet Racking | Unknown |
| David Devnew<br>13205 Old Chapel Rd<br>Bowie, MD 20720 | 10275 Piscataway Rd<br>Clinton, MD 20735 | Skid Steer Loader | Unknown |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | DigiWx Weather<br>Station &<br>Computer | $4000 |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | John Deere Tractor<br>& Attachments | $50,000 |
| Leon Tallman<br>5603 Kenwood St<br>Temple Hills, MD | 10275 Piscataway Rd<br>Clinton, MD 20735 | GMC Motor Home | Unknown |
| Lee Wyckoff<br>106 Barbara Rd<br>Bumpass, VA 23024 | 10275 Piscataway Rd<br>Clinton, MD 20735 | Jeep | Unknown |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | 1975 GMC Fuel<br>Truck | $4000 |
| Leon Tallman<br>5603 Kenwood St<br>Temple Hills, MD | 10275 Piscataway Rd<br>Clinton, MD 20735 | GMC Pickup | Unknown |

| Owner Name/Address | Location | Description | Value |
|---|---|---|---|
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | 2009 Apple iMac<br>Desktop Computer | Unknown |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | BCS Mower | Unknown |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway RD<br>Clinton, MD 20735 | Jet Fuel<br>520 Gal. | $1908 |
| Stan Fetter<br>Dba Fetter Aviation Co<br>10275A Piscataway Rd<br>Clinton, MD 20735 | 10275 Piscataway Rd<br>Clinton, MD 20735 | Aviation Gasoline<br>580 Gal. | $2917 |

MARYLAND AVIATION ADMINISTRATION
OFFICE OF REGIONAL AVIATION ASSISTANCE
Listing of Loaned Equipment

## Washington Executive/Hyde Field

3/1/2019

| Item Description<br>Make<br>Remarks | Model | Serial No. | MAA No. | Value | Loan Date<br>Property Book |
|---|---|---|---|---|---|
| 1 - OBSTRUCTION LIGHT SOLAR<br>AVLITE<br>TO BE LOCATED ON PLINE POLE NEAR RWY 5 APPROACH. | AV60-RED | 339546 | 20269 | $232.00 | 1/8/2014<br>No |
| 1 - OBSTRUCTION LIGHT SOLAR<br>AVLITE<br>TO BE LOCATED ON PLINE POLE NEAR RWY 5 APPROACH. | AV60-RED | 339458 | 20270 | $232.00 | 1/8/2014<br>No |
| 1 - OBSTRUCTION LIGHT SOLAR<br>AVLITE<br>TO BE LOCATED ON PLINE POLE NEAR RWY 5 APPROACH. | AV60-RED | 339559 | 20271 | $232.00 | 1/8/2014<br>No |
| 1 - REIL SYNCHRONIZED<br>MANAIRCO<br>TO REPLACE EXISITNG REIL AT AER 05 | R500 D AND F | NSN | 20326 | $1,495.00 | 11/29/2017<br>No |
| 1 - ROTATING BEACON<br>HALIBRITE<br>TO REPLACE 2005 MANAIRCO AB1000D TAG # 20119 | HBM 150-2 L801A | 746 | 20241 | $3,700.00 | 1/31/2011<br>No |
| 1 - UNICOM RADIO<br>COMCO<br>Located in FBO storage room as backup. | 727 | 38558 | 19605 | $500.00 | 1/1/1989<br>No |
| 1 - UNICOM RADIO<br>VAL AVIONICS<br>Located in FBO offices at front counter. | 7600 | 1542/10058 | 18147 | $1,375.00 | 3/14/2006<br>Yes |
| 1 - WIND INDICATOR SYSTEM<br>TEXAS ELECTRONICS<br>INCLUDES SPEED SENSOR (TV-114-2A), DIRECTIONAL SENSOR (TD-104-5D) & CONVERTER (BPC-125). Held as backup to DigiWx. | 280 | 2722-1003 | 20091 | $2,125.00 | 10/22/2003<br>No |
| 1 - WINDCONE, LIGHTED<br>HALI-BRITE<br>INTERNALLY LIGHTED WITH LED ARRAY AND LED OBSTRUCTION LIGHT. TO BE INSTALLED AT CURRENT WINDCONE LOCATION (REPLACEMENT) | L807-S1-IN-120-ON-5 | 70903 | 20365 | $3,460.00 | 12/1/2016<br>No |

_____          _____          _____
Name                                      Title                                     Date

**Washington Executive/Hyde Field**