IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 2015-1

Zachair, Ltd. (the "Debtor"), the above captioned debtor and debtor-in-possession, files this Statement pursuant to Local Bankruptcy Rule 2015-1(b):

1. <u>LBR 2015-1(b)(1)</u>: The officers, directors, and insiders of the Debtor, and their respective positions, are as follows:

    a. <u>Nabil J. Asterbadi</u>. Mr. Asterbadi is a director and president of the Debtor, and is a 100% shareholder of the Debtor as tenants by the entirety.

    b. <u>Maureen Asterbadi</u>. Mrs. Asterbadi is a director of the Debtor, and is a 100% shareholder of the Debtor as tenants by the entirety.

    c. <u>Stan Fetter</u>. Mr. Fetter, doing business as Fetter Aviation Co., is the manager of the airport and surcharge fill operations of the Debtor.

2. <u>LBR 2015-1(b)(2)</u>: Compensation paid to or for the benefit of each of the foregoing individuals within ninety days of the Debtor's petition date is set forth on Exhibit A attached hereto. Compensation of shareholders includes amounts that the Debtor booked as owner draws and loan payments made for company vehicles used by Dr. Asterbadi. Exhibit A omits any contributions or loans to the Debtor from the Debtor's shareholders during the 90-day period immediately preceding the petition date, and thus should be considered gross, rather than net compensation to the shareholders during this period. The dates listed in Exhibit A reflect the issue date for checks, and the date funds were debited from the Debtor's account for ACH payments. Although the Debtor's management has made reasonable efforts to ensure that the information summarized in Exhibit A is as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in changes to Exhibit A, and inadvertent errors, inaccuracies, or omissions may have occurred. The Debtor reserves all rights to amend or supplement Exhibit A from time to time, in all respects, as may be necessary or appropriate.

3. <u>LBR 2015-1(b)(3)</u>:

    a. Neither Mr. Asterbadi nor Mrs. Asterbadi currently receive cash compensation of any kind from the Debtor. Mr. Asterbadi operates a Debtor-owned automobile for both business and personal use.

    b. The Debtor pays Mr. Fetter, doing business as Fetter Aviation Co., a management fee of $5,000.00 per month, plus reimbursement of certain actual, out-of-pocket expenses incurred by Mr. Fetter.

Dated: February 18, 2020                ZACHAIR, LTD.

*/s/ Bradford F. Englander*
Whiteford, Taylor & Preston, LLP
Bradford F. Englander, Esq., Bar No. 11951
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
Email: benglander@wtplaw.com

