**DEBTOR:** _____    **CASE NUMBER:** _____

      **OFFICE OF THE UNITED STATES TRUSTEE - DISTRICT OF MARYLAND**
      **MONTHLY OPERATING REPORT**
      **CHAPTER 11 - BUSINESS DEBTORS**
      Form 2-A
      **COVER SHEET AND QUESTIONNAIRE**

      For Period from: _____ to _____

**Accounting Method:** _____ Accrual Basis   _____ Cash Basis

***THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH***

Mark One Box for Each Required Document:   Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|---|
| _____ | _____ | 1. | Cash Receipts and Disursements Statement (Form 2-B) |
| _____ | _____ | 2. | Post-petition Taxes and Aging Schedules (Form 2-C) |
| _____ | _____ | 3. | Disbursements Summary for the Month (Form 2-D) |
| _____ | _____ | 4. | Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | | |
|---|---|---|---|
| _____ | _____ | 5. | Balance Sheet (Form 2-F) |
| _____ | _____ | 6. | Profit and Loss Statement (Form 2-G) |
| _____ | _____ | 7. | Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| _____ | _____ | 8. | Bank Statements for All Bank Accounts |
| _____ | _____ | 9. | Bank Statement Reconciliations for all Bank Accounts |

      **QUESTIONNAIRE**     **Yes**     **No**

Please answer the questions below:
1. Is the business still operating?     _____ _____
2. Were all employees timely paid this month?     _____ _____
3. Are all insurance policies and operating licenses current and in effect?     _____ _____
4. Did you deposit all receipts into your DIP account this month?     _____ _____
5. Have all taxes been timely paid (payroll, sales, etc.)?     _____ _____
6. Are you current on U.S. Trustee quarterly fees payments?     _____ _____
7. Were any assets (other than inventory) sold this month?     _____ _____
8. Did you open any new bank accounts this month?     _____ _____

***I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.***

**Executed on:** _____     **Print Name:** _____

                              **Signature:** _____

                              **Title:** _____

                                                              Rev. 2018-01

**DEBTOR:** _____        **CASE NO:** _____

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**   (See Note A)

For Period: _____ to _____

| CASH FLOW SUMMARY | | | Current Month | |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | | | $ _____ | (1) |
| 2. Cash Receipts | | | | |
|    Operations | | _____ | | |
|    Sale of Assets | | _____ | | |
|    Loans/advances | | _____ | | |
|    Other _____ | | _____ | | |
|    Total Cash Receipts | | | $ _____ | |
| 3. Cash Disbursements | | | | |
|    Operations | | _____ | | |
|    Owner / Officer disbursements | | _____ | | |
|    Debt Service/Secured loan payment | | _____ | | |
|    Professional fees/U.S. Trustee fees | | _____ | | |
|    Other _____ | | _____ | | |
|    Total Cash Disbursements | | | $ _____ | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | | _____ | |
| **5. Ending Cash Balance (to Form 2-F)** | | | $ _____ | (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance At End of the Month | |
|---|---|---|---|
| Petty Cash | | $ _____ | |
| DIP Operating Account | _____ | _____ | |
| DIP Payroll Account | _____ | _____ | |
| Other Account | _____ | _____ | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _____ | (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**NARRATIVE**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

[                                                                                                    ]

**DEBTOR:** _____   **CASE:** _____

**Form 2-C**

**For Period:** _____ **to** _____

## POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
|    Federal | $ _____ | $ _____ | $ _____ | $ _____ |
|    State | _____ | _____ | _____ | _____ |
|    Local | _____ | _____ | _____ | _____ |
| FICA Tax Withheld | _____ | _____ | _____ | _____ |
| Employer's FICA Tax | _____ | _____ | _____ | _____ |
| Unemployment Tax | | | | |
|    Federal | _____ | _____ | _____ | _____ |
|    State | _____ | _____ | _____ | _____ |
| Sales, Use & Excise Taxes | _____ | _____ | _____ | _____ |
| Property Taxes | _____ | _____ | _____ | _____ |
| Other: | | | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| **TOTALS** | $ _____ | $ _____ | $ _____ | $ _____ |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ _____ | $ _____ |
| 30 to 60 days | _____ | _____ |
| 61 to 90 days | _____ | _____ |
| 91 to 120 days | _____ | _____ |
| Over 120 days | _____ | _____ |
| **Total Post Petition** | _____ | |
| **Pre Petition Amounts in Accounts Receivable** | _____ | |
| **Total Accounts Receivable** | $ _____ | |
| **Total Post Petition Accounts Payable** | | $ _____ |

