IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | |
| **Zachair, Ltd.,** | ) ) | Case No.:  20-10691-TJC |
| **Debtor.** | ) ) ) | Chapter 11 |

**FIRST SUPPLEMENT TO VERIFIED
STATEMENT OF BRADFORD F. ENGLANDER**

I, Bradford F. Englander, declare as follows:

1. I am a partner of Whiteford Taylor & Preston L.L.P. ("WTP"), with offices located at 3190 Fairview Park Drive, Suite 800, Falls Church, Virginia 22042, and am admitted to practice law in the United States Bankruptcy Court for the District of Maryland.

2. On February 10, 2020, the Debtor filed its *Application for Authority to Employ Whiteford Taylor Preston L.L.P. as Counsel for the Debtor* (the "Application") and the accompanying *Verified Statement of Bradford F. Englander* (the "Verified Statement") seeking authority to employ WTP as counsel to the Debtor.  *See* Docket No. 20.

3. Following the filing of the Application, the Debtor received informal comments from the Office of the United States Trustee ("UST") regarding, among other things, the disclosures in the Verified Statement.

4. In response to the comments received from the UST, I hereby provide the following supplemental disclosure regarding WTP's connections with the Maryland Aviation Administration, a party-in-interest in the above captioned case:

    a. <u>Maryland Aviation Administration</u> – WTP entered into a contract with the State of Maryland to represent the state and its agencies in legal matters involving intellectual property. Pursuant to this contract, WTP currently is representing the Maryland Aviation Administration ("MAA") in connection with the filing of trademark applications and the maintenance of MAA's existing trademarks (the "Trademark Representation"). The Trademark Representation is unrelated to the Debtor or any of its insiders or affiliates, and does not involve the creation or implementation of MAA policy or MAA's management or regulation of airports. WTP also is representing MAA in a personal injury matter styled *Dawn Refvem v. Maryland Aviation Administration*, case no. C-02-CV-19-000021, pending in the Circuit Court for Anne Arundel County, Maryland (the "Litigation"). The Litigation is unrelated to the Debtor or any of its insiders or affiliates, and concerns an alleged slip and fall on ice on a sidewalk at BWI Thurgood Marshall Airport in January 2016. MAA regulates the operation of the Airfield. MAA also loaned to the Debtor certain airport-related equipment, including lights and radio equipment, and in 2012 provided a grant to the Debtor under the state's "MAPA" program for runway repairs. The Debtor currently has no dispute with MAA that would render WTP not disinterested or cause it to have an interest adverse to the Debtor. In the event that any dispute arises with MAA or the Debtor becomes involved in a direct dispute with MAA, the Debtor will utilize the services of conflicts counsel.

I, Bradford F. Englander, declare under penalty of perjury that the forgoing is true and correct.

Dated: February 20, 2020             By:    */s/ Bradford F. Englander*
                                                                          Bradford F. Englander