# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20–10691 – TJC**   Chapter: **11**

**Zachair, Ltd.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a RESCHEDULED hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770

on 6/2/20 at 10:00 AM

to consider and act upon the following:

36 – Debtor's Motion for Authority to File Supplement to Verified Statement Under Filed by Zachair, Ltd.. (Attachments: # 1 Proposed Order # 2 Exhibit – Service List) (Englander, Bradford) Modified on 2/21/2020 (Fraser, Kizzy).

46 – Objection on behalf of US Trustee – Greenbelt Filed by L. Jeanette Rice (related document(s)20 Application to Employ filed by Debtor Zachair, Ltd., 36 Motion to Seal filed by Debtor Zachair, Ltd.). (Attachments: # 1 Exhibit Service List # 2 Proposed Order) (Rice, L.)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 3/26/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Rita Hester

Form ntchrgmdb (rev. 12/2003)