## Exhibit A

**Bridge Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | **Case No.:  20-10691-TJC** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

## BRIDGE ORDER GRANTING DEBTOR'S
## <u>MOTION TO EXTEND THE EXCLUSIVITY PERIOD</u>

Upon consideration of the *Motion to Extend the Exclusivity Period* (the "Motion") filed by the above captioned debtor and debtor in possession (the "Debtor") seeking to extend the exclusive periods established by § 1121 of the Bankruptcy Code; and the Court finding that it is necessary and appropriate for the Court to enter a bridge order so that the Motion may be considered fairly on its merits, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

**ORDERED** that any objections to the entry of a bridge order on the Motion are OVERRULED; and it is further

14

**ORDERED** that the period in which the Debtor has the exclusive right to propose and file a plan of reorganization pursuant to 11 U.S.C. § 1121(b), and the period in which the Debtor has the exclusive right to solicit acceptances of such plan pursuant to 11 U.S.C. § 1121(c)(3), are extended through and including the date that is ten (10) business days following the date on which the Court enters an order resolving the Motion on the merits, without prejudice to the Debtor seeking further relief.

**END OF ORDER**

Copies to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770