**<u>Exhibit B</u>**

**Final Order Granting First Exclusivity Extension Motion**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.: 20-10691-TJC |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**ORDER GRANTING DEBTOR'S
MOTION TO EXTEND THE EXCLUSIVITY PERIOD**

Upon consideration of the *Motion to Extend the Exclusivity Period* (the "Motion") filed by the above captioned debtor and debtor in possession (the "Debtor"); and after consideration of any objections made thereto and after any hearing thereon; and it appearing that adequate notice of the Motion was provided and that no further notice is necessary; and there appearing good cause for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

**ORDERED** that any objections to the Motion are OVERRULED; and it is further

**ORDERED** that the period in which the Debtor has the exclusive right to propose and file a plan of reorganization pursuant to 11 U.S.C. § 1121(b) extended to September 14, 2020 without prejudice to the Debtor seeking further relief, and it is further

17

**ORDERED** that the period in which the Debtor has the exclusive right to solicit acceptances of such plan pursuant to 11 U.S.C. § 1121(c)(3) is extended to November 12, 2020 without prejudice to the Debtor seeking further relief.

**END OF ORDER**

Copies to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770