**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | |
| Zachair, Ltd., | ) | Case No.:  20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## BRIDGE ORDER GRANTING DEBTOR'S
## MOTION TO EXTEND THE EXCLUSIVITY PERIOD

Upon consideration of the *Motion to Extend the Exclusivity Period* (the "Motion") filed by the above captioned debtor and debtor in possession (the "Debtor") seeking to extend the exclusive periods established by § 1121 of the Bankruptcy Code; and the Court finding that it is necessary and appropriate for the Court to enter a bridge order so that the Motion may be considered fairly on its merits, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

~~**ORDERED** that any objections to the entry of a bridge order on the Motion are OVERRULED; and it is further~~

**ORDERED** that the period in which the Debtor has the exclusive right to propose and file a plan of reorganization pursuant to 11 U.S.C. § 1121(b), and the period in which the Debtor has the exclusive right to solicit acceptances of such plan pursuant to 11 U.S.C. § 1121(c)(3), are extended through ~~and including the date that is ten (10) business days following the date on which the Court enters~~ an order resolving the Motion on the merits, without prejudice to the Debtor seeking further relief.

### END OF ORDER

Copies to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770