IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAYRLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| Zachair, Ltd., ) | Case No: 20-10691-TJC |
| ) | Chapter 11 |
| Debtor. ) | |

**JOINDER OF SANDY SPRING BANK IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY WHITEFORD, TAYLOR & PRESTON LLP AS ATTORNEY FOR DEBTOR AND MOTION TO SEAL SECOND SUPPLEMENTAL AND VERIFIED STATEMENT**

COMES NOW Sandy Spring Bank ("SSB"), by counsel, and files this joinder in support of the Application to Employ Whiteford, Taylor & Preston LLP as attorney for the Debtor ("Application") and Motion to Seal Second Supplemental and Verified Statement ("Motion to Seal"), and in support thereof does state as follows:

1. SSB is a creditor in this case, with a claim exceeding $2,300,000.00.

2. SSB believes that the relief sought in the Application and the Motion to Seal is in the best interest of the creditors of the estate, and accordingly asks that the Application and Motion to Seal be granted.

3. In support, SSB incorporates the arguments made by the Debtor in the Application, the Motion to Seal, and the Reply in Support of the Application and Motion to Seal.

WHEREFORE, Sandy Spring Bank prays that the relief sought in the Application and Motion to Seal be granted, and for such other and further relief as this Court deems just and equitable.

Dated:  May 28, 2020  /s/ *Jeffery T. Martin, Jr.*
Jeffery T. Martin, Jr., MD Bar #18328
Henry & O'Donnell, P.C.
300 N. Washington Street, Suite 204
Alexandria, VA 22314
(703) 548-2100
Fax: (703) 548-2105
jtm@henrylaw.com
*Counsel for Sandy Spring Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2020, I served a true and correct copy of the foregoing pleading by ECF notification to:

Bradford F. Englander (benglander@wtplaw.com, rodom@wtplaw.com)
Michael J. Lichtenstein (mjl@shulmanrogers.com, tlockwood@shulmanrogers.com)
M. Evan Meyers (bdept@mrrlaw.net)
L. Jeanette Rice (Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV)
Jeffrey L. Tarkenton (Jeffrey.tarkenton@wbd-us.com, karla.radtke@wbdus.com,pascal.naples@wbd-us.com,morgan.patterson@wbdus.com,matthew.ward@wbd-us.com)
US Trustee - Greenbelt (USTPRegion04.GB.ECF@USDOJ.GOV)

/s/ Jeffery T. Martin, Jr.
Jeffery T. Martin, Jr.