

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Zachair, Ltd., | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### ORDER AUTHORIZING THE DEBTOR
### TO ENTER INTO MANAGEMENT AGREEMENT
### WITH STANLEY FETTER d/b/a FETTER AVIATION COMPANY

Upon consideration of the *Motion for Authority to Enter Into Management Agreement With Stanley Fetter d/b/a Fetter Aviation Company* (the "Motion") filed by the above-captioned debtor and debtor in possession (the "Debtor"); and it appearing that Stanley Fetter d/b/a Fetter Aviation Company ("Fetter") is duly qualified to manage the operations of the Debtor in this case; and the Court being satisfied that the Management Agreement is necessary and is in the best interest of the Debtor, its estate, and its creditors; and the Court having considered any objections made thereto; and it appearing that adequate notice of the Motion was provided and that no further notice of the Motion is necessary; and there appearing good cause for granting the relief requested in the Motion; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Motion be and it hereby is **GRANTED**; and it is further,

**ORDERED** that the Debtor is authorized to enter into the Management Agreement with Fetter effective as of January 17, 2019, on the terms set forth therein and in the Motion.

## END OF ORDER

cc:

E-Recipients

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770