Entered: June 4th, 2020
Signed: June 3rd, 2020

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No.   20-10691-TJC |
| Zachair, Ltd. | * | Chapter    11 |
| Debtor | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER AND NOTICE SETTING (1) DEADLINES TO OBJECT OR RESPOND TO THE MOTION TO EXTEND EXCLUSIVITY PERIOD AND
### (2) HEARING ON THE MOTION

On May 1, 2020, the debtor Zachair, Ltd. filed a Motion to Extend Exclusivity Period.

ECF 58.  Due to the COVID-19 Pandemic, the District Court for the District of Maryland entered

Standing Order 2020-07, which extended filing deadlines, in general.  Standing Order 2020-07,

*In re: COVID-19 Pandemic Procedures,* Misc. No. 00-308 (D. Md. 2020).  The Standing Order

also allows a presiding judge to set a different deadline by subsequent order.

Accordingly, based on the particular facts of this case and the relief requested, it is, by

the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the deadline to object or respond to the Motion to Extend Exclusivity

Period (ECF 58) is **June 18, 2020**; and it is further

ORDERED, that the deadline for the debtor to file a reply is **July 2, 2020**; and it is

further

ORDERED, that a video-conference hearing will be held on **July 22, 2020, at 10:00 a.m.**

on ECF 58, objections, and responses.

cc:    Debtor
       Debtor's Counsel
       All parties and creditors in interest
       U.S. Trustee

**END OF ORDER**