Entered: June 10th, 2020
Signed: June 9th, 2020

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| Zachair, Ltd., ) | Case No.: 20-10691-TJC |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

### ORDER AUTHORIZING EMPLOYMENT OF WHITEFORD, TAYLOR & PRESTON L.L.P. AS COUNSEL FOR THE DEBTOR

Upon consideration of the *Application for Authority to Employ Whiteford, Taylor & Preston L.L.P. as Counsel for the Debtor* [clerk's docket no. 20] (the "Application") filed by the above-captioned debtor and debtor in possession (the "Debtor"), the *Verified Statement of Bradford W. Englander* pursuant to Bankruptcy Rule 2014(a), as supplemented, and the Disclosure of Compensation submitted under Bankruptcy Rule 2016(b); and it appearing that Whiteford, Taylor & Preston L.L.P. ("WTP") is duly qualified to represent the Debtor in this case; and the Court being satisfied that WTP neither holds nor represents an interest adverse to the Debtor or its estate, and that its employment is necessary and is in the best interest of the Debtor, its estate, and its creditors; and after consideration of any objections made thereto and any argument and evidence presented at any hearing thereon; and it appearing that adequate notice of the Application was provided and that no further notice of the Application is necessary; and there appearing good cause

for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Application be and it hereby is **APPROVED**; and it is further,

**ORDERED** that all objections to the Application are overruled; and it is further

**ORDERED** that the Debtor is authorized to employ WTP as counsel effective as of January 17, 2019, to represent it as debtor and debtor in possession in this case on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further Order of this Court.

**END OF ORDER**

cc:

E-Recipients

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770