**DEBTOR:** _____  **CASE NUMBER:** _____

**OFFICE OF THE UNITED STATES TRUSTEE - DISTRICT OF MARYLAND**
**MONTHLY OPERATING REPORT**
**CHAPTER 11 - BUSINESS DEBTORS**
Form 2-A
**COVER SHEET AND QUESTIONNAIRE**

For Period from: _____ to _____

**Accounting Method:** _____ Accrual Basis   _____ Cash Basis

***THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH***

Mark One Box for Each Required Document: Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS / DOCUMENTS |
|---|---|---|
| ____ | ____ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ____ | ____ | 2. Post-petition Taxes and Aging Schedules (Form 2-C) |
| ____ | ____ | 3. Disbursements Summary for the Month (Form 2-D) |
| ____ | ____ | 4. Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | |
|---|---|---|
| ____ | ____ | 5. Balance Sheet (Form 2-F) |
| ____ | ____ | 6. Profit and Loss Statement (Form 2-G) |
| ____ | ____ | 7. Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| ____ | ____ | 8. Bank Statements for All Bank Accounts |
| ____ | ____ | 9. Bank Statement Reconciliations for all Bank Accounts |

**QUESTIONNAIRE**                                                           **Yes**       **No**

Please answer the questions below:
1. Is the business still operating?                                              ____    ____
2. Were all employees timely paid this month?                                    ____    ____
3. Are all insurance policies and operating licenses current and in effect?      ____    ____
4. Did you deposit all receipts into your DIP account this month?                ____    ____
5. Have all taxes been timely paid (payroll, sales, etc.)?                       ____    ____
6. Are you current on U.S. Trustee quarterly fees payments?                      ____    ____
7. Were any assets (other than inventory) sold this month?                       ____    ____
8. Did you open any new bank accounts this month?                                ____    ____

***I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachmentsare true, accurate and correct to the best of my belief.***

**Executed on:** _____   **Print Name:** _____

                              **Signature:** _____

                              **Title:** _____

Rev. 2018-01

**DEBTOR:** _____       **CASE NO:** _____

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT    (See Note A)

For Period: _____ to _____

| CASH FLOW SUMMARY | | Current Month |
|---|---|---|
| **1. Beginning Cash Balance** | | $ _____ (1) |
| 2. Cash Receipts | | |
|     Operations | _____ | |
|     Sale of Assets | _____ | |
|     Loans/advances | _____ | |
|     Other _____ | _____ | |
|     Total Cash Receipts | | $ _____ |
| 3. Cash Disbursements | | |
|     Operations | _____ | |
|     Owner / Officer disbursements | _____ | |
|     Debt Service/Secured loan payment | _____ | |
|     Professional fees/U.S. Trustee fees | _____ | |
|     Other _____ | _____ | |
|     Total Cash Disbursements | | $ _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | _____ |
| **5. Ending Cash Balance (to Form 2-F)** | | $ _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance At End of the Month |
|---|---|---|
| Petty Cash | | $ _____ |
| DIP Operating Account | _____ | _____ |
| DIP Payroll Account | _____ | _____ |
| Other Account | _____ | _____ |
| TOTAL (must agree with Ending Cash Balance above) | | $ _____ (2) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**NARRATIVE**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

