IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) |
| | ) |
| Zachair, Ltd., | )   Case No.: 20-10691-TJC |
| | ) |
| Debtor. | )   Chapter 11 |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***
**(for David W. Gaffey, Esq.)**

Pursuant to Local Rule 101.1(b) of the United States District Court for the District of Maryland, Bradford F. Englander, Esq., of Whiteford Taylor & Preston, L.L.P. ("WTP"), a member in good standing of the bar of this Court ("Movant"), moves for the admission of David W. Gaffey, Esq. of Whiteford Taylor & Preston, L.L.P to appear *pro hac vice* in the above captioned case as counsel for Zachair, Ltd. (the "Debtor").

Movant and the proposed admittee respectfully certify as follows:

1)    Movant is a member in good standing of the bar of this Court.  Movant is moving the admission of David W. Gaffey, Esq. to appear *pro hac vice* in this case as counsel for the Debtor.

2)    The proposed admittee is a member in good standing of the bar of the following State Courts and/or United States Courts:

   a. Massachusetts (admitted 2010);

   b. Virginia (admitted 2013);

   c. Fourth Circuit Court of Appeals (admitted 2012);

   d. U.S. District Court for the Eastern District of Virginia (admitted 2014);

   e. U.S. District Court for the District of Columbia (admitted 2017);

1

    f. U.S. Bankruptcy Court the Eastern District of Virginia (admitted 2013); and

    g. U.S. Bankruptcy Court for the District of Columbia (admitted 2017).

  3) The proposed admittee is not a member of the Bar of Maryland and does not maintain a law office in Maryland.

  4) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has <u>not</u> been admitted *pro hac vice* in this Court.

  5) The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

  6) The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

  7) The proposed admittee understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

  8) Co-counsel for the proposed admittee in these proceedings will be the undersigned who is an attorney at WTP and has been formally admitted to the bar of the United States District Court of the District of Maryland.

  9) The $100.00 fee for admission *pro hac vice* accompanies this motion.

  10) We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

Movant: Bradford F. Englander         Proposed Admittee: David W. Gaffey

*/s/ Bradford F. Englander* _____          */s/ David W. Gaffey*_____
Bradford F. Englander, Esq., Bar No. 11951   David W. Gaffey
Whiteford Taylor & Preston, L.L.P.           Whiteford Taylor & Preston, L.L.P.
3190 Fairview Park Drive, Suite 800          3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042                 Falls Church, Virginia 22042
Telephone: (703) 280-9081                    Telephone: (703) 280-3374
Facsimile: (703) 280-3370                    Email: dgaffey@wtplaw.com
Email: benglander@wtplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing motion will be served electronically by the Court's CM/ECF system on the following parties:

- Bradford F. Englander     benglander@wtplaw.com, rodom@wtplaw.com
- Bruce W. Henry    bwh@henrylaw.com, kmo@henrylaw.com;jtm@henrylaw.com;mbp@henrylaw.com
- Patrick J. Kearney    pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Michael J. Lichtenstein     mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- Jeffery Thomas Martin    jtm@henrylaw.com, mbp@henrylaw.com
- M. Evan Meyers    bdept@mrrlaw.net
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Jeffrey L. Tarkenton    Jeffrey.tarkenton@wbd-us.com, karla.radtke@wbd-us.com,pascal.naples@wbd-us.com,morgan.patterson@wbd-us.com,matthew.ward@wbd-us.com
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Jacob Christian Zweig    jzweig@evanspetree.com, crecord@evanspetree.com

*/s/ Bradford F. Englander*____
Counsel

3