**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.:  20-10691-TJC |
| | ) | |
| **Debtor.** | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
**(for David W. Gaffey, Esq.)**

This Court having considered the *Motion for Admission Pro Hac Vice* (the "Motion") filed by David W. Gaffey as counsel for Zachair, Ltd., and his statements in support thereof, and upon the recommendation of Bradford F. Englander, counsel herein for Zachair, Ltd., it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED that pursuant to Local Bankruptcy Rule 9010-3(b) and District Court Local Rule 101.1(b), the Motion is granted.

Copies to:

Bradford F. Englander, Esq.
Whiteford Taylor & Preston, L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

David W. Gaffey, Esq.
Whiteford Taylor & Preston, L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

**END OF ORDER**