_____ (TC)            ✓ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: Y (N)
                                                     Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 11

Date: 07/21/2020  Time: 03:30

**CASE: 20-10691 Zachair, Ltd.**

(Bradford F. Englander) representing Zachair, Ltd. (Debtor)
(L. Jeanette Rice) representing US Trustee - Greenbelt (U.S. Trustee)

*Status conf*

[58] Motion to Extend Exclusivity Period for Filing a
Chapter 11 Plan and Disclosure Statement Filed by
Zachair, Ltd.. (Attachments: #s3 Exhibit - Service   GR
List)

**MOVANT** : Zachair, Ltd. BY B Englander

[69] Opposition on behalf of PD Hyde Field LLC Filed
by Michael J. Lichtenstein (related document(s)
58 Motion to Extend Exclusivity Period filed
by Debtor Zachair, Ltd.).

**MOVANT** : PD Hyde Field LLC BY (M Lichtenstein) B Englander

[84] Memorandum Debtor's Reply Memorandum In Support
of Motion to Extend Exclusivity Dates Filed by Bradford
F. Englander (related document(s) 58 Motion
to Extend Exclusivity Period filed by Debtor Zachair,
Ltd.).

**MOVANT** : Zachair, Ltd. BY B Englander

[88] Exhibit/Witness List Filed by Bradford F. Englander
(related document(s) 2 Exhibit - Claim Summary)

**MOVANT** : Zachair, Ltd. BY B Englander


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted 58  Denied____ Withdrawn____ Consent____ Default___ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[X] Signed by Court              [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel         [ ] Court
    [ ] Respondent's counsel     [ ] Other _____

NOTES: