IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

_____
                                      )
**In re:**                                  )        **Case No. 20-10691-TJC**
                                        )        **Chapter 11**
**Zachair, Ltd.,**                   )
        **Debtor.**         )
                                        )
_____)

**NOTICE OF APPEARANCE ON BEHALF OF
<u>DEWBERRY CONSULTANTS LLC</u>**

PLEASE TAKE NOTICE, that Dewberry Consultants LLC., creditor of the Debtor, hereby appears in this case by its undersigned counsel and such counsel hereby enters her appearance, pursuant to §1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), and this counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9017, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon her at the following address:

        Nancy D. Greene, Esq.
        N D Greene PC
        3977 Chain Bridge Rd, Suite 1
        Fairfax, VA 22030
        (703) 539-0333
        (703) 935-4294 (facsimile)
        ndg@ndglaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan,

1

disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies and claims Maryland Paving & Sealant, Inc. against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of rights to (1) have final orders in non-core matters entered only after <u>de novo</u> review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory and discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Dewberry Consultants, LLC. is, or may be entitled, in law or in equity, all of which rights it expressly reserves.  Dated: August 3, 2020

> /s/ Nancy D. Greene
> Nancy D. Greene, Esquire
> N D Greene PC
> 3977 Chain Bridge Rd, Suite 1
> Fairfax, VA 22030
> (703) 539-0333
> (703) 935-4294 (facsimile)
> ndg@ndglaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 3, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification to all those requesting notice on the ECF system.

> /s/ Nancy D. Greene
> Nancy D. Greene, Esquire

2

Case 20-10691    Doc 96    Filed 08/03/20    Page 3 of 3