DRAFT                                                                                                                                                           Subject to Revision

Exhibit A

**Zachair, Ltd.**
24-Month Cash Flow Forecast

| | | Sept 2020 Month 1 | Oct 2020 Month 2 | Nov 2020 Month 3 | Dec 2020 Month 4 | Jan 2021 Month 5 | Feb 2021 Month 6 | Mar 2021 Month 7 | Apr 2021 Month 8 | May 2021 Month 9 | Jun 2021 Month 10 | Jul 2021 Month 11 | Aug 2021 Month 12 | Sep 2021 Month 13 | Oct 2021 Month 14 | Nov 2021 Month 15 | Dec 2021 Month 16 | Jan 2022 Month 17 | Feb 2022 Month 18 | Mar 2022 Month 19 | Apr 2022 Month 20 | May 2022 Month 21 | Jun 2022 Month 22 | Jul 2022 Month 23 | Aug 2022 Month 24 | 24-month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I.** | **Receipts** | | | | | | | | | | | | | | | | | | | | | | | | | |
| | a) Airport Operations | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Rental Income | 10,790.00 | 10,790.00 | 10,790.00 | 10,790.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 10,585.00 | 254,860.00 |
| | b) Other | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 14,400.00 |
| | Total receipts | 11,390.00 | 11,390.00 | 11,390.00 | 11,390.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 269,260.00 |
| **II.** | **Disbursements** | | | | | | | | | | | | | | | | | | | | | | | | | |
| | a) Airport Costs | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Computer Maintenance Agreement | - | - | 222.00 | - | - | - | 222.00 | - | - | - | 222.00 | - | - | - | 222.00 | - | - | - | 222.00 | - | - | - | 222.00 | - | 1,332.00 |
| | Comcast/Internet | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 690.00 | 16,560.00 |
| | WSSC Water | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 2,400.00 |
| | PEPCO | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 610.00 | 14,640.00 |
| | Verizon FIOS | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 2,880.00 |
| | Heating/Diesel Fuel | 400.00 | 500.00 | - | 500.00 | - | - | - | 500.00 | - | - | - | - | - | 500.00 | - | - | - | - | - | 500.00 | - | - | - | - | 2,900.00 |
| | Airport License | 10.00 | - | - | - | - | - | - | - | - | - | - | - | - | 10.00 | - | - | - | - | - | - | - | - | - | - | 20.00 |
| | Discharge Permit | 120.00 | - | - | - | - | - | - | - | - | - | - | - | 120.00 | - | - | - | - | - | - | - | - | - | - | - | 240.00 |
| | Maintenance/Repairs | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 28,000.00 |
| | Pest Control | - | - | 175.00 | - | - | - | 175.00 | - | - | - | 175.00 | - | - | - | - | - | - | - | - | - | - | - | - | 175.00 | 875.00 |
| | Trash removal | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 2,640.00 |
| | Fetter Aviation Management Fee | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 5,064.73 | 121,553.52 |
| | Total Airport Costs | 8,224.73 | 8,194.73 | 7,916.73 | 8,369.73 | 7,694.73 | 7,694.73 | 7,916.73 | 8,369.73 | 8,194.73 | 8,194.73 | 8,416.73 | 8,369.73 | 8,324.73 | 7,694.73 | 7,916.73 | 7,694.73 | 7,694.73 | 7,694.73 | 7,916.73 | 8,369.73 | 8,194.73 | 8,194.73 | 8,416.73 | 8,369.73 | 194,040.52 |
| | b) Site Management/Mining | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MDE Permits | - | - | - | 150.00 | - | - | 1,000.00 | - | - | - | - | - | - | - | - | 150.00 | - | - | 1,000.00 | - | - | - | - | - | 2,300.00 |
| | Mining Bond (Annual) | - | - | - | - | - | - | 15,000.00 | - | - | - | - | - | - | - | - | - | - | - | 15,000.00 | - | - | - | - | - | 30,000.00 |
| | Hall Road Bond (Annual) | 2,400.00 | - | - | - | - | - | - | - | - | - | - | - | 2,400.00 | - | - | - | - | - | - | - | - | - | - | - | 4,800.00 |
| | Hall Road Permit (Annual) | 250.00 | - | - | - | - | - | - | - | - | - | - | - | 250.00 | - | - | - | - | - | - | - | - | - | - | - | 500.00 |
| | Site/Environmental Maintenance | - | - | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | 32,400.00 |
| | Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Total Site Management/Mining Costs | 2,650.00 | - | 3,600.00 | 3,750.00 | 3,600.00 | 3,600.00 | 19,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | - | 2,650.00 | - | - | 150.00 | - | - | 16,000.00 | - | - | - | - | - | 70,000.00 |
| | c) Development/Sale Costs | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Project Development/Concept Plan | - | 5,000.00 | 5,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10,000.00 |
| | Earthwork Grading Analysis/Utility Layout/Geo | - | - | 10,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10,000.00 |
| | Land Use/Zoning Counsel | - | 5,000.00 | - | 20,000.00 | - | - | - | 15,000.00 | - | - | - | 10,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | 50,000.00 |
| | GeoTech Consultant | - | - | 50,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 50,000.00 |
| | Engineer | - | 10,500.00 | 25,000.00 | 25,000.00 | 25,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 85,500.00 |
| | Environmental Consultant | - | 10,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10,000.00 |
| | Development Consultant | - | 5,000.00 | 5,000.00 | 5,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 15,000.00 |
| | Total Development/Sale Costs | - | 35,500.00 | 95,000.00 | 50,000.00 | 25,000.00 | - | - | 15,000.00 | - | - | - | 10,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | 230,500.00 |

