IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| **Zachair, Ltd.** ) | Case No. 20-10691-TJC |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION
OF WOMBLE BOND DICKINSON (US) LLP AS SPECIAL COUNSEL
TO THE DEBTOR, PURSUANT TO 11 U.S.C. § 327(e)**

Having considered the Motion (the "Motion")[1] of the Debtor for Entry of an Order, Authorizing Employment and Retention of Womble Bond Dickinson (US) LLP as Special Counsel to the Debtor Pursuant to 11 U.S.C. § 327(e), all as more fully set forth in the Motion; and upon consideration of the Retention Declaration; and the Court being satisfied based on the representations made in the Motion and the Retention Declaration that (i) Womble Bond Dickinson (US) LLP ("WBD") neither represents nor holds an interest adverse to the Debtor or to its estate with respect to the matters for which WBD

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

is to be engaged; (ii) such attorneys are qualified to represent the Debtor under section 327(e) of the Bankruptcy Code; and (iii) the employment of WBD is necessary and would be in the best interest of the Debtor's estate; and due notice of the Motion having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that, the Motion is granted; and it is further

**ORDERED** that, pursuant to section 327(e) of the Bankruptcy Code, the Debtor is authorized to retain and employ WBD to represent it as special counsel in this Chapter 11 case with respect to the matters set forth in the Motion; and it is further

**ORDERED** that, WBD shall be entitled to allowance of compensation and reimbursement of expenses, upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, Bankruptcy Rules, the Local Rules of this Court, and such other orders as the Court may grant; and it is further

**ORDERED**, that the Debtor is authorized to provide a retainer to WBD in the amount of $70,000.00 to secure the payment of fees and costs as may be allowed by the Court; and it is further

**ORDERED** that this Court shall retain jurisdiction to resolve all matters arising out of the Motion or this Order.

**\*\*\* End of Order \*\*\***

11515807