**EXHIBIT 2**

1. Zachair, Ltd.
2. Dr. Nabil Asterbadi
3. Mrs. Maureen Asterbadi
4. Citibank, N.A.
5. Mercedes Benz
6. TD Bank, N.A.
7. Whiteford, Taylor & Preston LLP
8. Ocean Bank
9. Meyers, Rodbell & Rosenbaum, P.A.
10. Wells Fargo Bank, N.A.