# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **20−10691 − TJC**     Chapter: **11**

**Zachair, Ltd.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a Pre−Trial Conference hearing will be held

on 10/5/20 at 03:00 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688)

to consider and act upon the following:

107 − Motion for Authority to Obtain Credit Under 364(b), Rule 4001(c) or (d) − Motion for Authority to Obtain Postpetition Financing. Notice Served on 9/8/2020, Filed by Zachair, Ltd.. Objections due by 09/22/2020. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 09/28/2020 at 11:00 AM − Courtroom 3−E. (Attachments: # 1 Proposed Order Ex A − Proposed Order # 2 Exhibit Ex B − DIP Agreement # 3 Exhibit Ex C − DIP Budget # 4 Notice of Motion # 5 Exhibit − Service List) (Englander, Bradford)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/23/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301−344−3496

Form ntchrgmdb (rev. 06/08/2020)