# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **20–10691 – TJC**   Chapter: **11**

**Zachair, Ltd.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a Final hearing will be held

on 10/23/20 at 10:00 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

107 – Motion for Authority to Obtain Credit Under 364(b), Rule 4001(c) or (d) – Motion for Authority to Obtain Postpetition Financing. Notice Served on 9/8/2020, Filed by Zachair, Ltd.. Objections due by 09/22/2020. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 09/28/2020 at 11:00 AM – Courtroom 3–E. (Attachments: # 1 Proposed Order Ex A – Proposed Order # 2 Exhibit Ex B – DIP Agreement # 3 Exhibit Ex C – DIP Budget # 4 Notice of Motion # 5 Exhibit – Service List) (Englander, Bradford)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/23/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

Form ntchrgmdb (rev. 06/08/2020)