# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20–10691 – TJC**   Chapter: **11**

**Zachair, Ltd.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a PreTrial Conference hearing will be held

on 10/5/20 at 03:00 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

113 – Motion for Entry of Scheduling Order and Request for Hearing Filed by SANDY SPRING BANK. (Henry, Bruce)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/29/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

Form ntchrgmdb (rev. 06/08/2020)