IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| ZACHAIR, LTD., | : | Case No.  20-10691-TJC |
| | : | Chapter   11 |
| Debtor(s) | : | |
| | : | |

## PRELIMINARY LIST OF WITNESSES FOR TRIAL

COMES NOW, Sandy Spring Bank ("SSB"), by counsel, and files this preliminary list of persons or entities that may be called as witnesses at hearing on the Debtor's motion for DIP financing to be conducted before this Court on November 5 and 6, 2020. SSB identifies the following persons or entities that may be called at trial by SSB:

1. Nabil Asterbadi

2. Rich Samit

3. William C. Harvey

4. Rob Patrick

5. Brad Englander

6. Elliot Powell and/or rep. of Whitehall Development, LLC (expert witness)

7. Designee of proposed DIP lender

8. Peter Okafor, Joseph Agenbroad, and/or designee of Dewberry Engineers, Inc.

9. Designee of Maryland Department of the Environment, and/or Molly Michaelson or C. Edmon Larrimore.

10. Designee of PD Hyde Field, LLC.

11. Any witness called by the Debtor or any other party.

Respectfully submitted on this 23rd day of October, 2020.

**SANDY SPRING BANK**
**By Counsel**

/s/ Bruce W. Henry
Bruce W. Henry, #05873
Kevin M. O'Donnell
HENRY & O'DONNELL, P.C.
300 N. Washington Street
Suite 204
Alexandria, VA  22314
(703) 548-2100
(703) 548-2105 (fax)
bwh@henrylaw.com
Counsel to Sandy Spring Bank

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 23, 2020, I served a true and correct copy of the foregoing List by ECF notification to:

      Bradford F. Englander (benglander@wtplaw.com; rodom@wtplaw.com)
      Michael J. Lichtenstein (mjl@shulmanrogers.com)
tlockwood@shulmanrogers.com)
      M. Evan Meyers (bdept@mrrlaw.net)
      L. Jeanette Rice (Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV)
      Jeffrey L. Tarkenton (Jeffrey.tarkenton@wbd-us.com,
karla.radtke@wbdus.com,pascal.naples@wbd-us.com,morgan.patterson@wbdus.com,matthew.ward@wbd-us.com)
      US Trustee - Greenbelt (USTPRegion04.GB.ECF@USDOJ.GOV)

                                                  /s/ *Bruce W. Henry*
                                                  Bruce W. Henry