IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| In Re: | : | |
| --- | --- | --- |
| | : | |
| ZACHAIR, LTD., | : | Case No. 20-10691-TJC |
| | : | Chapter 11 |
| Debtor(s) | : | |
| | : | |

## OBJECTION TO EXHIBITS OF DEBTOR

COMES NOW, Sandy Spring Bank ("SSB"), by counsel, and files these objections to the trial exhibits of the Debtor Zachair, Ltd. ("Debtor"), and does note objections to proposed exhibits as follows:

| Exhibit # | Description | Objection |
| --- | --- | --- |
| A | Debtor's Motion [Docket No. 107], and all exhibits attached thereto | |
| B | Expert Report of William C. Harvey dated as of June 3, 2020 | |
| C | William C. Harvey supplemental exhibits (Bates stamp nos. HARV000324-338) | |
| D | William C. Harvey additional exhibits (Bates stamp nos. HARV000339-341) | |
| E | Arthur Y. Smail Appraisal Report dated as of May 27, 2015 | Hearsay, foundation |
| F | Arthur Y. Smail Appraisal Report dated as of February 6, 2020 | Hearsay, foundation |
| G | Legalist term sheet dated July 9, 2020 | Hearsay, foundation |
| H | Mark up of Legalist term sheet dated July 23, 2020 | Hearsay, foundation |
| I | Legalist "quick facts" sheet | Hearsay, foundation |
| J | Legalist DIP financing guide | Hearsay, foundation |

| | | |
|---|---|---|
| K | Legalist confidentiality and non-circumvention agreement dated July 29, 2020 | Hearsay, foundation |
| L | Legalist term sheet mark-up (redline) dated July 30, 2020 | Hearsay, foundation |
| M | 7/31/2020 email from Brian Rice to Ben Johannes | Hearsay, foundation |
| N | Legalist due diligence form (completed) | Hearsay, foundation |
| O | Motion for Entry of an Order Authorizing the Debtor to Obtain Post-Petition Financing, *In re Klausner Lumber Two LLC*, Case No. 20-11518 (KBO) (Bankr. D. Del.) [Docket No. 130] (motion filed August 13, 2020) | Hearsay, foundation |
| P | Final DIP loan order, *In re Klausner Lumber Two LLC*, Case No. 20-11518 (KBO) (Bankr. D. Del.) [Docket No. 212] (order entered September 8, 2020) | Hearsay |
| Q | Confidential Offering Memorandum | |
| R | Summary of Expressions of Interest and Letter of intent (Bates stamp no. 599) | |
| S | Expressions of interest and letters of intent for purchase of property (Bates stamp nos. 000571-598, 000645-647) | |
| T | Budget communications (Bates stamp nos. 000630-644) | |
| U | Zachair September Monthly Operating Report [Docket No. | |
| V | Summary of Filed and Scheduled Claims | |
| W | Prince George's County Council Agenda Item Summary dated 9/9/2009 regarding reference no. CR-61-2009 | |
| X | Business Plan #1 - Hyde Field dated 3/28/13 | |
| Y | Order, *Zachair, Ltd. v. Prince George's County Council Sitting as the District Council*, Case No. CAL13-24972 (Md. Cir. Ct.) (entered December 23, 2015) | |
| Z | Comprehensive Design Plan (CDP 1501) dated February 2016 | |
| AA | Plaintiffs' Disclosure of Expert Witnesses, *PD Hyde Field, LLC v. Zachair, Ltd.*, Case No. CAL18-42893 (Md. Cir. Ct.) (filed September 27, 2019) | |

Respectfully submitted on this 28th day of October, 2020.

SANDY SPRING BANK
By Counsel

/s/ Bruce W. Henry
Bruce W. Henry, #05873
Kevin M. O'Donnell
HENRY & O'DONNELL, P.C.
300 N. Washington Street
Suite 204
Alexandria, VA  22314
(703) 548-2100
(703) 548-2105 (fax)
bwh@henrylaw.com
Counsel to Sandy Spring Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2020, I served a true and correct copy of the foregoing Motion by ECF notification to:

> Bradford F. Englander (benglander@wtplaw.com; rodom@wtplaw.com)
> Michael J. Lichtenstein (mjl@shulmanrogers.com)
> tlockwood@shulmanrogers.com)
> M. Evan Meyers (bdept@mrrlaw.net)
> L. Jeanette Rice (Jeanette.Rice@usdoj.gov,
> USTPRegion04.GB.ECF@USDOJ.GOV)
> Jeffrey L. Tarkenton (Jeffrey.tarkenton@wbd-us.com,
> karla.radtke@wbdus.com,pascal.naples@wbd-us.com,morgan.patterson@wbdus.com,matthew.ward@wbd-us.com)
> US Trustee - Greenbelt (USTPRegion04.GB.ECF@USDOJ.GOV)

/s/ *Bruce W. Henry*
Bruce W. Henry