_____                                    __X__ RETAIN

Thomas J. Catliota , U. S. BANKRUPTCY JUDGE          Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11


                                                Date: 10/29/2020 Time: 02:00

CASE: 20-10691 Zachair, Ltd.

Bradford F. Englander and David W. Gaffey representing Zachair, Ltd.
(Debtor)

L. Jeanette Rice representing US Trustee - Greenbelt (U.S. Trustee)

[107] Motion for Authority to Obtain Credit Under 364(b),
Rule 4001(c) or (d) - Motion for Authority to Obtain
Postpetition Financing. Notice Served on 9/8/2020,
Filed by Zachair, Ltd.. Objections due by 09/22/2020.
with three additional calendar days allowed if
all parties are not served electronically. Hearing
scheduled for 09/28/2020 at 11:00 AM - Courtroom
3-E. (Attachments: #s5 Exhibit - Service List)

MOVANT : Zachair, Ltd. BY B Englander D Gaffey

    [128] Opposition on behalf of PD Hyde Field LLC Filed
    by Michael J. Lichtenstein (related document(s)
    107 Motion for Authority to Obtain Credit under
    Section 364 and Notice of Motion filed by Debtor
    Zachair, Ltd.).

MOVANT : PD Hyde Field LLC BY M Lichtenstein B Englander

    [141] Restricted Document for Motion to Seal Filed by
    Kevin M. O'Donnell (related document(s) 134
    Opposition filed by Creditor SANDY SPRING BANK).
    (O'Donnell, Kevin)

MOVANT : SANDY SPRING BANK BY J Martin B Henry K O&#039 Donnell

    [143] Replacement Document in Compliance with Administrative
    Order 04-01 Filed by Bruce W. Henry (related document(s)
    134 Opposition filed by Creditor SANDY SPRING
    BANK).

MOVANT : SANDY SPRING BANK BY J Martin B Henry K O&#039 Donnell

    [146] Objection on behalf of Zachair, Ltd. Filed by Bradford
    F. Englander (related document(s) 136 Exhibit/Witness
    List filed by Creditor SANDY SPRING BANK).

MOVANT : Zachair, Ltd. BY B Englander D Gaffey


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____   Denied Approval_____   Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default___ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel     [✓] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES: _Finn pretrial_
_Court f emp rlers on # 137 and 138_