Entered: October 30th, 2020
Signed: October 29th, 2020
**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No.   20-10691-TJC |
| Zachair, Ltd. | * | Chapter   11 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING MOTION FOR JUDICIAL VIEW**

Before the court is a motion for judicial view filed by Sandy Spring Bank on October 26, 2020 (ECF 137) requesting the court visit and view the approximately 423.45 acres owned by debtor Zachair, Ltd. located in Prince Georges County, MD.  The debtor responded to the motion on October 29, 2020 (ECF 149).  The value of the property is a matter in substantial dispute in the debtor's motion to obtain post-petition financing, scheduled for hearing on November 5, 2020.  The Bank contends that, in light of the unique nature of the property, a judicial view of the property will aid in the decision-making process.  *See* ECF 107.

For the reasons set forth on the record at a pre-trial conference held on October 29, 2020, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion for judicial view is granted (ECF 137); and it is further

ORDERED, that the court and the parties will visit the property on **November 3, 2020, at 2:00 p.m.**, or at such other time agreed upon by the parties as the court is available; and it is further

ORDERED, that the visit to the property is a walking tour, and all participants must be appropriately masked and maintain six feet of social distance; and it is further

ORDERED, that the visit is non-evidentiary in the sense that statements made by the person leading the tour will not be considered as testimony at the hearing on the motion to obtain post-petition financing.

cc:   Debtor
      Debtor's Counsel
      Creditor – Sandy Spring Bank
      Creditor's Counsel
      U.S. Trustee

**END OF ORDER**