Entered: October 30th, 2020
Signed: October 29th, 2020

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

| | | |
|---|---|---|
| In re: | * | Case No.   20-10691-TJC |
| Zachair, Ltd. | * | Chapter   11 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER DENYING MOTION FOR EXTENSION OF SCHEDULING ORDER**

Before the court is a motion for extension of scheduling order filed by the creditor Sandy Spring Bank on October 26, 2020.  ECF 138.  The debtor filed a response on October 29, 2020. ECF 150.  The Bank seeks a continuance of the hearing so that it may obtain discovery from and depose representatives of Legalist DIP SPV II, LP ("Legalist") and Dewberry Engineers.  The court resolved the motion at the pre-trial conference held on October 29, 2020.

For the reasons set forth on the record at the pre-trial conference, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion for extension of scheduling order (ECF 138) is denied; and it is further

ORDERED, that by agreement of the debtor, Legalist will make itself available for a one hour deposition on use of funds or such other relevant topics, but not including requests Numbered 3-7 and 9 on ECF 138 at p. 12 of 16; and it is further

1

ORDERED, that, by agreement with the debtor, by close of business on October 29, 2020, the Bank shall send the debtor a specific statement of the TOPO documents its seeks from Dewberry Engineers from 2017 to the present, and the debtor shall use best efforts to obtain the documents and make Dewberry available for a short deposition.

cc:     Debtor
        Debtor's Counsel
        Creditor – Sandy Spring Bank
        Creditor's Counsel
        U.S. Trustee

**END OF ORDER**