## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Zachair, Ltd.<br><br>            Debtor. | Case No. 20-10691 (TJC)<br><br>Chapter 11 |

### NOTICE OF APPEARANCE
### OF LEGALIST DIP SPV II, LP

Please take notice that Legalist DIP SPV II, LP, a creditor and holder of an administrative-expense claim in the above-captioned case, hereby enters its appearance and requests, pursuant to Bankruptcy Code sections 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007, and 9010, that copies of all filings in this case be given to and served on it as follows:

Legalist DIP SPV II, LP<br>
c/o Legalist DIP GP I, LLC<br>
10120 W Flamingo Rd., Ste. 4 No. 3015<br>
Las Vegas, NV 89147<br>
info@legalist.com

Dated: November 5, 2020

Legalist DIP SPV II, LP

By Legalist DIP GP I, LLC,
Its General Partner

_____
Eva Shang
Managing Member