# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20–10691 – TJC**   Chapter: **11**

**Zachair, Ltd.**
Debtor

## NOTICE TO REMOVE EXHIBITS

Within thirty (30) days after the date of this notice, counsel for each party to the matter described in the caption of this notice, and each party appearing pro–se, shall remove from the Court's record in this case all of the party's trial and hearing exhibits and all sealed materials. **A COPY OF THIS NOTICE MUST BE PRESENTED WHEN YOU COME TO THE CLERK'S OFFICE TO REMOVE EXHIBITS**. If counsel or a party does not remove the party's exhibits and sealed exhibits within thirty (30) days, the Clerk may destroy or otherwise dispose of them, in the Clerk's discretion, without further notice. Refer to Local Bankruptcy Rule 9070–1(b).

Bradford F. Englander – Representing the Debtor
Michael J. Lichtenstein – Representing PD Hyde Field, LLC
Bruce W. Henry – Representing Sandy Spring Bank
Dated: 12/10/20

　　　　　　　　　　　　　　　　　　　　　　　　　Mark A. Neal, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Rita Hester

Form ntcrmex