Entered: January 4th, 2021
Signed: January 4th, 2021
**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) |
| | ) |
| Zachair, Ltd., | )  Case No.: 20-10691-TJC |
| | ) |
| Debtor. | )  Chapter 11 |
| | ) |

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING
THE DEBTOR TO EMPLOY AND COMPENSATE CONSULTANTS
AND EXPERTS FOR SPECIFIC SERVICES RENDERED
IN CONNECTION WITH THE DEBTOR'S REAL PROPERTY**

Upon consideration of the *Motion for Order Authorizing Debtor to Employ and Compensate Consultants and Experts for Specific Services Rendered in Connection With the Debtor's Real Property* (the "Motion") filed by Zachair, Ltd. (the "Debtor"), the debtor and debtor in possession in the above captioned case; and after consideration of any objections made thereto and after any hearing thereon; and it appearing that adequate notice of the Motion was provided and that no further notice is necessary; and there appearing good cause for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

1

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

**ORDERED** that the Debtor is authorized, but not directed, to retain and employ Development Professionals (as defined in the Motion) in this bankruptcy case without the necessity of a separate formal retention application; and it is further

**ORDERED** that the Debtor is authorized to compensate Development Professionals employed pursuant to this Order for services rendered to the Debtor without further application to or order of the Court; and it is further

**ORDERED** that the fourteen-day stay of this Order under Bankruptcy Rule 6004(h) is waived.

**END OF ORDER**

Copies to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770