# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| **Zachair, Ltd.,** ) | Case No.: 20-10691-TJC |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## VERIFIED STATEMENT OF CARL E. MOSLEY, CPA

I, Carl E. Mosley, CPA declare as follows:

1. I am a certified public accountant employed by CC Services Corporation ("CC Services"), located at 13321 New Hampshire Avenue, Suite 110, Silver Spring, Maryland 20904. This Statement is submitted in support of the *Debtor's Application for Authority to Employ Carl E. Mosley, CPA and CC Services Corporation as Tax Accountant for Debtor* (the "Application").

2. In connection with my proposed employment in this case, I undertook a detailed review of the Debtor and its insiders, creditors, and parties in interest for purposes of a conflict review. I also reviewed the name of the United States Trustee ("UST") and the employees in the UST's office in Greenbelt, Maryland. A complete list of the names reviewed for purposes of the conflicts check is attached hereto as Exhibit 1.

3. Neither I nor CC Services, insofar as I have been able to ascertain, has any interest adverse to the Debtor.

4. I have served as tax account for the Debtor since 1994. I received a total of $4,089.00 in payments from the Debtor in the 90 days immediately preceding the Petition Date (the "Preference Period") on account of tax accounting work performed for the Debtor. I believe that I am a "disinterested person" within the meaning of section 101(14) notwithstanding the payments I received during the Preference Period because the $4,089.00 that I received from the

Debtor is less than the $6,825 minimum preference claim amount set out in section 547(c)(9) of the Bankruptcy Code. Section 547(c)(9) therefore provides a complete defense to any preference claim that the Debtor could assert against me. During the course of this case, I have continued to provide routine accounting services to the Debtor, and have not received any compensation for such services.

5. Accordingly, I am a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in that I, CC Services, and its members and employees:

    a. are not creditors, equity security holders, or insiders of the Debtor;

    b. are not and were not a director, officer, or employee of the Debtor; and

    c. do not have an interest materially adverse to the interest of the Debtor's estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

6. I have no connection with the Debtor or its creditors, any other party-in-interest in the Debtor's chapter 11 case, its respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

    a. I have served as the tax accountant to the Debtor since its formation in 1994, and to its owners, Nabil and Maureen Asterbadi, since 1981. I do not believe that this connection with the Debtor renders me not disinterested or causes me to have an interest adverse to the Debtor.

7. As with any bankruptcy case, it is difficult to say with certainty that all material relationships have been discovered at the inception of the Debtor's case. Accordingly, I will periodically review this case for conflicts purposes and if any new material relationships are discovered, they will be disclosed in a supplemental filing with the Court.

8. With respect to this engagement, I will charge the Debtor for services rendered in accordance with the following fee schedule, which schedule is standard and typical of those charged for similar engagements:

    a. Carl Mosley, CPA: $150/hour
    b. Enrolled Agent: $75/hour
    c. Bookkeeping/Secretarial: $40/hour

9. I, together with other professionals that may be employed by the Debtor in this chapter 11 case, and under the direction of the Debtor's management, will seek to provide professional services in the most efficient way possible and with a minimum of duplication.

10. I understand that if the Court approves my employment as tax accountant to the Debtor, all compensation and reimbursement of expenses are subject to Court review and approval. I understand and agree that no compensation or reimbursement of expenses will be paid unless authorized by the Court. I further agree to maintain a detailed chronological record of the services rendered, time expended, and expenses incurred.

11. No promises have been received by me nor by any member or employee of CC Services as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. I have no agreement with any other entity to share with such entity any compensation received by me in connection with this chapter 11 case.

I, Carl E. Mosley, CPA, declare under penalty of perjury that the forgoing is true and correct.

Dated: January 6, 2020

By: /s/ Carl E. Mosley, CPA
Carl E. Mosley, CPA

3

## Exhibit 1 to Verified Statement

### Debtor Parties
Zachair, Ltd.
Nabil Asterbadi
Maureen Asterbadi

### US Trustee Parties
Balourdos, Jennifer
Costa, Debi
Ellis, Beth A.
Fitzgerald, John P., III
Jacobs, Jennifer
Kohen, Lynn A.
Nelson, Kevin
Payton, Anthony M.
Rice, Jeanette
Snyder, Jacquelyn A.

### Creditors and Parties in Interest
American Express
Arlyn Construction Co
ATEC Musical Instrument Service
Beaty, Christina T.
Biesiadecki, Jan S.
Bond Safeguard Insurance Co
Bradley, James
Bristow, S. Michael
Buchner, Mark
Callan, Brian P.
Citibank
Clark Construction Group
Clinton Aero Maintenance
Clinton Fence
Comptroller of Maryland
Dewberry Consultants LLC
Dewberry Engineers Inc.
ECS Mid-Atlantic
Fetter Aviation Co
Fornshell, John A.
Fry, Michael C.
G. S. Proctor & Associates, Inc.
Goldfarb, Alice
Gorecki, Greg
Howards, Mark
Isherwood, Raymond

Jackson, Gary
Jettmar, R. Uwe
Keithley, Terrance C.
King, Jerry
Kravit, Richard
Maltenfort, Andrew J.
Marcus & Bonsib
Maryland Aviation Administration
Maryland Department of the Environment
Maureen Asterbadi
Mencia, M. Lucia
Mercedes Benz Financial Services
Metro Earthworks
Meyers Rodbell & Rosenbaum
Nabil J. Asterbadi
Naylor, Lisa J.
Ocean First Bank
Palisades Development
Parsons, Fred
PD Hyde Field, LLC
Richard Reed, Esq.
Riggins, David / P and R Aviation
Roberts, Roy
Roesler, Robert D.
Sandy Spring Bank
Shapiro, Philip A.
Shirley Contracting Company
Snyder, Gene
Stoner, Brendon
Streamline Advisors, LLC
Strittmatter Corp
TD Bank Auto Finance
Telford Capital, LLC
Tri-State Ventilation LLC
Verizon Wireless
Viteri, Melinda Benson
The Watt Companies
Wells Fargo Equipment Finance
William C. Harvey & Associates, Inc.
Womble Bond Dickinson (US) LLP