IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**CARL E. MOSLEY, CPA AS TAX ACCOUNTANT FOR THE DEBTOR**

Upon consideration of the *Application for Authority to Employ Carl E. Mosley, CPA and CC Services Corporation as Tax Accountant for the Debtor* (the "Application") filed by the above-captioned debtor and debtor in possession (the "Debtor") and the *Verified Statement of Carl E. Mosley, CPA* pursuant to Bankruptcy Rule 2014(a); and it appearing that Carl E. Mosley, CPA and CC Services Corporation (together, "Mosley") is duly qualified to serve as tax accountant to the Debtor in this case; and the Court being satisfied that Mosley neither holds nor represents an interest adverse to the Debtor or its estate, and that his employment is necessary and is in the best interest of the Debtor, its estate, and its creditors; and after consideration of any objections made thereto and after any hearing thereon; and it appearing that adequate notice of the Application was provided and that no further notice of the Application is necessary; and there

appearing good cause for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Application be and it hereby is **APPROVED**; and it is further,

**ORDERED** that the Debtor is authorized to employ Mosley as its tax accountant on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further Order of this Court.

**END OF ORDER**

cc:

E-Recipients

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770