# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| In re: | ) |
| Zachair, Ltd., | ) Case No.: 20-10691-TJC |
| Debtor. | ) Chapter 11 |

## Service List

**By First Class Mail:**

American Express
PO Box 1270
Newark, NJ 07101-1270

Arlyn Construction Co
Robert Fry
1005 Dumfries St.
Oxon Hill, MD 20745

ATEC Musical Instrument Service
7349 Old Alexandria Ferry Rd
Clinton, MD 20735

Beaty, Christina T.
127 Pierce St NW
Washington, DC 20001

Biesiadecki, Jan S.
14421 Captain John Smith Dr
Accokeek, MD 20607-9745

Bond Safeguard Insurance Co
Old Hickory Insurance Agency
PO Box 1864
Indianapolis, IN 46206-1864

Bradley, James
7900 Old Falls Rd
Mc Lean, VA 22102-2415

Bristow, S. Michael
1600 S Eads St #1102 N
Arlington, VA 22202

Buchner, Mark
5358 Ravensworth Road
Springfield, VA 22151

Buchner, Mark
5358 Ravensworth Rd
Springfield, VA 22151

Callan, Brian P.
1727 Crestwood Dr.
Alexandria, VA 22302

Clinton Aero Maintenance
10501 Piscataway Rd.
Clinton, MD 20735

Clinton Fence
2630 Old Washington Rd
Waldorf, MD 20601

Comcast
c/o Brian L. Roberts
Comcast Center
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Dewberry Consultants LLC
PO Box 821824
Philadelphia, PA 19182-1824

Dewberry Engineers Inc.
2101 Gaither Road, Suite 340
Rockville, MD 20850

ECS Mid-Atlantic
14026 Thunderbolt Pl., Suite 100
Chantilly, VA 20151

Fornshell, John A.
6911 Quander Rd.
Alexandria, VA 22304

Fraser Forbes Real Estate Services
7811 Montrose Road, Suite 500
Potomac, MD 20854

Fry, Michael C.
327 L St. NE (Rear)
Washington, DC 20002

G. S. Proctor & Associates, Inc.
14408 Old Mill Rd., Suite 201
Upper Marlboro, MD 20772

Goldfarb, Alice
639 M St. NE
Washington, DC 20002

Gorecki, Greg
8218 Bock Road
Fort Washington, MD 20744

Grayhound Trash Removal, Inc.
8301 Grey Eagle Drive
Upper Marlboro, MD 20772

Howards, Mark
32 N Prospect St.
Amherst, MA 01002

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Isherwood, Raymond
337 SW Lockheed Lane
Lake City, FL 32025

Jackson, Gary
13000 Katie St.
Clinton, MD 20735

Jeffrey Tarkenton, Esq.
Womble Bond Dickinson (US) LLP
1200 Nineteenth Street, N.W., Suite 500
Washington, DC 20036

Jettmar, R. Uwe
3744 Jenifer Street
Washington, DC 20015

Joseph Chazen, Esq.
Meyers, Rodbell & Rosenbaum
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737

Keithley, Terrance C.
8600 Fort Hunt Rd
Alexandria, VA 22308

King, Jerry
J. K. Tuff, Inc.
601 Pennsylvania Ave. NW #504
Washington, DC 20004

Kravit, Richard
100 Luna Park Drive #233
Alexandria, VA 22305

Maltenfort, Andrew J.
5613 Mt. Burnside Way
Burke, VA 22015

Maryland Aviation Administration
Office of Regional Aviation Assistance
PO Box 8766
Baltimore, MD 21240-0766

Maryland Department of the Environment
PO Box 1417
Baltimore, MD 21203-1417

Maureen Asterbadi
2726 Chain Bridge Road NW
Washington, DC 20016

Mencia, M. Lucia
PO Box 5732
Washington, DC 20016

Mercedes Benz Financial Services
c/o Peter Henn, CEO
36455 Corporate Drive
Farmington Hills, MI 48331

Metro Earthworks
Shirley Contracting Company, LLC
c/o The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264

Metro Earthworks, a division of
Shirley Contracting Company, LLC
8435 Backlick Rd.
Lorton, VA 22079

Meyers Rodbell & Rosenbaum
6801 Kenilworth Ave., Suite 400
Riverdale, MD 20737-1385

