Entered: February 11th, 2021
Signed: February 11th, 2021

**SO ORDERED**

No response or opposition.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.: 20-10691-TJC |
| | ) | |
| **Debtor.** | ) | Chapter 11 |
| | ) | |

### ORDER AUTHORIZING EMPLOYMENT OF MENDELSON & MENDELSON, CPAs, P.C., AS TAX ACCOUNTANT FOR THE DEBTOR

Upon consideration of the *Application for Authority to Employ Mendelson & Mendelson, CPAs, P.C. as Tax Accountant for the Debtor* (the "Application") filed by the above-captioned debtor and debtor in possession (the "Debtor") and the *Verified Statement of Louis B. Ruebelmann* pursuant to Bankruptcy Rule 2014(a); and it appearing that Mendelson & Mendelson, CPAs, P.C. ( "Mendelson") is duly qualified to serve as tax accountant to the Debtor in this case; and the Court being satisfied that Mendelson neither holds nor represents an interest adverse to the Debtor or its estate, and that his employment is necessary and is in the best interest of the Debtor, its estate, and its creditors; and after consideration of any objections made thereto and after any hearing thereon; and it appearing that adequate notice of the Application was

provided and that no further notice of the Application is necessary; and there appearing good cause for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Application be and it hereby is **APPROVED**; and it is further,

**ORDERED** that the Debtor is authorized to employ Mendelson as its tax accountant on the terms set forth in the Application effective as of the date of the Application, with compensation and reimbursement of expenses subject to further Order of this Court.

**END OF ORDER**

cc:

E-Recipients

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770