IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) |
| | ) |
| Zachair, Ltd., | ) Case No.: 20-10691-TJC |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

**NOTICE OF DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY
HOLLAND & KNIGHT LLP AS SPECIAL COUNSEL FOR THE DEBTOR**

**PLEASE TAKE NOTICE** that Zachair, Ltd. (the "Debtor") has filed its *Application for Authority to Employ Holland & Knight LLP, as Special Counsel for the Debtor* (the "Application").[1] The Application seeks the entry of an order pursuant to Section 327(e) of Title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure authorizing the employment and retention of Holland & Knight LLP ("H&K") as the Debtor's special counsel, effective as of January 13, 2021.

**Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** that within 21 days of the date of the Application, you must serve a written objection to the Application if you intend to object to the Application, together with the proposed order required by the local bankruptcy rules. Any objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, Suite 300, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, and served by delivery or by mailing a copy to the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based.

You or your lawyer must also mail a written response to:

> Bradford F. Englander, Esq.
> Whiteford, Taylor & Preston, LLP
> 3190 Fairview Park Drive, Suite 800
> Falls Church, Virginia 22042

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

1

IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY GRANT OR OTHERWISE DISPOSE OF THE APPLICATION WITHOUT A HEARING.  PARTIES IN INTEREST MAY CONTACT THE UNDERSIGNED WITH QUESTIONS.

Dated: February 11, 2021                                    ZACHAIR, LTD.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Bradford F. Englander*
　　　　　　　　　　　　　　　　　　　　　　　　Bradford F. Englander, Esq., Bar No. 11951
　　　　　　　　　　　　　　　　　　　　　　　　David W. Gaffey (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　3190 Fairview Park Drive, Suite 800
　　　　　　　　　　　　　　　　　　　　　　　　Falls Church, Virginia 22042
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (703) 280-9081
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 280-3370
　　　　　　　　　　　　　　　　　　　　　　　　Email:  benglander@wtplaw.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 11, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice will be served electronically by the Court's CM/ECF system on the following parties:

- Nancy D. Greene   ndg@ndglaw.com
- Bradford F. Englander   benglander@wtplaw.com, rodom@wtplaw.com
- Bruce W. Henry   bwh@henrylaw.com, kmo@henrylaw.com;jtm@henrylaw.com;mbp@henrylaw.com
- Patrick J. Kearney   pkearney@sgrwlaw.com jnam@sgrwlaw.com
- Nicole C. Kenworthy   bdept@mrrlaw.net
- Michael J. Klima   bankruptcy@peroutkalaw.com
- Michael J. Lichtenstein   mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- Jeffery Thomas Martin   jtm@henrylaw.com, mbp@henrylaw.com
- M. Evan Meyers   bdept@mrrlaw.net
- Kevin M. O'Donnell   kmo@henrylaw.com mbp@henrylaw.com,jtm@henrylaw.com
- L. Jeanette Rice   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Jeffrey L. Tarkenton   Jeffrey.tarkenton@wbd-us.com, karla.radtke@wbd-us.com,pascal.naples@wbd-us.com,morgan.patterson@wbd-us.com,matthew.ward@wbd-us.com
- Jacob Christian Zweig   jzweig@evanspetree.com crecord@evanspetree.com
- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV

                */s/ Bradford F. Englander*
                Counsel