**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In re:** | ) | |
| **Zachair, Ltd.,** | ) | **Case No.: 20-10691-TJC** |
| **Debtor.** | ) | **Chapter 11** |

**FIRST INTERIM APPLICATION OF WILLIAM C. HARVEY & ASSOCIATES, INC., APPRAISER FOR THE DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD FROM JANUARY 17, 2020, THROUGH NOVEMBER 3, 2020**

William C. Harvey & Associates, Inc. ("WCH&A"), appraiser for Zachair, Ltd. (the "Debtor"), files this *First Interim Application of William C. Harvey & Associates, Inc., Appraiser for the Debtor, for Allowance of Compensation for the Period from January 17, 2020, through November 3, 2020* (the "Application") pursuant to sections 326, 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). WCH&A seeks the interim allowance of fees in the amount of $45,923.25 incurred during the period from January 17, 2020, through November 3, 2020 (the "Application Period"). In support, WCH&A states as follows:

**Jurisdiction**

1. This Court has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

**Background**

2. On January 17, 2020 (the "Petition Date"), the Debtor filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor is continuing

in possession of its property and the management of its business as a debtor-in-possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      The Debtor is a Maryland corporation which owns an assemblage of real property totaling 423.45 acres located in Prince George's County, Maryland (the "Property"). The Property historically has been operated as an airfield known as Hyde Field (the "Airfield"). The Airfield generates revenue for the Debtor through the rental of hanger and parking spaces for aircraft.

4.      In addition to the Airfield, portions of the Property not used in Airfield operations previously were mined for sand and gravel. The cavities created by the sand and gravel mining were used for surcharge fill operations, whereby the Debtor contracted for the acceptance of clean fill dirt removed from other third-party sites in exchange for a fee. Such fees generated the vast majority of the Debtor's operating revenues. In early March 2020, however, the Maryland Department of the Environment advised the Debtor that it must cease the surcharge fill operations.

5.      The Debtor's primary goal through this bankruptcy case has been to sell the Property for its highest and best value in order to generate sufficient funds to satisfy the Debtor's obligations to its creditors, and to provide a return to equity.

**Employment of William C. Harvey & Associates, Inc.**

6.      On February 12, 2020, the Debtor filed its *Application for Authority to Employ William C. Harvey & Associates, Inc. as Appraiser for the Debtor* (the "WCH&A Application") seeking to employ WCH&A as its real estate appraiser in this case effective as of January 17, 2020. *See* Docket No. 26. The services within the scope of the WCH&A's engagement included:

    a.  Inspecting the Property;

    b.  Reviewing the publicly recorded information concerning the Property;

    c.  Conducting a comprehensive search of the land sales similar to the Property;

      d. Developing and preparing an appraisal report of the Property; and

e. Testifying at hearings and providing advice concerning asset valuation issues relative to the Debtor's restructuring.

7. On March 5, 2020, the Court entered its *Order Authorizing Employment of William C. Harvey & Associates, Inc. as Appraiser for the Debtor* (the "WCH&A Employment Order")[1] granting the WCH&A Application and authorizing the employment of WCH&A as real estate appraiser for the Debtor. *See* Docket No. 47. A copy of the WCH&A Employment Order is attached hereto as **Exhibit A**.

**Post-Petition Retainer**

8. Prior to the Petition Date, WCH&A received a total retainer of $12,500.00 (the "Pre-Petition Retainer") for pre-petition services, which amount was paid by the Debtor. The Pre-Petition Retainer was paid in two installments: $10,000 on December 18, 2019, and $2,500 on January 15, 2020. Upon information and belief, the funds used to pay WCH&A the retainer were provided to the Debtor by Dr. Nabil Asterbadi. WCH&A's fees incurred prior to the Petition Date totaled $11,420. WCH&A applied the Pre-Petition Retainer to its outstanding professional fees immediately prior to the Petition Date, leaving a post-petition retainer balance of $1,080 (the "Post-Petition Retainer"). *See* Docket No. 26.

**Prior Fee Applications**

9. This Application is WCH&A's first application for compensation filed in this case. No prior applications have been filed.

