Entered: March 10th, 2021
Signed: March 10th, 2021

Proposed order does not contain a service list.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| Zachair, Ltd., | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF
HOLLAND & KNIGHT, LLP AS SPECIAL COUNSEL FOR THE DEBTOR**

Upon consideration of the *Application for Authority to Substitute and Employ Holland & Knight, LLP, as Special Counsel for the Debtor in Place of Womble Bond Dickinson (US) LLP* (the "Application")[1] and the Verified Statement of Louis J. Rouleau (the "Verified Statement"), filed by the above-captioned debtor and debtor in possession (the "Debtor"), all as more fully set

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

16

forth in the Application; and upon consideration of the Verified Statement; and the Court being satisfied based on the representations made in the Application and the Verified Statement that (i) Holland & Knight LLP ("H&K") neither represents nor holds an interest adverse to the Debtor or to its estate with respect to the matter(s) for which H&K is to be engaged; (ii) H&K is duly qualified to represent the Debtor as special counsel under section 327(e) of the Bankruptcy Code; and (iii) the employment of H&K is necessary and would be in the best interest of the Debtor, its estate, and its creditors; and due notice of the Application having been given; and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that, pursuant to section 327(e) of the Bankruptcy Code, the Debtor is authorized to retain and employ H&K as its special counsel in connection with the Lawsuit effective as of January 13, 2021, on the terms set forth in the Application, with compensation and reimbursement of expenses subject to further Order of this Court.

**ORDERED** that this Court shall retain jurisdiction to resolve all matters arising out of the Application or this Order.

**END OF ORDER**