Entered: March 24th, 2021
Signed: March 23rd, 2021
**SO ORDERED**

No response or opposition.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.:  20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### ORDER GRANTING FIRST INTERIM APPLICATION OF WILLIAM C. HARVEY & ASSOCIATES, INC., APPRAISER FOR THE DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD FROM JANUARY 17, 2020, THROUGH NOVEMBER 3, 2020

Upon consideration of the *First Interim Application of William C. Harvey & Associates, Inc., Appraiser for the Debtor, for Allowance of Compensation for the Period from January 17, 2020, through November 3, 2020* (the "Application"), filed in the above-captioned case, for the period from January 17, 2020, through November 3, 2020 (the "Application Period"); and no

objections having been filed; and good and sufficient cause appearing for the relief requested therein; it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that fees in the amount of $45,923.25 (the "Allowed WCH&A Fees") are approved, allowed and awarded to WCH&A[1] on an interim basis as compensation for services rendered during the Application Period; and it is further

**ORDERED** that WCH&A is authorized to apply the $1,080.00 Post-Petition Retainer to the Allowed WCH&A Fees; and it is further

**ORDERED** that WCH&A is authorized to retain the $1,748.25 Sandy Spring Fees paid to WCH&A by Sandy Spring Bank; and it is further

**ORDERED** that the Debtor is authorized to pay to WCH&A from the assets of the Debtor's estate the balance of the Allowed WCH&A Fees after application of the Post-Petition Retainer and Sandy Spring Fees.

**END OF ORDER**

cc:

E-Recipients

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770