**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **ZACHAIR, LTD.** ) | **Case No. 20-10691-TJC** |
| ) | **Chapter 11** |
| **Debtor** ) | |

**JOINT STIPULATION RELATED TO
DEBTOR'S MOTION TO SELL REAL PROPERTY**

Zachair, Ltd. (the "Debtor") and PD Hyde Field, LLC ("PD Hyde"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On January 17, 2020, the Debtor commenced a Chapter 11 proceeding.

2. On June 11, 2021, the Debtor filed a Motion for an Order (A) Approving the Sale of the Debtor's Property Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Sales Contract, (C) Approving Bid Procedures, (D) Scheduling Bid Deadline, Auction and Sale Hearing, (E) Approving Form and Manner of Notice Thereof, and (F) Granting Certain Related Relief (the "Motion") [Doc 215] seeking to sell Parcel I – containing 285.101 acres of land, more or less, located at 4401 Steed Road, Clinton, Maryland (Tax Account No. 05-0328708); Parcel II – containing 16.180 acres of land, more or less, located on Piscataway Road, Clinton, Maryland (Tax Account No. 05-0327833); Parcel B – containing 64.153 acres of land, more or less, located at 10651 Piscataway Road, Clinton, Maryland (Tax Account

05-0360651); and Parcel C – containing 58.0204 acres of land, more or less, located on Piscataway Road, Clinton, Maryland (Tax Account 09-0865121) (the "Property").

3. In the Motion, the Debtor asserts that it does not believe that PD Hyde has a secured claim.

4. PD Hyde disputes this assertion and maintains that it has a secured claim.

5. In the event the sale is approved, no payments will be received for twelve months or more following the date of the Contract.

6. In the interests of judicial economy, to avoid needless litigation, and in lieu of PD Hyde objecting to the Motion, the Debtor and PD Hyde have agreed to reserve their rights as to whether PD Hyde has a secured claim that is entitled to adequate protection pending an adjudication by this Court regarding PD Hyde's claim or, if appropriate, a separate motion regarding adequate protection.

**I HEREBY CERTIFY** that the terms of the copy of the Stipulation submitted to the Court are identical to those set forth in the original Stipulation; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Stipulation.

/s/ Michael J. Lichtenstein
Michael J. Lichtenstein

**AGREED TO:**

/s/ Bradford F. Englander
Bradford F. Englander (Bar No. 11951)
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
*Counsel for the Debtor*

/s/ Michael J. Lichtenstein
Michael J. Lichtenstein (Bar No. 05604)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854
*Counsel for PD Hyde Field, LLC*

<u>Copies to</u>:

Bradford F. Englander
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Michael J. Lichtenstein
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854

**END OF ORDER**