_____(TC)_____    __X__ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: Y N
                                                     Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 07/19/2021 Time: 11:00

**CASE: 20-10691 Zachair, Ltd.**

Bradford F. Englander and David W. Gaffey representing Zachair, Ltd. (Debtor)

L. Jeanette Rice representing US Trustee - Greenbelt (U.S. Trustee)

[215] Motion to Sell Debtor's Property Free and Clear of Liens and Notice of Motion. Fee Amount $ 188. Notice Served on 6/11/2021, Filed by Zachair, Ltd.. Objections due by 07/2/2021. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 07/19/2021 at 11:00 AM - Courtroom 3-E. (Attachments: #s6 Notice of Motion Notice of Motion)

*Rich Samit - witness*

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey ✓

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

Other_____

Confirmed_____ as modified by _____

Denied Confirmation_____ with leave to amend by_____

Other_____

DISPOSITIONS:

Granted ✓   Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court            [ ] Filed by Counsel
[ ] To be prepared by:
    [✓] Movant's counsel       [ ] Court
    [ ] Respondent's counsel   [ ] Other _____

NOTES: