_____(TC)_____          X RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: Y N
                                                     Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 08/04/2021 Time: 10:30

**CASE: 20-10691 Zachair, Ltd.**

Bradford F. Englander and David W. Gaffey representing Zachair, Ltd. (Debtor)

L. Jeanette Rice representing US Trustee - Greenbelt (U.S. Trustee)

[225] Disclosure Statement With Respect to Debtor's Plan of Reorganization Filed by Zachair, Ltd.. (Attachments: #s2 Exhibit)

*Bruce Henry*
*Sandy*
*Spring Bank*

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey

[238] Line re Settlement with PD Hyde Field LLC on behalf of Zachair, Ltd. Filed by Bradford F. Englander (related document(s) 1 Exhibit A - Settlement Term Sheet)

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

  Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

  Other_____

  Confirmed_____ as modified by _____

  Denied Confirmation_____ with leave to amend by_____

  Other_____

DISPOSITIONS:

  Granted___ Denied___ Withdrawn___ Consent___ Default___ Under Adv.___

  Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

  Continued to: _____

DECISION:

  [ ] Signed by Court              [ ] Filed by Counsel
  [ ] To be prepared by:
      [ ] Movant's counsel         [ ] Court
      [ ] Respondent's counsel     [ ] Other _____

NOTES: — Disclosure Statement and Plan to be Amended
       — Amended Disclosure Statement hearing September 13, 2021 at 2:00 pm
       — Exit Financing and Sell hearing to be held on November 30, 2021 at 10:30 am
       — Confirmation hearing November 30, 2021 at 10:30 am