IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT
AND PLAN SUPPORT AGREEMENT UNDER BANKRUPTCY RULE 9019**

Upon consideration of the *Motion for Approval of Settlement and Plan Support Agreement Under Bankruptcy Rule 9019* (the "Motion")[1] filed by the above captioned debtor and debtor-in-

---

[1] Unless otherwise noted, each capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

10

possession (the "Debtor"); and after consideration of any objections made thereto and after any hearing thereon; and it appearing that adequate notice of the Motion was provided and that no further notice is necessary; and there appearing good cause for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is GRANTED as set forth herein; and it is further

**ORDERED**, that any objections to the Motion are OVERRULED; and it is further

**ORDERED**, that the *Settlement and Plan Support Agreement*, a copy of which is attached to the Motion as <u>Exhibit A</u>, is approved in all aspects; and it is further

**ORDERED**, that the Parties are authorized to enter into, execute and perform under, the *Settlement and Plan Support Agreement*, effective as of the entry of this Order. The Parties are granted all rights and remedies provided to them (as applicable) under the Agreement, including, without limitations, the right to specifically enforce the Agreement in accordance with its terms; and it is further

**ORDERED**, that the PD Proof of Claim is deemed amended to reflect the amount and character of its claim as set forth in the Agreement; and it is further

**ORDERED**, that this Order is effective immediately upon entry, and any and all stays, including without limitation under Bankruptcy Rule 6004(h), are hereby waived; and it is further

**ORDERED**, that the Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

**ORDERED**, that this Court shall have exclusive jurisdiction to hear and decide any dispute arising from or related to the Motion, the Agreement or this Order.

**END OF ORDER**

Copies to:

Bradford F. Englander
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

Michael J. Lichtenstein
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854