IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) |
| | ) |
| **Zachair, Ltd.,** | )   Case No.: 20-10691-TJC |
| | ) |
| Debtor. | )   Chapter 11 |
| | ) |

**NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT AND
PLAN SUPPORT AGREEMENT UNDER BANKRUPTCY RULE 9019**

**PLEASE TAKE NOTICE** that Zachair, Ltd. (the "Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case, filed the following pleading with the United States Bankruptcy Court for the District of Maryland (the "Court"):

- *Motion for Approval of Settlement and Plan Support Agreement Under Bankruptcy Rule 9019* (the "Motion")

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** that if you intend to object to the Motion, you must file and serve a written objection to the Motion within **21 days** after the date of this Notice (parties served by mail may add three (3) additional days to the response deadline). Any objection must be filed with the Clerk's Office, United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770, and served by delivery or by mailing a copy to the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

You or your lawyer must also mail a written objection to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

**PLEASE TAKE FURTHER NOTICE** that if you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

ABSENT A TIMELY OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT

OPPOSE THE RELIEF SOUGHT IN THE PLEADING AND MAY GRANT OR OTHERWISE DISPOSE OF THE PLADING WITHOUT A HEARING. PARTIES IN INTEREST MAY CONTACT THE UNDERSIGNED WITH QUESTIONS.

Dated: September 9, 2021                                  ZACHAIR, LTD.

*/s/ Bradford F. Englander*
Bradford F. Englander, Esq., Bar No. 11951
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
Email: benglander@wtplaw.com

*Counsel for the Debtor*