Entered: October 22nd, 2021
Signed: October 22nd, 2021

**SO ORDERED**

No response or objection.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | ) |
| | ) |
| Zachair, Ltd., | ) Case No.: 20-10691-TJC |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

### ORDER GRANTING DEBTOR'S SIXTH MOTION TO ENLARGE THE
### PERIOD WITHIN WHICH THE DEBTOR MAY REMOVE CIVIL ACTIONS

Upon consideration of the *Sixth Motion to Enlarge the Period Within Which the Debtor May Remove Civil Actions* (the "Motion") filed by the above captioned debtor and debtor in possession (the "Debtor"); and after consideration of any objections made thereto and after any hearing thereon; and it appearing that adequate notice of the Motion was provided and that no further notice is necessary; and there appearing good cause for granting the relief requested in the Motion, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

10

**ORDERED** that the time within which the Debtor may remove civil actions that were pending as of the Petition Date is enlarged through the later of (a) December 31, 2021, or (b) with respect to any particular civil action, 30 days after entry of an order terminating the automatic stay with respect to the particular civil action sought to be removed.

**END OF ORDER**

Copies to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Sandy Spring Bank
c/o Bruce Henry, Esq.
300 N Washington Street, Suite 204
Alexandria, VA 22314

PD Hyde Field, LLC
c/o Michael J. Lichtenstein, Esq.
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854

Office of the United States Trustee
305 Ivy Lane, Suite 600
Greenbelt, MD 20770