_____ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**         Evidentiary Hrg: Y N
                                                        Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 11/17/2021  Time: 11:30

**CASE: 20-10691 Zachair, Ltd.**

*Status conf*

Bradford F. Englander and David W. Gaffey representing Zachair, Ltd. (Debtor)

L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)

[245] Amended Chapter 11 Plan Filed by Zachair, Ltd. (related document(s) 224 Chapter 11 Plan filed by Debtor Zachair, Ltd.).

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey

*Bruce Henry – Sandy Spring Bank*

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

  Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

  Other_____

  Confirmed_____ as modified by _____

  Denied Confirmation_____ with leave to amend by_____

  Other_____

DISPOSITIONS:

  Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

  Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

  Continued to: _____

DECISION:

  [ ] Signed by Court          [ ] Filed by Counsel
  [ ] To be prepared by:
      [ ] Movant's counsel           [ ] Court
      [ ] Respondent's counsel       [ ] Other _____

NOTES:

- Debtor's counsel to file a Motion to Continue the November 30, 2021 hearing
- Status conference December 22, 2021 at 10:00 am
- Court to enter an Order Shorten Time to Respond to Motion to Continue