**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | ) |
| | ) |
| Zachair, Ltd., | )    Case No.:  20-10691-TJC |
| | ) |
| Debtor. | )    Chapter 11 |
| | ) |

<u>**NOTICE OF ABANDONMENT OF AVOIDANCE ACTIONS**</u>

**PLEASE TAKE NOTICE** that Zachair, Ltd. (the "Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case, hereby files this Notice of Abandonment of Avoidance Actions (the "Notice") pursuant to 11 U.S.C. § 554(a), Federal Bankruptcy Rule 6007(a), and Local Bankruptcy Rule 6007-1(a) noticing the Debtor's intent to abandon the estate's interest in Avoidance Actions (defined below), and states as follows:

1.      On January 17, 2020 (the "Petition Date"), the Debtor filed with the Bankruptcy Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing this case.

2.      On June 28, 2021, the Debtor filed its Plan of Reorganization [Docket No. 224] and Disclosure Statement with Respect to Debtor's Plan of Reorganization [Docket No. 225].  On September 7, 2021, the Debtor filed its First Amended Plan of Reorganization (as same may be subsequently modified or amended, the "Plan") [Docket No. 245] and First Amended Disclosure Statement with Respect to Debtor's First Amended Plan of Reorganization (as same may be subsequently modified or amended, the "Disclosure Statement") [Docket No. 246].  The Plan proposes to generate funds for the repayment of creditors by selling the Debtor's 423-acre real property (the "Property") pursuant to a Real Estate Sales Contract (the "Sales Contract") between the Debtor and JP Land Holdings, LLC (the "Purchaser") approved by the Court by an order

entered on July 27, 2021.  *See* Docket No. 235.

3.      Section 5.10 of the Plan states: "Except for Claims, causes of action, counterclaims and defenses against PD Hyde Field and its Affiliates, all of which are expressly reserved, on the Effective Date, the Debtor hereby waives and releases all Avoidance Actions against all Persons and Entities."  *See* Docket No. 245.  The Plan defines "Avoidance Actions" as:

> [A]ny and all causes of action and the proceeds thereof which a trustee, debtor-in-possession, the estate or other appropriate party in interest may assert under sections 502(d), 510, 541, 542, 543, 544, 545, 547, 548, 549, 550, 551, or 553 of the Bankruptcy Code or under related state or federal statutes and common law, including, without limitation, fraudulent transfer laws (whether or not litigation is commenced to prosecute such Causes of Action) and including the Debtor's rights of setoff, recoupment, contribution, reimbursement, subrogation or indemnity (as those terms are defined by the non-bankruptcy law of any relevant jurisdiction) and any other indirect claim of any kind whatsoever, whenever and wherever arising or asserted.

*Id.*  For the purpose of this Notice, the term Avoidance Actions shall have the meaning set forth in the Plan.

4.      The proposed release of Avoidance Actions also is disclosed in Section 5.05(j) of the Disclosure Statement, which states:  "Except for Claims, causes of action, counterclaims and defenses against PD Hyde Field and its Affiliates, all of which are expressly reserved, on the Effective Date, the Debtor hereby waives and releases all Avoidance Actions against all Persons and Entities."  *See* Docket No. 246.

5.      The deadline to object to confirmation of the Plan was November 16, 2021.  *See* Docket No. 263.  No objections to the Plan were filed.

6.      The Debtor originally scheduled a hearing to consider confirmation of the Plan (the "Confirmation Hearing") on November 30, 2021.  On November 18, 2021, the Debtor filed a motion to continue the Confirmation Hearing following a request from the Purchaser for additional time to conduct due diligence regarding the Debtor's Property.  *See* Docket No. 279.  On

November 29, 2021, the Court entered an order granting the Debtor's motion to continue the Confirmation Hearing to a date to be determined. No date currently has been set for the Confirmation Hearing.

