# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **20–10691 – TJC**     Chapter: **11**

**Zachair, Ltd.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a Status Conference will be held

on 3/1/22 at 11:00 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

245 – Amended Chapter 11 Plan Filed by Zachair, Ltd. (related document(s)224 Chapter 11 Plan filed by Debtor Zachair, Ltd.). (Englander, Bradford)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/22/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield
301–344–0585

Form stathrgmdb (rev. 07/29/2020)