_____  (A-)                    X__RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y (N)
                                                        Exhibits Filed: Y (N)

PROCEEDING MEMO – CHAPTER 11

Date: 03/09/2022 Time: 10:00

**CASE: 20-10691 Zachair, Ltd.**

Bradford F. Englander and David W. Gaffey representing Zachair, Ltd.
(Debtor)

*Status*     L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)
*conf*

[245] Amended Chapter 11 Plan Filed by Zachair, Ltd. (related
document(s) 224 Chapter 11 Plan filed by Debtor
Zachair, Ltd.).

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey     *Bruce Henry – Sandy Spring Bank*

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____  Denied Approval_____  Deadline to file Amended D/S_____

    Other_____

    Confirmed_____  as modified by _____

    Denied Confirmation_____  with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____  Denied____  Withdrawn____  Consent____  Default___  Under Adv.___

    Moot_____  Dismissed_____  Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel        [ ] Court
        [ ] Respondent's counsel    [ ] Other _____

NOTES: - Debtor's counsel to file motion for bidding Procedures in approximately two weeks
       - Debtor's counsel to file an amended plan and disclosure statement