✓ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y/N
Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 11

Date: 06/29/2022 Time: 11:30

**CASE: 20-10691 Zachair, Ltd.**

Bradford F. Englander and David W. Gaffey representing Zachair, Ltd. (Debtor)

L. Jeanette Rice representing US Trustee - Greenbelt (U.S. Trustee)

[321] Second Motion to Sell See Exhibit 1 Free and Clear of Liens and Notice of Motion. Fee Amount $ 188. Notice Served on 6/5/2022, Filed by Zachair, Ltd.. Objections due by 06/27/2022. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 07/18/2022 at 11:00 AM - Courtroom 3-E. (Attachments: #s5 E - Proposed Order)

J Kneeland

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey

See Party list attached

[331] Response on behalf of NVR, Inc. Filed by Jennifer Larkin Kneeland (related document(s) 321 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Zachair, Ltd.).

Status - [332] Second Amended Chapter 11 Plan Filed by Zachair, Ltd..

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey

Status - [333] Disclosure Statement With Respect to Debtor's Second Amended Plan of Reorganization Filed by Zachair, Ltd..

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey

[336] Disclosure Statement Filed by SANDY SPRING BANK.

**MOVANT** : SANDY SPRING BANK BY J Martin B Henry K O&#039 Donnell

[337] Chapter 11 Plan of Reorganization Filed by SANDY SPRING BANK.

**MOVANT** : SANDY SPRING BANK BY J Martin B Henry K O&#039 Donnell

[338] Opposition on behalf of US Trustee - Greenbelt Filed by L. Jeanette Rice (related document(s) 321 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Zachair, Ltd.). (Rice, L.)

**MOVANT** : US Trustee - Greenbelt BY L Rice

[339] Opposition on behalf of SANDY SPRING BANK Filed by Bruce W. Henry (related document(s) 321 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor Zachair, Ltd.).

**MOVANT** : SANDY SPRING BANK BY J Martin B Henry K O&#039 Donnell

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____ Denied_____ Withdrawn_____ Consent_____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
       [ ] Movant's counsel       [ ] Court
       [ ] Respondent's counsel   [ ] Other _____

NOTES: Court to approve bid procedures and enter orders setting Disclosure Statement hearing

June 29, 2022

Attorney/Party List for

Zachair, Ltd. 20-10691

Bradford Englander - debtor

David Gaffey - debtor

Bruce Henry – Sandy Spring Bank

Kevin O'Donnell – Sandy Spring Bank

Jennifer Kneeland – NVR, Inc.

Jeanette Rice – US Trustee

Evan Meyers – Prince George's County

### Other Parties

Nabil Asterbadi – President of the debtor

Jessica McMahon

Patrick Donahue

Michael Parcels