Entered: June 30th, 2022
Signed: June 30th, 2022
**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **20−10691 − TJC**   Chapter: **11**

**Zachair, Ltd.**
Debtor

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT FILED BY DEBTOR AND DISCLOSURE STATEMENT FILED BY SANDY SPRING BANK

Before the Court are competing disclosure statements filed by the debtor Zachair, Ltd. and creditor Sandy Spring Bank. The court will hold a hearing to consider the approval of both disclosure statements listed here:

- Disclosure Statement (ECF 333) filed by the debtor Zachair Ltd. on June 22, 2022. The Disclosure Statement was filed with respect to a Second Amended Plan. *See* ECF 332.

- Disclosure Statement (ECF 336) filed by the creditor Sandy Spring Bank on June 27, 2022. The Disclosure Statement was filed with respect to a Plan under Chapter 11 of the Bankruptcy Code. *See* ECF 337.

Accordingly, it is ORDERED AND NOTICED, that

1. The hearing to consider the approval of the disclosure statements listed above shall be held **on August 23, 2022, at 10:30 a.m. by video-conference.**

2. **August 10, 2022,** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to both disclosure statements.

3. **Within seven (7) days** after the entry of this Order, this Order and the disclosure statement and plan shall be distributed by the plan sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the plan sponsor shall file a certificate of service.

4. Requests for copies of either disclosure statement and plan shall be mailed to the plan sponsor, c/o counsel at:

   Bruce W. Henry
   Kevin M. O'Donnell
   HENRY & O'DONNELL, P.C.
   300 N. Washington Street
   Suite 204

Alexandria, Virginia 22314
*Counsel for Sandy Spring Bank*

Bradford F. Englander, Esq.,
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
*Counsel for the Debtor*

cc:  Attorneys for Plan Sponsors
U.S. Trustee

**End of Order**