IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | * |
| ZACHAIR, LTD. | *    Case No.: 20-10691-TJC |
| Debtor | *    (Chapter 11) |

* * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN that the undersigned appear in the above-captioned case pursuant to Federal Rules of Bankruptcy Procedure 2002(g), 2002(i) and 9010 as counsel on behalf of Nabil Asterbadi , and requests that the undersigned attorneys be placed on the mailing matrix for this proceeding and all special or limited matrices and, requests that all notices and pleading given or required to be given and copies of all papers served or required to be served in this case be given and served on the following:

| | |
|---|---|
| Richard L. Costella, Esq.<br>Tydings & Rosenberg LLP<br>One East Pratt Street, Suite 901<br>Baltimore, MD  21202<br>Telephone:  (410) 752-9772<br>Fax:  (410) 727-5460<br>rcostella@tydings.com | Joseph M. Selba, Esq.<br>Tydings & Rosenberg, LLP<br>One East Pratt Street, Suite 901<br>Baltimore, Maryland 21202<br>Telephone: (410) 752-9753<br>Fax: (410) 727-5460<br>jselba@tydings.com |

PLEASE TAKE FURTHER NOTICE that, the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules but also, without limitation, all orders, applications, motions, petitions, responses, objections, replies, requests, complaints, demands, reports, lists, schedules, statements, disclosure statements and all other pleadings filed herein or in any related adversary proceeding, whether formal or informal, written or oral and whether

5457248.1

served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings.

Dated: October 7, 2022  /s/     Richard L. Costella
Richard L. Costella, Bar No. 14095
Joseph M. Selba, Bar No. 29181
Tydings & Rosenberg LLP
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone (410) 752-9700
rcostella@tydings.com
jselba@tydings.com

*Attorneys for Nabil Asterbadi*

5457248.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of October 2022, I reviewed the Court's docket to confirm that a copy of the foregoing *Notice of Appearance and Request for Notices* will be served through CM/ECF notification system to:

- Brad F. Englander, Esq., *Debtor's Counsel*: benglander@wtplaw.com


      /s/ Richard L. Costella
     Richard L. Costella

5457248.1