Entered: October 25th, 2022
Signed: October 25th, 2022
**SO ORDERED**



**THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**STIPULATION AND AGREED ORDER REGARDING DEADLINES RELATED TO MISCELLANEOUS MOTION FOR RELIEF, INCLUDING BUT NOT LIMITED TO, THE APPOINTMENT OF A CHIEF RESTRUCTURING OFFICER OR OTHER TYPE OF FIDUCIARY FOR THE DEBTOR'S ESTATE**

WHEREAS, on October 14, 2022, NVR, Inc. ("NVR") filed its *Emergency Motion to (I) Enforce the Court's Order (A) Conditionally Approving the Sale of the Debtor's Property Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Conditionally Approving the Contract, (C) Approving the Bid Procedures, (D) Scheduling Bid Deadline, Auction and Sale Hearing, (E) Approving Form and Manner of Notice Thereof, and (F) Granting Certain Related Relief (DE 343); and (II) Declare NVR, Inc. as Prevailing Bidder* [clerk's docket no. 383] (the "Sale Motion") seeking, among other things, to have NVR, or its assignee (the "NVR

1

Purchaser") declared the Prevailing Bidder on the sale of approximately 423.45 acres located in Prince George's County, Maryland, as more fully described in the Sale Motion.[1]

WHEREAS, on October 19, 2022, the Court held an emergency hearing (the "Hearing") on the Sale Motion.

WHEREAS, at the conclusion of the Hearing, the Court granted the Sale Motion and approved the Sale of the Property to the NVR Purchaser pursuant to the NVR Contract.

WHEREAS, at the conclusion of the Hearing, the Court further set a deadline of Tuesday, October 25, 2022, for the filing of a motion for miscellaneous relief, including but not limited to, the appointment of a chief restructuring officer or other type of fiduciary for the debtor's estate, *e.g.*, a motion to appoint a chapter 11 trustee (the "Motion").

WHEREAS, the Parties[2] are engaged in productive discussions regarding the form of a consent order for the appointment a fiduciary who will, at a minimum, have authority to consummate the approved Sale pursuant to the Sale Motion, the Court's rulings at the Hearing, and the Court's subsequent order approving the same.

NOW THEREFORE, the Parties mutually stipulate, agree, and request as follows:

1. The Parties agree and request leave to extend the deadline for NVR, Sandy Spring Bank or the United States Trustee to submit a Motion, and, if possible, a consent order, in accordance with the Court's rulings made at the Hearing by 5:00 p.m. EST on Thursday, October 27, 2022.

---

1 Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Sale Motion.
2 The "Parties" refers collectively to the Debtor, NVR, Sandy Spring Bank, and the United States Trustee.

2.  The Parties agree and request leave for the deadline to oppose any such Motions be extended to 5:00 p.m. EST on November 1, 2022.

3.  The Parties agree that the hearing currently set for November 2, 2022 at 10:30 a.m. for any such Motion remain on the Court's schedule

Dated: October 25, 2022

| | |
|---|---|
| WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. | WHITEFORD TAYLOR & PRESTON, LLP |
| */s/ Jennifer L. Kneeland* <br> Jennifer L. Kneeland, Esq., Bar No. 14916 <br> Marguerite L. DeVoll, Esq., Bar No. 13899 <br> 1765 Greensboro Station Place, Ste. 1000 <br> McLean, Virginia 22102 <br> Telephone: (703) 749-1026 <br> Facsimile: (703) 893-8029 <br> Email: jkneeland@watttieder.com <br>      mdevoll@watttieder.com <br> *Counsel for NVR, Inc.* | */s/    Bradford F. Englander* <br> Bradford F. Englander, Esq., Bar No. 11951 <br> 3190 Fairview Park Drive, Suite 800 <br> Falls Church, Virginia 22042 <br> Telephone: (703) 280-9081 <br> Facsimile: (703) 280-3370 <br> Email: benglander@wtplaw.com <br><br> *Counsel for Zachair, Ltd.* |
| HENRY & O'DONNELL, P.C. | JOHN P. FITZGERALD, III <br> Acting United States Trustee Region 4 |
| */s/ Kevin M. O'Donnell* <br> Kevin M. O'Donnell, Esq. Bar No. 08703 <br> 300 N. Washington Street, Suite 204 <br> Alexandria, Virginia 22314 <br> Alexandria, Virginia 22314 <br> (703) 548-2100 <br> (703) 548-2105 (fax) <br> bwh@henrylaw.com | */s/    L. Jeanette Rice* <br> L. Jeanette Rice (12933) <br> Assistant U.S. Trustee <br> Office of the United States Trustee <br> 6305 Ivy Lane, Suite 600 <br> Greenbelt, Maryland 20770 <br> (301) 344-6220 <br> Jeanette.Rice@usdoj.gov |

**CERTIFICATE OF CONSENT TO STIPULATION**

I HEREBY CERTIFY that the terms of the copy of the Stipulation submitted to the Court are identical to the original Stipulation; and the signatures represented by the /s/ on this copy reference the signatures of the consenting parties on the original Stipulation.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer L. Kneeland*
　　　　　　　　　　　　　　　　　　　　　　Jennifer L. Kneeland