

# Transcript of Proceeding

**Date:** October 7, 2022
**Case:** Zachair, Ltd. In Re:

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1

2

3

4

5

6

7                           PROCEEEDING

8                      IN RE: ZACHAIR, LTD

9                      Potomac, Maryland

10                  Friday, October 7, 2022

11                        10:00 a.m.

12

13

14

15

16

17

18

19

20    Job No.: 466548

21    Pages: 1 - 15

22    Recorded By: Julio Mendieta

1        Auction, held at the location of:

2

3

4            FRASER FORBES REAL ESTATE SERVICES

5            7811 Montrose Road, Suite 500

6            Potomac, Maryland 20854

7

8

9

10

11      Pursuant to agreement, before Julio Mendieta,

12   Notary Public in and for the State of Maryland.

13

14

15

16

17

18

19

20

21

22

Transcript of Proceeding
October 7, 2022                                          3

```
1        A P P E A R A N C E S

2

3    BRADFORD F. ENGLANDER, ESQUIRE

4    BENJAMIN W. JOHANNES

5    MICHAEL D. PARSELS

6    CHRIS JONES

7    JOE CHAZEN

8    BRUCE HENRY

9    PATRICK DONAHUE

10   JENNIFER KNEELAND

11   JOSEPH SELBA

12   DAVID GAFFEY

13   MIKE GROFT

14   NABIL ASTERBADI

15   JESSICA MCMAHON

16   DAVID BOWMAN

17   ERIC BAKER

18   EVAN MEYERS

19   DWIGHT MULES

20

21

22
```

Transcript of Proceeding
October 7, 2022                                    4

```
 1                P R O C E E D I N G S

 2              (Whereupon, the court reporter was duly

 3    sworn.)

 4              MR. ENGLANDER:  All right.  Good morning

 5    everybody.  This is Brad Englander.  We are

 6    conducting this proceeding this morning pursuant

 7    to the Court's bid procedures order and the bid

 8    procedures and related matters, and in the

 9    exercise of the debtor's fiduciary duties.  For

10    the reasons it will become clear, we do not expect

11    any bids to be presented today.  That means that

12    this proceeding, by and large, is informational,

13    and the proceeding will take place in a hybrid

14    format -- format.  I'm -- I'm located at the

15    offices of Fraser Forbes, the debtor's real estate

16    broker.  With me is Mike Parsels of Fraser Forbes,

17    Ben Johannes of Fraser Forbes, and a court

18    reporter who's transcribing the proceedings.  We

19    are taking notes with respect to the people who

20    have appeared by Zoom.  I don't think we need to

21    get appearances from the people who are named in

22    the Zoom application.  There are two who appear to
```

Transcript of Proceeding
October 7, 2022                                    5

1    be on by phone that do not have names.  I would

2    appreciate if each one of them would identify

3    themselves.  1757?

4              MR. BAKER:  Yeah, that's --

5              MR. GROFT:  Hi, that's Mike.  Mike Groft,

6    Sandy Spring Bank.

7              MR. ENGLANDER:  Okay. Thank you, Mike.

8    And 3280?

9              UNIDENTIFIED SPEAKER:  I -- I believe

10   that's -- we -- we dialed in on a conference line.

11   That's NVR's conference line.

12             MR. ENGLANDER:  Okay, very good.  So we

13   have everybody else.  I can see that Dr. Asterbadi

14   is here.  I believe Joe Selba, who is Dr.

15   Asterbadi's attorney, is here.  If anybody is with

16   anybody else in the room who's not -- whose name

17   is not appearing on the Zoom log, can you please

18   identify who else is present?  Okay, so hearing

19   that nobody has identified any other participants,

20   we'll go with the log, plus the appearances by

21   phone that we've just heard.

22             MS. KNEELAND:  This is Jennifer --

Transcript of Proceeding
October 7, 2022                                          6

1    sorry, Brad.  This is Jennifer Kneeland speaking.

2    I see Joe Chazan and Eric Baker.  Would -- would

3    each of you kindly say who you represent?

4                MR. CHAZEN:  This is Joe Chazen and I

5    represent my law firm, Meyers Rodbell & Rosenbaum.

