In re Zachair Ltd

Terms for Stipulation re Process for Sale and Plan Confirmation

DISCUSSION DRAFT 10/18/2022

ATTORNEY WORK PRODUCT

1. Dr. Asterbadi and the Debtor, through their respective counsel, will read the following stipulation into the record at the hearing on October 19, 2022.
2. The parties request adjournment of the confirmation hearing to December 14, 2022 (or the latest date the Court is available prior to December 14, 2022).
3. On or before October 28, 2022, the Debtor will file a Third Amended Plan of Reorganization (the "Plan") and an abbreviated disclosure statement.
4. The parties will request that the hearing on the Third Amended Plan and disclosure statement be combined, and that notice be shortened (if needed based on date of confirmation hearing).
5. The parties will exercise best efforts to preserve NVR and A&A Hyde pending bids through the conclusion of the adjourned confirmation hearing.  This will include, if necessary, joint opposition to any effort by NVR and A&A Hyde to terminate agreements or to compel the Debtor to act prior to the conclusion of the adjourned confirmation hearing, and opposing NVR's motion to confirm its contract (and Sandy Spring Bank's joinder in such motion).  If the Court determines that the Debtor must accept and proceed with one of those contracts, then the Debtor will proceed in accordance with the Court's instructions.
6. Subject only to the foregoing paragraph, either the Debtor or Dr. Asterbadi may procure and present a higher and better bid at the adjourned confirmation hearing (or by such other earlier date as the Court may require).  To be entitled to consideration, all new bids must be contingent solely on: (a) entry of the confirmation order (in a form reasonably acceptable to the Debtor, Dr. Asterbadi and the prevailing purchaser); (b) absence of any stay of the confirmation order; (c) provide for closing on or before December 29, 2022; and (d) permit use of deposit for the purpose of paying costs and expenses of airfield closure.
7. The Debtor, through its counsel and broker (Fraser Forbes) is authorized to negotiate with NVR, A&A Hyde and other prospective bidders to improve the bids that have been, or may be, made.
8. Debtor is authorized to commence shut down of airfield immediately (removal of fuel tanks, notice to regulatory authorities, termination of leases).  Implementation of such authorization will be deferred as long as is reasonably possible, so long as shut down is completed in time for a closing on or before December 29, 2022 (or it is determined that shut down of operations is not necessary to satisfy closing conditions on likely bids).
9. The Plan shall be prepared by Debtor's counsel and shall include the following terms:
    a. On the Effective Date, the Debtor shall pay in full (except as provided):
        i. Allowed claims of Bank.
        ii. Allowed real property taxes/prorations.

   iii. Allowed administrative expenses.
   iv. Broker commission.
   v. Tenant deposits.
   vi. Allowed priority expenses.
   vii. Initial distribution on account of allowed unsecured claims.
  b. GUCs will be paid pro rata from cash available after payment of claims secured by the property and administrative and priority claims.
  c. If distribution to GUCs is at least 25% of allowed claims, on the Effective Date, the Debtor will pay amounts due with respect to the vehicles (up to amount of remaining funds at closing), and will abandon vehicles to Dr. Asterbadi. Otherwise, Dr. Asterbadi may at his discretion either pay amounts due for vehicles or surrender them to the respective vehicle lenders.
  d. The Plan will provide that future distributions based on promissory notes, profit sharing arrangements or other similar arrangements are to be reserved for the benefit of the Debtor's equity owners; provided, however, that if the GUCs reject the Plan and the Court sustains such objection, the Plan will be amended to cure the Court's concerns.
  e. Subject to the Equity Owners complying with the Plan and this stipulation, on the Effective Date of the Plan, all claims and causes of action of the estate against them shall be released.
  f. WTP shall agree that if payment of its allowed fees is made (and reserve for any pending fees is funded) on or before December 29, 2022, WTP shall cap its distributions for services rendered through December 31, 2022 to the amount of $2,200,000.
  g. There will be a stay bonus for Fetter Aviation equal to two months' compensation, payable upon the last to occur of (a) completion of airport shut down; and (b) the Effective Date.
  h. The Plan will provide for reserves for estimated claims and expenses, including without limitation:
   i. Closing and operating costs.
   ii. Pending and projected administrative expenses.
   iii. U.S. Trustee fees.
   iv. Fetter Aviation stay bonus.

10. Dr. Asterbadi, on behalf of the Debtor, authorizes the Debtor's professionals to implement the foregoing, and shall not revoke such authorization, or provide instructions to the Debtor's professionals that are inconsistent with the foregoing. Any prior inconsistent instruction is revoked.
11. In the event that the Court does not approve the terms set forth in this term sheet (or the Court requires the consent to the terms hereof by NVR, A&A Hyde and/or the Bank, and such consent is not given), all parties' rights are reserved.