IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Zachair, Ltd., | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING
MOTION TO APPOINT CHAPTER 11 TRUSTEE**

Upon consideration of the United States Trustee's Motion to Appoint Chapter 11 Trustee; this Court finding that the appointment of a Chapter 11 Trustee is in the best interest of creditors pursuant to 11 U.S.C. § 1104(a)(2), IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the United States Trustee's Motion to Appoint Chapter 11 Trustee be and hereby is GRANTED; and it is further

ORDERED that the United States Trustee be and hereby is directed to appoint a Chapter 11 Trustee.

1

Copies to:

Debtor
Debtor's Counsel
Office of the U.S. Trustee

**END OF ORDER**