United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-10691-TJC
Zachair, Ltd.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: Oct 25, 2022      Form ID: pdfparty      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachair, Ltd., 2726 Chain Bridge Road NW, Washington, DC 20016-3404 |
| aty | + | David W. Gaffey, Whiteford Taylor & Preston, L.L.P., 3190 Fairview Park Drive, Suite 800, Falls Church, VA 22042-4558 |
| | + | Bradford F. Englander, Esq., Bar No. 11951, 3190 Fairview Park Drive, Suite 800, Falls Church, Virginia 22042-4558 |
| | + | Jennifer L. Kneeland, Marguerite L. DeVoll, 1765 Greensboro Station Place,, Ste. 1000, McLean, Virginia 22102-3468 |
| | + | Kevin M. ODonnell, 300 N. Washington Street, Suite 204, Alexandria, Virginia 22314-2530 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | Oct 25 2022 19:15:00 | L. Jeanette Rice, Assistant U.S. Trustee, Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford F. Englander | benglander@wtplaw.com twhitt@wtplaw.com |
| Elizabeth Anne Scully | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Oct 25, 2022 | Form ID: pdfparty | Total Noticed: 6

| | |
|---|---|
| | escully@bakerlaw.com |
| Jacob Christian Zweig | jzweig@evanspetree.com  crecord@evanspetree.com |
| Jeffery Thomas Martin | jtm@henrylaw.com  mbp@henrylaw.com |
| Jeffrey L. Tarkenton | Jeffrey.tarkenton@wbd-us.com<br>beverly.saint@wbd-us.com,cathy.hinger@wbd-us.com,mnemith@wbd-us.com,rahul.tilva@wbd-us.com |
| Jennifer Larkin Kneeland | jkneeland@watttieder.com  zsyed@watttieder.com |
| Joseph Michael Selba | JSelba@tydingslaw.com  jselba@tydings.com |
| Kevin M. O'Donnell | kmo@henrylaw.com  mbp@henrylaw.com,jtm@henrylaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| M. Evan Meyers | bdept@mrrlaw.net |
| Marguerite Lee DeVoll | mdevoll@watttieder.com  shope@watttieder.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Michael J. Lichtenstein | mjl@shulmanrogers.com  tlockwood@shulmanrogers.com |
| Nancy Greene | ndg@ndglaw.com |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Patrick J. Kearney | pkearney@sgrwlaw.com  jnam@sgrwlaw.com |
| Philip Tucker Evans | philip.evans@hklaw.com  kimi.odonnell@hklaw.com,hapi@hklaw.com |
| Richard L. Costella | rcostella@tydings.com  jmurphy@tydings.com |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 19



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| Zachair, Ltd., | ) ) | Case No.: 20-10691-TJC |
| Debtor. | ) ) ) | Chapter 11 |

**STIPULATION AND AGREED ORDER REGARDING DEADLINES RELATED TO MISCELLANEOUS MOTION FOR RELIEF, INCLUDING BUT NOT LIMITED TO, THE APPOINTMENT OF A CHIEF RESTRUCTURING OFFICER OR OTHER TYPE OF FIDUCIARY FOR THE DEBTOR'S ESTATE**

WHEREAS, on October 14, 2022, NVR, Inc. ("NVR") filed its *Emergency Motion to (I) Enforce the Court's Order (A) Conditionally Approving the Sale of the Debtor's Property Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Conditionally Approving the Contract, (C) Approving the Bid Procedures, (D) Scheduling Bid Deadline, Auction and Sale Hearing, (E) Approving Form and Manner of Notice Thereof, and (F) Granting Certain Related Relief (DE 343); and (II) Declare NVR, Inc. as Prevailing Bidder* [clerk's docket no. 383] (the "Sale Motion") seeking, among other things, to have NVR, or its assignee (the "NVR

1

Purchaser") declared the Prevailing Bidder on the sale of approximately 423.45 acres located in Prince George's County, Maryland, as more fully described in the Sale Motion.[1]

WHEREAS, on October 19, 2022, the Court held an emergency hearing (the "Hearing") on the Sale Motion.

WHEREAS, at the conclusion of the Hearing, the Court granted the Sale Motion and approved the Sale of the Property to the NVR Purchaser pursuant to the NVR Contract.

WHEREAS, at the conclusion of the Hearing, the Court further set a deadline of Tuesday, October 25, 2022, for the filing of a motion for miscellaneous relief, including but not limited to, the appointment of a chief restructuring officer or other type of fiduciary for the debtor's estate, *e.g.*, a motion to appoint a chapter 11 trustee (the "Motion").

WHEREAS, the Parties[2] are engaged in productive discussions regarding the form of a consent order for the appointment a fiduciary who will, at a minimum, have authority to consummate the approved Sale pursuant to the Sale Motion, the Court's rulings at the Hearing, and the Court's subsequent order approving the same.

NOW THEREFORE, the Parties mutually stipulate, agree, and request as follows:

1. The Parties agree and request leave to extend the deadline for NVR, Sandy Spring Bank or the United States Trustee to submit a Motion, and, if possible, a consent order, in accordance with the Court's rulings made at the Hearing by 5:00 p.m. EST on Thursday, October 27, 2022.

---

1 Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Sale Motion.
2 The "Parties" refers collectively to the Debtor, NVR, Sandy Spring Bank, and the United States Trustee.

2.	The Parties agree and request leave for the deadline to oppose any such Motions be extended to 5:00 p.m. EST on November 1, 2022.

3.	The Parties agree that the hearing currently set for November 2, 2022 at 10:30 a.m. for any such Motion remain on the Court's schedule

Dated: October 25, 2022

| WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. | WHITEFORD TAYLOR & PRESTON, LLP |
|---|---|
| /s/ Jennifer L. Kneeland<br>Jennifer L. Kneeland, Esq., Bar No. 14916<br>Marguerite L. DeVoll, Esq., Bar No. 13899<br>1765 Greensboro Station Place, Ste. 1000<br>McLean, Virginia 22102<br>Telephone: (703) 749-1026<br>Facsimile: (703) 893-8029<br>Email: jkneeland@watttieder.com<br>          mdevoll@watttieder.com<br>*Counsel for NVR, Inc.* | /s/   Bradford F. Englander<br>Bradford F. Englander, Esq., Bar No. 11951<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, Virginia 22042<br>Telephone: (703) 280-9081<br>Facsimile: (703) 280-3370<br>Email: benglander@wtplaw.com<br><br>*Counsel for Zachair, Ltd.* |
| HENRY & O'DONNELL, P.C. | JOHN P. FITZGERALD, III<br>Acting United States Trustee Region 4 |
| /s/ Kevin M. O'Donnell<br>Kevin M. O'Donnell, Esq. Bar No. 08703<br>300 N. Washington Street, Suite 204<br>Alexandria, Virginia 22314<br>Alexandria, Virginia 22314<br>(703) 548-2100<br>(703) 548-2105 (fax)<br>bwh@henrylaw.com | /s/   L. Jeanette Rice<br>L. Jeanette Rice (12933)<br>Assistant U.S. Trustee<br>Office of the United States Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, Maryland 20770<br>(301) 344-6220<br>Jeanette.Rice@usdoj.gov |

## CERTIFICATE OF CONSENT TO STIPULATION

I HEREBY CERTIFY that the terms of the copy of the Stipulation submitted to the Court are identical to the original Stipulation; and the signatures represented by the /s/ on this copy reference the signatures of the consenting parties on the original Stipulation.

/s/ Jennifer L. Kneeland
Jennifer L. Kneeland