_____                                    X  RETAIN

**Thomas J Catliota , U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Y N
                                                              Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 11/02/2022 Time: 10:30

**CASE: 20-10691 Zachair, Ltd.**

Bradford F. Englander and David W. Gaffey and Elizabeth Anne Scully and Philip Tucker Evans and Richard L. Costella representing Zachair, Ltd. (Debtor)

L. Jeanette Rice representing US Trustee - Greenbelt (U.S. Trustee)

[365] Second Amended Chapter 11 Plan Filed by Zachair, Ltd. (related document(s) 332 Amended Chapter 11 Plan filed by Debtor Zachair, Ltd.).

*Confirmed*

**MOVANT** : Zachair, Ltd. BY B Englander D Gaffey P Evans E Scully R Costella

[393] Motion for Order Appointing Chief Restructuring Officer Pursuant to Sections 105, 327, 1106, and 1107 of the Bankruptcy Code Filed by NVR, Inc..
(Attachments: #s1 Proposed Order)

*Deny moot*

**MOVANT** : NVR, Inc. BY J Kneeland M DeVoll

- Green
- Myers - P6 C4
- Seller - Dr H
- Henry - SSA

[394] Motion to Appoint Trustee Filed by US Trustee - Greenbelt. (Attachments: #s3 Proposed Order) (Rice, L.)

*Grant*

**MOVANT** : US Trustee - Greenbelt BY L Rice

[396] Response on behalf of Dewberry Consultants LLC Filed by Nancy Greene (related document(s) 394 Motion to Appoint Trustee filed by U.S. Trustee US Trustee - Greenbelt).

[399] Exhibit/Witness List Filed by L. Jeanette Rice (related document(s) 7 Exhibit 7) (Rice, L.)

**MOVANT** : US Trustee - Greenbelt BY L Rice

[400] Opposition on behalf of US Trustee - Greenbelt Filed by L. Jeanette Rice (related document(s) 393 Motion for Miscellaneous Relief filed by Interested Party NVR, Inc.). (Rice, L.)

**MOVANT** : US Trustee - Greenbelt BY L Rice

[405] Exhibit/Witness List Filed by L. Jeanette Rice (related document(s) 8 Exhibit 8) (Rice, L.)

**MOVANT** : US Trustee - Greenbelt BY L Rice

[406] Response on behalf of SANDY SPRING BANK Filed by
Kevin M. O'Donnell (related document(s) 394
Motion to Appoint Trustee filed by U.S. Trustee
US Trustee - Greenbelt). (O'Donnell, Kevin)


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed __✓__ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel        [ ] Court
        [ ] Respondent's counsel        [ ] Other _____

NOTES:

#365 - Order Confirmation order submitted by Debtor's counsel

#394 - Chpt 11 t'ee order submitted by UST.

November 2, 2022

Attorney/Party List

Zachair, Ltd. 20-10691

Bradford Englander - debtor

David Gaffey - debtor

Joseph Selba - Nabil Asterbadi

Jennifer Kneeland - NVR, Inc.

Jeanette Rice - U.S. Trustee

Bruce Henry - Sandy Spring Bank (by phone)

Nancy Greene – Dewberry Consultants, LLC

Evan Meyers - Prince George's County

**Other Parties**

Nabil Asterbadi - President of the debtor

Patrick Donahue - NVR, Inc.

Jessica McMahon

Exhibit List
February 11, 2022
Zachair, Ltd. 20-10691 TJC

| No. | Offered By | Document | Admitted |
|---|---|---|---|
| 1 | Debtor | Ballot by American Express | X |
| 2 | Debtor | Ballot by TD Hyde Field, LLC and Watt Companies | X |
| 3 | Debtor | Updated Projections – November 2, 2022 | X |
| 4 | Debtor | Real Property Tax Bills | X |
| 5 | Debtor | Sandy Spring DIP loan statement | X |
| 6 | Debtor | Three Line Invoice | X |
| 7 | Debtor | E-mail from SSB counsel 10/31/2022 | X |
| 8 | Debtor | ECS Proposal re: removal of above ground storage tank | X |
| 9 | Debtor | 30-day notice to MDE | X |
| 10 | Debtor | Notice of FAA | X |
| 11 | Debtor | Monahan Lease | X |
| 12 | Debtor | Hyde contact list | X |
| 13 | Debtor | Notice of Termination/Notice of Quit | X |
| 14 | Debtor | Affidavit of Service | X |
| 15 | Debtor | Certified Receipts | X |
|  |  | Englander's proffered statement |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |