IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | ) | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.:  20-10691-TJC |
| | ) | |
| **Debtor.** | ) | Chapter 11 |
| | ) | |

**ORDER GRANTING SECOND AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON, LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR FOR THE PERIOD FROM OCTOBER 1, 2021 THROUGH OCTOBER 31, 2022**

Upon consideration of the *Second and Final Application of Whiteford, Taylor & Preston, LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Period from October 1, 2021 through October 31, 2022* (the "Application"),1 filed in the above-captioned case; and no objections having been filed; and good and sufficient cause appearing for the relief requested therein; it is hereby

**ORDERED** that the Application is granted; and it is further

---

1   All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

**ORDERED** that the compensation for WTP in the amount of $676,650.00 in legal fees and $12,482.99 in reimbursable expenses incurred during the Application Period are approved and allowed on a final basis; and it is further

**ORDERED** that the compensation for WTP in the amount of $1,671,090.50 in legal fees and $31,961.77 in reimbursable expenses allowed on an interim basis under the WTP First Application Order are approved and allowed on a final basis; and it is further

**ORDERED** that the Chapter 11 Trustee is authorized and directed to pay to WTP all amounts approved and allowed in this Application, subject to the Compensation Cap; and it is further

**ORDERED** that WTP is authorized to file a supplemental final fee application seeking allowance of legal fees and reimbursable expenses incurred after October 31, 2022, in the event that WTP does not receive payment of amounts allowed in this Application (subject to the Compensation Cap) on or before December 28, 2022; and it is further

**ORDERED** that the Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order; and it is further

**ORDERED** that this Order shall be effective immediately upon entry.

**END OF ORDER**

cc:

By CM/ECF:

**Richard L. Costella**     rcostella@tydings.com, jmurphy@tydings.com
**Marguerite Lee DeVoll**     mdevoll@watttieder.com, shope@watttieder.com
**Bradford F. Englander**     benglander@wtplaw.com, twhitt@wtplaw.com
**Philip Tucker Evans**     philip.evans@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
**Nancy Greene**     ndg@ndglaw.com
**Lawrence A. Katz**     lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com
**Patrick J. Kearney**     pkearney@sgrwlaw.com, jnam@sgrwlaw.com
**Nicole C. Kenworthy**     bdept@mrrlaw.net
**Michael J. Klima**     bankruptcy@peroutkalaw.com
**Jennifer Larkin Kneeland**     jkneeland@watttieder.com, zsyed@watttieder.com
**Michael J. Lichtenstein**     mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
**Jeffery Thomas Martin**     jtm@henrylaw.com, mbp@henrylaw.com
**M. Evan Meyers**     bdept@mrrlaw.net
**Kevin M. O'Donnell**     kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com
**L. Jeanette Rice**     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
**Elizabeth Anne Scully**     escully@bakerlaw.com
**Joseph Michael Selba**     JSelba@tydingslaw.com, jselba@tydings.com
**Jeffrey L. Tarkenton**     Jeffrey.tarkenton@wbd-us.com, beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;mnemith@wbd-us.com;rahul.tilva@wbd-us.com
**US Trustee - Greenbelt**     USTPRegion04.GB.ECF@USDOJ.GOV
**Jacob Christian Zweig**     jzweig@evanspetree.com, crecord@evanspetree.com