IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| Zachair, Ltd., | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

### OMNIBUS NOTICE OF APPLICATIONS FOR COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS EMPLOYED BY THE DEBTOR

**PLEASE TAKE NOTICE** that on November 23, 2022, the following applications were filed by professionals retained by Zachair, Ltd. (the "Debtor") in the above-captioned case with the United States Bankruptcy Court for the District of Maryland (the "Court"):

i. *Second and Final Application of Whiteford Taylor & Preston LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Debtor for the Period from October 1, 2021 through October 31, 2022*, in which WTP seeks the final allowance of fees in the amount of $676,650.00 and expenses in the amount of $12,482.99 incurred during the period October 1, 2021, through October 31, 2022, and final allowance of fees in the amount of $1,671,090.50 and expenses in the amount of $31,961.77 incurred from January 17, 2020 through September 30, 2021 previously approved on an interim basis. As further explained in the fee application, WTP has agreed to cap payment of its legal fees at $2,200,000.00 provided that it receives payment of its allowed legal fees and reimbursable expenses on or before December 28, 2022;

ii. *Final Application of William C. Harvey & Associates, Inc., Appraiser for the Debtor, for Allowance of Compensation for the Period from January 17, 2020, through November 3, 2020*, in which WCH&A seeks the final allowance of fees in the amount of $45,923.25 incurred during the period from January 17, 2020, through November 3, 2020;

iii. *Final Application of Streamline Advisors, LLC, Financial Advisor for the Debtor, for Allowance of Compensation for the Period from January 17, 2020, through August 31, 2020*, in which Streamline seeks the final allowance of fees in the amount of $61,215.00 for services rendered during the period from January 17, 2020, through August 31, 2020;

iv. *Final Application of SC&H Group, Inc., as Financial Advisor for the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2020, through September 30, 2021*, in which SC&H seeks the final allowance of fees in the amount of $44,170.00 and expenses in the amount of $12.50 incurred during the period from September 1, 2020, through September 30, 2021;

v. *Final Application of Mendelson & Mendelson, CPAs, P.C. as Tax Accountant for the Debtor, for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2021, through October 31, 2022*, in which Mendelson seeks the final allowance of fees in the amount of $2,155.00 and expenses in the amount of $46.25 incurred during the period October 1, 2021, through October 31, 2022, and final allowance of fees in the amount of $9,866.25 and expenses in the amount of $1.61 incurred from January 22, 2021 through September 30, 2021 previously approved on an interim basis;

vi. *Third and Final Application of O'Malley, Miles, Nylen & Gilmore, P.A. as Land Use and Zoning Counsel for the Debtor, for Allowance of Compensation for the Period June 10, 2022, through October 31, 2022*, in which OMNG seeks the final allowance of fees in the amount of $1,850.00 incurred during the period from June 10, 2022, through October 31, 2022, and final allowance of fees in the amount of $13,600.50 incurred from January 15, 2021 through June 9, 2022 previously approved on an interim basis; and

vii. *Second and Final Application of Holland & Knight LLP as Special Counsel for the Debtor for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2021, through November 10, 2022* (collectively with all other applications filed herewith, the "Applications"), in which H&K seeks the final allowance of fees in the amount of $17,390.00 incurred during the period from October 1, 2021 through November 10, 2022, and final allowance of fees in the amount of $348,722.50 and expenses in the amount of $5,302.58 incurred during the period from January 13, 2021 through September 30, 2021 previously approved on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that the Applications may be inspected by any interested party at the Clerk's Office, United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770. Parties may also request a copy of the Applications by contacting the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that if you intend to object to the Application(s), you must file and serve a written objection to the Application(s) **within 21 days of the date of this Notice**. Any objection must be filed with the Clerk's Office, United States Bankruptcy Court, Federal Courthouse, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770 and served by delivery or by mailing a copy to the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

You or your lawyer must also mail a written objection to:

Bradford F. Englander, Esq.
Whiteford, Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042

**PLEASE TAKE FURTHER NOTICE** that if you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

ABSENT A TIMELY OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATIONS AND MAY APPROVE OR OTHERWISE DISPOSE OF THE APPLICATIONS WITHOUT A HEARING. PARTIES IN INTEREST MAY CONTACT THE UNDERSIGNED WITH QUESTIONS.

Dated: November 23, 2022                          ZACHAIR, LTD.

