IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| ZACHAIR, LTD., | * | Case No. 20-10691-TJC |
| | | Chapter 11 |
| Debtor. | * | |

\*       \*       \*       \*       \*       \*       \*

PLAN ADMINISTRATOR'S APPLICATION TO EMPLOY
HIRSCHLER FLEISCHER P.C. AS BANKRUPTCY COUNSEL

Lawrence A. Katz (the "**Plan Administrator**"), formerly the chapter 11 trustee and now the Plan Administrator for the bankruptcy estate of Zachair, Ltd. (the "**Debtor**"), by counsel, hereby files this application (the "**Application**") to employ Hirschler Fleischer, P.C. ("**HF**") as his bankruptcy counsel, effective as of December 14, 2022, to investigate and recover assets of the bankruptcy estate, assist the Plan Administrator in fulfilling all of his responsibilities, and provide legal assistance at the Plan Administrator's request. In support of the Application, the Plan Administrator states as follows:

**Jurisdiction**

1.      The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).

2.      The relief sought in this Application is based upon section 327(a) of title 11 of the United States Code ("Bankruptcy Code").

**Background**

3.      On January 17, 2020 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

4.      On August 31, 2022, the Debtor filed the Debtor's Second Amended Plan of Reorganization (the "**Plan**") [Docket No. 365].

5.      On October 27, 2022, the Office of the United States Trustee filed a Motion to Appoint Chapter 11 Trustee [Docket No. 394].  As grounds for the Motion, the United States Trustee set forth, among other things, the conflicts of interest held by the Debtor's President, Dr. Nabil Asterbadi, and Dr. Asterbadi's gross mismanagement of the Debtor's affairs.

6.      On November 3, 2022, this Court entered a Consent Order granting the United States Trustee's Motion [Docket No. 412], and Lawrence A. Katz was appointed as the chapter 11 trustee on November 10, 2022 [Docket No. 420].

7.      On November 15, 2022, the Court entered an Order Confirming Debtor's Second Amended Plan of Reorganization and Finally Approving Sale of Property Free and Clear of Liens, Claims, Encumbrances and Other Interests (the "**Plan Confirmation Order**") [Docket No. 422].

8.      Paragraph M and Section 5.16 of the Plan Confirmation Order provide that, upon the effective date of the Plan, Lawrence A. Katz shall become the Plan Administrator.  The effective date of the Plan occurred on December 14, 2022.  *See* Notice of Occurrence of Effective Date [Docket No. 434].

9.      Pursuant to Section 5.16 of the Plan Confirmation Order, the Plan Administrator may retain professionals to render services for the benefit of the Debtor's estate.  Although the terms of the Plan and the Plan Confirmation Order are unclear regarding whether court approval is required for the Plan Administrator to employ bankruptcy counsel, court approval of the Application is being sought herein out of an abundance of caution.

**Retention of HF**

10.    The Plan Administrator seeks to employ the law firm of HF as his bankruptcy counsel in this case and to perform certain other discrete hourly tasks at his request.  The Plan Administrator accordingly requests entry of an order under section 327(a) of the Bankruptcy Code authorizing his employment of HF, effective as of December 14, 2022, to represent the Plan Administrator in the investigation and recovery of assets of the bankruptcy estate, assist the Plan Administrator in fulfilling all of his responsibilities, and provide legal assistance at the Plan Administrator's request.

11.    Section 327(a) of the Bankruptcy Code authorizes a trustee, with court approval, to employ attorneys and other professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."  Further, section 328(a) of the Bankruptcy Code permits the employment of a professional "on any reasonable terms and conditions of employment, including on a retainer [or] on an hourly basis…."

12.    The Plan Administrator seeks to retain HF as his bankruptcy counsel because of HF's knowledge and experience in the field of bankruptcy and creditors' rights law generally and in similar matters.  For these reasons, the Plan Administrator believes that HF is well-qualified to represent him in all bankruptcy matters in this case, including any adversary proceedings.

