**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Zachair, Ltd.,** | ) | Case No.: 20-10691-TJC |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

**REPORT OF SALE**

PLEASE TAKE NOTICE pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1) that on December 14, 2022, Zachair Ltd. (the "Debtor"), by and through its chapter 11 trustee, Lawrence A. Katz, sold its real property described in Exhibit A hereto on the terms set forth herein:

| | |
|---|---|
| Purchaser/Transferee: | Hyde Field Acquisition LLC, a Maryland limited liability company |
| Purchase Price: | $7,500,000.00 |
| Disbursements at closing: | *See* Settlement Statement attached hereto as Exhibit B |

Dated: December 20, 2022

ZACHAIR, LTD.

*/s/ Bradford F. Englander*
Whiteford, Taylor & Preston, LLP
Bradford F. Englander, Esq., Bar No. 11951
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
Email: benglander@wtplaw.com

*Counsel for the Debtor*

*12718780*