OMB No. 2502-0265

| | | |
|---|---|---|
| **FINAL** | **B. TYPE OF LOAN** | |
| **A. SETTLEMENT STATEMENT (HUD-1)** | 1. ☐ FHA  2. ☐ FHMA  3. ☐ CONV. UNINS. | |
| | 4. ☐ VA   5. ☐ CONV. INS. | |
| | 6. FILE NUMBER: JE0074  7. LOAN NUMBER | |
| | 8. MORTGAGE INS. CASE NO.: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D. NAME & ADDRESS OF BORROWER: | HYDE FIELD ACQUISITION LLC, a Maryland limited liability company  656 Quince Orchard Road, Suite 550, Gaithersburg, MD 20878 |
| E. NAME & ADDRESS OF SELLER: | Zachair, Ltd., a Maryland corporation  1676 International Drive,, Suite 1350, Tysons, VA 22102 |
| F. NAME & ADDRESS OF LENDER: | |
| G. PROPERTY LOCATION: | HYDE FIELD +/- 423 Acres (Zachair Property), , MD |
| H. SETTLEMENT AGENT: PLACE OF SETTLEMENT: | NVR Settlement Services Of Maryland, Inc. , , MD (703) 259-6800 |
| I. SETTLEMENT DATE: | 12/14/2022 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract sales price | 7,500,000.00 | 401. Contract sales price | 7,500,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 21,120.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments For Items Paid By Seller In Advance:** | | **Adjustments For Items Paid By Seller In Advance:** | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes  12/14/22 to 06/30/23 | 25,108.81 | 407. County taxes  12/14/22 to 06/30/23 | 25,108.81 |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower:** | 7,546,228.81 | **420. Gross Amount Due To Seller:** | 7,525,108.81 |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | 500,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 2,784,484.76 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. Sandy Spring Bank | 3,381,352.51 |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. Deposit To Seller | 500,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments For Items Unpaid By Seller:** | | **Adjustments For Items Unpaid By Seller:** | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower:** | 500,000.00 | **520. Total Reductions In Amount Due Seller:** | 6,665,837.27 |
| **300. Cash At Settlement From/To Borrower:** | | **600. Cash At Settlement From/To Seller:** | |
| 301. Gross amount due from borrower (line 120) | 7,546,228.81 | 601. Gross amount due to seller (line 420) | 7,525,108.81 |
| 302. Less amount paid by/for borrower (line 220) | 500,000.00 | 602. Less reductions in amount due seller (line 520) | 6,665,837.27 |
| **303. Cash (☒FROM) (☐TO) Borrower:** | 7,046,228.81 | **603. Cash (☒TO) (☐FROM) Seller:** | 859,271.54 |

Previous Edition Is Obsolete  
Form No. 1581  
3/86  

X _____  
X _____  

Page 1 of 3  

X _____  
X _____  

SB-4-3538-000-1  
HUD-1 (3-86)  
RESPA, HB 4305.2

| L. | SETTLEMENT CHARGES | Escrow: JE0074 | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission: Based On Price $ 7,500,000.00 @ 5.00 % = 375,000.00 | | | | |
| Division of Commission (line 700) As Follows: | | | | |
| 701. $ to | | | | |
| 702. $ 375,000.00 to Fraser Forbes Company LLC | | | | |
| 703. Commission paid at settlement | | | | 375,000.00 |
| 704. | | | | |
| **800. Items Payable In Connection With Loan:** | | | | |
| 801. Loan Origination fee       % | | | | |
| 802. Loan Discount       % | | | | |
| 803. Appraisal fee to: | | | | |
| 804. Credit report to: | | | | |
| 805. Lender's inspection fee | | | | |
| 806. Mortgage insurance application fee to | | | | |
| 807. Assumption fee | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| 820. | | | | |
| 821. | | | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | | |
| 901. Interest from    to    @$    /day    (0 days) | | | | |
| 902. Mortgage insurance premium for    mo. to | | | | |
| 903. Hazard insurance premium for    yrs. to | | | | |
| 904. Flood insurance premium for    yrs. to | | | | |
| 905. | | | | |
| 906. | | | | |
| **1000. Reserves Deposited With Lender:** | | | | |
| 1001. Hazard insurance   0 months @ $   0.00 per month | | | | |
| 1002. Mortgage insurance   0 months @ $   0.00 per month | | | | |
| 1003. City property taxes   0 months @ $   0.00 per month | | | | |
| 1004. County property taxes   0 months @ $   0.00 per month | | | | |
| 1005. Annual assessments   0 months @ $   0.00 per month | | | | |
| 1006. Flood insurance   0 months @ $   0.00 per month | | | | |
| 1007.   0 months @ $   0.00 per month | | | | |
| 1008. Aggregate Adjustment | | | | |
| 1009. | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee to NVR Settlement Services Of Maryland, Inc. | | | 750.00 | 750.00 |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to         (includes above item Numbers:            ) | | | | |
| 1108. Title insurance to Stewart Title Guaranty - MDB         (includes above item Numbers:            ) | | | 20,230.00 | |
| 1109. Lender's coverage  $ | | | | |
| 1110. Owner's coverage  $ 7,500,000.00  Premium: $20230.00 | | | | |
| 1111. Title Update Fee to NVR Settlement Services, Inc. | | | 25.00 | |
| 1112. Wire Fee to NVR Settlement Services, Inc. | | | | 250.00 |
| 1113. E-Record Fee to Simplifile | | | | 8.50 |
| 1114. Deed Prep Fee to Thomas C. Barry, Esq. | | | | 400.00 |
| **1200. Government Recording and Transfer Charges:** | | | | |
| 1201. Recording fees: Deed $ 115.00   ;Mortgage $ 0.00   ;Releases $ 50.00 | | | 115.00 | 50.00 |
| 1202. City/county tax/stamps: Deed $   0.00   ;Mortgage $   0.00 | | | | |
| 1203. State tax/Stamps:   Deed $   0.00   ;Mortgage $   0.00 | | | | |
| 1204. Recordation Tax to Prince George's County | | | | |
| 1205. | | | | |
| **1300. Additional Settlement Charges:** | | | | |
| 1301. Survey to | | | | |
| 1302. Pest inspection to | | | | |
| 1303. Property Tax to Prince George's County-FY 2021 -2023 Real Estate Taxes | | | | 92,036.56 |
| 1304. Property Tax to Prince George's County-FY 2021 - 2023 Real Estate Taxes | | | | 1,240.51 |
| 1305. Property Tax to Prince George's County-FY 2021 - 2023 Real Estate Taxes | | | | 23,202.65 |
| 1306. Property Tax to Prince George's County-FY 2021 - 2023 Real Estate Taxes | | | | 13,786.07 |
| 1307. Court Ordered Payment to William C. Harvey Associates, Inc. | | | | 43,095.00 |
| 1308. Exhibit "B" Attached Hereto | | | | 2,234,665.47 |
| **1400. Total Settlement Charge** *(Enter on line 103, Section J - and - line 502, Section K)* | | | 21,120.00 | 2,784,484.76 |

