# Sandy Spring Bank

Last statement: March 31, 2023
This statement: April 30, 2023
Total days in statement period: 30

Page 1 of 1

(7)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | | | Beginning balance | $272,786.10 |
| Enclosures | | 7 | Total additions | 501,302.00 |
| Low balance | | $164,530.59 | Total subtractions | 109,557.51 |
| Average balance | | $290,594.24 | Ending balance | $664,530.59 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1177 | 04-10 | 2,000.00 | 1790 * | 04-12 | 47,104.80 |
| 1200 * | 04-10 | 2,000.00 | 1791 | 04-12 | 252.33 |
| 1208 * | 04-10 | 2,000.00 | 1792 | 04-14 | 54,200.38 |
| 1218 * | 04-10 | 2,000.00 | * Skip in check sequence | | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 04-13 | ' Deposit | 1,302.00 |
| 04-26 | ' Wire IN<br>　　　　　　WHITEFORD TAYLOR &BALTIMORE MD<br>BANKRUPTCY CASE SA | 500,000.00 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 272,786.10 | 04-12 | 217,428.97 | 04-14 | 164,530.59 |
| 04-10 | 264,786.10 | 04-13 | 218,730.97 | 04-26 | 664,530.59 |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 04/28/2023



**Check # 1177 - $2,000.00 - Presented: 04/10/2023**



**Check # 1208 - $2,000.00 - Presented: 04/10/2023**



**Check # 1790 - $47,104.80 - Presented: 04/12/2023**



**Check # 1792 - $54,200.38 - Presented: 04/14/2023**



**Check # 1200 - $2,000.00 - Presented: 04/10/2023**



**Check # 1218 - $2,000.00 - Presented: 04/10/2023**



**Check # 1791 - $252.33 - Presented: 04/12/2023**

# Sandy Spring Bank

Last statement: April 30, 2023
This statement: May 31, 2023
Total days in statement period: 31

Page 1 of 1

(5)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | | | Beginning balance | $664,530.59 |
| Enclosures | | 5 | Total additions | 288.00 |
| Low balance | | $655,334.64 | Total subtractions | 9,483.95 |
| Average balance | | $660,215.91 | Ending balance | $655,334.64 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1797 | 05-10 | 250.00 | 1800 | 05-16 | 1,932.12 |
| 1798 | 05-16 | 3,113.91 | 1801 | 05-26 | 1,500.00 |
| 1799 | 05-16 | 2,672.92 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-08 | ' Total Service Charge | 15.00 |
| | FEE BASED ACTIVITY FOR 04/23 | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 05-16 | ' Deposit | 288.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 664,530.59 | 05-10 | 664,265.59 | 05-26 | 655,334.64 |
| 05-08 | 664,515.59 | 05-16 | 656,834.64 | | |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 05/31/2023



**Check # 1797 - $250.00 - Presented: 05/10/2023**



**Check # 1798 - $3,113.91 - Presented: 05/16/2023**



**Check # 1799 - $2,672.92 - Presented: 05/16/2023**



**Check # 1800 - $1,932.12 - Presented: 05/16/2023**



**Check # 1801 - $1,500.00 - Presented: 05/26/2023**

# Sandy Spring Bank

Last statement: May 31, 2023
This statement: June 30, 2023
Total days in statement period: 30

Page 1 of 1

(1)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | | | Beginning balance | $655,334.64 |
| Enclosures | | 1 | Total additions | .00 |
| Low balance | | $653,167.94 | Total subtractions | 2,166.70 |
| Average balance | | $655,045.75 | Ending balance | $653,167.94 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1803 | 06-27 | 2,166.70 | | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 655,334.64 | 06-27 | 653,167.94 | | |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 06/30/2023

```
                                                    Sandy Spring Bank        1803
                                                    sandyspringbank.com
        ZAC HAIR LTD                                                    65-109-550
        DEBTOR IN POSSESSION CASE: 20-10691-TJC
        1676 INTERNATIONAL DR STE 1350
        TYSONS, VA 22102
                                                                   06/22/2023

PAY TO THE  Fetter Aviation Co.                              $    $2,166.70
ORDER OF

   TWO THOUSAND AND ONE HUNDRED SIXTY-SIX 70/00 DOLLARS                DOLLARS


                                          Lawrence A. Tate
MEMO                                      AUTHORIZED SIGNATURE
   Invoice No. 25752
```

**Check # 1803 - $2,166.70 - Presented: 06/27/2023**

# Capital One Bank

**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD  APRIL 01, 2023  -  APRIL 28, 2023

**Commercial Checking**                                                        ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | |
|---|---|---|---|
| Previous Balance  03/31/23 | $15,299.08 | Number of Days in Cycle | 28 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 04/28/23 | $15,299.08 | | |

## ACCOUNT DETAIL    FOR PERIOD  APRIL 01, 2023  -  APRIL 28, 2023

**Commercial Checking**                                                       ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 04/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 04/28 | | | | $15,299.08 |
| Total | | $0.00 | $0.00 | |

No Items Processed

*Thank you for banking with us.*                                                                                 PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.




## An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  MAY 01, 2023  -  MAY 31, 2023

**Commercial Checking**     ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | |
|---|---|---|---|
| Previous Balance  04/30/23 | $15,299.08 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 05/31/23 | $15,299.08 | | |

## ACCOUNT DETAIL    FOR PERIOD  MAY 01, 2023  -  MAY 31, 2023

**Commercial Checking**     ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 05/31 | | | | $15,299.08 |
| *Total* | | $0.00 | $0.00 | |

No Items Processed

Thank you for banking with us.       PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.




## An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



**MANAGE YOUR CASH**
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

**ACCOUNT SUMMARY**    FOR PERIOD  JUNE 01, 2023  -  JUNE 30, 2023

**Commercial Checking**                                                           ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | |
|---|---|---|---|
| Previous Balance 05/31/23 | $15,299.08 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 06/30/23 | $15,299.08 | | |

**ACCOUNT DETAIL**    FOR PERIOD  JUNE 01, 2023  -  JUNE 30, 2023

**Commercial Checking**                                                           ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 06/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 06/30 | | | | $15,299.08 |
| Total | | $0.00 | $0.00 | |
| No Items Processed | | | | |

Thank you for banking with us.                                                   PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.




## An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.