B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re Zachair, Ltd _____ .                                Case No. 20-10691_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Maureen Bell Asterbadi | PD Hyde Field, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  2726 Chain Bridge Road NW
  Washington, D.C. 20016

Court Claim # (if known): __18-1__
Amount of Claim: __$5,617,818.00__
Date Claim Filed: __05/20/2020__

Phone: _____
Last Four Digits of Acct #: __N/A__

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Maureen Bell Asterbadi_  Date: 11/27/23
    Transferee/Transferee's Agent

By: _/s/_  Date: 11/27/23
    Transferor/Transferor's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.