# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  MARYLAND

GREENBELT DIVISION

In re:  Zachair, Ltd

§
§
§
§

Debtor(s)

Case No.  20-10691

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2023

Petition Date: 01/17/2020

Plan Confirmed Date: 12/14/2022

Plan Effective Date: 12/14/2022

This Post-confirmation Report relates to: ◉ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Lawrence A. Katz, Plan Administrator

Signature of Responsible Party

01/25/2024

Date

Lawrence A. Katz, Plan Administrator

Printed Name of Responsible Party

Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons Corner, VA 22102

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Zachair, Ltd                                                      Case No.  20-10691

## Part 1: Summary of Post-confirmation Transfers

|  | Current  Quarter | Total Since Effective  Date |
|---|---|---|
| a. Total cash disbursements | $20,885 | $917,083 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $20,885 | $917,083 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor        *Aggregate Total* | | $0 | $2,854,672 | $558,782 | $2,687,453 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Whiteford Taylor & Preston LL | Special Counsel | $0 | $2,411,664 | $541,392 | $2,244,445 |
| ii | Womble Bond Dickenson (US) | Special Counsel | $0 | $71,593 | $0 | $71,593 |
| iii | Holland & Knight, LLP | Special Counsel | $0 | $371,415 | $17,390 | $371,415 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Zachair, Ltd                                              Case No.  20-10691

| | | | | | |
|---|---|---|---|---|---|
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |

Debtor's Name Zachair, Ltd      Case No. 20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $182,892 | $2,201 | $177,890 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| i | William C Harvey & Associates | Other | $0 | $45,923 | $0 | $43,095 |
| ii | Streamline Advisors, LLC | Financial Professional | $0 | $61,215 | $0 | $60,540 |
| iii | SC&H Group, Inc. | Financial Professional | $0 | $44,183 | $0 | $44,183 |
| iv | Mendelson & Mendelson, CPA | Financial Professional | $0 | $14,270 | $2,201 | $12,069 |
| v | O'Malley, Miles, Nylen & Gilm | Special Counsel | $0 | $17,301 | $0 | $18,003 |
| vi | | | | | | |

Debtor's Name Zachair, Ltd                                        Case No.  20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name Zachair, Ltd                                          Case No.  20-10691

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

Debtor's Name Zachair, Ltd                                                 Case No.  20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $3,037,564 | $560,984 | $2,865,342 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $3,037,564 | $0 | $2,922,341 | $3,037,564 | 96% |
| b. Secured claims | $3,381,353 | $0 | $3,381,353 | $3,381,353 | 100% |
| c. Priority claims | $76,696 | $0 | $76,696 | $76,696 | 100% |
| d. General unsecured claims | $439,019 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                              Yes ◯    No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: 12/31/2024

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?                Yes ⦿    No ◯

Debtor's Name Zachair, Ltd                                                          Case No.  20-10691

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>**

/s/ Lawrence A. Katz                                    Lawrence A. Katz, Plan Administrator
Signature of Responsible Party                          Printed Name of Responsible Party

Plan Administrator                                     01/25/2024
Title                                                   Date

Debtor's Name Zachair, Ltd                                    Case No.  20-10691



Page 1

Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Zachair, Ltd                                                        Case No. 20-10691



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

# Sandy Spring Bank

Last statement: September 30, 2023
This statement: October 31, 2023
Total days in statement period: 31

Page 1 of 1

██████████
(3)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
17801 Georgia Ave
Olney MD 20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | ████████ | Beginning balance | $521,653.29 |
| Enclosures | 3 | Total additions | .00 |
| Low balance | $517,709.56 | Total subtractions | 3,943.73 |
| Average balance | $519,825.23 | Ending balance | $517,709.56 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1812 | 10-17 | 1,680.00 | 1814 | 10-26 | 276.23 |
| 1813 | 10-17 | 1,987.50 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 521,653.29 | 10-17 | 517,985.79 | 10-26 | 517,709.56 |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 10/31/2023



