# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  Zachair, Ltd                              ,   Case No.  20-10691

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Maureen Bell Asterbadi | Arlyn Construction |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  2726 Chain Bridge Road NW
  Washington, D.C. 20016

  mbasterbadi@aol.com

Court Claim # (if known): N/A
Amount of Claim:  $1,753.00
Date Claim Filed:  Schedules

All pre-petition date claims of transferor against the Debtor have been transferred by Transferor to Transferee.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: March 29, 2024
       Patrick J. Potter

4881-7468-3570.v1

**MAUREEN BELL ASTERBADI**
2726 CHAIN BRIDGE RD. NW
WASHINGTON, DC  20016-3404

15-154/540

164

Date 2/22/24

Pay to the Order of: Arlyn Cons

$

Dollars

← Heat Reactive Ink

Memo _____

⑈00164⑈

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK

CASHED