## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

|  |  |
|---|---|
| *In re:* | ) |
| | ) |
| | )  Case No. 20-10691-LSS |
| ZACHAIR, LTD., | ) |
| | )  Chapter 11 |
| Reorganized Debtor. | ) |
| | ) |
| LAWRENCE A. KATZ, Plan Administrator | ) |
| for the Bankruptcy Estate of Zachair, Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | )  Adv. Proc. No. 23-00014 |
| v. | ) |
| | ) |
| DR. NABIL J. ASTERBADI, et al. | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT
## PURSUANT TO BANKRUPTCY RULE 9019

Lawrence A. Katz ("**Plan Administrator**"), formerly the Chapter 11 Trustee and now the

plan administrator under the confirmed chapter 11 plan of Zachair, Ltd. (the "**Debtor**"), Dr.

Nabil J. Asterbadi ("**Dr. Asterbadi**") and Maureen Asterbadi ("**Mrs. Asterbadi**" and together

with the Plan Administrator and Dr. Asterbadi, the "**Parties**"), each by counsel, file this joint

motion for approval of a settlement (the "**Motion**") by and between the Plan Administrator, Dr.

Asterbadi, and Mrs. Asterbadi pursuant to Rule 9019 of the Federal Rules of Bankruptcy

Procedure (the "**Bankruptcy Rules**").  In support of the Motion, the Parties respectfully state as

follows:

**Background**

**A. The Bankruptcy Case**

1.  On January 17, 2020 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code commencing the Debtor's chapter 11 case, captioned *In re Zachair, Ltd.*, Case No. 20-10691 (the "**Bankruptcy Case**").

2.  Dr. Asterbadi is the 100% owner of the Debtor along with his wife, Mrs. Asterbadi, as tenants by the entirety.  Dr. Asterbadi was also a Director and the President and Secretary of the Debtor.  Mrs. Asterbadi was also a Director and the Vice President of the Debtor.

3.  The Debtor owned approximately 423 acres of land located in Prince George's County, Maryland (the "**Property**"), which was used primarily as an airfield.  The Debtor also conducted mining and fill operations on the Property.

4.  On August 31, 2022, the Debtor filed its Second Amended Plan of Reorganization [Docket No. 365] (the "**Plan**"), which was based upon the sale of the Property.

5.  On October 27, 2022, the Office of the United States Trustee filed a Motion to Appoint Chapter 11 Trustee [Docket No. 394].  On November 3, 2022, this Court entered a Consent Order granting the United States Trustee's Motion [Docket No. 412], and on November 10, 2022, Lawrence A. Katz (now the Plan Administrator) was appointed as the chapter 11 trustee [Docket No. 420].

6.  On November 15, 2022, the Court entered an Order Confirming Debtor's Second Amended Plan of Reorganization and Finally Approving Sale of Property Free and Clear of

Liens, Claims, Encumbrances and Other Interests (the "**Plan Confirmation Order**") [Docket No. 422], pursuant to which Mr. Katz became the Plan Administrator.

7.    Pursuant to the terms of the Plan, the Plan Administrator is authorized to perform various services for the benefit of the Estate and is entitled to exercise the powers granted to a chapter 11 trustee appointed pursuant to section 1104 of the Bankruptcy Code, including, but not limited to, the power to investigate and prosecute claims and causes of action for the benefit of the Debtor's bankruptcy estate (the "**Estate**").

**B. The Adversary Proceeding**

8.    On January 16, 2023, the Plan Administrator filed a complaint (the "**Complaint**") against Dr. and Mrs. Asterbadi, thereby commencing the above-captioned Adversary Proceeding (the "**Adversary Proceeding**").  In the Complaint, the Plan Administrator asserted various claims against Dr. and Mrs. Asterbadi, including failure to repay shareholder loans, breach of fiduciary duty for failure to preserve certain avoidance actions for the benefit of the Estate, breach of fiduciary duty for failure to preserve certain real property for the benefit of the Estate, and breach of fiduciary duty and unjust enrichment on account of unreimbursed tax credits paid by the Debtor for the benefit of Dr. and Mrs. Asterbadi.

