**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| *In re:* ) | |
| ) | Case No. 20-10691-LSS |
| ZACHAIR, LTD., ) | |
| ) | Chapter 11 |
| Reorganized Debtor. ) | |
| ) | |
| LAWRENCE A. KATZ, Plan Administrator ) | |
| for the Bankruptcy Estate of Zachair, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No. 23-00014 |
| v. ) | |
| ) | |
| DR. NABIL J. ASTERBADI, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Lawrence A. Katz ("**Plan Administrator**"), formerly

the Chapter 11 Trustee and now the plan administrator under the confirmed chapter 11 plan of

Zachair, Ltd. (the "**Debtor**"), Dr. Nabil J. Asterbadi ("**Dr. Asterbadi**") and Maureen Asterbadi

("**Mrs. Asterbadi**" and together with the Plan Administrator and Dr. Asterbadi, the "**Parties**"),

have filed a joint motion (the "**Motion**") for approval of a settlement (the "**Settlement**") by and

between the Parties pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.  The

Motion may be inspected by any interested party at the office of the Clerk, United States

Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, during normal business hours.

As set forth in the Settlement Agreement attached as <u>Exhibit A</u> to the Motion,  the Settlement provides for, among other things, (a) a distribution to Mrs. Asterbadi on account of her allowed claims equal to $175,000, (b) an initial distribution by the Plan Administrator of funds in the estate, less a reasonable reserve for wind-down expenses, (c) Court-ordered recognition of the abandonment of all right, title, and interest by the Debtor and Plan Administrator in two 2014 Mercedes Benz vehicles, (d) subordination (to all other allowed claims in the bankruptcy case) of the $7,000 allowed unsecured claim of Dr. Asterbadi (POC No. 19), (e) pursuit by the Plan Administrator of the reimbursement of certain expenses from NVR, Inc., with any recoveries (net of attorney's fees and expenses) to be distributed solely to holders of allowed unsecured claims other than the claims of Mrs. Asterbadi; (f) mutual releases, and (g) assumption by Dr. Asterbadi and Mrs. Asterbadi of Zachair federal and state income tax liabilities.

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT <u>WITHIN 21 DAYS OF THE DATE OF THIS NOTICE</u> IN ADDITION TO SERVING YOUR RESPONSE ON UNDERSIGNED COUNSEL AND TO THE PARTIES ON THE SERVICE LIST. ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.**

Dated: July 3, 2024

Respectfully submitted,

*/s/ Kristen E. Burgers*
Kristen E. Burgers (Bar No. 30846)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
E-mail:  kburgers@hirschlerlaw.com

*Counsel to the Plan Administrator for the Estate of Zachair Ltd.*