UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

GREENBELT DIVISION

In re: Zachair, Ltd                §                Case No. 20-10691
                                   §
                                   §
            Debtor(s)              §                ☐ Jointly Administered

# Amended Post-confirmation Report                                Chapter 11

Quarter Ending Date: 12/31/2024                    Petition Date: 01/17/2020

Plan Confirmed Date: 12/14/2022                    Plan Effective Date: 12/14/2022

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

                                            ◯ Other Authorized Party or Entity: _____
                                                              Name of Authorized Party or Entity

/s/ Lawrence A. Katz, Plan Administrator          Lawrence A. Katz, Plan Administrator
Signature of Responsible Party                    Printed Name of Responsible Party

01/28/2025                                        Hirschler Fleischer, PC
Date                                              1676 International Drive, Suite 1350
                                                  Tysons Corner, VA 22102
                                                  Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Zachair, Ltd                                  Case No. 20-10691

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $100,196 | $1,427,911 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $100,196 | $1,427,911 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $2,854,672 | $0 | $2,687,453 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Whiteford Taylor & Preston LLP | Special Counsel | $0 | $2,411,664 | $0 | $2,244,445 |
| ii | Womble Bond Dickenson (US) | Special Counsel | $0 | $71,593 | $0 | $71,593 |
| iii | Holland & Knight, LLP | Special Counsel | $0 | $371,415 | $0 | $371,415 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Zachair, Ltd                                                    Case No. 20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Zachair, Ltd                                    Case No. 20-10691

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| lxxii |  |  |  |  |  |
| lxxiii |  |  |  |  |  |
| lxxiv |  |  |  |  |  |
| lxxv |  |  |  |  |  |
| lxxvi |  |  |  |  |  |
| lxxvii |  |  |  |  |  |
| lxxviii |  |  |  |  |  |
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |
| xci |  |  |  |  |  |
| xcii |  |  |  |  |  |
| xciii |  |  |  |  |  |
| xciv |  |  |  |  |  |
| xcv |  |  |  |  |  |
| xcvi |  |  |  |  |  |
| xcvii |  |  |  |  |  |
| xcviii |  |  |  |  |  |
| xcix |  |  |  |  |  |
| c |  |  |  |  |  |
| ci |  |  |  |  |  |

|  |  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* |  |  | $0 | $182,892 | $0 | $177,890 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |  |
|  |  | Firm Name | Role |  |  |  |  |
|  | i | William C Harvey & Associates | Other | $0 | $45,923 | $0 | $43,095 |
|  | ii | Streamline Advisors, LLC | Financial Professional | $0 | $61,215 | $0 | $60,540 |
|  | iii | SC&H Group, Inc. | Financial Professional | $0 | $44,183 | $0 | $44,183 |
|  | iv | Mendelson & Mendelson, CPA | Financial Professional | $0 | $14,270 | $0 | $12,069 |
|  | v | O'Malley, Miles, Nylen & Gilm | Special Counsel | $0 | $17,301 | $0 | $18,003 |
|  | vi |  |  |  |  |  |  |

UST Form 11-PCR (12/01/2021)                4

Debtor's Name Zachair, Ltd                                                          Case No.  20-10691

|   |         |   |   |   |   |   |   |
|---|---------|---|---|---|---|---|---|
|   | vii     |   |   |   |   |   |   |
|   | viii    |   |   |   |   |   |   |
|   | ix      |   |   |   |   |   |   |
|   | x       |   |   |   |   |   |   |
|   | xi      |   |   |   |   |   |   |
|   | xii     |   |   |   |   |   |   |
|   | xiii    |   |   |   |   |   |   |
|   | xiv     |   |   |   |   |   |   |
|   | xv      |   |   |   |   |   |   |
|   | xvi     |   |   |   |   |   |   |
|   | xvii    |   |   |   |   |   |   |
|   | xviii   |   |   |   |   |   |   |
|   | xix     |   |   |   |   |   |   |
|   | xx      |   |   |   |   |   |   |
|   | xxi     |   |   |   |   |   |   |
|   | xxii    |   |   |   |   |   |   |
|   | xxiii   |   |   |   |   |   |   |
|   | xxiv    |   |   |   |   |   |   |
|   | xxv     |   |   |   |   |   |   |
|   | xxvi    |   |   |   |   |   |   |
|   | xxvii   |   |   |   |   |   |   |
|   | xxviii  |   |   |   |   |   |   |
|   | xxix    |   |   |   |   |   |   |
|   | xxx     |   |   |   |   |   |   |
|   | xxxi    |   |   |   |   |   |   |
|   | xxxii   |   |   |   |   |   |   |
|   | xxxiii  |   |   |   |   |   |   |
|   | xxxiv   |   |   |   |   |   |   |
|   | xxxv    |   |   |   |   |   |   |
|   | xxxvi   |   |   |   |   |   |   |
|   | xxxvii  |   |   |   |   |   |   |
|   | xxxvii  |   |   |   |   |   |   |
|   | xxxix   |   |   |   |   |   |   |
|   | xl      |   |   |   |   |   |   |
|   | xli     |   |   |   |   |   |   |
|   | xlii    |   |   |   |   |   |   |
|   | xliii   |   |   |   |   |   |   |
|   | xliv    |   |   |   |   |   |   |
|   | xlv     |   |   |   |   |   |   |
|   | xlvi    |   |   |   |   |   |   |
|   | xlvii   |   |   |   |   |   |   |
|   | xlviii  |   |   |   |   |   |   |

