IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **ZACHAIR, LTD.,** | * | Case No. 20-10691-LSS<br>Chapter 11 |
| Debtor. | * | |

\* \* \* \* \* \* \*

### NOTICE OF FOURTH AND FINAL APPLICATION OF THE PLAN ADMINISTRATOR FOR ALLOWANCE AND AUTHORIZATION OF <u>PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Lawrence A. Katz, the plan administrator (the "**Plan Administrator**") for the bankruptcy estate (the "**Estate**") of Zachair, Ltd. (the "**Debtor**") has filed in this case his Fourth and Final Application (the "**Application**") for Allowance and Authorization of Payment of Compensation and Reimbursement of Expenses for the period beginning November 1, 2024 through November 30, 2025 (the "**Application Period**"), and seeks approval on a final basis of all fees and expenses previously approved on an interim basis for the period December 14, 2022 through October 31, 2024. The Application may be inspected by any interested party at the office of the Clerk, United States Bankruptcy Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, during normal business hours.

The Plan Administrator seeks allowance and payment of fees and expenses totaling $**15,507.74**.

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY STATING YOUR OBJECTION AND ALL FACTS AND LAW YOU BELIEVE SUPPORT YOUR OBJECTION. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT <u>WITHIN 21 DAYS</u>**

**OF THE DATE OF THIS NOTICE** IN ADDITION TO SERVING YOUR RESPONSE ON UNDERSIGNED COUNSEL AND TO THE PARTIES ON THE SERVICE LIST. ABSENT A TIMELY OBJECTION, THE COURT MAY TREAT THIS PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED WITH OR WITHOUT A HEARING.

Dated: December 5, 2025                Respectfully submitted,

*/s/ Lawrence A. Katz*
Lawrence A. Katz (Bar No. 02526)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
E-mail: lkatz@hirschlerlaw.com

*Plan Administrator for the Estate of Zachair Ltd.*

23818451.1  047938.00001