## UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

GREENBELT DIVISION

In re: Zachair, Ltd   §   Case No. 20-10691
§
§
Debtor(s)   §   ☐ Jointly Administered

# Post-confirmation Report   Chapter 11

Quarter Ending Date: 09/30/2025   Petition Date: 01/17/2020

Plan Confirmed Date: 12/14/2022   Plan Effective Date: 12/14/2022

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Lawrence A. Katz, Plan Administrator   Lawrence A. Katz, Plan Administrator
Signature of Responsible Party   Printed Name of Responsible Party

12/08/2025
Date

Hirschler Fleischer, PC
1676 International Drive, Suite 1350
Tysons Corner, VA 22102
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Zachair, Ltd                                                                 Case No.   20-10691

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $656 | $1,435,664 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $656 | $1,435,664 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $2,854,672 | $0 | $2,687,453 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Whiteford Taylor & Preston LL | Special Counsel | $0 | $2,411,664 | $0 | $2,244,445 |
| | ii | Womble Bond Dickenson (US) | Special Counsel | $0 | $71,593 | $0 | $71,593 |
| | iii | Holland & Knight, LLP | Special Counsel | $0 | $371,415 | $0 | $371,415 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name  Zachair, Ltd                                                                 Case No.  20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | Zachair, Ltd | Case No. | 20-10691 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | lxxii |   |   |   |   |   |
|   | lxxiii |   |   |   |   |   |
|   | lxxiv |   |   |   |   |   |
|   | lxxv |   |   |   |   |   |
|   | lxxvi |   |   |   |   |   |
|   | lxxvii |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |
|   | lxxix |   |   |   |   |   |
|   | lxxx |   |   |   |   |   |
|   | lxxxi |   |   |   |   |   |
|   | lxxxii |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |
|   | lxxxiv |   |   |   |   |   |
|   | lxxxv |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |
|   | lxxxvii |   |   |   |   |   |
|   | lxxxviii |   |   |   |   |   |
|   | lxxxix |   |   |   |   |   |
|   | xc |   |   |   |   |   |
|   | xci |   |   |   |   |   |
|   | xcii |   |   |   |   |   |
|   | xciii |   |   |   |   |   |
|   | xciv |   |   |   |   |   |
|   | xcv |   |   |   |   |   |
|   | xcvi |   |   |   |   |   |
|   | xcvii |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |
|   | xcix |   |   |   |   |   |
|   | c |   |   |   |   |   |
|   | ci |   |   |   |   |   |

|   |   | Firm Name | Role | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* |   |   | $0 | $182,892 | $0 | $177,890 |
|   | *Itemized Breakdown by Firm* |   |   |   |   |   |   |
|   | i | William C Harvey & Associates | Other | $0 | $45,923 | $0 | $43,095 |
|   | ii | Streamline Advisors, LLC | Financial Professional | $0 | $61,215 | $0 | $60,540 |
|   | iii | SC&H Group, Inc. | Financial Professional | $0 | $44,183 | $0 | $44,183 |
|   | iv | Mendelson & Mendelson, CPAs | Financial Professional | $0 | $14,270 | $0 | $12,069 |
|   | v | O'Malley, Miles, Nylen & Gilmor | Special Counsel | $0 | $17,301 | $0 | $18,003 |
|   | vi |   |   |   |   |   |   |

UST Form 11-PCR (12/01/2021)                                            4

Debtor's Name  Zachair, Ltd                                                      Case No.  20-10691

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxviii |  |  |  |  |  |  |
| xxxix |  |  |  |  |  |  |
| xl |  |  |  |  |  |  |
| xli |  |  |  |  |  |  |
| xlii |  |  |  |  |  |  |
| xliii |  |  |  |  |  |  |
| xliv |  |  |  |  |  |  |
| xlv |  |  |  |  |  |  |
| xlvi |  |  |  |  |  |  |
| xlvii |  |  |  |  |  |  |
| xlviii |  |  |  |  |  |  |

Debtor's Name Zachair, Ltd                                         Case No.  20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Zachair, Ltd                              Case No. 20-10691

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $3,037,564 | $0 | $2,865,342 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $3,037,564 | $0 | $2,922,341 | $3,037,564 | 96% |
| b. Secured claims | $3,381,353 | $0 | $3,381,353 | $3,381,353 | 100% |
| c. Priority claims | $76,696 | $0 | $76,696 | $76,696 | 100% |
| d. General unsecured claims | $439,019 | $0 | $189,163 | $3,588,460 | 5% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                 Yes ○   No ◉
   If yes, give date Final Decree was entered:
   If no, give date when the application for Final Decree is anticipated:   12/31/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name Zachair, Ltd            Case No. 20-10691

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Lawrence A. Katz            Lawrence A. Katz, Plan Administrator
Signature of Responsible Party            Printed Name of Responsible Party

Plan Administrator            12/08/2025
Title            Date

Debtor's Name Zachair, Ltd                                    Case No.  20-10691

[Barcode - Page 1]