*Proposed Counsel for the Debtor*

**<u>Exhibit A</u>**

**Zachair, Ltd.**
**Statement under Local Rule 2015-1(b)**

| Type | Num | Date | Name | General Ledger Account | Amount |
|---|---|---|---|---|---:|
| Check | 2009 | 10/25/2019 | Stan Fetter, dba Fetter Aviation Co. | Truck Monitoring | $ 1,725.00 |
| Check | 2013 | 10/30/2019 | Stan Fetter, dba Fetter Aviation Co. | Reimbursement | 664.82 |
| Check | 2014 | 11/10/2019 | Stan Fetter, dba Fetter Aviation Co. | Truck Monitoring | 1,656.00 |
| Check | 2019 | 11/12/2019 | Stan Fetter, dba Fetter Aviation Co. | Reimbursement | 664.82 |
| Check | 2025 | 11/23/2019 | Stan Fetter, dba Fetter Aviation Co. | Truck Monitoring | 1,749.00 |
| Check | 2027 | 12/6/2019 | Stan Fetter, dba Fetter Aviation Co. | Truck Monitoring | 1,475.00 |
| Check | 2038 | 12/23/2019 | Stan Fetter, dba Fetter Aviation Co. | Truck Monitoring | 1,237.00 |
| Check | 230298795 | 1/15/2020 | Stan Fetter, dba Fetter Aviation Co. | Contract Mgmt Expense | 5,577.44 |
| **Total Stan Fetter, dba Fetter Aviation Co.** | | | | | **$ 14,749.08** |
| | | | | | |
| Check | 2015 | 11/7/2019 | Maureen Asterbadi | Maureen Draw | $ 8,000.00 |
| Check | ACH | 11/12/2019 | Toyota Financial Services | Maureen Draw | 691.78 |
| Check | ACH | 11/14/2019 | Cincinnati Life Insurance | Maureen Draw | 445.72 |
| Check | ACH | 12/12/2019 | Toyota Financial Services | Maureen Draw | 691.78 |
| Check | ACH | 12/16/2019 | Cincinnati Life Insurance | Maureen Draw | 445.72 |
| Withdrawal | WDL | 1/6/2020 | M. Asterbadi | Maureen Draw | 10,000.00 |
| Check | ACH | 1/13/2020 | Toyota Financial Services | Maureen Draw | 691.78 |
| Check | ACH | 1/14/2020 | Cincinnati Life Insurance | Maureen Draw | 445.72 |
| **Total Maureen Asterbadi** | | | | | **$ 21,412.50** |
| | | | | | |
| Check | ACH | 10/20/2019 | Barclaycard | NJA Draw | $ 3,000.00 |
| Check | 2008 | 10/23/2019 | Discover | NJA Draw | 220.00 |
| Check | ACH | 10/29/2019 | Cincinnati Life Insurance | NJA Draw | 1,350.36 |
| Check | ACH | 11/1/2019 | Mercedes-Benz Financial Services | Notes Payable | 1,724.91 |
| Withdrawal | WDL | 11/4/2019 | N. Asterbadi | NJA Draw | 500.00 |
| Check | ACH | 11/4/2019 | American Express - Personal | NJA Draw | 2,500.00 |
| Check | ACH | 11/4/2019 | American Express - Personal | NJA Draw | 2,090.49 |
| Check | ACH | 11/5/2019 | TD Auto Finance | NJA Draw | 2,820.76 |
| Check | ACH | 11/5/2019 | Bank of America Card Services | NJA Draw | 2,000.00 |
| Check | 2017 | 11/7/2019 | AAA Services | NJA Draw | 500.00 |
| Check | 2016 | 11/7/2019 | Bank of America Card Services | NJA Draw | 750.00 |
| Check | ACH | 11/8/2019 | Chase | NJA Draw | 1,500.00 |
| Check | ACH | 11/8/2019 | Chase | NJA Draw | 1,500.00 |
| Check | 2023 | 11/17/2019 | Discover | NJA Draw | 500.00 |
| Withdrawal | WDL | 11/19/2019 | N. Asterbadi | NJA Draw | 250.00 |
| Check | ACH | 11/22/2019 | Barclaycard | NJA Draw | 1,500.00 |
| Withdrawal | WDL | 11/25/2019 | N. Asterbadi | NJA Draw | 500.00 |
| Withdrawal | WDL | 11/27/2019 | N. Asterbadi | NJA Draw | 200.00 |
| Check | ACH | 12/2/2019 | Mercedes-Benz Financial Services | Notes Payable | 1,724.91 |
| Check | ACH | 12/2/2019 | Cincinnati Life Insurance | NJA Draw | 1,350.36 |
| Check | ACH | 12/3/2019 | TD Auto Finance | NJA Draw | 2,820.76 |
| Check | ACH | 12/3/2019 | American Express - Personal | NJA Draw | 4,391.32 |
| Check | ACH | 12/3/2019 | American Express - Personal | NJA Draw | 2,743.58 |
| Withdrawal | WDL | 12/4/2019 | N. Asterbadi | NJA Draw | 8,000.00 |
| Check | ACH | 12/6/2019 | Citi Mortgage | NJA Draw | 3,345.22 |
| Check | ACH | 12/9/2019 | Bank of America Card Services | NJA Draw | 2,000.00 |

**Zachair, Ltd.**
**Statement under Local Rule 2015-1(b)**

| Type | Num | Date | Name | General Ledger Account | Amount |
|---|---|---|---|---|---:|
| Check | ACH | 12/9/2019 | Chase | NJA Draw | 2,000.00 |
| Check | 2026 | 12/10/2019 | Joseph, Greenwald & Lake | NJA Draw | 1,629.34 |
| Check | ACH | 12/11/2019 | Chase | NJA Draw | 2,000.00 |
| Check | 2033 | 12/12/2019 | Bank of America Card Services | NJA Draw | 600.00 |
| Check | 2034 | 12/12/2019 | Bank of America Card Services | NJA Draw | 500.00 |
| Withdrawal | WDL | 12/16/2019 | N. Asterbadi | NJA Draw | 250.00 |
| Check | ACH | 12/23/2019 | Barclaycard | NJA Draw | 2,000.00 |
| Check | 2039 | 12/25/2019 | Discover | NJA Draw | 300.00 |
| Check | ACH | 12/31/2019 | Cincinnati Life Insurance | NJA Draw | 1,350.36 |
| Check | ACH | 1/2/2020 | Mercedes-Benz Financial Services | Notes Payable | 1,724.91 |
| Check | ACH | 1/6/2020 | TD Auto Finance | NJA Draw | 2,820.76 |
| Check | ACH | 1/6/2020 | Citi Mortgage | NJA Draw | 3,349.46 |
| Check | 2045 | 1/13/2020 | Discover | NJA Draw | 400.00 |
| Check | ACH | 1/13/2020 | Cincinnati Life Insurance | NJA Draw | 1,350.36 |
| Check | 2043 | 1/13/2020 | Bank of America Card Services | NJA Draw | 369.20 |
| Check | 2044 | 1/13/2020 | Bank of America Card Services | NJA Draw | 356.00 |
| **Total Nabil Asterbadi** | | | | | **$ 70,783.06** |
| Check | ACH | 11/4/2019 | Citi Mortgage | Joint Draw | $ 6,507.82 |
| Check | ACH | 11/7/2019 | Citi Mortgage | Joint Draw | 3,435.70 |
| Check | ACH | 12/2/2019 | Citi Mortgage | Joint Draw | 6,507.82 |
| Check | ACH | 1/2/2020 | Citi Mortgage | Joint Draw | 6,507.82 |
| Check | 1995 | 10/22/2019 | Fransesca Wong | Joint Draw | 2,000.00 |
| **Total Joint Nabil and Maureen Asterbadi** | | | | | **$ 24,959.16** |