*\* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

**DEBTOR:** _____          **CASE NO:** _____

# Form 2-D
## DISBURSEMENT SUMMARY
**For the Month Ended:** _____

| | |
|---|---|
| Total Disbursements from Operating Account (Note 1) | $ _____ |
| Total Disbursements from Payroll Account (Note 2) | $ _____ |
| Total Disbursements from any other Account (Note 3) | $ _____ |
| Grand Total | $ _____ |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account. Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account,**and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** _____     **Case Number:** _____

**Date Case was filed:** _____

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

**Year:**

| | Inc | Exp | Net |
|---|---|---|---|
| Jan | | | |
| Feb | | | |
| Mar | | | |
| Apr | | | |
| May | | | |
| Jun | | | |
| Jul | | | |
| Aug | | | |
| Sep | | | |
| Oct | | | |
| Nov | | | |
| Dec | | | |
| **TOTAL** | | | |

**Year:**

| | Inc | Exp | Net |
|---|---|---|---|
| Jan | | | |
| Feb | | | |
| Mar | | | |
| Apr | | | |
| May | | | |
| Jun | | | |
| Jul | | | |
| Aug | | | |
| Sep | | | |
| Oct | | | |
| Nov | | | |
| Dec | | | |
| **TOTAL** | | | |

Zachair, Ltd.
Balance Sheets
(Cash Basis)

|  | 31-Jan-20 | 17-Jan-20 |
|---|---:|---:|
| **Assets** | | |
| Current assets | | |
|   Cash and cash equivalents | 72,240 | 10,240 |
|   Other current assets | 1 | 1 |
| Total current assets | 72,241 | 10,241 |
| Fixed assets | | |
|   Automobiles | 150,075 | 150,075 |
|   Furniture & equipment | 37,128 | 37,128 |
|   Real property & improvements | 4 | 4 |
| | 187,207 | 187,207 |
| Less: Accumulated depreciation | 37,128 | 37,128 |
| Property & equipment (net of depreciation) | 150,079 | 150,079 |
| Intangible assets | - | - |
| **Total assets** | 222,320 | 160,320 |
| **Liabilities and capital** | | |
| Current liabilities | | |
|   Accounts payable | - | - |
|   Other current liabilities | - | - |
| Total current liabilities | - | - |
| Long-term liabilities | | |
|   Pre-petition liabilities - secured | 2,520,108 | 2,520,108 |
|   Pre-petition liabilities - priority | 76,696 | 76,696 |
|   Pre-petition liabilities - non-priority | 439,019 | 439,019 |
| Total pre-petition liabilities | 3,035,823 | 3,035,823 |
| Capital | | |
|   Owners' capital - pre-petition | (2,875,504) | (2,875,504) |
|   Retained earnings - post-petition | 62,000 | - |
| Total capital | (2,813,504) | (2,875,504) |
| **Total liabilities and capital** | 222,319 | 160,319 |

Zachair, Ltd.
Statements of Income
(Cash Basis)

|  | Jan 2020 | Period Ending 31-Jan-20 |
|---|---:|---:|
| Revenues | 62,000 | 62,000 |
| Cost of revenues | - | - |
| Gross profit | 62,000 | 62,000 |
| General and administrative expenses | - | - |
| Operating income (loss) | 62,000 | 62,000 |
| Other income (expense) |  |  |
|   Gain on asset sales | - | - |
|   Bankruptcy recoveries | - | - |
|   Bankruptcy expenses | - | - |
| Total other income (expense) | - | - |
| Net income (loss) | 62,000 | 62,000 |

Zachair, Ltd.
Receipts and Disbursements
January 2020

|  |  |  |  | Cash | |
|---|---|---|---|---|---|
|  |  |  |  | Operating | |
| Number | Date | Payee | Total | Capital One DIP Operating | Capital One Check (closed) |
| Beginning balances January 17, 2020 | | | 10,239.50 | - | 10,239.50 |
| Deposits | | | | | |
|  | 1/31/2020 | Metro Earthworks | 62,000.00 | 62,000.00 | |
| Total deposits | | | 62,000.00 | 62,000.00 | - |
| Checks and other disbursements | | | | | |
|  |  | None | | | |
| Total checks and other disbursements | | | - | - | - |
| Other | | | | | |
|  | 1/21/2020 | Transfer to DIP Operating | - | 10,239.50 | (10,239.50) |
| Total other | | | - | 10,239.50 | (10,239.50) |
| Total transactons | | | 62,000.00 | 72,239.50 | (10,239.50) |
| Ending balances January 31, 2020 | | | 72,239.50 | 72,239.50 | - |