_____

**DEBTOR:** _____     **CASE:** _____

**Form 2-C**

**For Period:** _____ **to** _____

## POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | | | | |
|    Federal | $ _____ | $ _____ | $ _____ | $ _____ |
|    State | _____ | _____ | _____ | _____ |
|    Local | _____ | _____ | _____ | _____ |
| FICA Tax Withheld | _____ | _____ | _____ | _____ |
| Employer's FICA Tax | _____ | _____ | _____ | _____ |
| Unemployment Tax | | | | |
|    Federal | _____ | _____ | _____ | _____ |
|    State | _____ | _____ | _____ | _____ |
| Sales, Use & Excise Taxes | _____ | _____ | _____ | _____ |
| Property Taxes | _____ | _____ | _____ | _____ |
| Other: | | | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| **TOTALS** | $ _____ | $ _____ | $ _____ | $ _____ |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| **Due** | **Accounts Receivable** | **Post Petition Accounts Payables** |
|---|---|---|
| Under 30 days | $ _____ | $ _____ |
| 30 to 60 days | _____ | _____ |
| 61 to 90 days | _____ | _____ |
| 91 to 120 days | _____ | _____ |
| Over 120 days | _____ | _____ |
| **Total Post Petition** | _____ | |
| **Pre Petition Amounts in Accounts Receivable** | _____ | |
| **Total Accounts Receivable** | $ _____ | |
| **Total Post Petition Accounts Payable** | | $ _____ |

*\* Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

**DEBTOR:** _____   **CASE NO:** _____

**Form 2-D**
**DISBURSEMENT SUMMARY**
**For the Month Ended:** _____

| | |
|---|---|
| Total Disbursements from Operating Account (Note 1) | $ _____ |
| Total Disbursements from Payroll Account (Note 2) | $ _____ |
| Total Disbursements from any other Account (Note 3) | $ _____ |
| Grand Total | $ _____ |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account.  Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account,**and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

# INCOME AND DISBURSEMENTS RECAP

**Debtor:** _____    **Case Number:** _____

**Date Case was filed:** _____

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case.

**Year:** _____

| | Inc | Exp | Net |
|---|---|---|---|
| Jan | | | |
| Feb | | | |
| Mar | | | |
| Apr | | | |
| May | | | |
| Jun | | | |
| Jul | | | |
| Aug | | | |
| Sep | | | |
| Oct | | | |
| Nov | | | |
| Dec | | | |
| **TOTAL** | | | |

**Year:** _____

| | Inc | Exp | Net |
|---|---|---|---|
| Jan | | | |
| Feb | | | |
| Mar | | | |
| Apr | | | |
| May | | | |
| Jun | | | |
| Jul | | | |
| Aug | | | |
| Sep | | | |
| Oct | | | |
| Nov | | | |
| Dec | | | |
| **TOTAL** | | | |

Zachair, Ltd.
Balance Sheets
(Cash Basis)

|  | 30-Jun-20 | 17-Jan-20 |
|---|---:|---:|
| **Assets** | | |
| Current assets | | |
|   Cash and cash equivalents | 30,130 | 10,240 |
|   Other current assets | 2,402 | 1 |
| Total current assets | 32,532 | 10,241 |
| Fixed assets | | |
|   Automobiles | 150,075 | 150,075 |
|   Furniture & equipment | 37,128 | 37,128 |
|   Real property & improvements | 4 | 4 |
| | 187,207 | 187,207 |
|   Less: Accumulated depreciation | 37,128 | 37,128 |
| Property & equipment (net of depreciation) | 150,079 | 150,079 |
| Intangible assets | - | - |
| Total assets | 182,611 | 160,320 |
| **Liabilities and capital** | | |
| Current liabilities | | |
|   Accounts payable | - | - |
|   Other current liabilities | 450 | - |
| Total current liabilities | 450 | - |
| Long-term liabilities | | |
|   Pre-petition liabilities - secured | 2,520,108 | 2,520,108 |
|   Pre-petition liabilities - priority | 76,696 | 76,696 |
|   Pre-petition liabilities - non-priority | 439,019 | 439,019 |
| Total pre-petition liabilities | 3,035,823 | 3,035,823 |
| Capital | | |
|   Owners' capital - pre-petition | (2,875,503) | (2,875,503) |
|   Retained earnings - post-petition | 21,841 | - |
| Total capital | (2,853,662) | (2,875,503) |
| Total liabilities and capital | 182,611 | 160,320 |