Prepared by SC&H Group, Inc. on 9/6/2020 at 5:53 PM

DRAFT    Subject to Revision

Exhibit A

**Zachair, Ltd.**
24-Month Cash Flow Forecast

| | Sept 2020 Month 1 | Oct 2020 Month 2 | Nov 2020 Month 3 | Dec 2020 Month 4 | Jan 2021 Month 5 | Feb 2021 Month 6 | Mar 2021 Month 7 | Apr 2021 Month 8 | May 2021 Month 9 | Jun 2021 Month 10 | Jul 2021 Month 11 | Aug 2021 Month 12 | Sept 2021 Month 13 | Oct 2021 Month 14 | Nov 2021 Month 15 | Dec 2021 Month 16 | Jan 2022 Month 17 | Feb 2022 Month 18 | Mar 2022 Month 19 | Apr 2022 Month 20 | May 2022 Month 21 | Jun 2022 Month 22 | Jul 2022 Month 23 | Aug 2022 Month 24 | 24-month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **d) General and Administrative Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Company Vehicle | - | - | - | - | - | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 19,000.00 |
| Company Vehicle Insurance | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 6,000.00 |
| Business Insurance | - | - | - | - | - | - | 15,446.00 | - | - | - | - | - | - | - | - | - | - | - | 15,446.00 | - | - | - | - | - | 30,892.00 |
| State of MD - filing fee (Zachair, Ltd.) | - | - | - | - | - | - | - | 300.00 | - | - | - | - | - | - | - | - | - | - | - | 300.00 | - | - | - | - | 600.00 |
| Verizon Wireless | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 429.61 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 11,844.15 |
| Real Estate Taxes | - | 27,919.74 | - | - | - | - | - | - | - | - | - | - | 73,155.74 | - | - | - | - | - | - | - | - | - | - | - | 101,075.48 |
| Tax Accountant | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 4,800.00 |
| Bookkeeping/MORs | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 9,600.00 |
| Other | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 24,000.00 |
| Total General and Administrative Expenses | 2,279.61 | 30,199.35 | 2,279.61 | 2,279.61 | 2,279.61 | 3,279.61 | 18,725.61 | 3,579.61 | 3,279.61 | 3,279.61 | 3,279.61 | 3,279.61 | 76,435.35 | 3,279.61 | 3,279.61 | 3,450.00 | 3,450.00 | 3,450.00 | 18,896.00 | 3,750.00 | 3,450.00 | 3,450.00 | 3,450.00 | 3,450.00 | 207,811.63 |
| **e) Secured Lender - Sandy Spring Bank** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 286,447.92 |
| Total Secured Lender - Sandy Spring Bank Costs | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 11,935.33 | 286,447.92 |
| **f) Non-Operating/Restructuring** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Litigation Professionals | - | 70,000.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 70,000.00 |
| US Trustee Fees | - | 1,950.00 | - | - | 4,875.00 | - | - | 4,875.00 | - | - | 1,950.00 | - | - | 1,625.00 | - | - | 1,950.00 | - | - | 1,625.00 | - | - | 1,625.00 | - | 20,475.00 |
| | - | 71,950.00 | - | - | 4,875.00 | - | - | 4,875.00 | - | - | 1,950.00 | - | - | 1,625.00 | - | - | 1,950.00 | - | - | 1,625.00 | - | - | 1,625.00 | - | 90,475.00 |