Nabil J. Asterbadi
2726 Chain Bridge Road NW
Washington, DC 20016

Naylor, Lisa J.
10651 Piscataway Rd.
Clinton, MD 20735

Parsons, Fred
415 S Lee St.
Alexandria, VA 22314

PD Hyde Field, LLC
13501 Cavanaugh Drive
Rockville, MD 20850

PD Hyde Field, LLC
c/o William F. Gibson, II, Esq.
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854

PD Hyde Field, LLC
c/o Michael J. Lichtenstein, Esq.
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854

Pepco
c/o David M. Velazquez
PO Box 97274
Washington, DC 20090-7274

Perry, White, Ross & Jacobson LLC
125 Cathedral Street
Annapolis, MD 21401

Richard Reed, Esq.
c/o Lerch, Early & Brewer
7600 Wisconsin Ave., Suite 700
Bethesda, MD 20814

Riggins, David / P and R Aviation
8610 Cyrus Pl.
Alexandria, VA 22308

Roberts, Roy
1337 A St. NE
Washington, DC 20002

Roesler, Robert D.
1371 Forest Hill Rd/
Gordonsville, VA 22942

Sandy Spring Bank
6831 Benjamin Franklin Drive
Columbia, MD 21046

Sandy Spring Bank
Attn: Bruce Henry, Esq.
300 N. Washington Street, Suite 204
Alexandria, VA 22314

Sandy Spring Bank
c/o Daniel J. Schrider, CEO
17801 Georgia Avenue
Olney, MD 20832

Shannon, Ken
P.O. Box 655
Bryantown, MD 20617

Shapiro, Philip A.
412 S Lee St.
Alexandria, VA 22314

Snyder, Gene
5903 Pontiac Street
College Park, MD 20740

Stan Fetter
dba Fetter Aviation
14908 W Auburn Rd.
Accokeek, MD 20607-9616

Stoner, Brendon
829 Wyth Street
Alexandria, VA 22314

Strittmatter Corp
6400 Van Dusen Road
Laurel, MD 20707

TD Auto Finance
Attn: Andrew Stuart, CEO
PO Box 9223
Farmington Hills, MI 48333-9223

Telford Capital LLC
c/o Patrick John Kearney, Esq.
4416 E. West Highway, 4th Floor
Bethesda, MD 20814

Telford Capital, LLC
4920 Elm Street
Bethesda, MD 20814

Tri-State Ventilation LLC
Attn: Leroy Wooten
7001 Buchanan Rd.
Camp Springs, MD 20748

Verizon Wireless
Verizon Wireless Correspondence Team
PO Box 408
Newark, NJ 07101-0408

Viteri, Melinda Benson
1443 Rock Creek Ford Rd.
Washington, DC 20011

Washington Suburban Sanitary Commission
c/o Carla Reid, CEO
14501 Sweitzer Lane
Laurel, MD 20707

William C. Harvey & Associates, Inc.
1146 Walker Road, Suite H
Great Falls, VA 22066-1838

Womble Bond Dickinson (US) LLP
Attn: Opel Benoit
1200 Nineteenth St., NW, Suite 500
Washington, DC 20036

American Express National Bank
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

PEPCO
P.O. Box 97294
Washington, D.C. 20090

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Mercedes-Benz Fin. Services USA LLC
c/o BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

TD Auto Finance, LLC
c/o Jacob Sweig, Esq.
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Riverdale Park, MD 20737

Verizon
c/o American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Imperial PFS
c/o Frank Friedman, CEO
1055 Broadway, Floor 11
Kansas City, MO 64105

Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Ave., Suite 400
Riverdale Park, MD 20737

PD Hyde Field LLC
c/o Louis G. Pettey, Registered Agent
18310 Montgomery Village Ave., Suite 400
Gaithersburg, MD 20879

Brian E. Frosh, Attorney General
200 St. Paul Place
Baltimore, MD 21202

Maryland Department of Assessments &
Taxation
State Office Building
301 W. Preston Street
Baltimore, MD 21201-2395

Prince George's County
c/o Gail D. Francis, Esq.
Office of Finance, Treasury Division
14741 Governor Oden Bowie Drive
Upper Marlboro, Maryland 20772

Angela D. Alsobrooks, County Executive
County Administration Building
14741 Governor Oden Bowie Drive
Upper Marlboro, MD 20772

U.S. Attorney for the District of MD
36 S. Charles Street, 4th Floor
Baltimore, MD 21201-3020

William P. Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Bradford F. Englander
Whiteford, Taylor & Preston, LLP
3190 Fairview Park, Suite 800
Falls Church, VA 22042

*11515801*