[1] The WCH&A Employment Order contained an apparent scrivener's error stating the effective date of WCH&A's employment is January 17, 2019, instead of January 17, 2020.

**Summary of Application**

10. During the Application Period, WCH&A has tracked and allocated its fees to account for time spent on several matters. WCH&A's fees requested in this Application total $45,923.25. There are no out-of-pocket expenses incurred during the Application Period.

11. A summary of the time spent post-petition by each WCH&A professional in connection with the above-described engagement is set forth below:

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| William C. Harvey | Supervisory Appraiser | 46.19 | $525.00 | $24,249.75 |
| Richard N. Olsen[2] | Senior Appraiser | 63.74 | $325.00 | $20,715.50 |
| Richard N. Olsen | Researcher | 9.58 | $100.00 | $958.00 |
| | **Total:** | **119.51** | | **$45,923.25** |

12. A chart identifying each category of service provided by WCH&A during the Application Period is set forth below:

| Description | Fee Amount |
|---|---|
| Research | $958.00 |
| Inspections, analysis, and drafting | $35,949.25 |
| Preparation and attendance at hearings / depositions | $9,016.00 |
| **Total:** | **$45,923.25** |

13. Of the $45,923.25 in total fees incurred by WCH&A during the Application Period, $1,748.25 in fees relate to time spent by Mr. Harvey testifying at a deposition by Sandy Spring Bank (the "Sandy Spring Fees"). Mr. Harvey submitted an invoice for the Sandy Spring Fees to Sandy Spring Bank pursuant to Federal Rule of Civil Procedure 26(b)(4)(E) and received payment of this invoice. $44,175.00 in fees payable by the Debtor remain outstanding.

[2] The hourly rates for Richard N. Olsen vary depending on the nature of the work performed, *i.e.*, drafting versus research.

**Services Provided During the Application Period**

14.     During the Application Period, WCH&A performed substantial services for the Debtor.  WCH&A inspected the Property and analyzed comparable parcel sales, and prepared a market study, a valuation analysis, and an expert report for the Property.  WCH&A also prepared to testify regarding the valuation of the Property at hearings.  Among other things, WCH&A prepared for, and assisted the Debtor in preparing for, a hearing on the Debtor's motion to extend exclusivity periods.  WCH&A also prepared exhibits, testified at a deposition, and prepared to testify at an evidentiary hearing in connection with the Debtor's motion to obtain post-petition financing.

15.      Itemized, daily time records for services provided during the Application Period are attached hereto as **Exhibit B**.

**Lodestar Analysis**

16.     Under section 330(a)(1) of the Bankruptcy Code, the Court may award reasonable compensation to a professional person for all actual, necessary services rendered by such professional based on the nature, extent and value of the services rendered, the time spent on such services and the cost of comparable services in other cases.  The Court may also reward reimbursement for all actual, necessary expenses incurred.

17.     Courts frequently look to the "lodestar" formula in assessing a professional's fees.  Under this approach, courts consider the number of hours of service reasonably devoted to a case multiplied by the professional's reasonable hourly rate.  The resulting sum may be adjusted to reflect the characteristics of the particular case and the reputation of the professional.  *Perdue v. Kenny A.*, 559 U.S. 542 (2010).

18.     Bankruptcy courts often consider the specific lodestar factors set forth in *Johnson v. Georgia Highway Express, Ltd.*, 488 F.2d 714 (5th Cir. 1974), as applied to bankruptcy cases in *In*

*re First Colonial Corporation of America*, 544 F.2d 1291, 1298-99 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977). The United States Court of Appeals for the Fourth Circuit adopted the *Johnson* tests in *Barber v. Kimbrells, Ltd.*, 577 F.2d 216, 226 (4th Cir.), *cert. denied*, 439 U.S. 934 (1978). In *Anderson v. Morris*, 658 F.2d 246, 249 (4th Cir. 1981), the Fourth Circuit held that the District Court should apply the lodestar approach, which encompasses the *Johnson* factors (a) and (e) as set forth below, and then adjust the fee with the guidance of the remaining *Johnson* factors. The following are the *Johnson* factors:

(a) the time and labor required;

(b) the novelty and difficulty of the questions;

(c) the skill required to properly perform the professional services;

(d) the preclusion of other employment by the professional due to acceptance of the case;

(e) the customary fee;

(f) whether the fee is fixed or contingent;

(g) time limitations imposed by the client or the circumstances;

(h) the amount involved and the results obtained;

(i) the experience, reputation, and ability of the professional;

(j) the "undesirability" of the case;

(k) the nature and length of the professional relationship with the client; and

(l) awards in similar cases.