7.      Pursuant to Section 546(a) of the Bankruptcy Code, an action or proceeding under section 544, 545, 547, 548, or 553 must be commenced by the Debtor within two years after the Petition Date. 11 U.S.C. § 546(a). Thus, any Avoidance Actions must be filed by the Debtor in this case by January 16, 2022 (the "Avoidance Action Deadline").[1] The Debtor anticipated that the Confirmation Hearing would be held prior to the Avoidance Action Deadline. The Confirmation Hearing would resolve the Avoidance Action Deadline because the Plan includes the release of Avoidance Actions. *See* Docket No. 245, Section 5.10. However, given the continuance of the Confirmation Hearing, it appears that the Confirmation Hearing likely will not occur prior to the expiration of the Avoidance Action Deadline.

8.      Accordingly, the Debtor files this Notice disclosing the Debtor's intent to abandon the estate's interest in all Avoidance Actions, consistent with the proposed treatment in the Plan. Transfers potentially are subject to avoidance that occurred during the two years prior to the Petition Date are identified on the respective attachments to Statement of Financial Affairs questions 3, 4, and 13 (the "SOFA Attachments"). The SOFA Attachments can be located at Docket No. 29. Under Maryland law and the applicable provisions of the Bankruptcy Code that rely on Maryland law, transfers made during the three years prior to the Petition Date potentially are subject to avoidance. Although the Statement of Financial Affairs only requires disclosure of the transfers made within two years of the Petition Date, the Avoidance Actions to be abandoned

---

[1] The Debtor is aware of a split in case law regarding whether the 2-year deadline under section 546(a) falls on January 16, 2022, or January 17, 2022. Out of an abundance of caution, the Debtor is adopting the earlier deadline.

potentially include transfers that were made within three years of the Petition Date. For the avoidance of doubt, the Avoidance Actions to be abandoned include claims against all persons and entities, including claims for transfers to or for the benefit of insiders of the Debtor.

9. Pursuant to section 554(a), the Debtor may abandon property of the estate that is burdensome to the estate or that is of inconsequential value to the estate. The Debtor believes that the Avoidance Actions are of inconsequential value to the estate. Further, the Debtor believes that the cost and litigation risk of pursuing the potential Avoidance Actions in this case would be burdensome to the estate relative to potential recoveries for the benefit of creditors.

10. Therefore, the Debtor gives notice of its intent to abandon the estate's interest in all Avoidance Actions which may be brought against any party.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**PLEASE TAKE FURTHER NOTICE** that if you intend to object to the proposed Notice, you must file and serve a written objection to the Notice within **fourteen (14) days** after the date of this Notice. Any objection must be filed with the Clerk's Office, United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770, and served by delivery or by mailing a copy to the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

You or your lawyer must also mail the written objection to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

**PLEASE TAKE FURTHER NOTICE** that if you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.  Parties in interest may contact the undersigned with questions.

Dated: December 22, 2021                    ZACHAIR, LTD.

                                            */s/ Bradford F. Englander*
                                            Bradford F. Englander, Esq., Bar No. 11951
                                            3190 Fairview Park Drive, Suite 800
                                            Falls Church, Virginia 22042
                                            Telephone: (703) 280-9081
                                            Facsimile: (703) 280-3370
                                            Email: benglander@wtplaw.com

                                            *Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice will be served electronically by the Court's CM/ECF system on the following parties:

- **Bradford F. Englander**    benglander@wtplaw.com, rodom@wtplaw.com
- **Nancy D. Greene**    ndg@ndglaw.com
- **Bruce W. Henry**    bwh@henrylaw.com, kmo@henrylaw.com;jtm@henrylaw.com;mbp@henrylaw.com
- **Patrick J. Kearney**    pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- **Nicole C. Kenworthy**    bdept@mrrlaw.net
- **Michael J. Klima**    bankruptcy@peroutkalaw.com
- **Michael J. Lichtenstein**    mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Jeffery Thomas Martin**    jtm@henrylaw.com, mbp@henrylaw.com
- **M. Evan Meyers**    bdept@mrrlaw.net
- **Kevin M. O'Donnell**    kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com
- **L. Jeanette Rice**    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Jeffrey L. Tarkenton**    Jeffrey.tarkenton@wbd-us.com, beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;mnemith@wbd-us.com;rahul.tilva@wbd-us.com
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Jacob Christian Zweig**    jzweig@evanspetree.com, crecord@evanspetree.com

I hereby further certify that on December 22, 2021, a copy of the foregoing Notice was also served by first-class mail, postage prepaid, on the parties on the attached service list.