6                MR. BAKER:  Hello everyone.  This is

7    Eric Baker.  Dwight Mules will be joining also,

8    but working on behalf of Bulldog or Miguel

9    Lambert.  We're not participating in this auction.

10   We're simply monitoring it, considering that we

11   did put in a bid.

12               MS. KNEELAND:  Thank you.

13               MR. ENGLANDER:  Now, just because of the

14   hybrid nature of this proceeding, I want to

15   request that if anybody has any questions or

16   comments during the course of the presentation,

17   that in order to make sure we have a clean record,

18   either please make sure that nobody else is

19   speaking, or if somebody else is, please raise

20   your hand and wait till you're called on before

21   speaking.  And if you're not speaking, please mute

22   your line so that we can just have as clean a --

Transcript of Proceeding
October 7, 2022                                    7

1   an audio presentation as possible.  If -- if we do

2   get too much background noise or interruptions, we

3   may have to mute all lines and to open them one by

4   one as hands are raised.

5             I wanted to provide information to the

6   constituents in this case regarding current

7   status.  Some people may know this, but I -- I'll

8   go through the -- the high-level status on bidding

9   for the property.  The -- the debtor has received

10  two competing bids for the property that are

11  presently outstanding.  Both bids are irrevocable

12  subject to the terms of the bid procedures and the

13  order approving the bid procedures and according

14  to their own terms.  One is from A&A Hyde LLC,

15  which I understand is an affiliate of the Bulldog

16  Group.  The amount of the -- A&A's bid is

17  $6,500,000.  The purchase price is payable

18  $5,500,000 cash at closing, and a $1 million

19  promissory note with interest at 5 percent per

20  annum, monthly installments of principal and

21  interest with an amortization schedule over 10

22  years, with the maturity date on the third

Transcript of Proceeding
October 7, 2022                          8

1    anniversary of the closing.  The A&A contract

2    provides for closing on or before November 30,

3    2022, extendable at purchaser's option for 15

4    days.  Obviously, the contract has many more terms

5    than that, but that's a very high-level

6    presentation or summary of -- of the A&A bid.

7              The second bid is from NVR Inc.  The

8    purchase price is all cash in the amount of

9    $7,500,000 and closing is to occur on the

10   satisfaction of various conditions.  One such

11   condition is that the debtor's airfield operations

12   have been terminated, all tenants have vacated the

13   premises and the above-ground fuel storage tanks

14   have been removed.  In addition to the two bids

15   that I just mentioned, NVR and the debtor had

16   entered into a stalking horse contract that the

17   Court preliminarily and conditionally approved.

18   NVR had the right under such contract to conduct

19   due diligence through September 29, 2022, and

20   either to proceed with the contract by delivering

21   a notice of intent to proceed by that date or the

22   contract would terminate of its own accord.  That

Transcript of Proceeding
October 7, 2022                                    9

1   deadline was extended by one week to October 6th.

2   NVR ultimately elected not to proceed under the

3   stocking horse contract and did not deliver a

4   notice of intent to proceed.  As a result, the

5   stocking horse contract has terminated.

6           For today, we understand from A&A Hyde

7   that it does not intend to increase its bid, and

8   based on that decision, A&A decided not to attend

9   the auction today, although I do note that, as Mr.

10  Baker indicated, he and perhaps one other from --

11  from the Bulldog organization are monitoring.

12  Given that there is no overbid being presented,

13  there's really very little for us to add.  I will

14  say this, we were asked approximately one and a

15  half hours ago for the directions to the office

16  here by another potential bidder with whom the

17  debtor had been in discussions.  That party has

18  not appeared as of this time, nor -- nor has it

19  submitted any sort of written bid.  And at this

20  time, the debtor simply reserves it rights with

21  respect to next steps.  At this point, if anybody

22  has any questions limited to the nature of the

Transcript of Proceeding
October 7, 2022                                    10

1   discussion today, we are open to entertaining

2   those questions and, if appropriate, responding to

3   them.

4           DR. ASTERBADI:  I want to announce that

5   the debtor is canceling the auction.

6           MR. ENGLANDER:  Anybody have anything

7   further?