*/s/ Bradford F. Englander*
Bradford F. Englander, Esq., Bar No. 11951
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
Email: benglander@wtplaw.com

*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice will be served electronically by the Court's CM/ECF system on the following parties:

- **Richard L. Costella**   rcostella@tydings.com, jmurphy@tydings.com
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com, shope@watttieder.com
- **Bradford F. Englander**   benglander@wtplaw.com, twhitt@wtplaw.com
- **Philip Tucker Evans**   philip.evans@hklaw.com, kimi.odonnell@hklaw.com;hapi@hklaw.com
- **Nancy Greene**   ndg@ndglaw.com
- **Lawrence A. Katz**   lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com
- **Patrick J. Kearney**   pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- **Nicole C. Kenworthy**   bdept@mrrlaw.net
- **Michael J. Klima**   bankruptcy@peroutkalaw.com
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com, zsyed@watttieder.com
- **Michael J. Lichtenstein**   mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- **Jeffery Thomas Martin**   jtm@henrylaw.com, mbp@henrylaw.com
- **M. Evan Meyers**   bdept@mrrlaw.net
- **Kevin M. O'Donnell**   kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Elizabeth Anne Scully**   escully@bakerlaw.com
- **Joseph Michael Selba**   JSelba@tydingslaw.com, jselba@tydings.com
- **Jeffrey L. Tarkenton**   Jeffrey.tarkenton@wbd-us.com, beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;mnemith@wbd-us.com;rahul.tilva@wbd-us.com
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Jacob Christian Zweig**   jzweig@evanspetree.com, crecord@evanspetree.com

I hereby further certify that on November 23, 2022, a copy of the foregoing Notice was also served on the parties on the attached service list in the manner indicated.

*/s/ David W. Gaffey*
Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| Zachair, Ltd., ) | Case No.: 20-10691-TJC |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## SERVICE LIST

**By Certified Mail:**

**Bank Parties**

American Express National Bank
c/o Rick Petrino, COO
P.O. Box 30384
Salt Lake City, Utah 84130

American Express
c/o Stephen J. Squeri, CEO
P.O. Box 1270
Newark, NJ 07101-1270

Mechanics Bank (surviving entity from merger with California Republic Bank)
c/o John Decero, CEO
1111 Civic Drive
Walnut Creek, CA 94596

Sandy Spring Bank
c/o Daniel J. Schrider, President and CEO
17801 Georgia Avenue
Olney, MD 20832-2267

**By First Class Mail, Postage Prepaid:**

**Creditors Asserting Liens and Security Interests**

Mercedes Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177-5323

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Mercedes Benz Financial Services
c/o The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264

PD Hyde Field, LLC
13501 Cavanaugh Drive
Rockville, MD 20850-5487

PD Hyde Field, LLC
c/o Michael J. Lichtenstein, Esq.
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854-6801

Prince George's County
Treasurer Division
14741 Gov. Oden Bowie Drive, Room 1090
Upper Marlboro, MD 20772

Prince George's County, Maryland
c/o Meyers, Rodbell & Rosebaum, P.A.
Nicole C. Kenworthy
6801 Kenilworth Ave., Suite 400
Riverdale Park, MD 20737-1385

Sandy Spring Bank
6831 Benjamin Franklin Drive
Columbia, MD 21046-2633

Sandy Spring Bank
Attn: Bruce Henry, Esq.
300 N Washington Street, Ste 204
Alexandria, VA 22314-2530

Sandy Spring Bank
c/o Daniel J. Schrider, CEO
17801 Georgia Avenue
Olney, MD 20832-2267

**Unsecured Creditors**
Bond Safeguard Insurance Co.
Old Hickory Insurance Agency
PO Box 1864
Indianapolis, IN 46206-1864

Clinton Fence
2630 Old Washington Rd.
Waldorf, MD 20601-3177

Comcast
c/o Brian L. Roberts
Comcast Center
1701 John F. Kennedy Blvd
Philadelphia, PA 19103-2899

Dewberry Consultants LLC
8401 Arlington Blvd.
Fairfax, VA 22031-4619

Dewberry Consultants LLC
PO Box 821824
Philadelphia, PA 19182-1824

Sandy Spring Bank
c/o Kevin M. O'Donnell
Henry & O'Donnell, P.C.
300 N Washington St., Ste 204
Alexandria, VA 22314-2530

TD Auto Finance, LLC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120-1445

TD Auto Finance, LLC
c/o Jacob Zweig, Esq.
Evans Petree PC
1715 Aaron Brenner Dr, Ste 800
Memphis, TN 38120-1445

TD Auto Finance
Attn: Andrew Stuart, CEO
PO Box 9223
Farmington Hills, MI 48333-9223