13.    To the best of the Plan Administrator's knowledge, and as set forth in the verified statement of Kristen E. Burgers, attached hereto as Exhibit A (the "**Burgers Declaration**"), HF has no connections with, or interests adverse to, the Plan Administrator, the Debtor, the creditors, or any other party in interest, or their respective attorneys or accountants, the United States Trustee

3

or any person employed in the office of the United States Trustee, in any matter relating to the Debtor or the estate.

14.     As reflected in the Burgers Declaration, the Plan Administrator believes HF to be a "disinterested person" as defined in section 101(14) of the Bankruptcy Code.

15.     The Plan Administrator, subject to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the local rules of this Court (the "**Local Bankruptcy Rules**"), proposes to pay HF its customary hourly rates for services rendered, as those rates may be adjusted from time to time, and to reimburse HF for its reasonable, necessary out-of-pocket expenses, for services performed in the investigation and recovery of assets of the bankruptcy estate and discrete hourly tasks requested by the Plan Administrator only. The current hourly rates of attorneys who will perform these services are as follows:

> Lawrence A. Katz:      $ 565
>
> Kristen E. Burgers:      $ 465
>
> Allison P. Klena:      $ 290

HF adjusts its hourly rates at the beginning of each calendar year.  HF will endeavor to use lower-priced associates and paralegals where appropriate.

16.     The Plan Administrator acknowledges and understands that HF intends to apply to the Court for allowance of compensation and reimbursement of expenses for all services performed and expenses incurred subsequent to December 14, 2022, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.

WHEREFORE, the Plan Administrator respectfully requests that the Court enter an order authorizing him to employ HF as his bankruptcy counsel and to perform certain discrete hourly

4

tasks, effective as of December 14, 2022, and granting him such other and further relief as may be appropriate.

Dated:  December 20, 2022                    Respectfully submitted,

                                             /s/ Lawrence A. Katz
                                             Lawrence A. Katz (Bar No. 02526)
                                             HIRSCHLER FLEISCHER, PC
                                             1676 International Drive, Suite 1350
                                             Tysons, Virginia 22102
                                             Telephone:  (703) 584-8900
                                             E-mail:  lkatz@hirschlerlaw.com

                                             *Plan Administrator for the Estate of Zachair Ltd.*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 20th day of December, 2022, (i) I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Plan Administrator's Application to Employ Hirschler Fleischer P.C. as Bankruptcy Counsel* will be served electronically by the Court's CM/ECF system on the attorneys listed on Attachment 1 (ECF List) and (ii) a true and correct copy of the foregoing *Plan Administrator's Application to Employ Hirschler Fleischer P.C. as Bankruptcy Counsel* was served by first class U.S. mail, postage prepaid, upon the parties identified of Attachment 2 (First Class Mail List).

*/s/ Lawrence A. Katz*
Lawrence A. Katz

6

# ATTACHMENT 1

## ECF Service List

- Richard L. Costella    rcostella@tydings.com, jmurphy@tydings.com
- Marguerite Lee DeVoll    mdevoll@watttieder.com, shope@watttieder.com
- Bradford F. Englander    benglander@wtplaw.com, twhitt@wtplaw.com
- Philip Tucker Evans    philip.evans@hklaw.com,  kimi.odonnell@hklaw.com, hapi@hklaw.com
- Nancy Greene    ndg@ndglaw.com
- Patrick J. Kearney    pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Michael J. Klima    bankruptcy@peroutkalaw.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com, zsyed@watttieder.com
- Michael J. Lichtenstein    mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- Jeffery Thomas Martin    jtm@henrylaw.com, mbp@henrylaw.com
- M. Evan Meyers    bdept@mrrlaw.net
- Kevin M. O'Donnell    kmo@henrylaw.com, mbp@henrylaw.com, jtm@henrylaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Anne Scully    escully@bakerlaw.com
- Joseph Michael Selba    JSelba@tydingslaw.com, jselba@tydings.com
- Jeffrey L. Tarkenton    Jeffrey.tarkenton@wbd-us.com, beverly.saint@wbdus.com, cathy.hinger@wbd-us.com, mnemith@wbd-us.com, rahul.tilva@wbd-us.com
- US Trustee – Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Jacob Christian Zweig    jzweig@evanspetree.com, crecord@evanspetree.com