Form No. 1582                                                    Page 2 of 3                                                    SB-4-3538-000-1

X _____    X _____    X _____    X _____

| SELLER'S AND/OR BORROWER'S STATEMENT | Escrow: JE0074 |
|---|---|

The Seller's and Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.

Borrowers/Purchasers                                    Sellers

HYDE FIELD ACQUISITION LLC, a Maryland                  Zachair, Ltd., a Maryland corporation
limited liability company
By: *Daniel A Malyl*                                     By:_____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____, Agent      Date: 12/13/2022
                 NVR Settlement Services Of Maryland, Inc.

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

SELLER'S AND/OR BORROWER'S STATEMENT        Escrow:   JE0074

The Seller's and Borrower's signatures hereon acknowledge their approval and signify their understanding that tax and insurance prorations and reserves are based on figures for the preceding year or supplied by others or estimated for the current year, and in the event of any change for the current year, all necessary adjustments will be made between Borrower and Seller directly. Any deficit in delinquent taxes or mortgage payoffs will be promptly reimbursed to the Settlement Agent by the Seller.

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

I hereby authorize the Settlement Agent to make expenditures and disbursements as shown above and approve same for payment.

Borrowers/Purchasers                                                 Sellers

HYDE FIELD ACQUISITION LLC, a Maryland            Zachair, Ltd., a Maryland corporation
limited liability company

By:_____                 By: _Lawrence A. Katz, Trustee_

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____, Agent        Date: _12/13/2022_
                NVR Settlement Services Of Maryland, Inc.

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see:  Title 18 U.S. Code Section 1001 and Section 1010.

| ATTACHMENT TO HUD 1 | | Escrow No.: | JE0074 |
| --- | --- | --- | --- |
| Settlement Date: 12/14/2022 | | Title No.: | 074-93348-22 |
| | | Page: | 1 |

| | Buyer Amount | Seller Amount |
| --- | --- | --- |
| EXHIBIT A: (HUD Section 500) | | |
| Reductions In Amount Due To Seller: - Loan Payoff Breakdown: | | |
| | | |
| **Sandy Spring Bank** | | |
| Principal Balance To: Sandy Spring Bank | | 3,381,352.51 |
| Total: | | 3,381,352.51 |
| | | |
| EXHIBIT B: (HUD Section 1300) | Buyer Amount | Seller Amount |
| Additional Settlement Charges: | | |
| Court Ordered Payment to Whiteford Taylor & Preston, LLP | | 1,703,052.27 |
| Court Ordered Payment to Streamline Advisors, LLC | | 60,540.00 |
| Court Ordered Payment to SC&H Group, Inc. | | 44,182.50 |
| Court Ordered Payment to Mendelson & Mendelson, CPAs, P.C. | | 9,867.86 |
| Court Ordered Payment to O'Malley, Miles, Nylen & Gilmore, P.A. | | 8,600.50 |
| Court Ordered Payment to Womble Bond Dickinson (US) LLP | | 1,593.00 |
| Court Ordered Payment to Holland & Knight LLP | | 354,025.08 |
| Expense Reimbursement And Commitment Fee to Three Line Capital, LLC | | 52,804.26 |
| Total: | | 2,234,665.47 |