**Check # 1812 - $1,680.00 - Presented: 10/17/2023**



**Check # 1813 - $1,987.50 - Presented: 10/17/2023**



**Check # 1814 - $276.23 - Presented: 10/26/2023**

# Sandy Spring Bank

Last statement: October 31, 2023
This statement: November 30, 2023
Total days in statement period: 30

Page 1 of 1

████████████
(2)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
17801 Georgia Ave
Olney MD 20832

---

## Flex Business Checking

| | | | |
|---|---|---|---|
| Account number | ████████ | Beginning balance | $517,709.56 |
| Enclosures | 2 | Total additions | .00 |
| Low balance | $502,403.31 | Total subtractions | 15,306.25 |
| Average balance | $509,978.69 | Ending balance | $502,403.31 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1815 | 11-14 | 1,166.25 | 1816 | 11-16 | 14,140.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-31 | 517,709.56 | 11-14 | 516,543.31 | 11-16 | 502,403.31 |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**



**Check # 1815 - $1,166.25 - Presented: 11/14/2023**



**Check # 1816 - $14,140.00 - Presented: 11/16/2023**

# Sandy Spring Bank

Last statement: November 30, 2023
This statement: December 31, 2023
Total days in statement period: 31

Page 1 of 1

███████████
(1)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

---

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | ███████████ | | Beginning balance | $502,403.31 |
| Enclosures | 1 | | Total additions | .00 |
| Low balance | $500,768.31 | | Total subtractions | 1,635.00 |
| Average balance | $501,823.15 | | Ending balance | $500,768.31 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1817 | 12-21 | 1,635.00 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 502,403.31 | 12-21 | 500,768.31 | | |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**



**Check # 1817 - $1,635.00 - Presented:**
**12/21/2023**



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD OCTOBER 01, 2023 - OCTOBER 31, 2023

**ZACHAIR, LTD DEBTOR IN POSSESSION**

| Commercial Checking | | | |
|---|---|---|---|
| Previous Balance  09/30/23 | $15,299.08 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 10/31/23 | $15,299.08 | | |

## ACCOUNT DETAIL    FOR PERIOD OCTOBER 01, 2023  -  OCTOBER 31, 2023

**ZACHAIR, LTD DEBTOR IN POSSESSION**

Commercial Checking

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 10/31 | | | | $15,299.08 |
| **Total** | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.

 

An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A.,  7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S


## Capital One Bank

# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  NOVEMBER 01, 2023  -  NOVEMBER 30, 2023

**Commercial Checking**                                        **ZACHAIR, LTD DEBTOR IN POSSESSION**

| | | | |
|---|---|---|---|
| Previous Balance  10/31/23 | $15,299.08 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 11/30/23 | $15,299.08 | | |

## ACCOUNT DETAIL    FOR PERIOD  NOVEMBER 01, 2023   -   NOVEMBER 30, 2023

**Commercial Checking**                                        **ZACHAIR, LTD DEBTOR IN POSSESSION**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 11/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 11/30 | | | | $15,299.08 |
| *Total* | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.



MEMBER FDIC    EQUAL HOUSING LENDER

An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A.,  7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PAGE 2 OF 2

PSI: 0 / SHC: 0 / LOB :S

# Capital One Bank

## MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD  DECEMBER 01, 2023  -  DECEMBER 29, 2023

**Commercial Checking** | | | | | ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | | |
|---|---|---|---|---|
| Previous Balance  11/30/23 | $15,299.08 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 12/29/23 | $15,299.08 | | |

## ACCOUNT DETAIL    FOR PERIOD  DECEMBER 01, 2023  -  DECEMBER 29, 2023

**Commercial Checking** | | | | ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 12/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 12/29 | | | | $15,299.08 |
| **Total** | | $0.00 | $0.00 | |
| No Items Processed | | | | |

*Thank you for banking with us.*

PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2023 Capital One. All rights reserved.



An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A.,  7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PAGE 2 OF 2

PSI: 0 / SHC: 0 / LOB :S