9.    After the commencement of the Adversary Proceeding, Mrs. Asterbadi acquired and became the Holder[1] of the Allowed Unsecured Claims listed on the following chart and filed a claim transfer notice for each with the Court as indicated (the "**Acquired MBA Claims**"):

| Name | Allowed Amount | Transfer Notice Docket No. |
|---|---|---|
| Womble Bond Dickinson (US) LLP Attn: Opel Benoit | $172,414.47 | Doc 515 |
| PD Hyde | $3,200,000.00 | Doc 510 |

---

[1] Capitalized terms not defined herein shall have the meaning given to such term in the Plan.

| | | |
|---|---|---|
| Dewberry Consultants LLC / Dewberry Engineers, Inc. | $47,466.60 | Doc 532[2] |
| Verizon Wireless Verizon Wireless Correspondence Team | $1,497.65 | Doc 537 |
| Pepco | $881.15 | Doc 536 |
| Maryland Department of the Environment | $1,000.00 | Doc 534 |
| Imperial PFS | $1,051.50 | Doc 533 |
| Fry, Michael C. | $1,687.24 | Doc 535 |
| Clinton Fence | $1,054.00 | Doc 531 |
| Arlyn Construction Co | $1,753.00 | Doc 530 |
| Washington Suburban Sanitary Commission | $142.45 | Doc 549 |
| **Total** | $3,428,948.06 | |

10.      Mrs. Asterbadi previously filed a proof claim (POC 20-1) in the Bankruptcy Case for a general unsecured claim in the amount of $0 (the "**Filed MBA Claim**" and together with the Acquired MBA Claims, the "**Allowed MBA Claims**").  Dr. Asterbadi also previously filed a general unsecured claim (POC 19-1) in the Bankruptcy Case in the amount of $7,000 (the "**Allowed Dr. Asterbadi Claim**").

11.      The Parties negotiated in good faith over the course of several months and have agreed to settle all disputes and matters between and among them in the Bankruptcy Case, Adversary Proceeding and otherwise. The terms of the settlement are memorialized in the Settlement Agreement by and among the Parties attached hereto as Exhibit A (the "**Settlement Agreement**") and are generally as follows:

(a)      imposing a cap (and floor) on the amount of the distribution to Mrs. Asterbadi on account of the Allowed MBA Claims equal to $175,000;

(b)       an initial distribution by the Plan Administrator of funds in the Estate, less a

---

[2] A duplicate "claim" of Dewberry Consultant's, LLC was docketed on August 24, 2020 [POC No. 22]. The docketed "claim" was not accompanied by the Official Proof of Claim form; instead, the "claim" consisted of the proposal between Zachair and Dewberry which formed the basis of Dewberry's claim. Notwithstanding the foregoing, Mrs. Asterbadi acquired Dewberry's claim (evidenced by POC Nos. 15 and 22) in the aggregate amount of $47,466.60.

reasonable reserve for wind-down expenses, which would pay Mrs. Asterbadi a distribution equal to $175,000;

(c)     Court-ordered recognition of the abandonment of all right, title, and interest by the Debtor and the Plan Administrator in the 2014 Mercedes Benz GL63 SUV, VIN No. 4JGDF7EE3EA300402, and 2015 Mercedes SL65 AMG Roadster, VIN No. WDDJK7KAXFF035220 (together, the "**Vehicles**"), as well as the lack of any form of liability on the part of Zachair and the Plan Administrator relating to the Vehicles, and the assumption by Dr. Asterbadi of all liability relating to the Vehicles;

(d)     subordination (to all other Claims in the Bankruptcy Case) of the Allowed Dr. Asterbadi Claim;

(e)     pursuit by the Plan Administrator of the reimbursement of certain expenses from NVR, Inc. ("**NVR**"), as he deems appropriate, with any recoveries (net of attorney's fees and expenses) to be distributed solely to holders of Allowed Unsecured Claims other than the Allowed MBA Claims;

(f)     mutual releases; and

(g)     assumption by Dr. Asterbadi and Mrs. Asterbadi of Zachair federal and state income tax liabilities (recognizing that none of the Parties are presently aware of any such liabilities) as set forth herein.

12.     By this Motion, the Parties now seek approval of the settlement as set forth in the Settlement Agreement.

## Legal Argument

13.     Pursuant to Fed. R. Bankr. P. 9019, courts may approve a compromise or settlement after notice and a hearing.

14.     "It is well established that a bankruptcy court's approval of a settlement . . . is within its sound discretion."  *St. Paul Fire & Marine Ins. Co. v. Vaughn*, 779 F.2d 1003, 1010 (4th Cir. 1985).  "Objection [to a proposed settlement] is not fatal to such a settlement if '[it] is found to be in the best interests of the estate as a whole.'"  *Id.* (quoting *In re Flight Transp. Corp. Securities Litigation*, 730 F.2d 1128, 1138 (8th Cir. 1984)).  *See also*, *Rahman v. Oncology Associates, P.C.*, 269 B.R. 139, 150 (D. Md. 2001) ("[T]he essential inquiry which this Court must make in this particular case is to determine whether the compromise reached by the parties is 'fair and equitable' and in the best interests of the estate."); *In re Smith*, 210 B.R. 689, 692 (Bankr. D. Md. 1997) ("[I]t is also the obligation of a bankruptcy court to review independently a proposed compromise to determine whether it is fair and equitable and in the best interests of the bankruptcy estate.").