Debtor's Name Zachair, Ltd    Case No. 20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Zachair, Ltd                                                         Case No. 20-10691

|   | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $3,037,564 | $0 | $2,865,342 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $3,037,564 | $0 | $2,922,341 | $3,037,564 | 96% |
| b. Secured claims | $3,381,353 | $0 | $3,381,353 | $3,381,353 | 100% |
| c. Priority claims | $76,696 | $0 | $76,696 | $76,696 | 100% |
| d. General unsecured claims | $439,019 | $0 | $189,163 | $3,588,460 | 5% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                         Yes ○    No ⦿

   If yes, give date Final Decree was entered:  _____

   If no, give date when the application for Final Decree is anticipated:  03/31/2025

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ⦿    No ○

UST Form 11-PCR (12/01/2021)                                           7

| | |
|---|---|
| Debtor's Name Zachair, Ltd | Case No. 20-10691 |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Lawrence A. Katz | Lawrence A. Katz, Plan Administrator |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 01/28/2025 |
| Title | Date |

Debtor's Name Zachair, Ltd                                             Case No. 20-10691


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Zachair, Ltd                                                                                     Case No.  20-10691


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                                10

# Sandy Spring Bank

Last statement: September 30, 2024  
This statement: October 31, 2024  
Total days in statement period: 31

Page 1 of 1  
XX-XXXX82-01  
(2)

Direct inquiries to:  
800-399-5919

ZACHAIR LTD  
DEBTOR IN POSSESSION CASE: 20-10691-TJC  
1676 INTERNATIONAL DR SUITE 1350  
TYSONS VA 22102-4940

Sandy Spring Bank  
17801 Georgia Ave  
Olney MD  20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | XX-XXXX82-01 | Beginning balance | $90,111.40 |
| Enclosures | 2 | Total additions | .00 |
| Low balance | $69,869.75 | Total subtractions | 20,241.65 |
| Average balance | $84,887.75 | Ending balance | $69,869.75 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1842 | 10-24 | 19,485.00 | 1843 | 10-24 | 756.65 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 90,111.40 | 10-24 | 69,869.75 | | |

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 10/31/2024



**Check # 1842 - $19,485.00 - Presented: 10/24/2024**

**Check # 1843 - $756.65 - Presented: 10/24/2024**

# Sandy Spring Bank

Last statement: October 31, 2024  
This statement: November 30, 2024  
Total days in statement period: 30

Page 1 of 1  
XX-XXXX82-01  
(2)

Direct inquiries to:  
800-399-5919

ZACHAIR LTD  
DEBTOR IN POSSESSION CASE: 20-10691-TJC  
1676 INTERNATIONAL DR SUITE 1350  
TYSONS VA 22102-4940

Sandy Spring Bank  
17801 Georgia Ave  
Olney MD  20832

## Flex Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | XX-XXXX82-01 | Beginning balance | | $69,869.75 |
| Enclosures | 2 | Total additions | | .00 |
| Low balance | $63,989.75 | Total subtractions | | 5,880.00 |
| Average balance | $65,573.75 | Ending balance | | $63,989.75 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1844 | 11-13 | 3,000.00 | * Skip in check sequence | | |
| 1875 * | 11-05 | 2,880.00 | | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 69,869.75 | 11-05 | 66,989.75 | 11-13 | 63,989.75 |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 11/29/2024



**Check # 1844 - $3,000.00 - Presented: 11/13/2024**



**Check # 1875 - $2,880.00 - Presented: 11/05/2024**

# Sandy Spring Bank

Last statement: November 30, 2024  
This statement: December 31, 2024  
Total days in statement period: 31

Page 1 of 1  
XX-XXXX82-01  
(5)