[Barcode - Other Page 1]

[Barcode - Page 2 Minus Tables]

[Barcode - Bankruptcy Table 1-50]

UST Form 11-PCR (12/01/2021)                 9

Debtor's Name Zachair, Ltd                                                                 Case No.  20-10691


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

# Sandy Spring Bank
A Division of Atlantic Union Bank

Last statement: June 30, 2025
This statement: July 31, 2025
Total days in statement period: 31

Page 1 of 1
XX-XXXX82-01
(2)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD  20832

---

*EFFECTIVE JULY 1, 2025, THE AMOUNT AVAILABLE TO YOU WHEN A HOLD IS PLACED ON YOUR DEPOSIT WILL INCREASE. DETAILS FOLLOW: $225 NEXT DAY AVAILABILITY WILL INCREASE TO $275. FOR LARGE DOLLAR AND NEW ACCOUNT HOLDS, $5,525 NEXT DAY AVAILABILITY WILL INCREASE TO $6,725. PLEASE SEE THE FUNDS AVAILABILITY DISCLOSURE IN YOUR DEPOSIT ACCOUNT AGREEMENT AVAILABLE ON WWW.SANDYSPRINGBANK.COM FOR MORE DETAILS.*

---

## Flex Business Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX82-01 | Beginning balance | $90,939.57 |
| Enclosures | 2 | Total additions | .00 |
| Low balance | $90,286.57 | Total subtractions | 653.00 |
| Average balance | $90,813.05 | Ending balance | $90,286.57 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1859 | 07-28 | 400.00 | * Skip in check sequence | | |
| 1884 * | 07-23 | 250.00 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-08 | ' Total Service Charge | 3.00 |
| | FEE BASED ACTIVITY FOR 06/25 | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 90,939.57 | 07-23 | 90,686.57 | | |
| 07-08 | 90,936.57 | 07-28 | 90,286.57 | | |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 07/31/2025

**Check # 1859 - $400.00 - Presented: 07/28/2025**   **Check # 1884 - $250.00 - Presented: 07/23/2025**

# Sandy Spring Bank
A Division of Atlantic Union Bank

Last statement: July 31, 2025
This statement: August 31, 2025
Total days in statement period: 31

Page 1 of 1
XX-XXXX82-01
(0)

Direct inquiries to:
800-399-5919

ZACHAIR LTD
DEBTOR IN POSSESSION CASE: 20-10691-TJC
1676 INTERNATIONAL DR SUITE 1350
TYSONS VA 22102-4940

Sandy Spring Bank
A Division Of Atlantic Union Bank
17801 Georgia Ave | Olney MD  20832

**WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK, ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON 8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.**

## Flex Business Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX82-01 | Beginning balance | $90,286.57 |
| Low balance | $90,283.57 | Total additions | .00 |
| Average balance | $90,284.05 | Total subtractions | 3.00 |
| | | Ending balance | $90,283.57 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 08-06 | ' Total Service Charge | 3.00 |
| | FEE BASED ACTIVITY FOR 07/25 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 90,286.57 | 08-06 | 90,283.57 | | |

*Thank you for banking with Sandy Spring Bank*

17801 Georgia Avenue, Olney, Maryland 20832

1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com

Printset Check E-Statements - 08/29/2025

# Sandy Spring Bank
A Division of Atlantic Union Bank

Last statement: August 31, 2025  
This statement: September 30, 2025  
Total days in statement period: 30

Page 1 of 1  
XX-XXXX82-01  
(0)

Direct inquiries to:  
800-399-5919

ZACHAIR LTD  
DEBTOR IN POSSESSION CASE: 20-10691-TJC  
1676 INTERNATIONAL DR SUITE 1350  
TYSONS VA 22102-4940

Sandy Spring Bank  
A Division Of Atlantic Union Bank  
17801 Georgia Ave | Olney MD  20832

***WHILE SANDY SPRING BANK (SSB) HAS LEGALLY MERGED INTO ATLANTIC UNION BANK (AUB), THE PROCESS OF COMBINING OUR SYSTEMS IS ONGOING. PLEASE BE AWARE THAT AS EACH SSB ATM TRANSITIONS TO AUB'S ATM NETWORK, ITS CUTOFF TIME WILL CHANGE FROM 7:00 PM ET TO 4:00 PM ET. THEN ON 8/11/25, THE ATM CUTOFF TIME WILL CHANGE TO 6:00 PM ET.***

## Flex Business Checking

| | | | |
|---|---|---|---|
| Account number | XX-XXXX82-01 | Beginning balance | $90,283.57 |
| Low balance | $90,283.57 | Total additions | .00 |
| Average balance | $90,283.57 | Total subtractions | .00 |
| | | Ending balance | $90,283.57 |

**\*\* No activity this statement period \*\***

*Thank you for banking with Sandy Spring Bank*

**17801 Georgia Avenue, Olney, Maryland 20832**

**1-800-399-5919 • 301-774-6400 • www.sandyspringbank.com**

Printset Check E-Statements - 09/30/2025