**CapitalOne Bank**

**MANAGE YOUR CASH**
CASH MANAGEMENT  CHECKING  MONEY MARKET  CDs  LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
2726 CHAIN BRIDGE RD  NW
WASHINGTON DC  20016

UPGR
000123619

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY   FOR PERIOD  JANUARY 21, 2020 - JANUARY 31, 2020

**Commercial Checking** 7693                          **ZACHAIR, LTD DEBTOR IN POSSESSION**

| | | | |
|---|---:|---|---:|
| Previous Balance 01/21/20 | $0.00 | Number of Days in Cycle | 11 |
| 2 Deposits/Credits | $72,239.50 | Minimum Balance This Cycle | $0.00 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $9,308.68 |
| Service Charges | $0.00 | | |
| Ending Balance 01/31/20 | $72,239.50 | | |

## ACCOUNT DETAIL   FOR PERIOD JANUARY 21, 2020 - JANUARY 31, 2020

**Commercial Checking 00001361437693**                 **ZACHAIR, LTD DEBTOR IN POSSESSION**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---:|---:|---:|
| 01/21 | Customer Deposit | $10,239.50 | | $10,239.50 |
| 01/31 | Customer Deposit | $62,000.00 | | $72,239.50 |
| Total | | $72,239.50 | $0.00 | |

Thank you for banking with us.

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



MEMBER FDIC  EQUAL HOUSING LENDER

# An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



PSI: 0 / SHC: 0 / LOB :S

# citibank

Citibank CBO Services
P.O. Box 6201
Sioux Falls, SD 57117-6201

ZACHAIR, LTD
2726 CHAIN BRIDGE RD NW
WASHINGTON    DC 20016

CITIBANK, N. A.
**Account**
████████1251
**Statement Period**
Jan 1 - Jan 31, 2020
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990

Page 1 of 4

## CitiBusiness ACCOUNT AS OF JANUARY 31, 2020

**Relationship Summary:**

| | |
|---|---|
| Checking | $0.00 |
| Savings | |
| Checking Plus | $0.00 |

| Checking | | | Balance |
|---|---|---|---|
| CitiBusiness Streamlined Checking | | | $0.00 |

| Checking Plus | Credit Line | Amount Available | Amount You Owe |
|---|---|---|---|
| Checking Plus    (as of 1/31/20) | $0.00 | $0.00 | $0.00 |

## SERVICE CHARGE SUMMARY FROM DECEMBER 1, 2019 THRU DECEMBER 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # 9250411251** | | | |
| Average Daily Collected Balance | | | $13,204.70 |
| DEPOSIT SERVICES | | | |
|   CHECKS, DEP ITEMS/TICKETS, ACH | 60 | .4500 | 27.00 |
| **WAIVE | | | |
| Total Charges for Services | | | $0.00 |
| Net Service Charge | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
**9250411251**                                            Beginning Balance: $991.49-
                                                         Ending Balance:    $0.00

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/02 | ACH DR RETURN | | 1,350.36 | 358.87 |
| 01/02 | DEPOSIT | | 64,165.00 | 64,523.87 |
| 01/02 | NSF/OD/DAU CHARGE | 35.00 | | 64,488.87 |
| 01/02 | CHECK NO:    2039 | 300.00 | | 64,188.87 |
| 01/02 | ACH DEBIT | 1,724.91 | | 62,463.96 |
| | MBFS.COM     RETRY PYMT 1015722836    Jan 02 | | | |
| 01/02 | ACH DEBIT | 6,507.82 | | 55,956.14 |
| | CENTRAL LOAN ADM  RETRY PYMT 4769381247    Jan 02 | | | |
| 01/02 | CHECK NO:    2032 | 8,205.00 | | 47,751.14 |
| 01/03 | NSF/OD/DAU CHARGE | 70.00 | | 47,681.14 |
| 01/06 | WITHDRAWAL | 10,000.00 | | 37,681.14 |
| 01/06 | ACH DEBIT | 2,820.76 | | 34,860.38 |
| | TD AUTO FINANCE  BILL PAY  12313740971    Jan 06 | | | |
| 01/06 | ACH DEBIT | 3,349.46 | | 31,510.92 |
| | CENTRAL LOAN ADM  LOAN PAYMT 4774627766    Jan 06 | | | |
| 01/08 | ACH DEBIT | 87.92 | | 31,423.00 |
| | COMCAST 8299420  510447255 8702967    Jan 08 | | | |