Zachair, Ltd.
Statements of Income
(Cash Basis)

|  | Jun 2020 | 6 Months Ending 30-Jun-20 |
|---|---:|---:|
| Revenues | 11,538 | 143,288 |
| Cost of revenues | 8,977 | 44,427 |
| Gross profit | 2,561 | 98,861 |
| General and administrative expenses | 500 | 33,339 |
| Operating income (loss) | 2,061 | 65,522 |
| Other income (expense) | | |
| Gain on asset sales | - | - |
| Bankruptcy recoveries | - | - |
| Bankruptcy expenses | - | (975) |
| Post-petition installments on Secured Debt | - | (42,706) |
| Total other income (expense) | - | (43,681) |
| Net income (loss) | 2,061 | 21,841 |

Zachair, Ltd.
Receipts and Disbursements
June 2020

| Number | Date | Payee | Total | Cash Operating Capital One DIP Operating |
|---|---|---|---|---|
| Beginning balances June 1, 2020 | | | 27,618.91 | 27,618.91 |
| **Deposits** | | | | |
| | 6/8/2020 | ATEC Corporation | 250.00 | 250.00 |
| | 6/8/2020 | Terriell R. Fry | 400.00 | 400.00 |
| | 6/8/2020 | Fetter Aviation | 7,307.50 | 7,307.50 |
| | 6/15/2020 | Fetter Aviation | 1,215.00 | 1,215.00 |
| | 6/15/2020 | Thomas J. Faichney | 450.00 | 450.00 |
| | 6/15/2020 | Thomas J. Faichney | 240.00 | 240.00 |
| | 6/22/2020 | Fetter Aviation | 1,000.00 | 1,000.00 |
| | 6/24/2020 | Eric M. Thorn | 1,125.00 | 1,125.00 |
| Total deposits | | | 11,987.50 | 11,987.50 |
| **Checks and other disbursements** | | | | |
| 209 | 6/11/2020 | Fetter Aviation | (5,214.71) | (5,214.71) |
| 210 | 6/11/2020 | Jeffrey R. Clark | (200.00) | (200.00) |
| 211 | 6/11/2020 | Comcast | (89.51) | (89.51) |
| 212 | 6/11/2020 | NAC Electric | (468.00) | (468.00) |
| 213 | 6/11/2020 | Grayhound Trash Removal, Inc. | (324.90) | (324.90) |
| 214 | 6/25/2020 | State Department of Assessments and Taxation | (300.00) | (300.00) |
| 215 | 6/25/2020 | Verizon Wireless | (429.61) | (429.61) |
| 216 | 6/25/2020 | Verizon | (119.99) | (119.99) |
| 217 | 6/25/2020 | Mid-Atlantic Entry MD | (200.00) | (200.00) |
| 218 | 6/25/2020 | WSSC | (64.29) | (64.29) |
| 219 | 6/25/2020 | WSSC | (56.25) | (56.25) |
| 220 | 6/25/2020 | PEPCO | (281.22) | (281.22) |
| 221 | 6/25/2020 | Dewberry Engineers, Inc. | (960.00) | (960.00) |
| 222 | 6/25/2020 | Comcast | (767.95) | (767.95) |
| Total checks and other disbursements | | | (9,476.43) | (9,476.43) |
| **Other** | | | | |
| | | None | - | |
| Total other | | | - | - |
| Total transactons | | | 2,511.07 | 2,511.07 |
| Ending balances June 30, 2020 | | | 30,129.98 | 30,129.98 |

# Capital One Bank — MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
2726 CHAIN BRIDGE RD NW
WASHINGTON DC  20016

L306
0000420160

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD JUNE 01, 2020 - JUNE 30, 2020

**Commercial Checking         7693**     ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | |
|---|---|---|---|
| Previous Balance  05/31/20 | $28,770.06 | Number of Days in Cycle | 30 |
| 8 Deposits/Credits | $11,987.50 | Minimum Balance This Cycle | $28,151.89 |
| 8 Checks/Debits | ($6,915.29) | Average Collected Balance | $31,592.91 |
| Service Charges | $0.00 | | |
| Ending Balance 06/30/20 | $33,842.27 | | |