DRAFT    Subject to Revision

**Zachair, Ltd.**
24-Month Cash Flow Forecast

Exhibit A

| | September 2020 Month 1 | October 2020 Month 2 | November 2020 Month 3 | December 2020 Month 4 | January 2021 Month 5 | February 2021 Month 6 | March 2021 Month 7 | April 2021 Month 8 | May 2021 Month 9 | June 2021 Month 10 | July 2021 Month 11 | August 2021 Month 12 | September 2021 Month 13 | October 2021 Month 14 | November 2021 Month 15 | December 2021 Month 16 | January 2022 Month 17 | February 2022 Month 18 | March 2022 Month 19 | April 2022 Month 20 | May 2022 Month 21 | June 2022 Month 22 | July 2022 Month 23 | August 2022 Month 24 | 24-month Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. Cash Reconciliation** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Citibank Account** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 45,990.96 | 32,291.29 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | |
| Operating Deposits | 11,390.00 | 11,390.00 | 11,390.00 | 11,390.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | 11,185.00 | |
| DIP Loan Deposits | - | 134,098.12 | 109,341.67 | 64,944.67 | 44,199.67 | 15,324.67 | 46,992.67 | 36,174.67 | 15,824.67 | 15,824.67 | 27,996.67 | 12,399.67 | 88,160.41 | 13,349.67 | 11,946.67 | 12,045.06 | 13,845.06 | 11,895.06 | 43,563.06 | 14,495.06 | 12,395.06 | 12,395.06 | 14,242.06 | 12,570.06 | |
| Transfers Out | (25,089.67) | (157,779.41) | (120,731.67) | (76,334.67) | (55,384.67) | (26,509.67) | (58,177.67) | (47,359.67) | (27,009.67) | (27,009.67) | (39,181.67) | (23,584.67) | (99,345.41) | (24,534.67) | (23,131.67) | (23,230.06) | (25,030.06) | (23,080.06) | (54,748.06) | (25,680.06) | (23,580.06) | (23,580.06) | (25,427.06) | (23,755.06) | |
| Ending Balance | 32,291.29 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **DIP Lender** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | - | 3,187.50 | 145,182.53 | 263,397.65 | 338,043.02 | 392,483.07 | 418,456.60 | 476,316.71 | 523,799.61 | 551,308.17 | 579,060.31 | 619,233.00 | 644,145.98 | 745,056.71 | 771,919.35 | 797,643.33 | 823,725.70 | 851,873.93 | 878,355.70 | 936,781.28 | 966,637.86 | 994,703.84 | 1,023,070.94 | 1,053,592.11 | |
| Cash Borrowings | - | 134,098.12 | 109,341.67 | 64,944.67 | 44,199.67 | 15,324.67 | 46,992.67 | 36,174.67 | 15,824.67 | 15,824.67 | 27,996.67 | 12,399.67 | 88,160.41 | 13,349.67 | 11,946.67 | 12,045.06 | 13,845.06 | 11,895.06 | 43,563.06 | 14,495.06 | 12,395.06 | 12,395.06 | 14,242.06 | 12,570.06 | 784,024.11 |
| Undrawn Line Fee (3.75% per year) | - | 4,677.54 | 4,233.80 | 3,864.38 | 3,631.12 | 3,460.99 | 3,379.82 | 3,199.01 | 3,050.63 | 2,964.66 | 2,877.94 | 2,752.40 | 2,674.54 | 2,359.20 | 2,275.25 | 2,194.86 | 2,113.36 | 2,025.39 | 1,942.64 | 1,760.06 | 1,666.76 | 1,579.05 | 1,490.40 | 1,395.02 | 61,568.83 |
| Monitoring Fee (1.75% of DIP Commitment) | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 2,187.50 | 52,500.00 |
| Commitment Fee (2.75% of DIP Commitment) 1/ | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Underwriting Fee (1.75% of DIP Commitment) 1/ | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Makewhole Fee 2/ | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Expenses | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 24,000.00 |
| Interest (12.00% per year) | - | 31.88 | 1,452.14 | 2,648.82 | 3,421.76 | 4,000.38 | 4,300.12 | 4,921.72 | 5,445.76 | 5,775.31 | 6,110.58 | 6,573.41 | 6,888.28 | 7,966.27 | 8,314.56 | 8,654.94 | 9,002.32 | 9,373.82 | 9,732.38 | 10,413.96 | 10,816.66 | 11,205.49 | 11,601.21 | 12,022.44 | 160,674.20 |
| Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | 3,187.50 | 145,182.53 | 263,397.65 | 338,043.02 | 392,483.07 | 418,456.60 | 476,316.71 | 523,799.61 | 551,308.17 | 579,060.31 | 619,233.00 | 644,145.98 | 745,056.71 | 771,919.35 | 797,643.33 | 823,725.70 | 851,873.93 | 878,355.70 | 936,781.28 | 966,637.86 | 994,703.84 | 1,023,070.94 | 1,053,592.11 | 1,082,767.14 | 1,082,767.14 |

**FOOTNOTES:**

1/ Pursuant to the Legalist Term Sheet, a Commitment Fee (2.75% of the DIP Commitment) and Underwriting Fee (1.75% of the DIP Commitment) shall be due and payable in cash upon the Maturity Date. For purposes of evaluating the Legalist Term Sheet, the Commitment Fee and Underwriting Fee total $41,250.00 and $26,250, respectively.

2/ The Makewhole Fee is payable if the closing on the sale of the property occurs prior to 180 days (i.e. Mandatory Prepayment) after the Effective Date and includes an additional 4.75% of the amount to be repaid.