*Johnson*, 488 F.2d at 717-719; *Barber*, 577 F.2d at 226 n.28; *Anderson*, 658 F.2d at 248 n.2.

19. WCH&A submits the following lodestar and *Johnson* factor analysis in support of its request for allowance of fees:

       **a.** **The time and labor required**. WCH&A has rendered extensive, varied, and substantial professional services to the Debtor in connection with this chapter 11 case. Those services are set forth in detail in the time records attached hereto as **Exhibit B**. As the time records illustrate, WCH&A professionals have dedicated substantial time to this case. WCH&A believes that the time and labor expended is appropriate and reasonable for the matters upon which its professionals provided services.

**b.** **Novelty and difficulty of the questions involved and skill applied**. The success of the Debtor's chapter 11 case hinges on the sale of the Property—an assemblage of commercial real property totaling 423.45 acres. Appraising a tract of land of this size and nature requires expertise and special skills. In offering its report of the market value of the Property, WCH&A has considered and analyzed numerous factors that could impact the value of the Property. WCH&A also has performed substantial research, identified comparable properties, and advised the Debtor with respect to each of the aforementioned, as well as, other matters.

**c.** **The preclusion of other employment by the firm due to acceptance of this case**. WCH&A has devoted valuable resources to its appraisal work in connection with the sale of the Property in this chapter 11 case. WCH&A was required to devote substantial amounts of time and effort to appraise the Property. Due to the exigencies presented by this case, WCH&A was diverted from other matters in which it was, or might have been, involved in order to devote itself to the competent work in the instant case.

**d.** **The customary fee for similar work**. WCH&A submits that the fees sought herein are warranted, and are generally less than or equal to competitive fees in the real estate appraisal market for firms with comparable practices, given the nature of this proceeding.

**e.** **Whether the fee is fixed or contingent**. Pursuant to the Bankruptcy Code, all fees sought by WCH&A are subject to final approval of this Court. The fees are based on hourly rates and are not contingent on the outcome of any particular event.

**f.** **Time limitations imposed by the client or circumstances**. During the Application Period, the exigencies of the case occasionally required that WCH&A provide services for the Debtor on an expedited basis.

**g.** **The amounts involved and the results obtained**. The fees requested by WCH&A are reasonable given the work required in this case, the issues that have arisen, and the results obtained. WCH&A continues to assist the Debtor to achieve the sale of the Property.

**h.** **Experience, reputation and ability of professionals**. William C. Harvey, II, the supervisory appraiser on this case, has previously rendered similar appraisal services for debtors in many other bankruptcy cases and commercial litigations. Mr. Harvey has appraised residential and commercial real estate in the Washington, D.C. Metropolitan area for more than 44 years. As a highly respected member of the local appraisal community and the Appraisal Institute, Mr. Harvey is frequently called upon to provide expert witness testimony, teach appraisal courses and seminars, and serve on panels. He is also a certified general real estate appraiser in the District of Columbia, Maryland and Virginia as well as an AQB Certified USPAP Instructor for The Appraisal Foundation.

**i.** **The "undesirability" of the case**. Although this case should not be considered "undesirable," it has presented significant challenges for WCH&A. As a result of its employment by the Debtor, WCH&A has necessarily accepted delays in obtaining compensation for services rendered in this case, which delays do no occur in providing services to clients

outside of bankruptcy. WT&P has met these challenges and the case continues to move forward successfully.

**j. The nature and length of the firm's professional relationship with the client**. WCH&A has rendered various services to the Debtor in this case regarding the appraisal of the Property since August 2019.

**k. Awards in similar cases**. WCH&A submits that its request for compensation is well within the usual and customary awards granted in similar cases.