*/s/ Bradford F. Englander*
Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                              )
                                    )
Zachair, Ltd.,                      )        Case No.:  20-10691-TJC
                                    )
                Debtor.             )        Chapter 11
                                    )

## SERVICE LIST

**By First Class Mail, Postage Prepaid:**

**Bank Parties**

American Express National Bank
c/o Rick Petrino, COO
P.O. Box 30384
Salt Lake City, Utah 84130

American Express
c/o Stephen J. Squeri, CEO
P.O. Box 1270
Newark, NJ 07101-1270

Mechanics Bank (surviving entity from
merger with California Republic Bank)
c/o John Decero, CEO
1111 Civic Drive
Walnut Creek, CA 94596

Sandy Spring Bank
c/o Daniel J. Schrider, President and CEO
17801 Georgia Avenue
Olney, MD 20832-2267

**Creditors Asserting Liens and Security Interests**

Mercedes Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177-5323

Mercedes-Benz Financial Services USA
LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

PD Hyde Field, LLC
13501 Cavanaugh Drive
Rockville, MD 20850-5487

PD Hyde Field, LLC
c/o Michael J. Lichtenstein, Esq.
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854-6801

PD Hyde Field, LLC
c/o William F. Gibson, II, Esq.
Shulman Rogers
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854-6801

Prince George's County
Treasurer Division
14741 Gov. Oden Bowie Drive, Room 1090
Upper Marlboro, MD 20772

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosenbaum, P.A.
Nicole C. Kenworthy
6801 Kenilworth Ave., Suite 400
Riverdale Park, MD 20737-1385

Sandy Spring Bank
6831 Benjamin Franklin Drive
Columbia, MD 21046-2633

Sandy Spring Bank
Attn: Bruce Henry, Esq.
300 N Washington Street, Ste 204
Alexandria, VA 22314-2530

Sandy Spring Bank
c/o Daniel J. Schrider, CEO
17801 Georgia Avenue
Olney, MD 20832-2267

Sandy Spring Bank
c/o Kevin M. O'Donnell
Henry & O'Donnell, P.C.
300 N Washington St., Ste 204
Alexandria, VA 22314-2530

TD Auto Finance, LLC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-1445

TD Auto Finance, LLC
c/o Jacob Zweig, Esq.
Evans Petree PC
1715 Aaron Brenner Dr, Ste 800
Memphis, TN 38120-1445

TD Auto Finance
Attn: Andrew Stuart, CEO
PO Box 9223
Farmington Hills, MI 48333-9223

**Unsecured Creditors**
Bond Safeguard Insurance Co.
Old Hickory Insurance Agency
PO Box 1864
Indianapolis, IN 46206-1864

Clinton Fence
2630 Old Washington Rd.
Waldorf, MD 20601-3177

Comcast
c/o Brian L. Roberts
Comcast Center
1701 John F. Kennedy Blvd
Philadelphia, PA 19103-2899

Dewberry Consultants LLC
8401 Arlington Blvd.
Fairfax, VA 22031-4619

Dewberry Consultants LLC
PO Box 821824
Philadelphia, PA 19182-1824

Dewberry Engineers Inc.
2101 Gaither Road, Suite 340
Rockville, MD 20850-4074

ECS Mid-Atlantic
14026 Thunderbolt Pl., Suite 100
Chantilly, VA 20151-3296

Fraser Forbes Real Estate Services
7811 Montrose Road, Suite 500
Potomac, MD 20854-3300