8           MR. HENRY:  I -- I have a sort of

9   procedural question, if I could please.  I'm --

10  I'm assuming that you're going to file some

11  document with the Court reporting what happened

12  today and providing a copy of the NVR $7.5 million

13  contract?

14          MR. ENGLANDER:  We will discuss that

15  internally.  We haven't ruled that out.

16          DR. ASTERBADI:  Okay.  Who's -- who --

17   who -- who's talking just now?

18          MR. HENRY:  Bruce Henry.

19          DR. ASTERBADI:  Oh, okay.  All right.

20          MR. HENRY:  All right.  Thank you Mr.

21  Englander.

22          MR. ENGLANDER:  And just for the

Transcript of Proceeding
October 7, 2022                                    11

1   reporter's convenience, the first person who spoke

2   up was Dr. Asterbadi, the debtor's principal.

3          MS. KNEELAND:  Good morning.  This is

4   Jennifer Kneeland.  In light of the information

5   that was just provided, what was the name of the

6   party who asked for directions to the Fraser

7   Forbes' office today?

8          MR. ENGLANDER:  Ameen Killidar.

9          MS. KNEELAND:  Could you spell that

10  please?

11         MR. ENGLANDER:  I believe it's

12  A-M-E-E-N, last name Killidar, K-I-L-L-I-D-A-R.

13         MR. KILLIDAR:  Yes.

14         MS. KNEELAND:  Okay.  And also, I

15  noticed that Mr. Selba, Counsel for Mr. Asterbadi,

16  is on the line.  What is the basis for Mr.

17  Asterbadi's statement a moment ago?

18         MR. ENGLANDER:  I -- I -- I'd like to

19  ask that -- you know, the parties are -- are free

20  to make their positions and we're not looking to

21  have this proceeding turn into a 2004 exam where

22  people are questioning one another about the basis

Transcript of Proceeding
October 7, 2022                                        12

1   for -- for actions or positions that they've

2   taken.  But we -- we certainly do want to make

3   sure to provide the basic information to all

4   parties so that everybody knows where -- where the

5   debtor stands.

6            MR. SELBA:  I agree with Mr. Englander,

7   Ms. Kneeland, to the extent you're waiting on me

8   to respond, but I leave it with the --

9            MS. KNEELAND:  (Crosstalk) not to answer

10  the question.  Very good.

11           MR. ENGLANDER:  I want to make sure that

12  we have -- I've noticed some additional parties

13  who have arrived since we began. E.  Meyers, I

14  think that's Evan Meyers.  Could you please

15  confirm?

16           MR. MEYERS:  That's correct.

17           MR. ENGLANDER:  And Dwight would be

18  Dwight Mules; is that correct?

19           MR. MULES:  Yes, that's correct.

20           MR. ENGLANDER:  All right.  And since we

21  began, has anybody joined, any one of the parties

22  who's listed on the Zoom?  All right, so I think

Transcript of Proceeding
October 7, 2022                                           13

1    we have our -- our record for today.  I thank

2    everybody for taking the time.  And I'm happy to

3    -- I -- I -- I wish I could say that we would had

4    -- have had more robust bidding, but at a minimum,

5    I'm happy to give you back the rest of your day.

6    And with that, I think we can conclude the

7    meeting.

8              MR. CHAZEN:  All right.  Thank you.

9              MR. ENGLANDER:  Thank you.

10              MR. HENRY:  Thanks.

11              MR. BAKER:  Thank you.

12              (Off the record at 10:12 a.m.)

13

14

15

16

17

18

19

20

21

22

Transcript of Proceeding
October 7, 2022                                    14

1                CERTIFICATE OF COURT REPORTER

2

3           I, Julio Mendieta, the officer

4    before whom the foregoing proceedings were taken,

5    do hereby certify that said proceedings were

6    electronically recorded by me; and that I am

7    neither counsel for, related to, nor employed by

8    any of the parties to this case and have no

9    interest, financial or otherwise, in its outcome.