Dewberry Engineers Inc.
2101 Gaither Road, Suite 340
Rockville, MD 20850-4074

ECS Mid-Atlantic
14026 Thunderbolt Pl., Suite 100
Chantilly, VA 20151-3296

Fraser Forbes Real Estate Services
7811 Montrose Road, Suite 500
Potomac, MD 20854-3300

Fraser Forbes Real Estate Services
Bean Kinney & Korman, P.C.
c/o Andrea Davison
2311 Wilson Blvd, Ste 500
Arlington, VA 22201-5422

Grayhound Trash Removal Inc.
8301 Grey Eagle Dr.
Upper Marlboro, MD 20772-2611

2

G. S. Proctor & Associated, Inc.
14408 Old Mill Rd Suite 201
Upper Marlboro, MD 20772-2842

Meyers, Rodbell & Rosenbaum, P.A.
c/o M. Evan Meyers
6801 Kenilworth Ave, Ste 400
Riverdale Park, MD 20737-1331

Pepco
Legal Services
Pepco Holdings
701 Ninth St NW Suite 1100
Washington, DC 20068-0001

PEPCO
PO Box 97274
Washington, DC 20090-7294

Perry, White, Ross & Jacobson LLC
125 Cathedral Street
Annapolis, MD 21401-2703

Richard Reed, Esq.
c/o Lerch, Early & Brewer
7600 Wisconsin Ave, Suite 700
Bethesda, MD 20814-3663

Stan Fetter
d/b/a Fetter Aviation
14908 W Auburn Rd
Accokeek, MD 20607-9616

Metro Earthworks, A Division of
Shirley Contracting Company LLC
c/o The Corporation Trust, Inc.
2405 York Road, Ste 201
Lutherville Timonium, MD 21093-2252

Strittmatter Corp.
6400 Van Dusen Road
Laurel, MD 20707

Telford Capital, LLC
4920 Elm Street
Bethesda, MD 20814

Telford Capital, LLC
c/o Patrick J Kearney, Esq.
4416 East West Hwy
Bethesda, MD 20814-4565

Verizon Wireless
Verizon Wireless Correspondence Team
PO Box 408
Newark, NJ 07101-0408

Verizon
by American Infosource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Washington Suburban Sanitary Commission
c/o Carla Reid, CEO
14501 Sweitzer Lane
Laurel, MD 20707-5901

Womble Bond Dickinson
Attn: Opel Benoit
2001 K Street, NW, Suite 400 South
Washington, DC 20006

3

**Tenants**

ATEC Musical Instrument Service
7349 Old Alexandria Ferry Rd
Clinton, MD 20735-1832

Beaty, Christina T
127 Pierce St., NW
Washington, DC 20001

Biesiadecki, Jan S
14421 Captain John Smith Dr
Accokeek, MD 20607-9745

Bradley, James
7900 Old Falls Rd
McLean, VA 2212-2415

Bristow, Michael
1805 Crystal Dr. #910
Arlington, VA
22202-4420

Buchner, Mark
5358 Ravensworth Rd
Springfield, VA 22151-2519

Callan, Brian P.
8522 Forest St
Annandale, VA 22003

Devnew, David
13205 Old Chapel Rd
Bowie, MD 20720

Clinton Aero Maintenance
Attn: Daniel Fragassi
10501 Piscataway Rd
Clinton, MD 20735-4411

Fornshell, John A
6911 Quander Rd
Alexandria, VA 22307-1657

Fry, Michael C
327 L St, NE (Rear)
Washington, DC 20002-3556

Fry, Michael
1333 Elsinore Ave
McLean, VA 22102

Fry, Robert
Arlyn Construction
1005 Dumfries St.
Oxon Hill, MD 20745-2102

Goldfarb, Alice
138 W 127th St
Apt 5
New York, NY 10027

Gorecki, Greg
15792 N Franklin Dr
Clinton Township, MI 48038

Howards, Mark
28 Columbia Circle
Amherst, MA 01002-3104

Howards, Mark
32 N Prospect St
Amherst, MA 01002

Isherwood, Raymond
337 SW Lockheed Lane
Lake City, FL 32025-1644

Jackson, Gary
13000 Katie St
Clinton, MD 20735-4513

Jettmar, R. Uve
3744 Jenifer Street
Washington, DC 20015-1834

Keithley, Terrance C
12021 Abbracci Ave.
Las Vegas, NV 89138

King, Jerry
J. K. Tuff, Inc.
601 Pennsylvania Ave NW #504
Washington, DC 20004-2649