## ATTACHMENT 2

## First Class Mail Service List

Fraser Forbes Company LLC
Attn:  Richard O. Samit
7811 Montrose Road, Suite 500
Potomac, MD 20854-3300

ATEC Musical Instrument Service
7349 Old Alexandria Ferry Road
Clinton, MD 20735

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Arlyn Construction Co.
Robert Fry
1005 Dumfries Street
Oxon Hill, MD 20745

Jan S. Biesiadecki
14421 Captain John Smith Drive
Accokeek, MD 20607

Bond Safeguard Insurance Co.
Old Hickory Insurance Agency
PO Box 1864
Indianapolis, IN 46206-1864

James Bradley
7900 Old Falls Road
McLean, VA 22102

U.S. Securities and Exchange Commission
Atlanta Reg. Office and Reorg
950 E Paces Ferry Rd NE STE 900
Atlanta, GA 30326-1382

Mark Buchner
5358 Ravensworth Road
Springfield, VA 22151

Clinton Aero Maintenance
10501 Piscataway Road
Clinton, MD 20735

Clinton Fence
2630 Old Washington Road
Waldorf, MD 20601

Comcast
c/o Brian L. Roberts
Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

Comptroller of Maryland
Bankruptcy Unit
301 W Preston St
Room 409
Baltimore, MD 21201-2383

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

ECS Mid-Atlantic, LLC
14026 Thunderbolt Place
Suite 100
Chantilly, VA 20151-3296

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Dewberry Engineers Inc.
2101 Gaither Road, Suite 340
Rockville, MD 20850

Fraser Forbes Company LLC
c/o Andrea Davison
Bean Kinney & Koman
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201

Fetter Aviation Co.
c/o Stan Fetter
14908 W. Auburn Road
Accokeek, MD 20607

John Fornshell
6911 Quander Road
Alexandria, VA 22307

Michael C. Frey
327 L Street, NE (rear)
Washington, DC 20002

G. S. Proctor & Associates Inc.
c/o CSC-Lawyers Inc. Service Co.
7 St. Paul Street, Suite 820
Baltimore, MD 21202

Imperial PFS
Gregg Ellsworth
Aviation Insurance Resources LLC
PO Box 32
Frederick, MD 21705

Imperial PFS
Preferred Aviation Underwriter
3321 N. Berkley Lake Road, Suite 200
Duluth, GA 30096

Imperial PFS
c/o Frank Friedman, CEO
1055 Broadway, Floor 11
Kansas City, MO 64105

Raymond Isherwood
337 SW Lockheed Lane
Lake City, FL 32025

Gary Jackson
13000 Katie Street
Clinton, MD 20735

R. Uew Jettmar
3744 Jenifer Street
Washington, DC 20015

Terrance C. Keithley
8600 Ft. Hunt Road
Alexandria, VA 22308

Jerry King
J. K. Tuff Inc.
601 Pennsylvania Avenue, NW #504
Washington, DC 20004

Richard Kravit
100 Luna Park Drive #233
Alexandria, VA 22305

Andrew J. Maltenfort
5613 Mt. Burnside Way
Burke, VA 22015

Mark Howards
28 Columbia Circle
Amherst, MA 01002

Maryland Aviation Administration
Office of Reg. Aviation Asst.
PO Box 8766
Baltimore, MD 21240-0766

Maryland Dept. of the Environment
PO Box 1417
Baltimore, MD 21203-1417

Maureen Asterbadi
2726 Chain Bridge Road
Washington, DC 20016

Mencia M. Lucia
PO Box 5732
Washington, DC 20016

Metro Earthworks a/d/o Shirley Contracting
Company LLC
8435 Backlick Road
Lorton, VA 22079

Metro Earthworks a/d/o Shirley Contracting
Company LLC
c/o The Corp. Trust Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