15.     When determining whether a particular settlement is "in the best interests of the estate," a court must consider the following factors:  (a) the probability of success in litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved (including the expense, inconvenience and delay necessarily attending the litigation); and (d) the paramount interest of the creditors and a proper deference to their reasonable views.  *Rahman v. Oncology Associates, P.C.*, 269 B.R. at 149.

16.     These factors weigh in favor of settlement in this case. First, with respect to the probability of success, the Plan Administrator acknowledges that certain of the claims are difficult to prove and involve issues that are not well-settled in the law. While the Plan Administrator believes in the merits of his claims, he also recognizes that litigation always encompasses risk and results are never certain.

17.     Second, with respect to the complexity of the litigation, the Plan Administrator submits that the claims are fact-intensive and would require extensive discovery, as well expert testimony on valuation and the effect of environmental issues on the highest and best use of the Property. The litigation would have been costly, with no certainty of outcome.

18.     Third, with respect to collectability, the Plan Administrator believes that Mrs. Asterbadi has assets against which he could collect, Dr. Asterbadi has no or *de minimis* collectable assets. Accordingly, if the Plan Administrator was successful only in obtaining a judgment against Dr. Asterbadi, he may not have been able to collect the judgment.

19.     Fourth, with respect to deference to creditors, Mrs. Asterbadi now holds roughly 96% of the Allowed Unsecured Claims. Other than the Allowed MBA Claims and the subordinated Allowed Dr. Asterbadi Claim, only the claims of Comcast, American Express, and Meyers Rodbell Rosenbaum remain (the "**Third Party Allowed Unsecured Claims**"). Notwithstanding the large percentage of Allowed Unsecured Claims controlled by Mrs. Asterbadi, Mrs. Asterbadi will only share in the initial distribution, which will result in a *pro rata* payment to her in the floor/ceiling amount of $175,000. Only the holders of the Third Party Allowed Unsecured Claims will receive subsequent distributions, including the distribution of net recoveries received from NVR.

20.     For all the foregoing reasons, the Plan Administrator believes that the settlement is in the best interests of the Estate and its creditors and should be approved.

21.     As required by Local Bankruptcy Rule 9013-2, the Parties state that no memorandum will be filed and that they will rely solely upon this Motion.

WHEREFORE, the Parties request entry of an order, substantially in the form attached hereto as Exhibit B, approving the settlement and granting such other relief as may be just and proper.

Dated: July 3, 2024                    Respectfully submitted,

_/s/ Kristen E. Burgers_
Kristen E. Burgers (D. Md. Bar No. 30846)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
E-mail:  kburgers@hirschlerlaw.com

_Counsel to the Plan Administrator for the Estate of Zachair Ltd._

_/s/ Patrick J. Potter_
Patrick J. Potter (D. Md. Bar No. 08445)
Pillsbury Winthrop Shaw Pittman
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: (202) 663-8928
E-mail: patrick.potter@pillsburylaw.com

_Counsel to Maureen Asterbadi_

_/s/ Steven L. Goldberg_
Steven L. Goldberg (D. Md. Bar No. 28089)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
E-mail: sgoldberg@mhlawyers.com

_Counsel to Dr. Nabil Asterbadi_

- 8 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of July, 2024, (i) I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing *Joint Motion for Approval of Settlement Pursuant to Bankruptcy Rule 9019* (including <u>Exhibit A</u>, the "**Motion**"), together with a proposed Order (the "**Order**") and Notice of the Motion (the "**Notice**"), will be served electronically by the Court's CM/ECF system on the attorneys listed on Attachment 1 (ECF List), (ii) a true and correct copy of the Motion, the proposed Order, and the Notice were served by first class U.S. mail, postage prepaid, upon the parties identified of Attachment 2 (First Class Mail List), and (iii) a true and correct copy of the Motion, the proposed Order, and the Notice were served by electronic e-mail upon Natalie M. McGhee (nmcghee@becket-lee.com), Kenneth Kleppinger (kkleppinger@becket-lee.com), and Cheryl E. Rose (croseesq@aol.com).