Direct inquiries to:  
800-399-5919

ZACHAIR LTD  
DEBTOR IN POSSESSION CASE: 20-10691-TJC  
1676 INTERNATIONAL DR SUITE 1350  
TYSONS VA 22102-4940

Sandy Spring Bank  
17801 Georgia Ave  
Olney MD  20832

## Flex Business Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX82-01 | Beginning balance | $63,989.75 |
| Enclosures | 5 | Total additions | 108,123.67 |
| Low balance | $5,214.57 | Total subtractions | 74,074.26 |
| Average balance | $62,944.21 | Ending balance | $98,039.16 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1846 | 12-02 | .35 | 1849 | 12-18 | 51,723.91 |
| 1847 | 12-10 | 14,501.50 | 1850 | 12-19 | 1,723.50 |
| 1848 | 12-12 | 6,125.00 | | | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 12-05 | ' ACH Credit | 15,299.08 |
| | ZACHAIR, LTD. ACH PYMNT 241204 | |
| 12-24 | ' Deposit | 92,824.59 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 63,989.75 | 12-10 | 64,786.98 | 12-19 | 5,214.57 |
| 12-02 | 63,989.40 | 12-12 | 58,661.98 | 12-24 | 98,039.16 |
| 12-05 | 79,288.48 | 12-18 | 6,938.07 | | |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 12/31/2024



**Check # 1846 - $0.35 - Presented: 12/02/2024**



**Check # 1847 - $14,501.50 - Presented: 12/10/2024**



**Check # 1848 - $6,125.00 - Presented: 12/12/2024**



**Check # 1849 - $51,723.91 - Presented: 12/18/2024**



**Check # 1850 - $1,723.50 - Presented: 12/19/2024**



# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

L203
000153051

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY   FOR PERIOD OCTOBER 01, 2024 – OCTOBER 31, 2024

**Commercial Checking** ███████7693             ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | |
|---|---|---|---|
| Previous Balance 09/30/24 | $15,299.08 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 10/31/24 | $15,299.08 | | |

## ACCOUNT DETAIL   FOR PERIOD OCTOBER 01, 2024 – OCTOBER 31, 2024

**Commercial Checking** ███████7693             ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 10/31 | | | | $15,299.08 |
| Total | | $0.00 | $0.00 | |

No Items Processed

Thank you for banking with us.                    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2024 Capital One. All rights reserved.





# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

L203
000150898

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD NOVEMBER 01, 2024 - NOVEMBER 29, 2024

**Commercial Checking 7693**                                    ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | |
|---|---:|---|---:|
| Previous Balance 10/31/24 | $15,299.08 | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $15,299.08 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $15,299.08 |
| Service Charges | $0.00 | | |
| Ending Balance 11/29/24 | $15,299.08 | | |

## ACCOUNT DETAIL    FOR PERIOD NOVEMBER 01, 2024 - NOVEMBER 29, 2024

**Commercial Checking 7693**                                    ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---:|---:|---:|
| 11/01 | | | | $15,299.08 |
| | No Account Activity this Statement Period | | | |
| 11/29 | | | | $15,299.08 |
| Total | | $0.00 | $0.00 | |

No Items Processed

Thank you for banking with us.                                    PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2024 Capital One. All rights reserved.






# Capital One Bank

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

ZACHAIR, LTD DEBTOR IN POSSESSION
DISTRICT OF MARYLAND
CASE # 20-10691
1676 INTERNATIONAL DR
SUITE 1350
MC LEAN VA  22102

L211
000085700

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY   FOR PERIOD  DECEMBER 01, 2024 - DECEMBER 31, 2024

**Commercial Checking ....7693**                                                             ZACHAIR, LTD DEBTOR IN POSSESSION

| | | | |
|---|---:|---|---:|
| Previous Balance  11/30/24 | $15,299.08 | Number of Days in Cycle | 31 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $0.00 |
| 1 Checks/Debits | ($15,299.08) | Average Collected Balance | $1,480.55 |
| Service Charges | $0.00 | | |
| Ending Balance 12/31/24 | $0.00 | | |

## ACCOUNT DETAIL   FOR PERIOD  DECEMBER 01, 2024 - DECEMBER 31, 2024

**Commercial Checking ....7693**                                                             ZACHAIR, LTD DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---:|---:|---:|
| 12/04 | ACH PAYMENT TO ....8201 UTIDMMDDVBHGS9LL4A4 | | $15,299.08 | $0.00 |
| Total | | $0.00 | $15,299.08 | |

Thank you for banking with us.                                                                                                  PAGE 1 OF 2

Products and services are offered by Capital One, N.A., Member FDIC.
©2025 Capital One. All rights reserved.



MEMBER FDIC  EQUAL HOUSING LENDER