ZACHAIR, LTD  
Account ▓▓▓▓1251  Page 2 of 4  
Statement Period: Jan 1 - Jan 31, 2020

001/R1/20F008

## CHECKING ACTIVITY — Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 01/08 | ACH DEBIT<br>AMERICAN EXPR  ACH PMT  S7498  Jan 08 | 1,657.00 | | 29,766.00 |
| 01/09 | DEPOSIT | | 892.00 | 30,658.00 |
| 01/13 | BILL PAYMENT<br>TOYOTA FINANCIAL SERVICES  010018  DA | 691.78 | | 29,966.22 |
| 01/13 | CHECK NO: 2044 | 356.00 | | 29,610.22 |
| 01/13 | CHECK NO: 2043 | 369.20 | | 29,241.02 |
| 01/13 | CHECK NO: 2045 | 400.00 | | 28,841.02 |
| 01/13 | ACH DEBIT<br>CINTI LIF INS CO  INSUR PREM 016363028L  Jan 13 | 1,350.36 | | 27,490.66 |
| 01/14 | ACH DEBIT<br>CINTI LIF INS CO  INSUR PREM 016363027L  Jan 14 | 445.72 | | 27,044.94 |
| 01/14 | CHECK NO: 2041 | 2,400.00 | | 24,644.94 |
| 01/14 | CHECK NO: 2040 | 10,000.00 | | 14,644.94 |
| 01/15 | FUNDS TRANSFER<br>WIRE FROM STANLE Y B FETTER  Jan 15 | | 9,761.00 | 24,405.94 |
| 01/15 | WITHDRAWAL | 1,089.00 | | 23,316.94 |
| 01/15 | WITHDRAWAL | 2,500.00 | | 20,816.94 |
| 01/15 | WITHDRAWAL | 5,000.00 | | 15,816.94 |
| 01/15 | WITHDRAWAL | 5,577.44 | | 10,239.50 |
| 01/15 | WITHDRAWAL | 10,239.50 | | 0.00 |
| | **Total Debits/Credits** | **75,176.87** | **76,168.36** | |

*This is your final Checking Account statement. Your Checking Account is now closed.*

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|---|---|---:|
| 2032 | 01/02 | 8,205.00 | 2039* | 01/02 | 300.00 | 2040 | 01/14 | 10,000.00 | 2041 | 01/14 | 2,400.00 |
| 2043* | 01/13 | 369.20 | 2044 | 01/13 | 356.00 | 2045 | 01/13 | 400.00 | | | |

* indicates gap in check number sequence   Number Checks Paid: 7   Totaling: $22,030.20

## CHECKING PLUS ACTIVITY

**Checking Plus**  
9250411251

| | |
|---|---:|
| Credit Line: | $0.00 |
| Amount Available: | $0.00 |
| Beginning Amount Owed: | $0.00 |
| Ending Amount Owed: | $0.00 |
| Finance Charges Paid Year To Date: | $0.00 |
| Finance Charges Paid Last Year: | $0.00 |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:  
Checking  
Checking Plus

YOU CAN CALL:  
877-528-0990  
(For Speech and Hearing Impaired Customers Only TDD: 800-945-0258)

YOU CAN WRITE:  
CitiBusiness  
100 Citibank Drive  
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2020 Citigroup Inc. Citibank, N.A. Member FDIC.  
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Zachair, Ltd.
Capital One Bank-DIP Operating Account
Account 00001361437693
January 31, 2020

| Number | Date | Payee | Outstanding 1/31/2020 |
|---|---|---|---|
| Balance per bank | | | 72,239.50 |
| Total outstanding deposits | | | - |
| Outstanding checks | | | |
| Total outstanding checks | | | - |
| Adjusted balance per bank | | | 72,239.50 |
| Balance per general ledger | | | 72,239.50 |
| Difference | | | - |

Zachair, Ltd.
Capital One Checking Account
Account 9250411251
January 31, 2020

| Number | Date | Payee | Outstanding 1/31/2020 |
|---|---|---|---|
| Balance per trust statement | | | - |
| Total outstanding deposits | | | - |
| Total outstanding checks | | | - |
| Adjusted balance per trust | | | - |
| Balance per general ledger | | | - |
| Difference | | | - |