## ACCOUNT DETAIL    FOR PERIOD JUNE 01, 2020 - JUNE 30, 2020

**Commercial Checking         7693**     ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|---|
| 06/01 | Check | 208 | | $425.33 | $28,344.73 |
| 06/01 | Check | 206 | | $72.85 | $28,271.88 |
| 06/02 | Check | 207 | | $119.99 | $28,151.89 |
| 06/08 | Customer Deposit | | $7,307.50 | | $35,459.39 |
| 06/08 | Customer Deposit | | $400.00 | | $35,859.39 |
| 06/08 | Customer Deposit | | $250.00 | | $36,109.39 |
| 06/12 | Check | 209 | | $5,214.71 | $30,894.68 |
| 06/15 | Customer Deposit | | $1,215.00 | | $32,109.68 |
| 06/15 | Customer Deposit | | $450.00 | | $32,559.68 |
| 06/15 | Customer Deposit | | $240.00 | | $32,799.68 |
| 06/15 | Check | 212 | | $468.00 | $32,331.68 |
| 06/16 | Check | 210 | | $200.00 | $32,131.68 |
| 06/17 | Check | 213 | | $324.90 | $31,806.78 |
| 06/18 | Check | 211 | | $89.51 | $31,717.27 |
| 06/22 | Customer Deposit | | $1,000.00 | | $32,717.27 |
| 06/24 | Customer Deposit | | $1,125.00 | | $33,842.27 |
| Total | | | $11,987.50 | $6,915.29 | |

Thank you for banking with us.

PAGE 1 OF 6

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



MEMBER FDIC — EQUAL HOUSING LENDER

# Capital One Bank

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691

## ACCOUNT DETAIL   CONTINUED FOR PERIOD JUNE 01, 2020 - JUNE 30, 2020

**Commercial Checking** ███████7693                                                     **ZACHAIR, LTD DEBTOR IN POSSESSION**

### Checks  * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 206 | 06/01 | $72.85 | 209 | 06/12 | $5,214.71 | 212 | 06/15 | $468.00 |
| 207 | 06/02 | $119.99 | 210 | 06/16 | $200.00 | 213 | 06/17 | $324.90 |
| 208 | 06/01 | $425.33 | 211 | 06/18 | $89.51 | | | |

PAGE 3 OF 6

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



MEMBER FDIC — EQUAL HOUSING LENDER

Zachair, Ltd.
Capital One Bank-DIP Operating Account
Account xxxxxxxxxx7693
June 30, 2020

| Number | Date | Payee | Outstanding 6/30/2020 |
|---|---|---|---|
| Balance per bank | | | 33,842.27 |
| Total outstanding deposits | | | - |
| Outstanding checks | | | |
| 120 | 2/28/2020 | Potomac Electric Power Company | 410.00 |
| 126 | 2/28/2020 | Potomac Electric Power Company | 63.44 |
| 194 | 5/11/2020 | Potomac Electric Power Company | 16.39 |
| 195 | 5/11/2020 | Potomac Electric Power Company | 29.54 |
| 198 | 5/11/2020 | Potomac Electric Power Company | 13.61 |
| 214 | 6/25/2020 | State Department of Assessments ar | 300.00 |
| 215 | 6/25/2020 | Verizon Wireless | 429.61 |
| 216 | 6/25/2020 | Verizon | 119.99 |
| 217 | 6/25/2020 | Mid-Atlantic Entry MD | 200.00 |
| 218 | 6/25/2020 | WSSC | 64.29 |
| 219 | 6/25/2020 | WSSC | 56.25 |
| 220 | 6/25/2020 | PEPCO | 281.22 |
| 221 | 6/25/2020 | Dewberry Engineers, Inc. | 960.00 |
| 222 | 6/25/2020 | Comcast | 767.95 |
| Total outstanding checks | | | 3,712.29 |
| Adjusted balance per bank | | | 30,129.98 |
| Balance per general ledger | | | 30,129.98 |
| Difference | | | - |