**Expenses**

20. WCH&A had no reimbursable expenses during the Application Period.

**WHEREFORE**, William C. Harvey & Associates, Inc. respectfully requests that this Court enter an Order:

(a) allowing on an interim basis fees incurred by WCH&A during the Application Period in the amount of $45,923.25;

(b) authorizing WCH&A to apply the $1,080.00 Post-Petition Retainer to the fees allowed in this Application;

(c) authorizing WCH&A to retain the $1,748.25 Sandy Spring Fees paid to WCH&A by Sandy Spring Bank;

(d) authorizing the Debtor to pay from the assets of the Debtor's estate to WCH&A the remaining balance of the fees allowed in this Application in the amount of $43,095.00; and

(e) granting such other and further relief which is just and equitable.

Dated: February 25, 2021                    ZACHAIR, LTD.


                                            */s/ Bradford F. Englander*
                                            Whiteford, Taylor & Preston, LLP
                                            Bradford F. Englander, Esq., Bar No. 11951
                                            3190 Fairview Park Drive, Suite 800
                                            Falls Church, Virginia 22042
                                            Telephone: (703) 280-9081
                                            Facsimile: (703) 280-3370
                                            Email: benglander@wtplaw.com

                                            *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Application will be served electronically by the Court's CM/ECF system on the following parties:

Bradford F. Englander benglander@wtplaw.com, rodom@wtplaw.com
Nancy D. Greene ndg@ndglaw.com
Bruce W. Henry bwh@henrylaw.com,
kmo@henrylaw.com;jtm@henrylaw.com;mbp@henrylaw.com
Patrick J. Kearney pkearney@sgrwlaw.com, jnam@sgrwlaw.com
Nicole C. Kenworthy bdept@mrrlaw.net
Michael J. Klima bankruptcy@peroutkalaw.com
Michael J. Lichtenstein mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
Jeffery Thomas Martin jtm@henrylaw.com, mbp@henrylaw.com
M. Evan Meyers bdept@mrrlaw.net
Kevin M. O'Donnell kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com
L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Jeffrey L. Tarkenton Jeffrey.tarkenton@wbd-us.com, beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;mnemith@wbd-us.com;rahul.tilva@wbd-us.com
US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
Jacob Christian Zweig jzweig@evanspetree.com, crecord@evanspetree.com

I hereby further certify that on February 25, 2021, a copy of the foregoing Application was also served by first-class mail, postage prepaid, on the parties listed below.

Nabil J. Asterbadi
2726 Chain Bridge Road NW
Washington, DC 20016

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

*/s/ David W. Gaffey*
David W. Gaffey, Esq.

**Exhibit A**

Entered: March 5th, 2020
Signed: March 4th, 2020

**SO ORDERED**

No response or objection.

THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In re:** | ) | |
| **Zachair, Ltd.,** | ) | **Case No.: 20-10691-TJC** |
| **Debtor.** | ) | **Chapter 11** |

**ORDER AUTHORIZING EMPLOYMENT OF**
**WILLIAM C. HARVEY AND ASSOCIATES, INC. AS APPRAISER FOR THE DEBTOR**

Upon consideration of the *Application for Authority to Employ William C. Harvey and Associates, Inc. as Appraiser for the Debtor* (the "Application") filed by the above-captioned debtor and debtor in possession (the "Debtor") and the *Verified Statement of William C. Harvey* pursuant to Bankruptcy Rule 2014(a); and it appearing that William C. Harvey and Associates, Inc. ("WCH&A") is duly qualified to serve as financial advisor to the Debtor in this case; and the Court being satisfied that WCH&A neither holds nor represents an interest adverse to the Debtor or its estate, and that its employment is necessary and is in the best interest of the Debtor, its estate, and its creditors; and after consideration of any objections made thereto and after any hearing thereon; and it appearing that adequate notice of the Application was provided and that no further

notice of the Application is necessary; and there appearing good cause for granting the relief requested in the Application; it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Application be and it hereby is **APPROVED**; and it is further,

**ORDERED** that the Debtor is authorized to employ WCH&A as its appraiser effective as of January 17, 2019, on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further Order of this Court.