2

Fraser Forbes Real Estate Services
Bean Kinney & Korman, P.C.
c/o Andrea Davison
2311 Wilson Blvd, Ste 500
Arlington, VA 22201-5422

Grayhound Trash Removal Inc.
8301 Grey Eagle Dr.
Upper Marlboro, MD 20772-2611

G. S. Proctor & Associated, Inc.
14408 Old Mill Rd Suite 201
Upper Marlboro, MD 20772-2842

Meyers, Rodbell & Rosenbaum, P.A.
c/o M. Evan Meyers
6801 Kenilworth Ave, Ste 400
Riverdale Park, MD 20737-1331

Pepco
Legal Services
Pepco Holdings
701 Ninth St NW Suite 1100
Washington, DC 20068-0001

PEPCO
PO Box 97274
Washington, DC 20090-7294

Perry, White, Ross & Jacobson LLC
125 Cathedral Street
Annapolis, MD 21401-2703

Richard Reed, Esq.
c/o Lerch, Early & Brewer
7600 Wisconsin Ave, Suite 700
Bethesda, MD 20814-3663

Metro Earthworks, A Division of
Shirley Contracting Company LLC
c/o The Corporation Trust, Inc.
2405 York Road, Ste 201
Lutherville Timonium, MD 21093-2252

Stan Fetter
d/b/a Fetter Aviation
14908 W Auburn Rd
Accokeek, MD 20607-9616

Strittmatter Corp.
6400 Van Dusen Road
Laurel, MD 20707

Telford Capital, LLC
4920 Elm Street
Bethesda, MD 20814

Telford Capital, LLC
c/o Patrick J Kearney, Esq.
4416 East West Hwy
Bethesda, MD 20814-4565

Verizon Wireless
Verizon Wireless Correspondence Team
PO Box 408
Newark, NJ 07101-0408

Verizon
by American Infosource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Washington Suburban Sanitary Commission
c/o Carla Reid, CEO
14501 Sweitzer Lane
Laurel, MD 20707-5901

Womble Bond Dickinson
Attn: Opel Benoit
2001 K Street, NW, Suite 400 South
Washington, DC 20006

**Tenants**

ATEC Musical Instrument Service
7349 Old Alexandria Ferry Rd
Clinton, MD 20735-1832

Beaty, Christina T
127 Pierce St., NW
Washington, DC 20001

Biesiadecki, Jan S
14421 Captain John Smith Dr
Accokeek, MD 20607-9745

Bradley, James
7900 Old Falls Rd
McLean, VA 2212-2415

Bristow, Michael
1805 Crystal Dr. #910
Arlington, VA
22202-4420

Buchner, Mark
5358 Ravensworth Rd
Springfield, VA 22151-2519

Callan, Brian P.
1727 Crestwood Dr
Alexandria, VA 22302-2307

Callan, Brian P.
8522 Forest St
Annandale, VA 22003

Devnew, David
13205 Old Chapel Rd
Bowie, MD 20720

Clinton Aero Maintenance
Attn: Daniel Fragassi
10501 Piscataway Rd
Clinton, MD 20735-4411

Fornshell, John A
6911 Quander Rd
Alexandria, VA 22307-1657

Fry, Michael C
327 L St, NE (Rear)
Washington, DC 20002-3556

Fry, Michael
1333 Elsinore Ave
McLean, VA 22102

Fry, Robert
Arlyn Construction
1005 Dumfries St.
Oxon Hill, MD 20745-2102

Goldfarb, Alice
138 W 127th St
Apt 5
New York, NY 10027

Gorecki, Greg
15792 N Franklin Dr
Clinton Township, MI 48038

Howards, Mark
28 Columbia Circle
Amherst, MA 01002-3104

Howards, Mark
32 N Prospect St
Amherst, MA 01002

Isherwood, Raymond
337 SW Lockheed Lane
Lake City, FL 32025-1644

Jackson, Gary
13000 Katie St
Clinton, MD 20735-4513

Jettmar, R. Uve
3744 Jenifer Street
Washington, DC 20015-1834

Keithley, Terrance C
12021 Abbracci Ave.
Las Vegas, NV 89138

4

King, Jerry
J. K. Tuff, Inc.
601 Pennsylvania Ave NW #504
Washington, DC 20004-2649