10

11

12   _____

13   Julio Mendieta, Court Reporter

14

15

16

17

18

19

20

21

22

Transcript of Proceeding
October 7, 2022                                          15

```
1              CERTIFICATION OF TRANSCRIPT

2

3      I, Karen M. Galvez, do hereby certify that the

4   foregoing transcript, to the best of my ability,

5   knowledge, and belief, is a true and correct

6   record of the proceedings; that said proceedings

7   were reduced to typewriting under my supervision;

8   and that I am neither counsel for, related to, nor

9   employed by any of the parties to this case and

10  have no interest, financial or otherwise, in its

11  outcome.

12

13

14  _____

15  Karen M. Galvez

16  Planet Depos, LLC

17  October 10, 2022

18

19

20

21

22
```

Transcript of Proceeding
October 7, 2022

16

| A | | | |
|---|---|---|---|
| **a&a** | **amortization** | **assuming** | **behalf** |
| 7:14, 8:1, 8:6, | 7:21 | 10:10 | 6:8 |
| 9:6, 9:8 | **amount** | **asterbadi** | **being** |
| **a&a's** | 7:16, 8:8 | 3:14, 5:13, | 9:12 |
| 7:16 | **anniversary** | 10:4, 10:16, | **belief** |
| **a-m-e-e-n** | 8:1 | 10:19, 11:2, | 15:5 |
| 11:12 | **announce** | 11:15 | **believe** |
| **ability** | 10:4 | **asterbadi's** | 5:9, 5:14, |
| 15:4 | **annum** | 5:15, 11:17 | 11:11 |
| **about** | 7:20 | **attend** | **ben** |
| 11:22 | **another** | 9:8 | 4:17 |
| **above-ground** | 9:16, 11:22 | **attorney** | **benjamin** |
| 8:13 | **answer** | 5:15 | 3:4 |
| **accord** | 12:9 | **auction** | **best** |
| 8:22 | **any** | 2:1, 6:9, 9:9, | 15:4 |
| **according** | 4:11, 5:19, | 10:5 | **bid** |
| 7:13 | 6:15, 9:19, | **audio** | 4:7, 6:11, |
| **actions** | 9:22, 12:21, | 7:1 | 7:12, 7:13, |
| 12:1 | 14:8, 15:9 | | 7:16, 8:6, 8:7, |
| **add** | **anybody** | B | 9:7, 9:19 |
| 9:13 | 5:15, 5:16, | **back** | **bidder** |
| **addition** | 6:15, 9:21, | 13:5 | 9:16 |
| 8:14 | 10:6, 12:21 | **background** | **bidding** |
| **additional** | **anything** | 7:2 | 7:8, 13:4 |
| 12:12 | 10:6 | **baker** | **bids** |
| **affiliate** | **appear** | 3:17, 5:4, 6:2, | 4:11, 7:10, |
| 7:15 | 4:22 | 6:6, 6:7, 9:10, | 7:11, 8:14 |
| **ago** | **appearances** | 13:11 | **both** |
| 9:15, 11:17 | 4:21, 5:20 | **bank** | 7:11 |
| **agree** | **appeared** | 5:6 | **bowman** |
| 12:6 | 4:20, 9:18 | **based** | 3:16 |
| **agreement** | **appearing** | 9:8 | **brad** |
| 2:11 | 5:17 | **basic** | 4:5, 6:1 |
| **airfield** | **application** | 12:3 | **bradford** |
| 8:11 | 4:22 | **basis** | 3:3 |
| **all** | **appreciate** | 11:16, 11:22 | **broker** |
| 4:4, 7:3, 8:8, | 5:2 | **because** | 4:16 |
| 8:12, 10:19, | **appropriate** | 6:13 | **bruce** |
| 10:20, 12:3, | 10:2 | **become** | 3:8, 10:18 |
| 12:20, 12:22, | **approved** | 4:10 | **bulldog** |
| 13:8 | 8:17 | **been** | 6:8, 7:15, 9:11 |
| **also** | **approving** | 8:12, 8:14, | |
| 6:7, 11:14 | 7:13 | 9:17 | C |
| **although** | **approximately** | **before** | **called** |
| 9:9 | 9:14 | 2:11, 6:20, | 6:20 |
| **ameen** | **arrived** | 8:2, 14:4 | **canceling** |
| 11:8 | 12:13 | **began** | 10:5 |
| | **asked** | 12:13, 12:21 | **case** |
| | 9:14, 11:6 | | 7:6, 14:8, 15:9 |