Kravit, Richard
100 Luna Park Drive #233
Alexandria, VA 22305-3156

Maltenfort, Andrew J
5613 Mt Burnside Way
Burke, VA 22015-2144

Mencia, M. Lucia
PO Box 5732
Washington, DC 20016-1332

Metro Earthworks, A Division of
Shirley Contracting Company, LLC
8435 Backlick Rd
Lorton, VA 22079-1498

Monahan, Matthew
3220 17th St., NW
Apt 204
Washington, DC 20010

Naylor, Lisa J.
10651 Piscataway Rd
Clinton, MD 20735-1070

Parsons, Fred
415 S Lee St
Alexandria, VA 22314-3815

Parsons, Fred
521 S Lee St
Alexandria, VA 22314

Riggins, David for P and R Aviation
8610 Cyrus Pl
Alexandria, VA 22308-2501

Bennet, Benjamin
2112 Owls Cove Ln.
Reston, VA 20191

Roberts, Roy
1337 A St. NE
Washington, DC 20002-8439

Robertson, David
2010 Evarts St. NE
Washington, DC 20018-2116

Roesler, Robert D.
1371 Forest Hill Rd
Gordonsville, VA 22942-7327

Shannon, Ken
PO Box 655
Bryantown, MD 20617-0655

Shapiro, Philip A.
412 S Lee St
Alexandria, VA 22314-3816

Snyder, Gene
5903 Pontiac Street
College Park, MD 20740-2725

Stoner, Brendon
829 Wyth Street
Alexandria, VA 22314-1983

Thorn, Eric M
2901 N 22nd St
Arlington, VA 22201

Tri-State Ventilation LLC
Attn: Leroy Wooten
7001 Buchanan Rd
Camp springs, MD 20748-5321

Viteri, Melinda Benson
1443 Rock Creek Ford Rd
Washington, DC 20011-7600

Faichney, Thomas
901 Randell Road
Severna Park, MD 21146

Newberry, Fred
267 N. Dogwood Trl.
Southern Shores, NC 27949

Growth, William P.
12812 Gatepost Ct.
Herndon, VA 20171

**Governmental Entities**

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Federal Aviation Administration
Attn: Steven Dickson
800 Independence Avenue, SW
Washington, DC 20591

Secretary of Treasury
Attn: Janet Yellen
15th and Pennsylvania Ave NW
Washington, DC 20220-00001

State of Maryland DLLR
Division of Unemployment Insurance
1100 N Eutaw St, Room 401
Baltimore, MD 21201-2225

U.S. Attorney - District of Maryland
Attn: Erek L. Barron
36 S Charles St, 4th Floor
Baltimore, MD 21201-3020

U.S. Securities and Exchange Commission
Office of Reorganization
950 E Paces Ferry Rd, NE, Ste 900
Atlanta, GA 30326-1382

Securities and Exchange Commission
Branch of Reorganization
3475 Lenox Road NE Suite 1000
Atlanta, GA 30326-1232

U.S. Trustee - Greenbelt
Attn: L. Jeanette Rice
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Attorney General of Maryland
Attn: Brian E. Frosh
200 St. Paul Place
Baltimore, MD 21202

Maryland Department of Assessments & Taxation
Attn: Michael L. Higgs, Director
State Office Building
301 W. Preston Street
Baltimore, MD 21201-2395

Angela D. Alsobrooks, County Executive
Prince George's County
1301 McCormick Drive, Suite 4000
Largo, MD 20774

Rhonda L. Weaver, County Attorney
Prince George's County
1301 McCormick Drive, Suite 4100
Largo, MD 20774

Mahasin El Amin
Clerk of the Court for Prince George's County, MD
Land Records Division
14735 Main Street
Upper Marlboro, MD 20772

Jared Mccarthy, Registered Agent
Prince George's County, MD
1301 Mccormick Drive, Suite 4100
Largo MD 20774

Merrick B. Garland
Attorney General of the U.S.
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-000

Comptroller of Maryland
Revenue Administration Division
Attn: Wayne Green, Director
110 Carroll Street
Annapolis, MD 21411-000

Comptroller of Maryland
Bankruptcy Unit
301 W Preston St., Room 409
Baltimore, MD 21201-2396

Internal Revenue Service
Centralized Insolvency Section
PO Box 21126 (DP-N-781)
Philadelphia, PA 19114

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Maryland Aviation Administration
Office of Regional Aviation Assistance
PO Box 8766
BWI Airport, MD 21240-0766