Lisa J. Naylor
10651 Piscataway Road
Clinton, MD 20735

Fred Parsons
4`5 S. Lee Street
Alexandria, VA 22314

PEPCO
Legal Services
701 Ninth Street, NW Suite 1100
Washington, DC 20068

Perry White Ross & Jacobson, LLC
125 Cathedral Street
Annapolis, MD 21401

Richard Redd Esq.
Lerch Early & Brewer
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814

Riggins David / P and R Aviation
8610 Cyrus Place
Alexandria, VA 22308

Roy Roberts
1337 A Street, NE
Washington, DC 20002

Robert D. Roesler
1371 Forest Hill Road
Gordonsville, VA 22942

Ken Shannon
PO Box 655
Bryantown, MD 20617

Philip A. Shapiro
412 S. Lee Street
Alexandria, VA 22314

Gene Snyder
5903 Pontiac Street
College Park, MD 20740

State Farm Mutual Auto. Insurance Co.
Howard Feldman
11140 Rockville Pike, Suite 380
Rockville, MD 20852

State Farm Mutual Auto. Insurance Co.
c/o Michael L. Tipsord, CEO
1 State Farm Plaza
Bloomington, IN 61710

Brendon Stoner
829 Wyth Street
Alexandria, VA 22314

Tri-State Ventilation LLC
Attn:  Leroy Wooten
7001 Buchanan Road
Camp Springs, MD 20748

US Attorney – District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Verizon
c/o American InfoSource, Agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Verizon Wireless
PO Box 408
Newark, NY 07101-0408

Melinda Benson Viteri
1443 Rock Creek Ford Road
Washington, DC 20011

Washington Suburban Sanitary Comm.
c/o Carla Reid, CEO
14501 Sweitzer Lane
Laurel, MD 20707

Robert L. Patrick / Streamline Advisors LLC
Attn:  Robert L. Patrick
c/o SC&H Group Inc.
910 Ridgebrook Road
Sparks, MD 21152

William C. Harvey
William C. Harvey & Associates Inc.
1146 Walker Road, Suite H
Great Falls, VA 22066

**EXHIBIT A**
**Declaration of Kristen E. Burgers**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| | | |
| **ZACHAIR, LTD.,** | * | **Case No. 20-10691-TJC** |
| | | **Chapter 11** |
| Debtor. | * | |

\*      \*      \*      \*      \*      \*      \*

**DECLARATION OF KRISTEN E. BURGERS**
**IN SUPPORT OF THE PLAN ADMINISTRATOR'S APPLICATION**
**TO EMPLOY HIRSCHLER FLEISCHER, P.C. AS BANKRUPTCY COUNSEL**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), I, Kristen E. Burgers, declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a partner at Hirschler Fleischer, P.C. ("**HF**"), which maintains an office for the practice of law at 1676 International Drive, Suite 1350, Tysons, Virginia 22102.  I am an attorney-at-law, duly admitted and in good standing to practice in the Commonwealth of Virginia. I submit this declaration ("**Declaration**") in connection with the application (the "**Application**") of the Plan Administrator to retain HF as bankruptcy counsel to the Plan Administrator in this Chapter 11 case effective as of December 14, 2022 and to provide the disclosures required under section 329 of Title 11 of the United States Code (the "**Bankruptcy Code**"), the Rules of this Court, and Rules 2014(a) and 2016(b) of the Bankruptcy Rules.

2.      The facts set forth in this Declaration are based upon my personal knowledge and upon discussions with other HF attorneys and review of HF's client/matter records that were reviewed by me or other HF attorneys acting under my supervision and direction.  To the extent any information disclosed herein requires amendment or modification upon HF's completion of

further review or as additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.      HF is well qualified to serve as the Plan Administrator's bankruptcy counsel in this Chapter 11 case.  HF's professionals possess substantial experience in representing chapter 7 and chapter 11 trustees, liquidating trustees, plan administrators, debtors and debtors-in-possession, creditor committees, creditors, and/or other parties-in-interest in the United States Bankruptcy Court for the District of Maryland and throughout the United States.  In particular, HF has extensive bankruptcy and restructuring, corporate, employee benefits, finance, real estate, securities, and tax expertise.