*/s/ Kristen E. Burgers*
Kristen E. Burgers

## <u>ATTACHMENT 1</u>

### ECF Service List

- Richard L. Costella    rcostella@tydings.com, jmurphy@tydings.com
- Marguerite Lee DeVoll    mdevoll@watttieder.com, shope@watttieder.com
- Bradford F. Englander    benglander@wtplaw.com, twhitt@wtplaw.com
- Philip Tucker Evans    philip.evans@hklaw.com,  kimi.odonnell@hklaw.com, hapi@hklaw.com
- Nancy Greene    ndg@ndglaw.com
- Patrick J. Kearney    pkearney@sgrwlaw.com, jnam@sgrwlaw.com
- Nicole C. Kenworthy    bdept@mrrlaw.net
- Michael J. Klima    bankruptcy@peroutkalaw.com
- Jennifer Larkin Kneeland    jkneeland@watttieder.com, zsyed@watttieder.com
- Michael J. Lichtenstein    mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
- Jeffery Thomas Martin    jtm@henrylaw.com, mbp@henrylaw.com
- M. Evan Meyers    bdept@mrrlaw.net
- Kevin M. O'Donnell    kmo@henrylaw.com, mbp@henrylaw.com, jtm@henrylaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Elizabeth Anne Scully    escully@bakerlaw.com
- Joseph Michael Selba    JSelba@tydingslaw.com, jselba@tydings.com
- Jeffrey L. Tarkenton    Jeffrey.tarkenton@wbd-us.com, beverly.saint@wbdus.com, cathy.hinger@wbd-us.com, mnemith@wbd-us.com, rahul.tilva@wbd-us.com
- US Trustee – Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Jacob Christian Zweig    jzweig@evanspetree.com, crecord@evanspetree.com

## ATTACHMENT 2

## First Class Mail Service List

Fraser Forbes Company LLC
Attn: Richard O. Samit
7811 Montrose Road, Suite 500
Potomac, MD 20854-3300

Pepco
c/o David M. Velazquez
POB 97274
Washington, DC 20090-7274

American Express
PO Box 1270
Newark, NJ 07101-1270

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

IRS; Centralized Insolvency Section
POB 21126 (DP-N-781)
Philadelphia, PA 19114

Jan S. Biesiadecki
14421 Captain John Smith Drive
Accokeek, MD 20607

Bond Safeguard Insurance Co.
Old Hickory Insurance Agency
PO Box 1864
Indianapolis, IN 46206-1864

James Bradley
7900 Old Falls Road
McLean, VA 22102

U.S. Securities and Exchange Commission
Atlanta Reg. Office and Reorg
950 E Paces Ferry Rd NE STE 900
Atlanta, GA 30326-1382

Mark Buchner
5358 Ravensworth Road
Springfield, VA 22151

Clinton Aero Maintenance
10501 Piscataway Road
Clinton, MD 20735

Clinton Fence
2630 Old Washington Road
Waldorf, MD 20601

Comcast
c/o Brian L. Roberts
Comcast Center
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

Comptroler of Maryland
Bankruptcy Unit
301 W Preston St
Room 409
Baltimore, MD 21201-2383

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

ECS Mid-Atlantic, LLC
14026 Thunderbolt Place
Suite 100
Chantilly, VA 20151-3296

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Dewberry Engineers Inc.
2101 Gaither Road, Suite 340
Rockville, MD 20850

Fraser Forbes Company LLC
c/o Andrea Davison
Bean Kinney & Koman
2311 Wilson Boulevard, Suite 500
Arlington, VA 22201

Fetter Aviation Co.
c/o Stan Fetter
14908 W. Auburn Road
Accokeek, MD 20607

John Fornshell
6911 Quander Road
Alexandria, VA 22307

Michael C. Frey
327 L Street, NE (rear)
Washington, DC 20002

G. S. Proctor & Associates Inc.
c/o CSC-Lawyers Inc. Service Co.
7 St. Paul Street, Suite 820
Baltimore, MD 21202

Imperial PFS
Gregg Ellsworth
Aviation Insurance Resources LLC
PO Box 32
Frederick, MD 21705

Imperial PFS
Preferred Aviation Underwriter
3321 N. Berkley Lake Road, Suite 200
Duluth, GA 30096