**END OF ORDER**

cc:

E-Recipients

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770

**Exhibit B**

**William C. Harvey & Assoc., Inc.**
1146 Walker Rd., Suite H
Great Falls, VA 22066-1838 US
703-759-6644
wchainc@verizon.net

**BILL TO**
Whiteford Taylor & Preston
3190 Fairview Park Dr., Suite 300
Falls Church, VA 22042

# INVOICE V000283

**DATE** 07/29/2020 **TERMS** Upon Court Approval

**DUE DATE** 07/29/2020

| SHIP DATE | SHIP VIA | TRACKING NO. | APPRAISER | CLIENT | CITY/COUNTY |
|---|---|---|---|---|---|
| 07/29/2020 | E-mail | N/A | Harvey/Olsen | Zachair, Ltd., Debtor | Clinton, MD |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/17/2020 | **C-Appraisal** ZL/R. Olsen analyzed the comparable residential lot sales and developed the drat retail pricing of the Pro Forma No. 4 layout. | 2:43 | 325.00 | 884.00 |
| 01/17/2020 | **C-Appraisal** ZL/R. Olsen continued to analyze the comparable residential lot sales and develop the drat retail pricing of the Pro Forma No. 4 layout. | 2:05 | 325.00 | 676.00 |
| 01/18/2020 | **C-Appraisal** ZL/R. Olsen continued to analyze the comparable residential lot sales and develop the drat retail pricing of the Pro Forma No. 4 layout. | 3:43 | 325.00 | 1,209.00 |
| 01/20/2020 | **C-Appraisal** ZL/R. Olsen read documents provided by counsel. | 2:15 | 325.00 | 731.25 |
| 01/21/2020 | **C-Appraisal** ZL/R. Olsen researched parcel sales for the Pro Forma No. 4 layout. | 7:54 | 100.00 | 790.00 |
| 01/22/2020 | **C-Appraisal** ZL/R. Olsen analyzed the comparable parcel sales and developed the draft sales comparison approach of the Pro Forma No. 4 layout. | 5:09 | 325.00 | 1,673.75 |
| 01/23/2020 | **C-Appraisal** ZL/R. Olsen continued to develop a draft cash flow analysis of the Pro Forma No. 3 layout. | 5:09 | 325.00 | 1,673.75 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 01/24/2020 | **C-Appraisal** ZL/R. Olsen prepared the draft market study. | 6:31 | 325.00 | 2,119.00 |
| 01/25/2020 | **C-Appraisal** ZL/R. Olsen analyzed the P.D. Hyde Field Businesss Plan and developed a draft valuation model | 4:43 | 325.00 | 1,534.00 |
| 01/25/2020 | **C-Appraisal** ZL/W. Harvey continued to prepare the draft Expert Report. | 5:04 | 525.00 | 2,661.75 |
| 01/27/2020 | **C-Appraisal** ZL/R. Olsen inspected the subject property. | 1:00 | 325.00 | 325.00 |
| 01/27/2020 | **C-Appraisal** ZL/R. Olsen continued to research parcel sales. | 1:41 | 100.00 | 168.00 |
| 01/27/2020 | **C-Appraisal** ZL/W. Harvey inspected the subject and comparable properties. | 4:46 | 525.00 | 2,504.25 |
| 01/28/2020 | **C-Appraisal** ZL/R. Olsen inspected the comparable commercial, parcel, SFD and TH sales. | 5:47 | 325.00 | 1,878.50 |
| 01/29/2020 | **C-Appraisal** ZL/R. Olsen revised the draft market study. | 1:22 | 325.00 | 445.25 |