Kravit, Richard
100 Luna Park Drive #233
Alexandria, VA 22305-3156

Maltenfort, Andrew J
5613 Mt Burnside Way
Burke, VA 22015-2144

Mencia, M. Lucia
PO Box 5732
Washington, DC 20016-1332

Metro Earthworks, A Division of
Shirley Contracting Company, LLC
8435 Backlick Rd
Lorton, VA 22079-1498

Monahan, Matthew
3220 17th St., NW
Apt 204
Washington, DC 20010

Naylor, Lisa J.
10651 Piscataway Rd
Clinton, MD 20735-1070

Parsons, Fred
415 S Lee St
Alexandria, VA 22314-3815

Parsons, Fred
521 S Lee St
Alexandria, VA 22314

Riggins, David for P and R Aviation
8610 Cyrus Pl
Alexandria, VA 22308-2501

Bennet, Benjamin
2112 Owls Cove Ln.
Reston, VA 20191

Roberts, Roy
1337 A St. NE
Washington, DC 20002-8439

Robertson, David
2010 Evarts St. NE
Washington, DC 20018-2116

Roesler, Robert D.
1371 Forest Hill Rd
Gordonsville, VA 22942-7327

Shannon, Ken
PO Box 655
Bryantown, MD 20617-0655

Shapiro, Philip A.
412 S Lee St
Alexandria, VA 22314-3816

Snyder, Gene
5903 Pontiac Street
College Park, MD 20740-2725

Stoner, Brendon
829 Wyth Street
Alexandria, VA 22314-1983

Thorn, Eric M
2901 N 22nd St
Arlington, VA 22201

Tri-State Ventilation LLC
Attn: Leroy Wooten
7001 Buchanan Rd
Camp springs, MD 20748-5321

Viteri, Melinda Benson
1443 Rock Creek Ford Rd
Washington, DC 20011-7600

Faichney, Thomas
901 Randell Road
Severna Park, MD 21146

Newberry, Fred
267 N. Dogwood Trl.
Southern Shores, NC 27949

Growth, William P.
12812 Gatepost Ct.
Herndon, VA 20171

**<u>Governmental Entities</u>**
Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Federal Aviation Administration
Attn: Steven Dickson
800 Independence Avenue, SW
Washington, DC 20591

Secretary of Treasury
Attn: Janet Yellen
15th and Pennsylvania Ave NW
Washington, DC 20220-00001

State of Maryland DLLR
Division of Unemployment Insurance
1100 N Eutaw St, Room 401
Baltimore, MD 21201-2225

U.S. Attorney - District of Maryland
Attn: Erek L. Barron
36 S Charles St, 4th Floor
Baltimore, MD 21201-3020

U.S. Securities and Exchange Commission
Office of Reorganization
950 E Paces Ferry Rd, NE, Ste 900
Atlanta, GA 30326-1382

Securities and Exchange Commission Branch of Reorganization
3475 Lenox Road NE Suite 1000
Atlanta, GA 30326-1232

U.S. Trustee - Greenbelt
Attn: L. Jeanette Rice
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Attorney General of Maryland
Attn: Brian E. Frosh
200 St. Paul Place
Baltimore, MD 21202

Maryland Department of Assessments & Taxation
Attn: Michael L. Higgs, Director
State Office Building
301 W. Preston Street
Baltimore, MD 21201-2395

Angela D. Alsobrooks, County Executive
County Administration Building
14741 Governor Oden Bowie Drive
Upper Marlboro, MD 20772

Mahasin El Amin
Clerk of the Court for Prince George's County, Maryland
Land Records Division
Judicial Administrative Services
14735 Main Street
Upper Marlboro, MD 20772