Transcript of Proceeding
October 7, 2022                                                    17

**cash**
7:18, 8:8
**certainly**
12:2
**certificate**
14:1
**certification**
15:1
**certify**
14:5, 15:3
**chazan**
6:2
**chazen**
3:7, 6:4, 13:8
**chris**
3:6
**clean**
6:17, 6:22
**clear**
4:10
**closing**
7:18, 8:1, 8:2, 8:9
**comments**
6:16
**competing**
7:10
**conclude**
13:6
**condition**
8:11
**conditionally**
8:17
**conditions**
8:10
**conduct**
8:18
**conducting**
4:6
**conference**
5:10, 5:11
**confirm**
12:15
**considering**
6:10
**constituents**
7:6
**contract**
8:1, 8:4, 8:16,

8:18, 8:20, 8:22, 9:3, 9:5, 10:13
**convenience**
11:1
**copy**
10:12
**correct**
12:16, 12:18, 12:19, 15:5
**could**
10:9, 11:9, 12:14, 13:3
**counsel**
11:15, 14:7, 15:8
**course**
6:16
**court**
4:2, 4:17, 8:17, 10:11, 14:1, 14:13
**court's**
4:7
**crosstalk**
12:9
**current**
7:6

                    **D**
**date**
7:22, 8:21
**david**
3:12, 3:16
**day**
13:5
**days**
8:4
**deadline**
9:1
**debtor**
7:9, 8:15, 9:17, 9:20, 10:5, 12:5
**debtor's**
4:9, 4:15, 8:11, 11:2
**decided**
9:8

**decision**
9:8
**deliver**
9:3
**delivering**
8:20
**depos**
15:16
**dialed**
5:10
**diligence**
8:19
**directions**
9:15, 11:6
**discuss**
10:14
**discussion**
10:1
**discussions**
9:17
**document**
10:11
**donahue**
3:9
**dr**
5:13, 5:14, 10:4, 10:16, 10:19, 11:2
**due**
8:19
**duly**
4:2
**during**
6:16
**duties**
4:9
**dwight**
3:19, 6:7, 12:17, 12:18

                    **E**
**each**
5:2, 6:3
**either**
6:18, 8:20
**elected**
9:2
**electronically**
14:6

**else**
5:13, 5:16, 5:18, 6:18, 6:19
**employed**
14:7, 15:9
**englander**
3:3, 4:4, 4:5, 5:7, 5:12, 6:13, 10:6, 10:14, 10:21, 10:22, 11:8, 11:11, 11:18, 12:6, 12:11, 12:17, 12:20, 13:9
**entered**
8:16
**entertaining**
10:1
**eric**
3:17, 6:2, 6:7
**esquire**
3:3
**estate**
2:4, 4:15
**evan**
3:18, 12:14
**everybody**
4:5, 5:13, 12:4, 13:2
**everyone**
6:6
**exam**
11:21
**exercise**
4:9
**expect**
4:10
**extendable**
8:3
**extended**
9:1
**extent**
12:7

                    **F**
**fiduciary**
4:9
**file**
10:10

Transcript of Proceeding
October 7, 2022                                                          18

**financial**
14:9, 15:10
**firm**
6:5
**first**
11:1
**forbes**
2:4, 4:15,
4:16, 4:17, 11:7
**foregoing**
14:4, 15:4
**format**
4:14
**fraser**
2:4, 4:15,
4:16, 4:17, 11:6
**free**
11:19
**friday**
1:10
**fuel**
8:13
**further**
10:7

**G**

**gaffey**
3:12
**galvez**
15:3, 15:15
**give**
13:5
**given**
9:12
**go**
5:20, 7:8
**going**
10:10
**good**
4:4, 5:12,
11:3, 12:10
**groft**
3:13, 5:5
**group**
7:16