Maryland Department of Environment
Attn: Ben Grumbles, Secretary
PO Box 1417
Baltimore, MD 21203-1417

Maryland Department of Environment
Attn: Ben Grumbles, Secretary
1800 Washington Blvd.
Baltimore, Maryland 21230

**Professionals**

Jeffrey Tarkenton, Esq.
Womble Bond Dickinson (US) LLP
2001 K Street, NW, Suite 400 South
Washington, DC 20006

Fraser Forbes Company LLC
Attn: Richard O. Samit
7811 Montrose Road, Suite 500
Potomac, MD 20854-3300

Louis J. Rouleau
Holland & Knight LLP
800 17th Street, NW
Washington, DC 20006-3962

Louis B. Ruebelmann
Mendelson & Mendelson, CPAs PC
12505 Park Potomac Avenue, Suite 250
Potomac, MD 20854-6809

Streamline Advisors, LLC
Attn: Robert L. Patrick
c/o: SC&H Group, Inc.
910 Ridgebrook Road
Sparks, MD 21152-9480

SC&H Group Inc
Attn: Robert L. Patrick
910 Ridgebrook Road
Sparks, MD 21152-9480

William C. Harvey
William C. Harvey & Associates, Inc.
605 S. Talbot St., Unit 5
St. Michaels, MD 21663

**Other Parties-in-Interest**
Imperial PFS
c/o Frank Friedman, CEO
1055 Broadway, Floor 11
Kansas City, MO 64105

Imperial PFS
Gregg Ellsworth
Aviation Insurance Resources, LLC
PO Box 32
Frederick, MD 21705-0032

Imperial PFS
Preferred Aviation Underwriter
3321 N Berkeley Lake Rd, Ste 200
Duluth, GA 30096-3123

IPFS Corporation
30 Montgomery St, Ste 501
Jersey City, NJ 07302-3821

IPFS Corporation
c/o CSC Lawyers Incorporating Service Co
7 St Paul St, Ste 820
Baltimore, MD 21202-1681

Legalist DIP SPV II, LP
c/o Legalist DIP GP I, LLC
10120 W Flamingo Rd
Ste 4 #3015
Las Vegas, NV 89147

William M. Shipp
O'Malley, Miles, Nylen & Gilmore PA
7850 Walker Drive #310
Greenbelt, MD 20770-3238

Michael D. Nord, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael J. Klima, Jr.
Peroutka, Miller, Klima & Peters PA
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122

Nancy D. Greene
N D Greene PC
3977 Chain Bridge Rd, Suite 1
Fairfax, VA 22314

Joseph Chazen, Esq.
Meyers, Rodbell & Rosenbaum
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1331

Maureen Asterbadi
2726 Chain Bridge Road
Washington, DC 20016-3403

Nabil J. Asterbadi
2726 Chain Bridge Road
Washington, DC 20016-3404

State Farm Mutual Automobile Ins. Co.
c/o Michael L. Tipsord, CEO
1 State Farm Plaza
Bloomington, IL 61710-0001

Holly Ridge Development, LLC
15115 Ganley Road
Boyds, MD 20841

State Farm Mutual Automobile Ins. Co.
c/o Howard Feldman
11140 Rockville Pike, Suite 380
Rockville, MD 20852-3148

Zachair, Ltd.
2726 Chain Bridge Road NW
Washington, DC 20016-3404

WV/B Palisades Development, LLC
c/o Christopher Chase, Registered Agent
2716 Ocean Park Blvd, Suite 2025
Santa Monica, CA 90405

Watt Advisors, LLC
c/o Christopher Chase, Registered Agent
2716 Ocean Park Blvd, Suite 2025
Santa Monica, CA 90405

Bradford F. Englander
Whiteford, Taylor & Preston, LLP
3190 Fairview Park, Suite 800
Falls Church, VA 22042

Jennifer Larkin Kneeland
Marguerite DeVoll
Watt, Tieder, Hoffar, & Fitzgerald, LLP
1765 Greensboro Station Pl., Ste 1000
McLean, VA 22102

NVR, Inc.
Attn: Brett Hetrick, Senior Vice President
Plaza America Tower I
11700 Plaza America Drive, Suite 500
Reston, VA 20190

NVR, Inc.
Attn: Patrick Donahue, Vice President
Plaza America Tower I
11700 Plaza America Drive, Suite 500
Reston, VA 20190

Lawrence A. Katz
Hirschler Fleischer
8270 Greensboro Drive, Suite 700
Tysons, VA 22102