**HF'S DISCLOSURE PROCEDURES**

4.      In preparing this Declaration, I submitted or caused to be submitted for review under the firm's regularly updated conflicts check system the names of various parties-in-interest in this Chapter 11 case, including but not limited to the parties (collectively, the "**Interested Parties**") listed on **Schedule 1** attached hereto.

**HF'S CONNECTIONS WITH INTERESTED PARTIES**

5.      To the best of my knowledge, based on the review procedures described above, HF does not have any "connections" to the Interested Parties, except as described in this Declaration. Neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for a "connection" has been defined, and I am therefore uncertain what this Court may consider a "connection" requiring disclosure.

6.      Neither I, nor any shareholder, principal, counsel, or associate of HF, as far as I have been able to ascertain, has any connection with the Debtor, its creditors, or any other

Interested Party, except as set forth in the Verified Statement of Lawrence A. Katz, filed in connection with the United States Trustee's Application to Approve Appointment of Chapter 11 Trustee [Docket No. 419], wherein the following was disclosed:

        a.      Beginning in 2001, while a shareholder at Venable, LLP, the Plan Administrator served as counsel to the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 bankruptcy case of The Driggs Corporation, Case No. 01-10541, which was pending before this Court from 2001 through 2006. The Debtor was a member of the Committee and its principal, Dr. Nabil Asterbadi, was the chairperson of the Committee. At all times, the Plan Administrator represented only the Committee and at no time did the Plan Administrator represent either the Debtor or Dr. Asterbadi in connection with The Driggs Corporation bankruptcy case or any related proceedings.

        b.      In September 2022, an HF attorney was contacted to see if HF might be willing to serve as substitute counsel for the Debtor. HF declined the invitation to serve as substitute counsel for the Debtor.

    7.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor HF, nor any shareholder, principal, counsel, or associate thereof holds or represents an interest adverse to the Debtor or its estate, and HF is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, in that: (i) HF has no connection with the Debtor, its creditors, the United States Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in this Chapter 11 case, or their respective attorneys or accountants, except as set forth herein; (ii) HF is not a creditor, equity security holder, or insider of the Debtor; (iii) HF is not and was not, within two years of the Petition Date, a director, officer, or employee

of the Debtor; and (iv) HF neither holds nor represents an interest materially adverse to the Debtor, its estate, or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.  Accordingly, I believe that HF is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

### HF'S RATES AND BILLING PRACTICES

8.    HF has not received any promises as to payment or compensation in connection with this Chapter 11 case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the United States Trustee Guidelines, and as disclosed herein.

9.    It is HF's policy to charge its clients in all areas of practice for expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, photocopying, witness fees, travel and lodging expenses, certain secretarial and other overtime expenses, filing and recording fees, postage, vendor charges, express mail and messenger charges, computerized legal research charges and other computer services, expenses for "working meals," and telecopier charges.  HF will charge the Debtor for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to this Court's approval of such expenses pursuant to sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules and Local Rules as may from time to time be applicable, and such procedures as may be fixed by Order of this Court or the United States Trustee Guidelines.  HF believes that failure to charge these expenses would require HF to increase its current hourly rates.

10.    Subject to the Court's approval, HF intends to (i) charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date

4

services are rendered, and (ii) seek reimbursement of actual and necessary out-of-pocket expenses.[1] HF will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described in the Application by category and nature of the services rendered.

11.    HF intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee Guidelines, as well as pursuant to any additional procedures that may be established by the Court in this Chapter 11 case.

12.    HF's hourly rates are set at a level designed to compensate it fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. I believe that these rates are commensurate with the hourly rates of other firms of similar size and expertise.