Imperial PFS
c/o Frank Friedman, CEO
1055 Broadway, Floor 11
Kansas City, MO 64105

Raymond Isherwood
337 SW Lockheed Lane
Lake City, FL 32025

Gary Jackson
13000 Katie Street
Clinton, MD 20735

Comptroller of Maryland
Revenue Admin. Div.
110 Carroll Street
Annapolis, MD  21411-0001

Branch of Reorganization
Sec. & Exch. Comm'n
3475 Lenox Road NE, Ste. 1000
Atlanta, GA  30327-1232

Jerry King
J. K. Tuff Inc.
601 Pennsylvania Avenue, NW #504
Washington, DC 20004

Richard Kravit
100 Luna Park Drive #233
Alexandria, VA 22305

Andrew J. Maltenfort
5613 Mt. Burnside Way
Burke, VA 22015

Mark Howards
28 Columbia Circle
Amherst, MA 01002

Maryland Aviation Administration
Office of Reg. Aviation Asst.
PO Box 8766
Baltimore, MD 21240-0766

Maryland Dept. of the Environment
PO Box 1417
Baltimore, MD 21203-1417

Maureen Asterbadi
Zachair, Ltd.
2726 Chain Bridge Road
Washington, DC 20016

Mencia M. Lucia
PO Box 5732
Washington, DC 20016

Metro Earthworks a/d/o Shirley Contracting
Company LLC
8435 Backlick Road
Lorton, VA 22079

Metro Earthworks a/d/o Shirley Contracting
Company LLC
c/o The Corp. Trust Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

Lisa J. Naylor
10651 Piscataway Road
Clinton, MD 20735

Fred Parsons
415 S. Lee Street
Alexandria, VA 22314

PEPCO
Legal Services
701 Ninth Street, NW Suite 1100
Washington, DC 20068

Perry White Ross & Jacobson, LLC
125 Cathedral Street
Annapolis, MD 21401

Richard Reed Esq.
Lerch Early & Brewer
7600 Wisconsin Avenue, Suite 700
Bethesda, MD 20814

Riggins David / P and R Aviation
8610 Cyrus Place
Alexandria, VA 22308

Roy Roberts
1337 A Street, NE
Washington, DC 20002

Robert D. Roesler
1371 Forest Hill Road
Gordonsville, VA 22942

Ken Shannon
PO Box 655
Bryantown, MD 20617

Philip A. Shapiro
412 S. Lee Street
Alexandria, VA 22314

Gene Snyder
5903 Pontiac Street
College Park, MD 20740

State Farm Mutual Auto. Insurance Co.
Howard Feldman
11140 Rockville Pike, Suite 380
Rockville, MD 20852

State Farm Mutual Auto. Insurance Co.
c/o Michael L. Tipsord, CEO
1 State Farm Plaza
Bloomington, IN 61710

Brendon Stoner
829 Wyth Street
Alexandria, VA 22314

Tri-State Ventilation LLC
Attn:  Leroy Wooten
7001 Buchanan Road
Camp Springs, MD 20748

US Attorney – District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

Verizon
c/o American InfoSource, Agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Verizon Wireless
Verizon Wirless Corr. Team
PO Box 408
Newark, NY 07101-0408

Melinda Benson Viteri
1443 Rock Creek Ford Road
Washington, DC 20011

Washington Suburban Sanitary Comm.
c/o Carla Reid, CEO
14501 Sweitzer Lane
Laurel, MD 20707

Robert L. Patrick / Streamline Advisors LLC
Attn:  Robert L. Patrick
c/o SC&H Group Inc.
910 Ridgebrook Road
Sparks, MD 21152

William C. Harvey
William C. Harvey & Associates Inc.
1146 Walker Road, Suite H
Great Falls, VA 22066

Dewberry Consultants LLC
8401 Arlington Blvd.
Fairfax, VA  22031-4619

Hyde Field LLC
c/o Michael J. Lichtenstein, Esq.
Shulman Rogers Gandal Pordy & Ecker PA
12505 Park Potomac Ave, 6th Floor
Potomac, MD  20854-6803

Meyers, Rodbell & Rosenbaum, P.A.
Joseph Chazen, Esq.
6801 Kenilworth Ave., Ste. 400
Riverdale Park, MD  20737-1331

NVR, Inc.
c/ Jennifer L. Kneeland
Watt, Tieder, Hoffar & Fitzgerals, LLP
1765 Greensboro Station PL, Suite 1000
McLean, VA  22102