| 01/29/2020 | **C-Appraisal** ZL/R. Olsen revised the draft valuation charts for the Pro Forma No. 4 layout. | 1:07 | 325.00 | 364.00 |
| 02/12/2020 | **C-Appraisal** ZL/R. Olsen continued to revise the draft valuation analysis for the Pro Forma No. 4 layout. | 2:00 | 325.00 | 650.00 |
| 02/13/2020 | **C-Appraisal** ZL/W. Harvey continued to develop the draft Expert Report. | 3:48 | 525.00 | 1,995.00 |
| 03/16/2020 | **C-Appraisal** ZL/W. Harvey participated in a teleconference with counsel. | 0:37 | 525.00 | 325.50 |
| 03/17/2020 | **C-Appraisal** ZL/R. Olsen continued to revise the draft valuation analysis for the Pro Forma No. 4 layout. | 2:01 | 325.00 | 656.50 |
| 04/15/2020 | **C-Appraisal** ZL/W. Harvey had a teleconference with counsel | 0:14 | 525.00 | 120.75 |
| 05/06/2020 | **C-Appraisal** ZL/W. Harvey continued to prepare the draft Export Report. | 3:35 | 525.00 | 1,879.50 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/08/2020 | **C-Appraisal**<br>ZL/W. Harvey continued to prepare the draft Export Report. | 3:06 | 525.00 | 1,627.50 |
| 05/12/2020 | **C-Appraisal**<br>ZL/W. Harvey continued to prepare the draft Expert Report. | 3:41 | 525.00 | 1,932.00 |
| 05/13/2020 | **C-Appraisal**<br>ZL/W. Harvey completed the draft Expert Report and transmitted same to counsel by e-mail. | 3:22 | 525.00 | 1,769.25 |
| 05/13/2020 | **C-Appraisal**<br>ZL/R. Olsen proofread the draft Expert Report and checked all mathmematical calculations. | 2:24 | 325.00 | 780.00 |
| 05/15/2020 | **C-Appraisal**<br>ZL/W. Harvey participated in a teleconference with counsel. | 1:06 | 525.00 | 577.50 |
| 05/15/2020 | **C-Appraisal**<br>ZL/R. Olsen participated in a teleconference with counsel. | 1:06 | 325.00 | 357.50 |
| 05/18/2020 | **C-Appraisal**<br>Zachair/R. Olsen prepared the comparable sales location maps. | 1:08 | 325.00 | 367.25 |
| 06/03/2020 | **C-Appraisal**<br>ZL/W. Harvey completed and signed the Expert Report and transmitted same to counsel by e-mail. | 1:42 | 525.00 | 892.50 |
| 06/03/2020 | **C-Appraisal**<br>ZL/R. Olsen proofread the draft Expert Report of the Zachair property. | 1:12 | 325.00 | 390.00 |
| 07/16/2020 | **C-Testimony**<br>ZL/W. Harvey participated in a virtual hearing preparation session with counsel and developed and transmitted part one of the draft direct examination outline to counsel by e-mail. | 1:02 | 525.00 | 540.75 |
| 07/20/2020 | **C-Testimony**<br>ZL/W. Harvey prepared and transmitted part two of the draft direct examination outline to counsel by e-mail. | 0:39 | 525.00 | 341.25 |
| 07/21/2020 | **C-Testimony**<br>ZL/W. Harvey edited the draft direct examination outline to include ECF page numbers. | 0:54 | 525.00 | 472.50 |