Merrick B. Garland
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-000

Comptroller of Maryland
Revenue Administration Division
Attn: Wayne Green, Director
110 Carroll Street
Annapolis, MD 21411-000

Comptroller of Maryland
Bankruptcy Unit
301 W Preston St., Room 409
Baltimore, MD 21201-2396

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Maryland Aviation Administration
Office of Regional Aviation Assistance
PO Box 8766
BWI Airport, MD 21240-0766

Maryland Department of Environment
Attn: Ben Grumbles, Secretary
PO Box 1417
Baltimore, MD 21203-1417

Maryland Department of Environment
Attn: Ben Grumbles, Secretary
1800 Washington Blvd.
Baltimore, Maryland 21230

**Professionals**
Jeffrey Tarkenton, Esq.
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC 20006

Fraser Forbes Company LLC
Attn: Richard O. Samit
7811 Montrose Road, Suite 500
Potomac, MD 20854-3300

Louis J. Rouleau
Holland & Knight LLP
800 17th Street, NW
Washington, DC 20006-3962

Louis B. Ruebelmann
Mendelson & Mendelson, CPAs PC
12505 Park Potomac Avenue, Suite 250
Potomac, MD 20854-6809
Robert L. Patrick

SC&H Group Inc
910 Ridgebrook Road
Sparks, MD 21152-9480

William C. Harvey
William C. Harvey & Associates, Inc.
1146 Walker Road, Suite H
Great Falls, VA 22066-1838

William M. Shipp
O'Malley, Miles, Nylen & Gilmore PA
7850 Walker Drive #310
Greenbelt, MD 20770-3238

Michael D. Nord, Esquire
Gebhardt & Smith LLP
One South Street
Suite 2200
Baltimore, Maryland 21202

**<u>Other Parties-in-Interest</u>**
Imperial PFS
c/o Frank Friedman, CEO
1055 Broadway, Floor 11
Kansas City, MO 64105

Imperial PFS
Gregg Ellsworth
Aviation Insurance Resources, LLC
PO Box 32
Frederick, MD 21705-0032

Imperial PFS
Preferred Aviation Underwriter
3321 N Berkeley Lake Rd, Ste 200
Duluth, GA 30096-3123

IPFS Corporation
30 Montgomery St, Ste 501
Jersey City, NJ 07302-3821

IPFS Corporation
c/o CSC Lawyers Incorporating Service Co
7 St Paul St, Ste 820
Baltimore, MD 21202-1681

9

Legalist DIP SPV II, LP
c/o Legalist DIP GP I, LLC
10120 W Flamingo Rd
Ste 4 #3015
Las Vegas, NV 89147

Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters PA
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

Nancy D. Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22314

Joseph Chazen, Esq.
Meyers, Rodbell & Rosenbaum
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1331

Maureen Asterbadi
2726 Chain Bridge Road
Washington, DC 20016-3403

Nabil J. Asterbadi
2726 Chain Bridge Road
Washington, DC 20016-3404

State Farm Mutual Automobile Ins. Co.
c/o Michael L. Tipsord, CEO
1 State Farm Plaza
Bloomington, IL 61710-0001

Holly Ridge Development, LLC
15115 Ganley Road
Boyds, MD 20841

State Farm Mutual Automobile Ins. Co.
c/o Howard Feldman
11140 Rockville Pike, Suite 380
Rockville, MD 20852-3148

10

Zachair, Ltd.
2726 Chain Bridge Road NW
Washington, DC 20016-3404

WV/B Palisades Development, LLC
c/o Christopher Chase, Registered Agent
2716 Ocean Park Blvd, Suite 2025
Santa Monica, CA 90405

Watt Advisors, LLC
c/o Christopher Chase, Registered Agent
2716 Ocean Park Blvd, Suite 2025
Santa Monica, CA 90405

Bradford F. Englander
Whiteford, Taylor & Preston, LLP
3190 Fairview Park, Suite 800
Falls Church, VA 22042