**H**

**half**
9:15

**hand**
6:20
**hands**
7:4
**happened**
10:11
**happy**
13:2, 13:5
**heard**
5:21
**hearing**
5:18
**held**
2:1
**hello**
6:6
**henry**
3:8, 10:8,
10:18, 10:20,
13:10
**here**
5:14, 5:15,
9:16
**hereby**
14:5, 15:3
**hi**
5:5
**high-level**
7:8, 8:5
**horse**
8:16, 9:3, 9:5
**hours**
9:15
**hybrid**
4:13, 6:14
**hyde**
7:14, 9:6

**I**

**identified**
5:19
**identify**
5:2, 5:18
**inc**
8:7
**increase**
9:7
**indicated**
9:10

**information**
7:5, 11:4, 12:3
**informational**
4:12
**installments**
7:20
**intend**
9:7
**intent**
8:21, 9:4
**interest**
7:19, 7:21,
14:9, 15:10
**internally**
10:15
**interruptions**
7:2
**irrevocable**
7:11

**J**

**jennifer**
3:10, 5:22,
6:1, 11:4
**jessica**
3:15
**job**
1:20
**joe**
3:7, 5:14, 6:2,
6:4
**johannes**
3:4, 4:17
**joined**
12:21
**joining**
6:7
**jones**
3:6
**joseph**
3:11
**julio**
1:22, 2:11,
14:3, 14:13

**K**

**k-i-l-l-i-d-a-r**
11:12

**karen**
15:3, 15:15
**killidar**
11:8, 11:12,
11:13
**kindly**
6:3
**kneeland**
3:10, 5:22,
6:1, 6:12, 11:3,
11:4, 11:9,
11:14, 12:7,
12:9
**know**
7:7, 11:19
**knowledge**
15:5
**knows**
12:4

**L**

**lambert**
6:9
**large**
4:12
**last**
11:12
**law**
6:5
**leave**
12:8
**light**
11:4
**limited**
9:22
**line**
5:10, 5:11,
6:22, 11:16
**lines**
7:3
**listed**
12:22
**little**
9:13
**llc**
7:14, 15:16
**located**
4:14

Transcript of Proceeding
October 7, 2022                                                    19

| | | | |
|---|---|---|---|
| **location**<br>2:1<br>**log**<br>5:17, 5:20<br>**looking**<br>11:20<br><br>**M**<br>**make**<br>6:17, 6:18,<br>11:20, 12:2,<br>12:11<br>**many**<br>8:4<br>**maryland**<br>1:9, 2:6, 2:12<br>**matters**<br>4:8<br>**maturity**<br>7:22<br>**mcmahon**<br>3:15<br>**means**<br>4:11<br>**meeting**<br>13:7<br>**mendieta**<br>1:22, 2:11,<br>14:3, 14:13<br>**mentioned**<br>8:15<br>**meyers**<br>3:18, 6:5,<br>12:13, 12:14,<br>12:16<br>**michael**<br>3:5<br>**miguel**<br>6:8<br>**mike**<br>3:13, 4:16,<br>5:5, 5:7<br>**million**<br>7:18, 10:12<br>**minimum**<br>13:4<br>**moment**<br>11:17 | **monitoring**<br>6:10, 9:11<br>**monthly**<br>7:20<br>**montrose**<br>2:5<br>**more**<br>8:4, 13:4<br>**morning**<br>4:4, 4:6, 11:3<br>**much**<br>7:2<br>**mules**<br>3:19, 6:7,<br>12:18, 12:19<br>**mute**<br>6:21, 7:3<br><br>**N**<br>**nabil**<br>3:14<br>**name**<br>5:16, 11:5,<br>11:12<br>**named**<br>4:21<br>**names**<br>5:1<br>**nature**<br>6:14, 9:22<br>**need**<br>4:20<br>**neither**<br>14:7, 15:8<br>**next**<br>9:21<br>**nobody**<br>5:19, 6:18<br>**noise**<br>7:2<br>**notary**<br>2:12<br>**note**<br>7:19, 9:9<br>**notes**<br>4:19<br>**notice**<br>8:21, 9:4 | **noticed**<br>11:15, 12:12<br>**november**<br>8:2<br>**nvr**<br>8:7, 8:15,<br>8:18, 9:2, 10:12<br>**nvr's**<br>5:11<br><br>**O**<br>**obviously**<br>8:4<br>**occur**<br>8:9<br>**october**<br>1:10, 9:1,<br>15:17<br>**office**<br>9:15, 11:7<br>**officer**<br>14:3<br>**offices**<br>4:15<br>**oh**<br>10:19<br>**okay**<br>5:7, 5:12,<br>5:18, 10:16,<br>10:19, 11:14<br>**one**<br>5:2, 7:3, 7:4,<br>7:14, 8:10, 9:1,<br>9:10, 9:14,<br>11:22, 12:21<br>**open**<br>7:3, 10:1<br>**operations**<br>8:11<br>**option**<br>8:3<br>**order**<br>4:7, 6:17, 7:13<br>**organization**<br>9:11<br>**other**<br>5:19, 9:10<br>**otherwise**<br>14:9, 15:10 | **out**<br>10:15<br>**outcome**<br>14:9, 15:11<br>**outstanding**<br>7:11<br>**over**<br>7:21<br>**overbid**<br>9:12<br>**own**<br>7:14, 8:22<br><br>**P**<br>**pages**<br>1:21<br>**parsels**<br>3:5, 4:16<br>**participants**<br>5:19<br>**participating**<br>6:9<br>**parties**<br>11:19, 12:4,<br>12:12, 12:21,<br>14:8, 15:9<br>**party**<br>9:17, 11:6<br>**patrick**<br>3:9<br>**payable**<br>7:17<br>**people**<br>4:19, 4:21,<br>7:7, 11:22<br>**percent**<br>7:19<br>**perhaps**<br>9:10<br>**person**<br>11:1<br>**phone**<br>5:1, 5:21<br>**place**<br>4:13<br>**planet**<br>15:16<br>**please**<br>5:17, 6:18, |