13.    The HF professionals expected to be most active in the Debtor's Chapter 11 case and their current hourly rates include:

    Lawrence A. Katz:       $ 565

    Kristen E. Burgers:     $ 465

    Allison P. Klena:       $ 290

14.    Other HF attorneys and paraprofessionals may from time to time serve the Debtor. To reflect economic and other conditions, HF revises its regular hourly rates at the beginning of each calendar year and requests that, effective as of the date of such revision, the aforementioned rates be revised to the regular hourly rates that will be in effect at that time. HF agrees to be compensated based on the same rates generally charged for services rendered in matters handled

---

[1]  The hourly rates charged by HF professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the location of the office in which the professional is resident. These rates may change from time to time in accordance with HF's established billing practices and procedures.

by HF for its clients.  HF understands, acknowledges, and agrees that it shall be entitled to reimbursement only for actual and necessary expenses incurred in connection with its representation of, or services for, the Plan Administrator.

15.    HF has not agreed to share any of its compensation from this Chapter 11 case with any other person, other than a shareholder, principal, counsel, associate, or staff person employed by HF, as permitted by section 504 of the Bankruptcy Code.

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 20, 2022
       Tysons, Virginia

                                                     /s/ Kristen E. Burgers
                                                    Kristen E. Burgers, Partner
                                                    Hirschler Fleischer, P.C.

6

## Schedule 1

Dewberry Consultants LLC
Fraser Forbes Company, LLC
Mercedes-Benz Financial Services USA LLC
Meyers, Rodbell & Rosenbaum, P.A.
NVR, Inc.
PD Hyde Field LLC
Prince George's County, Maryland
SANDY SPRING BANK
SC&H Group, Inc
SC&H Group, Inc.
TD Auto Finance, LLC
Telford Capital, LLC
ATEC Musical Instrument Service
American Express
American Express National Bank
Arlyn Construction Co
Biesiadecki, Jan S.
Bond Safeguard Insurance Co
Bradley, James
U S SECURITIES AND EXCHANGE COMMISSION
Buchner, Mark
Clinton Aero Maintenance
Clinton Fence
Comcast
COMPTROLLER OF MARYLAND
Dewberry Consultants LLC
Dewberry Engineers Inc.
ECS Mid-Atlantic
FRASER FORBES REAL ESTATE SERVICES
Fetter Aviation Co
Fornshell, John A.
Fraser Forbes Real Estate Services
Fry, Michael C.
G. S. Proctor & Associates, Inc.
GRAYHOUND TRASH REMOVAL INC
IPFS CORPORATION
IPFS Corporation
Imperial PFS
Imperial PFS
Imperial PFS
Imperial PFS
INTERNAL REVENUE SERVICE
Isherwood, Raymond
Jackson, Gary

Jeffrey Tarkenton, Esq.
Jettmar, R. Uwe
Joseph Chazen, Esq.
Keithley, Terrance C.
King, Jerry
Kravit, Richard
Maltenfort, Andrew J.
Mark Howards
Maryland Aviation Administration
Maryland Department of the Environment
Maureen Asterbadi
Mencia, M. Lucia
MERCEDES BENZ FINANCIAL SERVICES
Meyers Rodbell & Rosenbaum
Metro Earthworks, A Division of Shirley Contracting Company, LLC
Meyers, Rodbell & Rosenbaum, P.A.
Nabil Asterbadi
Nabil J. Asterbadi
Naylor, Lisa J.
PD Hyde Field, LLC
PD Hyde Field, LLC
Parsons, Fred
PEPCO
Perry, White, Ross & Jacobson LLC
Prince George's County
PEPCO HOLDINGS INC
Richard Reed, Esq.
Riggins, David
P and R Aviation
Roberts, Roy
Roesler, Robert D.
Sandy Spring Bank
Secretary of the Treasury
Shannon, Ken
Shapiro, Philip A.
Snyder, Gene
Stan Fetter
State Farm Mutual Automobile Insurance Co.
State of Maryland DLLR
Division of Unemployment Insurance
Stoner, Brendon
TD Auto Finance
TD Auto Finance, LLC
Tri-State Ventilation LLC
U.S. Attorney-District of MD
US Trustee – Greenbelt