Sandy Spring Bank
c/o Jeffrey T. Martin, JR.
Henry & O'Donnell, P.C.
300 N. Washington St., Ste 204
Alexandria, VA  22314-2530

TD Auto Finance, LLC
c/o Jacob Zweig, Esq.; Evans Petree PC
1715 Aaron Brenner Drive, Ste. 800
Memphis, TN  38120-1445

Telford Capital, LLC
c/o Patrick J. Kearney, Esq.
4416 East West Hwy
Bethesda, MD 20814-4565

US Trustee – Greenbelt 11
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770-6305

Arlyn Construction Co.
Robert Froy
1005 Dumfries St.
Oxon Hill, MD  20745-2101

Dewberry Consultants LLC
POB 821824
Philadelphia, PA  19182-1824

Grayhound Trash Removal Inc.
8301 Grey Eagle Dr.
Upper Marlboro, MD  20772-2611

IPFS Corporation
30 Montgomery St., Ste. 501
Jersey City, NJ  07302-3821

Jeffrey Tarkenton, Esq.
Opel Benoit
Womble Bond Dickinson LLP
1200 Nineteenth St., NW, Ste. 500
Washington, DC  20036-2412

Jettmar, R. Owe
3744 Jennifer Street
Washington, DC  20015-1834

Terreance C. Keithley
8600 Fort Hunt Rd.
Alexandria, VA  22308-2521

Mercedes Benz Financial Services
c/o Peter Henn, CEO
36455 Corporate Drive
Famington Hills, MD  48331-3552

Hyde Field, LLC
13501 Cavanaugh Drive
Rockville, MD  20850-5487

PEPCO
POB 97294
Washington, DC  20090-7294

Sandy Spring Bank
6831 Benjamine Franklin Drive
Columbia, MD  21046-2633

Sandy Spring Bank
Attn: Bruce Henry, Esq.
300 N. Washington Street
Suite 204
Alexandria, VA  22314-2530

Sandy Spring Bank
c/o Daniel J. Schrider, CEO
17801 Georgia Avenue
Olney, MD  20832-2267

TD Auto Finance
Attn: Andrew Stuart, CeO
POB 9223
Farmington Hills, Mi  48333-9223

William C. Harvey & Associates, Inc.
605 S. Talbot St., Unit 5
St. Michaels, MD  21663-2601

Brandford F. Englander
David W. Gaffey
Whiteford Taylor & Preston, L.L.P.
3190 Fairview Park, Ste. 800
Falls Church, VA  22042-4558

Elizabeth Anne Scully
Baker & Hostetler LLP
1050 Connecticut Ave., NW, Ste. 1100
Washington, DC  20036-5318

Jeffrey Tarkenton, Esq.
Womble Bond Dickinson LLP
2001 K St., NW, Ste. 400 South – 7th Flr
Washington, DC  20036-2412

Louis B. Ruebelmann
Mandelson & Mendelson, CPA's, P.C.
12505 Park Potomac Ave., Ste 250
Potomac, MD  20854-6809

Louis J. Rouleau
Philip Tucker Evans
Holland & Knight LLP
800 17th Street NW
Washington, DC  20006-3962

Maureen Asterbadi
2627 Chain Bridge Rd, NW
Washington, DC  20016

Richard L. Costella
Tydings & Rosenberg LLP
One E. Pratt St., Ste. 901
Baltimore, MD  21202-1249

William M. Shipp
O'Malley, Miles, Nylan & Gilmore PA
7850 Walker Drive #310
Greenbelt, MD  20770-3238

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
POB 131265
Roseville, MN  55113-0011

Natalie M. McGhee
Kenneth Kleppinger
Becket & Lee LLP
16 General Warren Blvd.
Malvern, PA  19355

Mercedes-Benz Financial Services USA, LLC
c/o Ed Gezel, BK Servicing, LLC
P.O. Box 131265
Roseville, MN 55113-0011

Mercedes-Benz Financial Services USA, LLC
The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville, MD 21093

TD Auto Finance, LLC
c/o Andrew Stuart, CEO and President
27777 Inkster Road
Farmington Hills, MI 48334

TD Bank, NA
c/o TD Auto Finance, LLC
Legal Department
Two Portland Square
Portland, OR 04101

Internal Revenue Service
V. Thompson
Bankruptcy Specialist
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Cheryl E Rose, Trustee
9812 Falls Rd. #114-334
Potomac, MD 20854