To: Zachair, Ltd. c/o Whiteford Taylor & Preston, LLP
Attn: Bradford F. Englander, Esq.
Re: Zachair, Ltd. - 01/17/20-07/21/20 Activity

Here's your invoice. We appreciate your prompt payment.

Thanks for your business!

William C Harvey & Associates, Inc.
Tel: (703) 759-6644
E-mail: wchainc@verizon.net

| TOTAL DUE | **$35,312.75** |
|---|---|

**William C. Harvey & Assoc., Inc.**
1146 Walker Rd., Suite H
Great Falls, VA 22066-1838 US
703-759-6644
wchainc@verizon.net

**BILL TO**
Bradford F. Englander, Esq.
Whiteford Taylor & Preston, LLP
3190 Fairview Park Dr., Suite 800
Falls Church, VA 22042

# INVOICE V000437

**DATE** 11/09/2020 **TERMS** Upon Court Approval

**DUE DATE** 12/09/2020

| SHIP DATE | SHIP VIA | TRACKING NO. | APPRAISER | CLIENT | CITY/COUNTY |
|---|---|---|---|---|---|
| 11/09/2020 | E-Mail/USPS | N/A | Harvey/Olsen | Zachair, Ltd., Debtor | Clinton, MD |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/25/2020 | **C-Testimony** ZL/W. Harvey assembled the documents requested in the subpoena issued by K. O'Donnell and had a teleconference with counsel. | 2:07 | 525.00 | 1,113.00 |
| 10/01/2020 | **C-Review** ZL/R. Olsen reviewed A. Smail's Appraisal Report. | 2:39 | 325.00 | 861.25 |
| 10/19/2020 | **C-Appraisal** ZL/W. Harvey developed draft exhibits for his scheduled deposition. | 1:58 | 525.00 | 1,034.25 |
| 10/19/2020 | **C-Appraisal** ZL/R. Olsen developed draft sensitivity analysis charts. | 2:39 | 325.00 | 861.25 |
| 10/20/2020 | **C-Appraisal** ZL/R. Olsen continued to develop draft sensitivity analysis charts. | 1:16 | 325.00 | 412.75 |
| 10/21/2020 | **C-Testimony** ZL/W. Harvey completed the exhibits for his scheduled deposition and transmitted same to counsel by e-mail. | 0:19 | 525.00 | 168.00 |
| 10/21/2020 | **C-Testimony** ZL/W. Harvey participated in a teleconference with counsel to prepare for his deposition | 1:19 | 525.00 | 693.00 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/23/2020 | **C-Testimony**<br>ZL/W. Harvey prepared additional deposition exhibits and transmitted same to counsel by e-mail. | 0:42 | 525.00 | 367.50 |
| 10/28/2020 | **C-Consulting**<br>ZL/R. Olsen reviewed PD Hyde's and SSB's opposition to Debtor's DIP motion and prepared a file memorandum. | 3:49 | 325.00 | 1,241.50 |
| 11/02/2020 | **C-Consulting**<br>ZL/R. Olsen reviewed the draft of the Debtor's Reply to PD Hyde's and SSB's oppostion to the DIP motion and prepared a file memorandum. | 1:55 | 325.00 | 624.00 |
| 11/03/2020 | **C-Testimony**<br>ZL/W. Harvey participated in a teleconference with counsel to prepare for the DIP hearing. | 1:47 | 525.00 | 934.50 |
| 11/03/2020 | **C-Testimony**<br>ZL/W. Harvey read his deposition transcript and prepared the errata sheet. | 1:03 | 525.00 | 551.25 |

BY E-MAIL AND FIRST-CLASS US MAIL

To: Zachair, Ltd., Debtor, c/o Whiteford Taylor & Preston, LLP
Attn: Bradford F. Englander, Esq.

Re: Zachair, Ltd., Debtor - 07/22/20-11/03/20 Activity

Here's your invoice. We appreciate your prompt payment.

Thanks for your business!

William C Harvey & Associates, Inc.

Tel: (703) 759-6644
E-mail: wchainc@verizon.net

| TOTAL DUE | **$8,862.25** |
|---|---|

**William C. Harvey & Assoc., Inc.**
1146 Walker Rd., Suite H
Great Falls, VA 22066-1838 US
703-759-6644
wchainc@verizon.net

**BILL TO**
Bruce W. Henry, Esq.
Henry & O'Donnell, P.C.
300 N. Washington St., Suite 204
Alexandria, VA 22314

# INVOICE V000368

**DATE** 10/31/2020 **TERMS** Net 30

**DUE DATE** 11/30/2020

| SHIP DATE | SHIP VIA | TRACKING NO. | APPRAISER | CLIENT | CITY/COUNTY |
|---|---|---|---|---|---|
| 11/03/2020 | E-mail/USPS | N/A | Harvey, W. | Zachair, Ltd. | Clinton, MD |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 10/23/2020 | **C-Testimony** Zachair/W. Harvey testified in a virtual deposition taken by B. Henry. | 3:20 | 525.00 | 1,748.25 |

BY E-MAIL AND FIRST-CLASS, US MAIL

To: Hnery & O'Donnell, P.C.
Attn: Bruce W. Henry, Esq.

Re: Zachair, Ltd./Harvey Deposition Activity

Here's your invoice and an IRS Form W-9. We appreciate your prompt payment.

Thanks for your business!

William C Harvey & Associates, Inc.

Tel: (703) 759-6644
E-mail: wchainc@verizon.net

TOTAL DUE **$1,748.25**