Transcript of Proceeding
October 7, 2022

6:19, 6:21,
10:9, 11:10,
12:14
**plus**
5:20
**point**
9:21
**positions**
11:20, 12:1
**possible**
7:1
**potential**
9:16
**potomac**
1:9, 2:6
**preliminarily**
8:17
**premises**
8:13
**present**
5:18
**presentation**
6:16, 7:1, 8:6
**presented**
4:11, 9:12
**presently**
7:11
**price**
7:17, 8:8
**principal**
7:20, 11:2
**procedural**
10:9
**procedures**
4:7, 4:8, 7:12,
7:13
**proceed**
8:20, 8:21,
9:2, 9:4
**proceeding**
4:6, 4:12,
4:13, 6:14,
11:21
**proceedings**
4:18, 14:4,
14:5, 15:6
**proceeeding**
1:7

**promissory**
7:19
**property**
7:9, 7:10
**provide**
7:5, 12:3
**provided**
11:5
**provides**
8:2
**providing**
10:12
**public**
2:12
**purchase**
7:17, 8:8
**purchaser's**
8:3
**pursuant**
2:11, 4:6
**put**
6:11

**Q**

**question**
10:9, 12:10
**questioning**
11:22
**questions**
6:15, 9:22,
10:2

**R**

**raise**
6:19
**raised**
7:4
**real**
2:4, 4:15
**really**
9:13
**reasons**
4:10
**received**
7:9
**record**
6:17, 13:1,
13:12, 15:6

**recorded**
1:22, 14:6
**reduced**
15:7
**regarding**
7:6
**related**
4:8, 14:7, 15:8
**removed**
8:14
**reporter**
4:2, 4:18,
14:1, 14:13
**reporter's**
11:1
**reporting**
10:11
**represent**
6:3, 6:5
**request**
6:15
**reserves**
9:20
**respect**
4:19, 9:21
**respond**
12:8
**responding**
10:2
**rest**
13:5
**result**
9:4
**right**
4:4, 8:18,
10:19, 10:20,
12:20, 12:22,
13:8
**rights**
9:20
**road**
2:5
**robust**
13:4
**rodbell**
6:5
**room**
5:16