Verizon
Verizon Wireless
Viteri, Melinda Benson
Washington Suburban Sanitary Commission
William C. Harvey & Associates, Inc.
Womble Bond Dickinson (US) LLP
Bradford F. Englander
David W. Gaffey
Elizabeth Anne Scully
Jeffrey L. Tarkenton
Louis B. Ruebelmann
Louis J Rouleau
Philip Tucker Evans
Richard L. Costella
Robert L. Patrick
William C. Harvey
William M. Shipp
Streamline Advisors, LLC
Williams C. Harvey & Associates, Inc.
OMalley,Miles, Nylen & Gilmore, P.A.
Comptroller of Maryland
Sec. & Exch. Commission
Grayhound Trash Removal, Inc.
Mercedes Benz Financial Services
Whiteford, Taylor & Preston LLP
Womble Bond Dickinson (US) LLP
Beaty, Christina T.
Bristow, S. Michael
Callan, Brian P.
Goldfarb, Alice
IPFS Corporation
Mercedes-Benz Financial Services USA LLC
PD Hyde Field, LLC
Prince George's County, Maryland
Strittmatter Corp
Telford Capital LLC
Telford Capital, LLC
Nabil Asterbadi

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **ZACHAIR, LTD.,** | * | **Case No. 20-10691-TJC** |
| | | **Chapter 11** |
| **Debtor.** | * | |

\*     \*     \*     \*     \*     \*     \*

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
HIRSCHLER FLEISCHER, P.C. AS BANKRUPTCY COUNSEL
<u>TO THE PLAN ADMINISTRATOR EFFECTIVE AS OF THE EFFECTIVE DATE</u>**

Upon the application (the "**Application**") of Lawrence A. Katz, Plan Administrator (the

"**Plan Administrator**"), for entry of an order, pursuant to sections 327(a), 328(a), 330, 331, and

1107(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"),

authorizing the Plan Administrator to retain the law firm of Hirschler Fleischer, P.C. ("**HF**") as

bankruptcy counsel in this Chapter 11 case as of December 14, 2022 (the "**Effective Date**"); and

upon the Declaration of Kristen E. Burgers in Support of the Application, annexed to the

Application as **<u>Exhibit A</u>**,; and due and adequate notice of the Application having been given; and

it appearing that no other or further notice need be provided; and the Court being satisfied that HF is a "disinterested person" as such term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b); and it appearing that no other or further notice need be provided; and it appearing that the relief requested in the Application is in the best interests of the estates, its creditors, and other parties-in-interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED, ADJUDGED, AND DECREED that**:

1.      Pursuant to sections 327(a) and 1107(b) of the Bankruptcy Code, the Plan Administrator is hereby authorized to retain and employ HF as his bankruptcy counsel in this Chapter 11 case and HF is authorized to perform the services set forth in the Application.

2.      The Plan Administrator's retention and employment of HF is hereby approved effective as of the Effective Date.

3.      HF shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Local Rules, the United States Trustee Guidelines, and such other procedures as may be fixed by Order of this Court.

4.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of this Order is waived.

5.      The Plan Administrator is empowered to take all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Application.

6.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

cc:   Richard L. Costella, Esq. (via ECF)
       Marguerite Lee DeVoll, Esq. (via ECF)
       Bradford F. Englander, Esq. (via ECF)
       US Trustee – Greenbelt (via ECF)
       Philip Tucker Evans, Esq. (via ECF)
       Nancy Greene, Esq. (via ECF)
       Patrick J. Kearney, Esq. (via ECF)
       Nicole C. Kenworthy, Esq. (via ECF)
       Michael J. Klima, Esq. (via ECF)
       Jennifer Larkin Kneeland, Esq. (via ECF)
       Michael J. Lichtenstein, Esq. (via ECF)
       Jeffery Thomas Martin, Esq. (via ECF)
       M. Evan Meyers, Esq. (via ECF)
       Kevin M. O'Donnell, Esq. (via ECF)
       L. Jeanette Rice, Esq. (via ECF)
       Elizabeth Anne Scully, Esq. (via ECF)
       Joseph Michael Selba, Esq. (via ECF)
       Jeffrey L. Tarkenton, Esq. (via ECF)
       Jacob Christian Zweig, Esq. (via ECF)

**END OF ORDER**

15627230.1  047938.00001

3