**rosenbaum**
6:5
**ruled**
10:15

**S**

**said**
14:5, 15:6
**sandy**
5:6
**satisfaction**
8:10
**say**
6:3, 9:14, 13:3
**schedule**
7:21
**second**
8:7
**see**
5:13, 6:2
**selba**
3:11, 5:14,
11:15, 12:6
**september**
8:19
**services**
2:4
**signature-5tm1q**
15:13
**signature-bi6ds**
14:11
**simply**
6:10, 9:20
**since**
12:13, 12:20
**some**
7:7, 10:10,
12:12
**somebody**
6:19
**sorry**
6:1
**sort**
9:19, 10:8
**speaker**
5:9
**speaking**
6:1, 6:19, 6:21

Transcript of Proceeding
October 7, 2022                                                          21

| | | | |
|---|---|---|---|
| **spell**<br>11:9 | **tenants**<br>8:12 | **under**<br>8:18, 9:2, 15:7 | **zoom**<br>4:20, 4:22,<br>5:17, 12:22 |
| **spoke**<br>11:1 | **terminate**<br>8:22 | **understand**<br>7:15, 9:6 | **$** |
| **spring**<br>5:6 | **terminated**<br>8:12, 9:5 | **unidentified**<br>5:9 | **$1**<br>7:18 |
| **stalking**<br>8:16 | **terms**<br>7:12, 7:14, 8:4 | **V** | **$5,500,000**<br>7:18 |
| **stands**<br>12:5 | **thank**<br>5:7, 6:12, | **vacated**<br>8:12 | **$6,500,000**<br>7:17 |
| **state**<br>2:12 | 10:20, 13:1,<br>13:8, 13:9, | **various**<br>8:10 | **$7,500,000**<br>8:9 |
| **statement**<br>11:17 | 13:11<br>**thanks** | **W** | **$7.5**<br>10:12 |
| **status**<br>7:7, 7:8 | 13:10<br>**themselves** | **wait**<br>6:20 | **0** |
| **steps**<br>9:21 | 5:3<br>**think** | **waiting**<br>12:7 | **00**<br>1:11 |
| **stocking**<br>9:3, 9:5 | 4:20, 12:14,<br>12:22, 13:6 | **want**<br>6:14, 10:4, | **1** |
| **storage**<br>8:13 | **third**<br>7:22 | 12:2, 12:11<br>**wanted** | **10**<br>1:11, 7:21, |
| **subject**<br>7:12 | **through**<br>7:8, 8:19 | 7:5<br>**we'll** | 13:12, 15:17<br>**12** |
| **submitted**<br>9:19 | **till**<br>6:20 | 5:20<br>**we're** | 13:12<br>**15** |
| **suite**<br>2:5 | **time**<br>9:18, 9:20, | 6:9, 6:10,<br>11:20 | 1:21, 8:3<br>**1757** |
| **summary**<br>8:6 | 13:2<br>**today** | **we've**<br>5:21 | 5:3 |
| **supervision**<br>15:7 | 4:11, 9:6, 9:9,<br>10:1, 10:12, | **week**<br>9:1 | **2** |
| **sure**<br>6:17, 6:18, | 11:7, 13:1<br>**transcribing** | **whereupon**<br>4:2 | **2004**<br>11:21 |
| 12:3, 12:11<br>**sworn** | 4:18<br>**transcript** | **wish**<br>13:3 | **2022**<br>1:10, 8:3, |
| 4:3 | 15:1, 15:4 | **working**<br>6:8 | 8:19, 15:17 |
| **T** | **true**<br>15:5 | **written**<br>9:19 | **20854**<br>2:6 |
| **take**<br>4:13 | **turn**<br>11:21 | **Y** | **29**<br>8:19 |
| **taken**<br>12:2, 14:4 | **two**<br>4:22, 7:10, | **yeah**<br>5:4 | **3** |
| **taking**<br>4:19, 13:2 | 8:14<br>**typewriting** | **years**<br>7:22 | **30**<br>8:2 |
| **talking**<br>10:17 | 15:7 | **Z** | **3280**<br>5:8 |
| **tanks**<br>8:13 | **U** | **zachair**<br>1:8 | **4** |
| | **ultimately**<br>9:2 | | **466548**<br>1:20 |

Transcript of Proceeding
October 7, 2022                                             22

| 5 |
| --- |
| **500** |
| 2:5 |

| 6 |
| --- |
| **6th** |
| 9:1 |

| 7 |
| --- |
| **7811** |
| 2:5 |